**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| 431 E PALISADE AVENUE REAL ESTATE, LLC AND 7 NORTH WOODLAND STREET, LLC, ON BEHALF OF THEMSELVES AND PROSPECTIVE RESIDENTS, JOHN AND JANE DOES 1-10<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ENGLEWOOD AND CITY COUNCIL OF ENGLEWOOD,<br><br>Defendants. | Civil Action No. __________________<br><br>**ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE AGAINST DEFENDANTS CITY OF ENGLEWOOD AND CITY COUNCIL OF ENGLEWOOD** |

THIS MATTER being brought before the Court by Cole Schotz P.C., attorneys for plaintiffs, 431 E Palisade Avenue Real Estate, LLC and 7 North Woodland Street, LLC, on behalf of themselves and prospective residents John and Jane Does 1-10 (“Plaintiffs”), seeking relief by way of preliminary injunction at the return date set forth below pursuant to Fed. R. Civ. P. 65 and Local R. Civ. P. 65.1, based upon the facts set forth in the Verified Complaint and the Certification of Thomas Herten, Esq. (“Herten Cert.”), filed herewith; and for good cause shown,

IT IS on this _____ day of __________, 2019,

ORDERED that defendants, City of Englewood and City Councel of Englewood (“Defendants”), appear and show cause before the Honorable ____________________________ at the United States District Court for the District of New Jersey, 50 Walnut Street, Newark New Jersey County Courthouse on _______________, 2019 at __________, why an injunction should not issue against Defendants, preliminarily enjoining them from enforcing any provisions contained in the City of Englewood Code related to allowed land uses or dimensions, in any review

of Plaintiffs' request for approvals to develop, construct, and operate an assisted living and memory care facility on those certain lands located at 405 East Palisade Avenue, 431 East Palisade and 7 North Woodland Street, so long as such requests for approvals are consistent with the attached site plan prepared by Langan Engineering dated April 30, 2019, attached hereto; and it is further

ORDERED that Defendants shall file and serve a written response to this Order to Show Cause and the application for entry of injunctive relief by ________________________, 2019; and it is further

ORDERED that Plaintiffs shall file and serve a written reply to the Defendants' opposition by ________________________, 2019; and it is further

Ordered that a copy of this Order, the Verified Complaint, the Herten Cert, and Plaintiffs' Memorandum of Law in support of this application, along with a Summons, to be served on Defendants within ten (10) days from the date of this Order.

______________________________________________



GENERAL NOTES
LEGEND
SIGNS
STOP
SITE STATISTICS
NORTH WOODLAND STREET 50' WIDE
EAST PALISADE AVENUE 100' WIDE
FLAT ROCK BROOK
BLOCK 1901
LANGAN
CAREONE AT ENGLEWOOD
SITE PLAN
CS101


GRADING & DRAINAGE NOTES
LEGEND
FFE 324.00
BASEMENT FFE 312.00
NORTH WOODLAND STREET 50' WIDE
FLAT ROCK BROOK
EAST PALISADE AVENUE 100' WIDE
LANGAN
CAREONE AT ENGLEWOOD
GRADING PLAN
CG101


GRADING & DRAINAGE NOTES
LEGEND
EAST PALISADE AVENUE 100' WIDE
NORTH WOODLAND STREET 50' WIDE
FLAT ROCK BROOK
LANGAN
CareOne
A Senior Care Company
CAREONE AT ENGLEWOOD
STORM DRAINAGE PLAN
CG102


UTILITY NOTES
LEGEND
EAST PALISADE AVENUE 100' WIDE
NORTH WOODLAND STREET 50' WIDE
FLAT ROCK BROOK
LANGAN
Langan Engineering and Environmental Services, Inc.
CareOne
A Senior Care Company
CAREONE AT ENGLEWOOD
UTILITY PLAN
CU101



SOIL EROSION & SEDIMENT CONTROL NOTES
SEQUENCE OF CONSTRUCTION
PLAN VIEW
ISOMETRIC VIEW
EMBEDDING DETAIL
STOCKPILE PROTECTION
BALE BARRIERS
SILT FENCE
CRUSHED STONE VEHICLE
WHEEL-CLEANING BLANKET
SECTION VIEW
FILTER FABRIC INLET PROTECTION
DISTURBANCE AREA= 3.68 ACRES
NORTH WOODLAND STREET 50' WIDE
EAST PALISADE AVENUE 100' WIDE
FLAT ROCK BROOK
Date
Description
No.
REVISIONS
SIGNATURE
MICHAEL J. FOWLER
DATE SIGNED
PROFESSIONAL ENGINEER NJ Lic. No. 24GE03239800
LANGAN
Langan Engineering and Environmental Services, Inc.
300 Kimball Drive
Parsippany, NJ 07054
T: 973.560.4900 F: 973.560.4901 www.langan.com
Applicant
CareOne
A Senior Care Company
Project
CAREONE AT ENGLEWOOD
BLOCK No. 1902, LOT No.5.01, 7, 8
7 N WOODLAND ST, ENGLEWOOD, NJ 07631
BERGEN COUTY
NEW JERSEY
Drawing Title
SOIL EROSION & SEDIMENT CONTROL PLAN
Project No.
100642201
Date
4/30/2019
Drawn By
VP
Checked By
TD
Drawing No.
CE101



PLANT SCHEDULE

| KEY | QTY. | BOTANICAL NAME | COMMON NAME | SIZE | ROOT | REMARKS |
|---|---|---|---|---|---|---|
| SHADE TREE(S) | | | | | | |
| AROG | 16 | ACER RUBRUM 'OCTOBER GLORY' | OCTOBER GLORY RED MAPLE | 3 1/2 CAL. MIN. | B+B | – |
| LSR | 21 | LIQUIDAMBAR STYRACIFLUA 'ROTUNDILOBA' | SEEDLESS SWEETGUM | 3 1/2 CAL. MIN. | B+B | – |
| QP | 35 | QUERCUS PALUSTRIS | PIN OAK | 4-6' | B+B | – |
| BN | 30 | BETULA NIGRA | MULTI STEM RIVER BIRCH | 4-6' | B+B | – |
| ORNAMENTAL TREE(S) | | | | | | |
| APB | 2 | ACER PALMATUM 'BLOODGOOD' | BLOODGOOD RED JAPANESE MAPLE | 6-7' | B+B | – |
| MV | 4 | MAGNOLIA VIRGINIANA | SWEETBAY MAGNOLIA | 8-10' | B+B | – |
| PSK | 2 | PRUNUS SERRULATA 'KWANZAN' | KWANZAN CHERRY | 2-2 1/2" CAL. | B+B | – |
| EVERGREEN TREE(S) | | | | | | |
| PIAB | 22 | PICEA ABIES | NORWAY SPRUCE | 6-7' | B+B | – |
| PS | 21 | PINUS STROBUS | EASTERN WHITE PINE | 6-7' | B+B | – |
| EVERGREEN SHRUB(S) | | | | | | |
| BGM | 153 | BUXUS 'GREEN MOUNTAIN' | GREEN MOUNTAIN BOXWOOD | 24-30" | B+B | – |
| CHY | 51 | CEPHALOTAXUS HARRINGTONIA YEWTOPIA | JAPANESE PLUM YEW | 3-4' | B+B | – |
| CPB | 9 | CHAMAECYPARIS PISIFERA 'BOULEVARD' | BOULEVARD JAPANESE FALSECYPRESS | 24-36" | B+B | – |
| ICC | 108 | ILEX GLABRA COMPACTA | DWARF INKBERRY HOLLY | 24-30" | #5 CAN | – |
| JCPC | 95 | JUNIPERUS CHINENSIS 'PFITZERIANA COMPACTA' | COMPACT PFITZER JUNIPER | 18-24" SPRD. | #3 CAN | – |
| JCST | 22 | JUNIPERUS CHINENSIS 'SPEARMINT' | CHINESE JUNIPER | 3-5' | B+B | – |
| JHY | 55 | JUNIPERUS HORIZONTALIS 'YOUNGSTOWN' | ANDORRA JUNIPER | 18-24" SPRD | #3 CAN | – |
| DECIDUOUS SHRUB(S) | | | | | | |
| AAB | 44 | ARONIA ARBUTIFOLIA 'BRILLIANTISSIMA' | RED CHOKEBERRY | 24-36" | B+B | – |
| CACP | 24 | CLETHRA ALNIFOLIA 'COMPACTA' | COMPACT SUMMERSWEET | 18-24" | CONTAINER | – |
| CSK | 74 | CORNUS SERICEA 'KELSEYI' | KELSEY'S DWARF RED-OSIER DOGWOOD | 24-30" | CONTAINER | – |
| RCK | 39 | ROSA CORAL KNOCK OUT | CORAL KNOCK OUT ROSE | 18-24" | CONTAINER | – |
| RKJ | 67 | RHODODENDRON KAEMPFERI 'JOHANNA' | JOHANNA AZALEA | 24-30" | B+B | – |
| GROUND COVER | | | | | | |
| CPV | 120 | CAREX PENSYLVANICA | SEDGE | 1 GAL. | CONTAINER | spaced @ 12" o.c. |
| PERENNIAL(S) | | | | | | |
| ACV | 138 | ASTILBE CHINENSIS 'VISIONS' | VISIONS ASTILBE | 2 GAL. | CONTAINER | – |
| AME | 284 | ACHILLEA 'MOONSHINE' | YARROW | 2 GAL. | CONTAINER | spaced @ 12" o.c. |
| HEN | 18 | HOSTA 'EL NINO' | EL NINO HOSTA | 1 GAL. | CONTAINER | spaced @ 18" o.c. |
| HF | 219 | HOSTA FORTUNEI 'AUREO MARGINATA' | VARIEGATED HOSTA | 2 GAL. | CONTAINER | – |
| HFI | 18 | HOSTA 'FIRE ISLAND' | FIRE ISLAND HOSTA | 1 GAL. | CONTAINER | spaced @ 18" o.c. |
| HSD | 392 | HEMEROCALLIS 'STELLA D'ORO' | STELLA D'ORO DAYLILY | 2 GAL. | CONTAINER | spaced @ 15" o.c. |
| LSB | 15 | LEUCANTHEMUM X SUPERBUM 'BECKY' | SHASTA DAISY | 2 GAL. | CONTAINER | spaced @ 30" o.c. |
| NFD | 295 | NEPETA X FAASSENII 'DROPMORE' | DROPMORE CAT MINT | 2 GAL. | CONTAINER | spaced @ 24" o.c. |
| PBS | 72 | PEROVSKIA 'BLUE SPIRE' | PEROVSKIA | 2 GAL. | CONTAINER | spaced @ 30" o.c. |
| ORNAMENTAL GRASS(ES) | | | | | | |
| MSML | 81 | MISCHANTHUS SINENSIS 'MORNING LIGHT' | SILVER VARIEGATED MAIDEN GRASS | 2 GAL. | CONTAINER | – |
| PAH | 209 | PENNISETUM ALOPECUROIDES 'HAMELN' | DWARF FOUNTAIN GRASS | 2 GAL. | CONTAINER | – |

NOTE: IF ANY DISCREPANCIES OCCUR BETWEEN AMOUNTS SHOWN IN THE PLAN AND THE PLANT LIST, THE PLAN SHALL DICTATE.



PLANTING SOIL SPECIFICATIONS
TREE PROTECTION NOTES
SEEDING NOTES
TREE PROTECTION FENCING AND TREE PLANKING
PLANTING SOIL
Date
Description
No.
REVISIONS
SIGNATURE
MICHAEL SZURA
DATE SIGNED
N.J. LICENSED LANDSCAPE ARCHITECT
LICENSE NO. AS00815
LANGAN
Langan Engineering and
Environmental Services, Inc.
300 Kimball Drive
Parsippany, NJ 07054
T: 973.560.4900 F: 973.560.4901 www.langan.com
Applicant
CareOne
A Senior Care Company
Project
CAREONE AT
ENGLEWOOD
BLOCK No. 1902, LOT No.5.01, 7, 8
7 N WOODLAND ST, ENGLEWOOD, NJ 07631
BERGEN COUTY
NEW JERSEY
Drawing Title
LANDSCAPE NOTES
& DETAILS II
Project No.
100642201
Date
4/30/2019
Drawn By
XW
Checked By
DB
Drawing No.
LP502


PLANTING SOIL SPECIFICATIONS
TREE PROTECTION NOTES
SEEDING NOTES
TREE PRESERVATION AREA (TYP.)
2 TREE PROTECTION FENCING AND TREE PLANKING
IMPORTED OR AMENDED EXISTING PLANTING SOIL WITHIN AREAS OF RAISED GRADE
1 PLANTING SOIL
Date
Description
No.
REVISIONS
SIGNATURE
MICHAEL SZURA
DATE SIGNED
N.J. LICENSED LANDSCAPE ARCHITECT
LICENSE NO. AS00615
LANGAN
Langan Engineering and Environmental Services, Inc.
300 Kimball Drive
Parsippany, NJ 07054
T: 973.560.4900 F: 973.560.4901 www.langan.com
Applicant
CareOne
A Senior Care Company
Project
CAREONE AT ENGLEWOOD
BLOCK No. 1902, LOT No.5.01, 7, 8
7 N WOODLAND ST, ENGLEWOOD, NJ 07631
BERGEN COUTY
NEW JERSEY
Drawing Title
LANDSCAPE NOTES & DETAILS II
Project No.
100642201
Date
4/30/2019
Drawn By
XW
Checked By
DB
Drawing No.
LP502


SITE LIGHTING SCHEDULE
STATISTICS
NORTH WOODLAND STREET 50' WIDE
FLAT ROCK BROOK
EAST PALISADE AVENUE 100' WIDE
NOTE: REFER TO LL501 AND LL502 FOR LIGHTING NOTES AND DETAILS.
REVISIONS
LANGAN
Langan Engineering and Environmental Services, Inc.
300 Kimball Drive
Parsippany, NJ 07054
CareOne
A Senior Care Company
CAREONE AT ENGLEWOOD
BLOCK No. 1902, LOT No.5.01, 7, 8
7 N WOODLAND ST, ENGLEWOOD, NJ 07631
BERGEN COUNTY
NEW JERSEY
LIGHTING PLAN
100642201
4/30/2019
LL101


LIGHTING NOTES:
GENERAL
COMPLIANCE
COORDINATION
POLES AND FOOTINGS
WALL MOUNTED FIXTURES
ADJUSTMENT AND INSPECTION
NO ALTERNATES WILL BE ACCEPTED
PLAN
SECTION
1 LIGHT FIXTURE AND POLE
NTS
2 LIGHT POLE FOUNDATION
NTS
Date
Description
No.
REVISIONS
SIGNATURE
MICHAEL J. FOWLER
DATE SIGNED
PROFESSIONAL ENGINEER NJ Lic. No.
24GE03239800
LANGAN
Langan Engineering and
Environmental Services, Inc.
300 Kimball Drive
Parsippany, NJ 07054
Applicant
CareOne
A Senior Care Company
Project
CAREONE AT
ENGLEWOOD
BLOCK No. 1902, LOT No.5.01, 7, 8
7 N WOODLAND ST, ENGLEWOOD, NJ 07631
BERGEN COUTY
NEW JERSEY
Drawing Title
LIGHTING NOTES &
DETAILS
Project No.
100642201
Date
4/30/2019
Drawn By
XW
Checked By
DB
Drawing No.
LL501

0037


ADA ACCESSIBLE PARKING STALL
PARKING STALL STRIPING
STOP BAR STRIPING
CAREONE ENGLEWOOD SIGN
ADA PARKING SIGN
STANDARD CONCRETE SIDEWALK
PAVEMENT SECTION
BELGIAN BLOCK CURB
BLOCK GRAVITY RETAINING WALL
NOT FOR CONSTRUCTION
ADA CURB RAMPS
SIGN POST
DETECTABLE WARNING SURFACE
LANGAN
CareOne
A Senior Care Company
CAREONE AT ENGLEWOOD
DETAIL I
CS501


TIMBER GUIDE RAIL WITH TIMBER POSTS
TYPICAL STORM MANHOLE
STORMWATER MANHOLE NOTES
SECTION A-A
GENERAL NOTES
TYPE "A" INLET
SECTION A-A
SECTION B-B
GENERAL NOTES
PLAN
TYPE "B" INLET WITH CURB PIECE
SECTION A-A
SECTION B-B
6-FT BOARD-ON-BOARD FENCE
CLASS "C" CONCRETE
CONTECH
STORMFILTER DESIGN NOTES
ENCLOSURE GATE
BOARD ON BOARD FENCE
CONCRETE PAD
ENCLOSURE FOR TRASH & RECYCLING
CONTECH WATER QUALITY STORMFILTER
REVISIONS
LANGAN
Langan Engineering and Environmental Services, Inc.
CareOne
A Senior Care Company
CAREONE AT ENGLEWOOD
DETAIL II
100642201
4/30/2019
CS502
PROJECT NO. 100642201


SANITARY MANHOLE
FIRE HYDRANT
DEPRESSED WATER LINE
SANITARY DOGHOUSE MANHOLE
GATE VALVE
THRUST BLOCK
DROP SANITARY MANHOLE
LANGAN
CareOne
A Senior Care Company
CAREONE AT ENGLEWOOD
DETAIL III
CS503


OUTLET STRUCTURE - OCS-1
OUTLET STRUCTURE - OCS-2
UNDERGROUND RECHARGE BASIN
UNDERGROUND DETENTION SYSTEMS
OVERSIZED STRUCTURES
SECTION A-A
SECTION B-B
PLAN
PLAN VIEW
SECTION VIEW
LANGAN
CareOne
A Senior Care Company
CAREONE AT ENGLEWOOD
DETAIL IV
CS504


DEMOLITION NOTES
TREE PROTECTION NOTES
LEGEND
NORTH WOODLAND STREET 50' WIDE
EAST PALISADE AVENUE 100' WIDE
FLAT ROCK BROOK
LANGAN
CareOne
A Senior Care Company
CAREONE AT ENGLEWOOD
DEMOLITION PLAN
CD101