B



# City of ENGLEWOOD NJ
# Municipal Master Plan 2014

# City of Englewood

### Planning Board

Marvin Anhalt, Chairman

James Demetrakis, Esq., Vice Chairman

Hon. Frank Huttle, III, Esq., Mayor

Hon. Marc Forman, Councilman

Curtis Caviness

Lewis J. Baer

David Maron, R.A.

Toni Fay

Timothy Dacey, City Manager

Emily Mann

Adam Brown

### City Council

| | |
|---|---|
| Hon. Lynne Algrant | (At-Large Member) |
| Hon. Marc Forman | (Ward 1) |
| Hon. Michael D. Cohen | (Ward 2) |
| Hon. Eugene Skurnick | (Ward 3) |
| Hon. Wayne Hamer | (Ward 4) |

### Master Plan Subcommittee

Lewis J. Baer, Chairman

Hon. Frank Huttle, III, Esq., Mayor

Marvin Anhalt

James Demetrakis, Esq.

Curtis Caviness

Michael B. Kates, Esq.

### Historic Preservation Committee

Will Lee, Chairman

### Mayor

Hon. Frank Huttle, III, Esq.

### City Manager

Timothy Dacey

### City Engineer / City Planner

Kenneth Albert, P.E. P.P.

### Planning Board Attorney

Michael B. Kates, Esq.

4

# Consulting Team

**Brown & Keener Urban Design, a division of The RBA Group**

1315 Walnut Street, Suite 900

Philadelphia, PA 19107

**Regional Plan Association**

4 Irving Place, 7th Floor    179 Nassau Street, 3nd Floor

New York, NY 10003    Princeton, NJ 08542

**Urban Partners**

829 Spruce Street, Suite 204

Philadelphia, PA 19107

The Englewood Planning Board adopted this plan on February 20, 2014. The original document was appropriately signed and sealed in accordance with NJAC 13:41. The original document was amended on February 19, 2015 and is incorporated in this text.

Mark Keener, PP AICP

NJ Professional Planner License 5511

Linda B. Weber, PP AICP

NJ Professional Planner License 4825

# List of Figures

Figure 1: Englewood in the Region ........................................................................ 2
Figure 2: Highlights from the public workshops .................................................... 9
Figure 3: Map showing principal thoroughfares, the rail corridor, and topographical features in Englewood ... 25
Figure 4: Population by Race ................................................................................ 26
Figure 5: Change in Population by Race (2000-10) ............................................... 27
Figure 6: Change in Population by Age (2000-10) ................................................. 27
Figure 7: Population by Age Cohort (2010) .......................................................... 27
Figure 8: Population by Household Type (2000-10) ............................................... 28
Figure 9: Change in Population by Housing Type (2000-10) .................................. 28
Figure 10: Change in Housing Characteristics ...................................................... 29
Figure 11: Comparing Demographic Indicators (2006-2010 ACS) ......................... 29
Figure 12: Median House Value and Household Income by Census Tract (2007-2011 ACS) ... 29
Figure 13: Top Industries Employing Englewood Residents (2010) ....................... 31
Figure 14: Top Employers in Englewood by Industry (2010) ................................. 31
Figure 15: Change in Jobs by Industry Sector (2002-2010) .................................. 31
Figure 16: Total Number of Jobs in Englewood (2002-2010) ................................ 32
Figure 17: Commuting Patterns of City Residents (2011) ..................................... 32
Figure 18: Number of Jobs (2000-10) .................................................................. 33
Figure 19: 2012 Tax Assessment Data ................................................................. 34
Figure 20: Land Use – City of Englewood, NJ ..................................................... 36
Figure 21: Land Use Map ..................................................................................... 36
Figure 22: Palisade Plaza appears out of scale with its neighbors in height and bulk ... 37
Figure 23: List and details of redevelopment projects in Englewood since 2002 ... 38
Figure 24: Redevelopment projects completed in Englewood since 2002 .............. 39
Figure 25: Zoning Districts, Overlay Zones, and Redevelopment Areas ................ 41
Figure 26: View of Palisade Avenue, Past (left) and Present (right) ...................... 42
Figure 27: Parking in Downtown Englewood ........................................................ 45
Figure 28: Mackay Park is located just south of downtown. ................................. 47
Figure 29: These photos compare the central main streets of several thriving New Jersey downtowns. ... 49
Figure 30: An active, vibrant downtown will attract new downtown residents that support Palisade Avenue ... 50
Figure 31: A new district, Downtown Gateway (D-G), is proposed... ..................... 51
Figure 32: The walkway connection to the parking garage. .................................. 54
Figure 33: View of Memorial Circle, or "West Palisade Gateway" (looking south on Tenafly Road) ... 56
Figure 34: Zoning map with proposed light rail stations and 1/4 mile radius drawn ... 58
Figure 35: The view along South Dean Street in Englewood South ....................... 61
Figure 36: An industrial building with awkward landscaping that obscures windows and façade details ... 65
Figure 37: A business in Englewood South adding a second floor atop its building ... 66
Figure 38: Land Use & Zoning Recommendations (see Table A) ............................ 75
Figure 39: Land Use & Zoning Recommendations (see Table B) ............................ 77
Figure 40: The last stop of the proposed Hudson Bergen Light Rail extension. ...... 78
Figure 41: Proposed wayfinding system for Englewood ........................................ 79
Figure 42: Functional Classification of Roadways in Englewood ........................... 80
Figure 43: Key Roadways and Corridors .............................................................. 82
Figure 44: Concept design for the Route 4 Interchange at Grand Avenue ............. 84
Figure 45: Land Use Contexts (from the Smart Transportation Guidebook). .......... 85
Figure 46: Assigning Land Use Contexts. This chart assigns various sections of Englewood's key corridors ... 86
Figure 47: Roadway Classifications Applied (adapted from the Smart Transportation Guidebook) ... 87
Figure 48: Roadway Types and Contexts .............................................................. 88
Figure 49: Attributes of Key Roadways. This chart shows lane configurations and dimensions of each roadway segment ... 89
Figure 50: Key Map for Figure 49. Indicates where characteristics of key roads change as they cross the City ... 90
Figure 51: Roadway Type & Land Use Context of Key Roadways ......................... 91
Figure 52: Table showing the characteristics of a Community Collector roadway type ... 92
Figure 53: Public transit within the City of Englewood, NJ .................................... 95
Figure 54: Station Area TOD ............................................................................... 98
Figure 55: A Station Area plan showing a street and block arrangement for a proposed TOD Overlay District ... 99
Figure 56: Bike friendly roads (according to GoogleMaps) and proposed bicycle facilities from Teaneck study ... 101
Figure 57: Municipal Off-Street Parking and On-Street Parking in Downtown Englewood ... 103
Figure 58: Community Facilities: Schools, Parks, Public Safety, Civic and Cultural Facilities, Religious Institutions ... 112
Figure 59: Parks and Public Open Space in the City of Englewood ....................... 120
Figure 60: Historically significant buildings in Englewood .................................... 122
Figure 61: Historically significant buildings and places in Englewood ................... 136

# Table of Contents

| | | |
|---|---|---|
| Turning Points | < Prologue | * |
| Introduction | | 1 |
| Envision Englewood | < A Public Process | 4 |
| Envision Englewood: 5 Futures | | 10 |
| ● Downtown | | 11 |
| ● Englewood South | | 14 |
| ● My Neighborhood | < Vision Statements | 16 |
| ● My Town | < Guiding Principles | 18 |
| ● Mobility | | 20 |
| Statement of Purpose | | 22 |
| Land Use Plan | | 23 |
| The City Plan | | 24 |
| Introducing Englewood: A Brief History | | 24 |
| Introducing Englewood: Framework of the City | | 24 |
| Introducing Englewood: People | < Demographic Data | 26 |
| Introducing Englewood: Employment | < Employment Data | 31 |
| Existing Land Use | | 34 |
| Zoning Districts | | 40 |
| Land Use Patterns, Trends & Strategies | | 42 |
| Downtown ● | < Land Use Patterns | 42 |
| Englewood South ● | < Issues & Trends | 59 |
| Neighborhoods, Streets & Avenues ● | < Objectives, Strategies, Actions | 67 |
| Land Use Considerations & Zoning Recommendations ● ● ● | | 74 |
| Circulation Plan ● | | 78 |
| Englewood's Roadway System | | 79 |
| Improving Key Roadways | | 83 |
| Connecting Land Use & Transportation | | 85 |
| Corridors and Transit ● | | 93 |
| Transit ● | | 93 |
| Bicycle & Pedestrian Circulation ● | < Objectives, Strategies, Actions | 100 |
| Vehicular Circulation & Parking ● | | 102 |
| Community Facilities Plan ● | | 106 |
| A Community Center | | 110 |
| Community Facilities & Institutions ● ● | < Objectives, Strategies, Actions | 114 |
| Recreation & Open Space Plan ● | | 115 |
| Parks & Open Spaces ● | | 116 |
| Recreation & Open Spaces ● | < Objectives, Strategies, Actions | 118 |
| Historic Preservation Plan ● | | 121 |
| Recycling Plan ● | | 137 |

Sustainability Plan ⓘ                                                   141

Relationship to Other Plans                                            148

Appendices                                                             On File

   A.  Planning Board Resolution, September 2, 2010
   B.  Housing Element
   C.  Letter from the City to NJ Transit, February 21, 2012
   D.  Environmental Resource Inventory
   E.  Englewood Hospital Letter

# Turning Points

The 2014 Master Plan for the City of Englewood New Jersey is an update of the 2009 Master Plan, prepared by K. Albert Associates and adopted November 24, 2009. The Planning Board acknowledges certain findings and recommendations of the 2009 Master Plan remain relevant to the City's future and are therefore substantially unchanged in this 2014 Master Plan.

However, this plan anticipates several important **turning points** for Englewood:

1. **LIGHT RAIL:** Plan for the **reactivation of the Northern Branch line** for passenger light rail, with three stops in Englewood. Undertake necessary vision and planning for three stations with accessibility, parking, and promotion of such service for residential and business development (see Circulation Plan).

2. **DOWNTOWN LIVING:** Encourage over-the-shop **downtown living** by introducing residential use by-right for downtown buildings taller than one story, with an orientation toward "empty-nesters." Within the nexus of Palisade Avenue (Engle St. to Monument Circle) and Dean Street (Demarest St./Depot Sq. to South Dean), plan for building types scaled so that new downtown residences are included in future development and renovations (see Envision Englewood: 5 Futures and Land Use Patterns, Trends, and Strategies). A livable downtown can host a range of uses: retail, residential, health care, and offices.

3. **ENGLEWOOD SOUTH REVITALIZATION:** A key opportunity to expand the City's tax base, this is an untapped area for economic development with additional benefits accruing from light rail and future highway (Route 4 interchange & possibly Interstate 95) improvements. Invest in the public realm and rezone to mixed-use industrial to encourage entrepreneurship (see Envision Englewood: 5 Futures & Land Use Patterns, Trends, and Strategies).

4. **COMMUNITY CENTER and COMMUNITY-WIDE PROGRAMING:** Upgrades to city-wide programming and facilities as a present alternative to a possible future facility (see Community Facilities Plan).

5. **PRESERVE RESIDENTIAL NEIGHBORHOODS:** Protect the **character** of City neighborhoods and districts. Create a Historic Commission to retain and enhance the residential character outside the Downtown/Englewood South areas and preserve unique structures citywide (see Envision Englewood: 5 Futures and Historic Preservation Plan).

6. **PUBLIC SPACES and CITY GATEWAYS:** Depot Square is the northern gateway to the City. Recent improvements, amenities and the new 9/11 memorial should be followed with a vision to design and program the space and to create bike lanes and jogging paths within the city and along the proposed rail line to connect with those of neighboring towns. Monument Circle and the Liberty School is the western gateway into the City. Enhancements here might include relocation of City Hall—which needs to be renovated and is in a prime location—and a future community center (see Land Use Patterns, Trends, and Strategies)

7. **PLANNING as a CIVIC EXERCISE:** This plan is built around central themes and priorities that emerge from **public work sessions with residents and stakeholders** (see Envision Englewood). That process established Planning Policies, Guiding Principles and Plan Recommendations based on a clearly articulated **Vision Plan** (see Envision Englewood: 5 Futures). It includes **short case studies and scenarios** that illustrate the intention of plan recommendations (see pages Land Use Patterns, Trends, and Strategies). Present concepts, findings and recommendations focused on five topics: Downtown, My Town, Englewood South, Neighborhoods, and Mobility in a clear, **graphically compelling, reader-friendly** lay out. These are traditions that should be carried forward into future updates of this document.

# Introduction

## Englewood Master Plan

The 2014 Englewood Master Plan is a policy document adopted by the Englewood Planning Board to guide future decisions regarding land use and community development. The Master Plan is authorized by the New Jersey Municipal Land Use Law (40:55D-1), which includes the purposes of land use planning, the components of a Master Plan, and the land development process.

The Master Plan establishes a proactive approach to managing future development, preserving community character, and guiding public and private investment. It provides policies and key recommendations for future development strategies, economic incentives, and land use controls that support and strengthen the City's neighborhoods and its commerce. The Master Plan is a guiding document to be regularly consulted by municipal officials, residents, institutions, developers, business owners and any other stakeholder interested in the growth, preservation, and development of the City of Englewood.  This 2014 Master Plan Englewood Master Plan is an update of the 2009 Master Plan, prepared by K. Albert Associates and adopted November 24, 2009. Many of the findings and recommendations of the 2009 Master Plan remain relevant to the City's future and therefore remain substantially unchanged in the current plan, especially those marked with an asterisk (*) below:

| | |
|---|---|
| Envision Englewood | * Recreation and Open Space Plan |
| Statement of Purpose | * Historic Preservation Plan |
| Land Use Plan | * Recycling Plan |
| Circulation Plan | * Sustainability Plan |
| Community Facilities Plan | |

## Englewood at a Glance

The City of Englewood is a five square mile city in Bergen County, New Jersey located a mile west from the rocky cliffs of the Palisades and the waters of the Hudson River. It is situated in the Northern Valley with several other similarly sized cities. Englewood is considered a "jewel" of the region because of its vibrant downtown of shops, restaurants, offices, cultural and entertainment offerings, apartments, and condos. Just south of downtown is an industrial and office district comprised of many small-to-medium-sized enterprises that employ people from throughout the region. Englewood's residential neighborhoods constitute 75% of its land area. There is great variety in City houses—from historic to modern and large to small. Most are arrayed along tree-shaded streets with landscaped lawns. Parks of various sizes in the neighborhoods offer a mix of passive areas and programmed spaces such as baseball fields, swimming pools, basketball courts, tennis courts, and an ice skating rink. A nature center provides visitors with an expansive forested environment, with walking trails and wildlife education programs. Englewood's residents are generally well educated. More than 42% of residents over the age of 25 have a bachelor's degree, which, in part, contributes to a relatively high annual median household income of almost $70,000. About 10% of the population is below the poverty level. Religious institutions throughout the neighborhood serve many Englewood residents. Churches, synagogues, and other houses of worship serve various denominations of Christianity, Judaism, and other faiths. The diversity of religious communities reflects the diversity of Englewood residents, who come from variety of racial and ethnic backgrounds.

Almost one-third of the population is from a different country; Koreans and Colombians make up the greatest percentage of recent immigrants residing in the City.

### Englewood in the Region

From its beginning, Englewood has been intrinsically linked with New York City. In the 1800s, the Erie Railroad provided passenger service along the Northern Branch Line, transforming towns into bedroom communities for residents working in the cities. Although Englewood has not had passenger rail service for more than 40 years, NJ Transit is hoping to change this through the Northern Branch Corridor Project, which would reintroduce rail transit service to Bergen County.

Today, Englewood and New York City are still linked geographically and economically (see Figure 1). In terms of proximity, it is possible to reach New York City by car over the George Washington Bridge within 10 to 15 minutes. According to 2010 Census data 25% of Englewood residents work in New York City and approximately 11% of people working in Englewood commute from New York City. NJ Transit provides express bus service from Englewood that takes approximately 35 minutes to reach the Port Authority Bus Terminal. About 12% of employed Englewood residents work in Englewood.



Figure 1: Englewood in the Region

## Why A New Master Plan?

Until recently, municipalities in New Jersey were required to update their Master Plans every six years. This changed in 2011; now an update is required every ten years. Many communities update their Master Plans more frequently because various issues, challenges, and developments emerge for which existing Master Plans do not provide sufficient, correct, or publicly supported guidance. Several specific factors prompted Englewood to initiate a plan update only three years after its previous update. A September 2, 2010 Planning Board Resolution (see Appendix A) found that "... certain matters of public importance warranted further hearings and study by the Planning Board." These include:

- The Proposed Use and Redevelopment of the Liberty School
- The Use of the Mackay Ice Arena
- The impact of the potential introduction of light rail by NJ Transit, and
- Planning for a Community Center

The following are specific issues the City identified for consideration during the Master Planning process.

### Northern Branch Corridor Light Rail NJ

NJ Transit is evaluating reactivation of the Northern Branch line for passenger light rail, with three stops in Englewood. The aim is to address transportation needs of eastern Bergen County commuters to employment centers along the rail corridor and in other parts of New Jersey, commuters to New York City; and people making non-work trips to business, shopping, recreation, and educational destinations in the region. The 12-mile line would take people in Englewood to Jersey City, connecting to the Hudson-Bergen Light Rail. Three stations are proposed in Englewood: one next to Englewood Hospital, the second in downtown, and the third in the southern area of the City near Route 4.

### Preserve Neighborhood Character

There needs to be more consideration for preserving the character of the City's various neighborhoods and districts in light of commercial and institutional expansion and the return of development interest as the economy recovers.

### Incorporate Recent Demographic Data

The 2009 Master Plan was based on data on the 2000 U.S. Census. However, an updated census was released in 2010. Englewood's 2014 Master Plan considers the new data and presents suggestions to be addressed in City planning policies.

### Amplify the Level of Public Engagement

The broad variety of issues, opportunities, and challenges merits a coordinated effort to engage Englewood residents and stakeholders. Specific issues include the redevelopment and reuse of the Lincoln and Liberty Schools as well as the consideration of a centralized community center for Englewood residents.

# Envision Englewood *a shared vision*

*The narrative below presents a shared vision. Numerous forms of public outreach and many hours of research, brainstorming and collaborative conversations shaped it.*

## A Public Process

For any community's Master Plan to be effective, it should reflect the wishes and desires of those who live and work there. The City of Englewood's Vision ("Envision Englewood") and Master Plan is the result of on-the-ground research and planning as well as a robust public process that engaged several hundred residents, community stakeholders, businesses and major employers, harnessing their ideas into a comprehensive vision. The process was iterative; ideas and concepts conceived out of initial stakeholder conversations were brought to larger community forums for discussion, feedback, and additional ideas. Those ideas that resonated with community members were further refined; those that were met with concern opposition or confusion were reconsidered or clarified. With a focus on the key issues and areas important to all of Englewood—downtown, transit and transportation; residential neighborhoods, community amenities and activities, and Englewood South industry—the narrative presented here is a shared vision. Numerous forms of public outreach and many hours of research, brainstorming and collaborative conversations shaped it. Given the variety of opinions expressed on an array of topics, the Vision will not present an outcome that pleases every single resident, but it is hoped that it embodies the wishes, ideas, and concerns voiced by those who participated in this effort to make Englewood an even better place.

*To help guide the overall Englewood Master Plan process two committees were established, the Municipal Advisory Group and the Stakeholder Committee.*

## Municipal Advisory Group

The Municipal Advisory Group was comprised of the Mayor, the City Manager, the City Engineer, members of the City Planning Board and members of the City Council. The group's goal and objectives are listed below.

### Goal

To ensure that the Master Plan is developed with fully informed elements and in a manner that will be adoptable and implementable.

### Strategy

- ➦ Provide planning expertise to the Project Team in relevant Master Plan elements.
- ➦ Engage in the Visioning process to ensure that a plan is developed that will be adopted
- ➦ Consider the role they will play in the Plan's implementation and offer guidance as needed.

## Stakeholder Committee

Developing the new Master Plan for the City of Englewood required time and commitment from those who know the area best—the people who live and work here. The individuals who comprised the Stakeholder Committee were brought together for their deep knowledge of Englewood and for their connections to people and institutions in the community. The committee includes representatives from Englewood's business, civic, religious, and community organizations.

### Goal of the Stakeholder Committee

To ensure that the interests of all community members are represented in the City of Englewood's Master Plan.

### Objectives to Achieve Goal

- ➲ Advise the Study Team on project approaches that are responsive to community needs.
- ➲ Ensure the participation of residents as well as civic and religious, business, labor, environmental, and advocacy organizations in 3 Public Workshops through public outreach and education.
- ➲ Participate in individual stakeholder meetings and 3 Public Workshops.
- ➲ Review and comment on project outputs.

## Public Workshops

To formulate a shared vision from the community, three separate public workshops were held over a nine-month period at various stages of the Plan's development.

### Workshop 1 – June 27, 2012

The first public workshop was held at the Community Baptist Church and was attended by close to 300 Englewood residents. At the meeting, participants were introduced to the project team, the project scope, as well as initial impressions of Englewood and a summary of the major issues informed by site visits and meetings with the Municipal Advisory Group and Stakeholder Committee. Workshop participants were asked to work in facilitated breakout sessions that covered topics including downtown redevelopment, neighborhoods and industrial redevelopment. At the end of the night, participants were asked to report on their top priorities. These are summarized below:

### Community Programming

Community programming was a very important subject to Englewood residents. Many see the programming as a great opportunity to enrich the lives of Englewood residents of all ages, including keeping youth out of trouble. A number of residents voiced support for building a new Community Center with programs for all ages. Votee Park in Teaneck, NJ was often cited as an example. Others felt that the cost of building and maintaining a new center would weigh on the community and that existing community amenities rather could be enhanced and programmed better at places such as Mackay Park.

### Neighborhoods

The Neighborhoods emerged as a very important issue for Englewood residents. In particular, there was strong support for maintaining the character of Englewood neighborhoods, even as places like downtown or the industrial area change. There was a desire to ensure that all neighborhoods are treated equally (including snow removal, garbage pickup, street tree maintenance, and other City services). Some residents also voiced support for affordable housing options.

### Better for Residents

Many participants felt that Master Plan policies recommending improvements to the City should benefit current residents. Local jobs and better schools, services in the downtown, and improved transportation were important issues that Englewood's current residents would like to see. But many pointed out that an increase in taxes would not be favorable.

### Downtown

Participants on the whole voiced concerns about downtown and support for a stronger, better functioning downtown. Many saw the opportunity to invite a more diverse mix of businesses that catered to all of Englewood's residents. Downtown is a source of pride for many and they would like to see it improve further.

### Reinvent the Industrial Area

Participants also largely supported the idea of reinventing the industrial area in South Englewood. This might involve improving its appearance, strengthening existing industry, and inviting a new mix of uses, including live-work spaces, business incubators and innovative industries. Participants supported the proposal to develop a light rail station hub and connecting this part of Englewood to the rest of the City.

### Light Rail Extension

Support for the extension of the Hudson Bergen Light Rail to three stations in Englewood was mixed. Important questions could not be answered because details concerning timeline and design are not known. Many wanted to know what the benefits of the extension would be and also wanted to ensure that the light rail would not impact parking and congestion, particularly in downtown.

### Workshop 2 – October 22, 2012

A second public workshop was held at Congregation Ahavath Torah and was attended by more than 200 participants. At the meeting, the project team provided a brief overview of the project and introduced concepts and initial ideas for the City's Master Plan. These concepts grew largely out of the priority issues discussed in the first workshop. Participants shaped these concepts into future plan actions and discussed their priorities in facilitated break-out sessions along four themes:

- **On the Move**, which focused on transportation and mobility throughout the City;

- **Open for Business**, which looked at opportunities for businesses and residents downtown;

- **Community Roots**, which focused on needs for neighborhoods and community amenities; and

- **A New Shift**, which examined opportunities for redevelopment and job growth in Englewood's industrial district in the southern part of town. The major concepts to emerge from the second workshop, by theme, included:

### Downtown

Participants generally continued to support the concept of a stronger downtown with activity that attracts visitors and residents alike, both during the day and at night. Many saw the opportunity to expand the mix of uses—including in the west side of downtown—extending store hours, and make the downtown more walkable. Improved parking and safety were of concern to some participants. Finally, there was no consensus on exactly what should happen with Liberty and Lincoln schools, but most felt that both should be re-programmed. Ideas included a new public or charter school; a community center; and housing. Whatever happens with redevelopment, many supported respecting the history of these places—preserving existing buildings or facades, avoiding gentrification, and ensuring that any new development respect the suburban character of the neighborhoods immediately surrounding them.

### Community

As in Workshop 1, residents either supported developing a new community center to house community programs or were interested in improving existing facilities and enhancing programming. Community programs continued to resonate as very important to most participants and some expressed the desire for more, better, and safer open and recreational spaces. Many cited youth and senior programs as being in greatest demand. Should a new community center be built, participants want to ensure that there is a plan to pay for its development and maintenance.

### Neighborhoods

Protecting neighborhood character was once again a primary concern of many participants. Ensuring that multifamily homes do not dominate traditionally single-family home neighborhoods was a specific concern raised by some participants. Others wanted to ensure that schools do not become overcrowded or that neighborhood streets do not become a place for out-of-town visitors to park their cars. There was also a desire by a number of participants to attract new residents who want to put roots down in the neighborhoods. Street trees and lighting were other neighborhood issues that emerged as priorities, especially their even distribution and maintenance across all neighborhoods. Some participants were also concerned that there is limited connectivity among neighborhoods and to downtown. Many participants generally supported the concept of "complete streets." Support for more housing was mixed, with some feeling that there is a shortage of affordable housing and others feeling that there is adequate housing stock. Some participants felt that the City could provide greater assistance to those who would like to repair and maintain their homes but cannot afford it.

### Englewood South

There continued to be wide support for the reinvention of the industrial area in the southern section of Englewood. Many supported a mix of uses and investment that attracts entrepreneurs, possibly in the fields of biotechnology and light industrial uses. While there was general support for conversion of industrial loft space to live-work environments, most did not express support for single-family homes in this district. There was also general support for ensuring that existing businesses in this part of town continue to operate, being good neighbors to the new uses around them.

### Light Rail and Mobility

Participants of the second workshop had a variety of questions about the proposed light rail extension into Englewood. Many wondered what the benefits of the service would be, where it would get them, and who would be taking it. They also wanted to be very sure that it would not impact congestion and parking or raise real estate values to a point that property taxes become burdensome. Some participants saw the benefits of light rail service and the potential for redevelopment around each of the three proposed stations. There was wide support for extending the service to Rt. 4/Englewood

South, provided it does not increase congestion through downtown. Some worried that a downtown station would lead to greater congestion and parking shortages. Others worried about congestion in the neighborhoods surrounding Englewood Hospital and Medical Center if a station is built there. If transit-oriented development were to occur around any of the stations, most participants wanted to ensure that the scale of development is appropriate for downtown and others wanted to see open space included with new development. Regardless of whether or not the light rail comes, many saw opportunities to improve existing public transportation through Englewood, including later schedules for NJ Transit buses and improved management, promotion, and ridership of the City trolley system.

## Workshop 3 – March 21, 2013

The third and final "pop-up" workshop was held in a storefront at 14 West Palisade Avenue and was attended by over 100 participants. Rather than a formal presentation and breakout session, this workshop provided a large window of opportunity for residents and interested passersby to stop by a central location and weigh-in on the final concepts of the vision and Master Plan. Facilitators from the project team walked participants through the major concepts of the plan, answering questions and recording vital feedback for integration. In addition to a gallery-like review of the Master Plan concepts, residents were able to provide feedback in comment booklets provided on site. The major comments that emerged out of this final workshop, by theme, included:

### Downtown

Overall there was wide support for enhancing downtown, making it more vibrant on both the east and west sides of the tracks. Parking remains a priority for those using downtown, as residents hope for more availability and use of residential permits. A number of participants want to ensure a good buffer between downtown and the surrounding neighborhoods. Others hoped that an investment in the arts in downtown does not come at the expense of art in schools. Some expressed interest in ensuring that stores share a similar appearance, have Sunday hours, and be able to accommodate handicapped patrons. Workshop participants also expressed interest in ensuring that redevelopment occur at an appropriate scale and encouraged Englewood to look to other successful downtowns including West Orange, Montclair, and Maplewood.

### Englewood South

Participants were mostly supportive of the reinvention of Englewood South and noted the areas of untapped potential. Some questioned where the funding for these improvements would come from.

### Our Neighborhoods

Participants continued to underscore the importance of preserving the character of Englewood's neighborhoods. A few mentioned the need for repairs and improvements to existing homes and some encouraged the concept of a preservation commission to help get state grants to fund such improvements.

  

**Our Community**

Participants continued to be of two minds concerning community amenities. Some people favor a new community center while others think there are enough community activities, but that they need to be managed and promoted better. Nearly all agreed that the City should not cut funding to vital community resources such as the library or facilities at parks and pools. Others hoped to see more educational programs for youth and a place for them to be curious, inquisitive kids.

**Mobility**

Participants were supportive of many of the plan's concepts, including improving the City's trolley service and relieving congestion and parking issues. Others felt improved safety and better walking conditions around bus stops could increase bus ridership. A number of participants were eager to see the light rail extended into Englewood, provided it did not increase congestion or lead to parking shortages.

## Focus Groups & Additional Meetings

In addition to the large public meetings, smaller, more targeted meetings with specific topics to be addressed by the plan informed the vision and Master Plan. A convening of downtown Englewood merchants was held on September 19, 2012 at the Crowne Plaza hotel. More than 30 participants from downtown businesses provided invaluable feedback on such issues as parking, storefront visibility, shop hours, public transportation, mix of shops and the need to appeal to a younger and more diverse demographic. Additional smaller meetings and interviews were held with NJ Transit and the Englewood Hospital & Medical Center, who each shared insights into their future plans and the potential benefits and impacts on the City. Several realtors and business owners also were interviewed to learn more about conditions and potential in South Englewood.

Figure 2: Highlights from the public workshops

  

# En*vision* Englewood: 5 Futures

   

The following vision represents a culmination of the public process described in the previous section. It captures many of the ideas and concerns of the residents and steering committee members, presenting a view of the major concepts tied directly to Master Plan actions. Guided by the community input, the vision is organized around five major themes:

 Destination Downtown

 Englewood South

 My Neighborhood

 Our Town

Mobility

Each theme includes a vision statement, a planning policy supporting the vision, and a series of guiding principles that could be pursued and implemented through the Master Plan recommendations. To help understand how actions might play out in the future, each section starts with a vignette that narrates an experience of Englewood through the eyes of current and future residents.

**En*vision* Englewood: 5 Futures**

| Downtown | My Town | Englewood South | My Neighborhood | Mobility |

∧

SEE PAGE 42 for specific City objectives and actions designed to attract new commerce and residents

**Vision Statement**  Cultivate a unique, vibrant, livable, and walkable mixed-use downtown with diverse retail, services, and housing opportunities for all.

### A scene from Englewood in 2025: *The Place to Go*

*Janet loves to look in the rear-view mirror back at her Manhattan neighborhood of Washington Heights as she crosses the George Washington Bridge into New Jersey. "What a crazy mess of buildings!" she says out loud. Only a 15-minute drive to downtown Englewood, Janet makes this weekly trip to spend the day in one of her favorite places in the region – a place that is lively and offers diverse cultural amenities, but where New York City prices remain on the other side of the bridge. Pulling into downtown, she scans the shops and restaurants that offer a wide array of options. Many of them stay open later now, which was an adjustment for some of the business owners, but it certainly seems to have made the place more of a 24/7 destination. She follows her usual route to the downtown-parking garage, pausing only for a group of students using the well-marked crosswalk in front of her to get to a weekend class at the performing arts school. The garage is packed, but Janet manages to find a space and, before stepping out into downtown, runs through her checklist for the day…*

√   *Pick up plantains, rice and yucca from the grocery store on the west side of town;*
√   *Stop by the new boutique hotel to get rate information for her cousin's visit;*
√   *Check out the local arts exhibit in the gallery near the BergenPAC district;*
√   *Browse the shops on Palisade Avenue…grab a bite to eat; and*
√   *Head over to Shop Rite for the coming week's groceries before heading back home (bridge toll covered by Shop Rite, thank you for that!)*

*Because it is centrally located, Janet can leave her car in the garage while she checks off her items one by one. As she thinks through her day and considers just how much she loves this place, Janet decides to add one more item to her list: stop by the new Lincoln Homes development to talk with an agent about options for renting or buying. "Everything I need is right here!" she thinks, smiles and steps out into downtown Englewood.*

*Planning Policy* Downtown Englewood is the heart of the City. It is a destination for shopping, dining, entertainment, education, and living. Conversations with residents and downtown business operators revealed a variety of ways that the downtown experience could be improved to foster a more safe, vibrant, livable, walkable, 18-hour destination.

## Guiding Principles

### ❶ 1 | Encourage Liveliness by Promoting Pedestrian Activity Day and Night

In order for downtown Englewood to become a more lively and bustling destination, it is important to offer a safer, more inviting environment for those using it. A major goal for downtown should be to encourage pedestrian activity throughout the day and at night. Better lighting, stores that stay open after work hours, stronger police presence, and improvements to the streetscape—such as benches, street trees and flowers, well-maintained and litter-free sidewalks, and frequent, clearly-marked crosswalks—are important to Englewood residents. These improvements should be extended through the edges of downtown, activating overlooked areas and ensuring a strong connection to surrounding neighborhoods. In particular, opportunities for activating the edges could be realized at Depot Square, Mackay Park and the Public Library. New downtown development should also respect the character of the street on which it is being built, with appropriate setbacks and design that emphasizes the pedestrian experience (parking in the rear, storefront windows and sidewalk entrances, etc.).

### ❶ 2 | Strengthen a Regional Destination

Downtown Englewood's strongest regional attraction is the BergenPAC, which features more than 120 events per year and has a projected target of 200 events per year by 2015. BergenPAC currently reaches an annual audience of more than 175,000, which is expected to grow in the near future. It also offers performing arts education to local and regional youth through its Performing Arts School. The success and growth of the existing school required larger facilities, so BergenPAC's Performing Arts School recently expanded into 1 Depot Square, the former Englewood train station on Van Brunt Street.

Residents and merchants both identified concerns and ideas for improvement in downtown. One area for growth and change involves the mix of downtown businesses. The City—in partnership with local business and property owners—should take steps to expand the range of offerings. Small grocers, local flea markets and specialty shops such as a pet supply store would be attractive to a greater share of Englewood residents and nearby visitors. The west side of Palisade Avenue might be an opportunity to expand offerings that cater to the Latino community but also serve the general population. More generally, there appears to be demand for shops to keep later hours to facilitate more activity into the evening and to support those businesses that do keep the doors open later. Finally, instituting more incentive programs (e.g., Shop-Rite's bridge toll incentive) and cross-promotions among businesses could attract more customers and strengthen Englewood's position as a regional shopping destination.

### ❶ 3 | Generate Economic Activity through Arts & Cultural Activity

Downtown Englewood's strongest regional attraction is the BergenPAC, which features over 100 events each year and reaches an annual audience of over 250,000. It also offers educational programming in the performing arts and has expanded into the old train station. There is a unique opportunity to leverage the BergenPAC by encouraging arts and culture related uses around it, including artist housing, gallery space, music venues, and small theatres, as well as supporting service businesses such as art supply stores, cafes and printers, amongst others. One way to facilitate such uses is through the creation of an arts district around the BergenPAC and

devising ways to encourage visitors to BergenPAC and other destinations to frequent the stores and restaurants in downtown.

### ⓓ 4 | A New Future for Lincoln and Liberty Schools

Located close to downtown, these significant sites could be put back into productive use in various ways. The Liberty School is currently being reused to house the Department of Recreation and YWCA programs, while the Lincoln School is currently vacant and slated for redevelopment The reactivation of the Lincoln and Liberty Schools present important opportunities for downtown. The future use and form of the sites should respect and complement the character, form, density, and composition of the adjacent neighborhood and downtown.

### ⓓ 5 | Improve Circulation Downtown

As the City considers new uses and more activity downtown, it also must take steps to ease traffic congestion and ensure sufficient parking. The City should follow a carefully prepared parking and congestion management plan that seeks to reduce the number of car trips through downtown, while ensuring smooth flow and sufficient parking for downtown customers and employees. At the heart of the plan should be strategies to better capitalize on the City's downtown parking garage and to encourage an environment where people park and then walk to multiple destinations in downtown.

## Envision Englewood: 5 Futures

Downtown | My Town | Englewood South | My Neighborhood | Mobility

**∧**

SEE PAGE 58 *for specific City objectives and actions designed to attract new commerce and residents*

*Vision Statement*  These blocks, traditionally devoted to manufacturing and commerce, will evolve into a vibrant, attractive, entrepreneurial district and employment center. Streetscape improvements, investments in branding and wayfinding, and improved business facades and signs, will create an attractive environment that celebrates Englewood industry and attracts investment. Businesses will begin to work together to cooperatively strengthen the district.

### A short scene from Englewood in 2020: *Englewood Made*

*"Beep! Beep! Beep! it's 6:30a.m. and William's alarm clock is going off. But William isn't sleeping. He's been awake for hours now, in the studio putting the final touches on a bed that, when finished, will complete his latest line of custom-made furniture. A signature piece, the bed will be featured in the storefront window of his shop—just on the other side of the studio wall —that will open to the public for the very first time today. William puts down his polishing cloth and heads upstairs to his living quarters to turn off the alarm and pour a cup of coffee. Sure, living in a working district may not be for everyone, but it has worked well for William. It allowed him to make a living off his trade and enabled him to forge connections with others, such as the photographer next door whose pictures of William's handiwork helped to expand his customer base.*

*Growing up in the Fourth Ward and working for a furniture manufacturer in the industrial district for years, William knew the place as a light industry and manufacturing job center, with companies that offered a range of products from electro mechanic seals and electric cables to gift baskets and cosmetics. As time went on, he noticed a nearby redesigned industrial building offering live-work space for rent and it was around that same time that William's company laid him and a number of others off. Recognizing the opportunity to pursue a dream, William jumped at the chance to move into a space where he could work out of his own home. In time a new community emerged alongside existing businesses.*

*Reflecting on all of this, William heads back down to the bed to complete one final task before finishing up. Reaching into a small box, he pulls out a label that is stuck on every one of his completed works. Looking at it with pride, William smiles and reads the words out loud before placing it on the bed, "Englewood Made!"*

*Planning Policy*  Strengthen Englewood South through land use, economic development, and placemaking strategies that attract more economic activity, improve the quality of the working environment, create jobs, and expand the City's tax base.

## *Guiding Principles*

### ⑤ 1 | Reinvent Englewood South

Englewood South has a well-established mix of operating industrial businesses, although the appearance of the area would lead people to believe it was mostly stagnant. Several large-scale redevelopment projects have introduced non-industrial uses into the area, including a hotel and two large multi-family housing developments. The City will reinvent Englewood South to facilitate new investment in a more vibrant, connected, and entrepreneurial district with enhanced economic activity. Englewood South will be the location for entrepreneurs to incubate new businesses and for artists and craftsmen to live and work. As this area grows, surrounding services will benefit from the additional uses. Current light industrial businesses can continue to thrive at the center of a new, expanded industrial cluster, and South Dean Street can develop into a supportive mixed-use corridor for the district.

### ⑤ 2 | Promote Good Form & Aesthetics

As Englewood South transitions to a greater mix of uses, the City should encourage a built form and appearance that reflects existing character and respects adjacent uses. Businesses will be "good neighbors" to residents and other businesses. To help forge a common identity in the district, a shared form for new development will be created for the mix of uses and will create a strong pedestrian realm.

### ⑤ 3 | A Positive Pedestrian Experience

Englewood South should be a safe, walkable district. Street trees, wide and well-lit sidewalks and crosswalks at major intersections are just some of the streetscape improvements that will create a welcoming environment for residents, workers and visitors alike. Similarly, the City should ensure that there are strong pedestrian connections between Englewood South and surrounding residential neighborhoods, as well as between key destinations within the district.

### ⑤ 4 | Spaces to Gather

As a mixed-use, working district, Englewood South should have more public and semi-private spaces for workers and visitors in the district. These spaces will serve as gathering places for people during the day, adding a new physical and social dimension to Englewood South while helping to forge its identity.

**Env*ision* Englewood: 5 Futures**

Downtown  |  My Town  |  Englewood South|  My Neighborhood  |  Mobility

∧

SEE PAGE 66 *for specific City objectives and actions supporting neighborhood connectivity and quality of life*

*Vision Statement*  Ensure safe, healthy, and attractive neighborhoods that are well-connected and that have an abundance of accessible community amenities and services.

A scene from Englewood in 2018: *Home Sweet Home*

*Irving has lived in the same house in Englewood on the edge of downtown for well over 50 years now. A starter home when he and Ethel first bought it, they were able to build on an addition with the arrival of the twins to give them a good, suburban upbringing. Having worked all her life in theater as a makeup artist but now in need of daily assistance, Ethel has since moved into the Lillian Booth Actors Home of The Actors Fund over on West Hudson Avenue, while Irving chose to stay in the family home.*

*So, today – like most others – Irving carries out his well-worn routine. He walks the half-mile to a downtown coffee shop where he meets a couple of his buddies for donuts and coffee. In recent years, the walk has become easier and more enjoyable for all of them as the City has widened sidewalks and added new ones leading from the neighborhoods to downtown. The trees that the City has planted and maintains on neighborhood streets ensure a shady walk on sunny days. And while the bikes that zip by in lanes marked on the streets still occasionally alarm Irving, he understands that that's how lots of people get around these days (though it's not for him – have you seen those crazy shorts they wear?)*

*Irving and his buddies catch up on all the latest goings-on in town, including the completion of those new apartments over by the Lincoln School. "Thank goodness the City had the sense NOT to develop those buildings amongst our homes" one of them says. "Downtown is where they belong!" said another. Though they are quite handsome looking buildings, they all agree. Finishing up their conversation, Irving makes his way over to the library, where he picks up a book of poetry and then catches the NJ Transit 166 bus. He takes it past the hospital to Hudson Avenue, gets off the bus and walks another half mile until he reaches the Actors Home. There, he spends the day with Ethel, reading to her from the book of poems, watching a lunchtime performance and looking at old pictures. Pausing on a picture of the old neighborhood from decades ago, Irving comments to Ethel how remarkably similar it still looks, despite the changes that have occurred throughout Englewood. "The character is still the same!" he exclaims.*

*With a peck on the cheek, Irving bids Ethel goodbye and makes his way back to the bus stop. Getting off in downtown, he picks up some soup for dinner and begins the short walk to his house. He approaches the driveway just as the streetlights begin to illuminate the street around him – a source of pride in all Englewood neighborhoods. As he crosses the threshold into the familiar smell of the house, he thinks to himself "home, sweet home!"*

*Planning Policy*  The Englewood of the future will respect the character of all neighborhoods, make gradual quality-of-life improvements within them, and improve connectivity among them.

## Guiding Principles

### Ⓝ 1 | Preserve Neighborhood Character

As changes take place in Englewood's opportunity areas (e.g. downtown and Englewood South), the City should take steps to preserve the existing character of residential neighborhoods while finding ways to improve them. Any improvements that are made will respect the form, character and history of the neighborhood, so that single-family home neighborhoods will remain as such and that edges—where residential neighborhoods meet places like downtown—will have adequate buffers. Englewood's residential neighborhoods will continue to attract good neighbors that respect the community and put down strong roots.

### Ⓝ 2 | Street Trees & Lighting

Many Englewood residents measure the value and safety of their neighborhoods by the presence of street trees and functioning streetlights. The quality of Englewood's street trees help to set it apart from other nearby cities and towns, so the City should ensure that all neighborhoods have a consistent supply of healthy, well-maintained street trees. Similarly, all neighborhood streets in Englewood, where appropriate, should be illuminated by functioning streetlights. Well-lit streets help residents feel safer and—together with street trees—generate community pride.

### Ⓝ 3 | Strengthen Neighborhood Connectivity

There are a variety of opportunities to enhance connectivity among Englewood's diverse neighborhoods. Sidewalks and other designated walking paths can forge connections between neighborhoods. They should be repaired or constructed between neighborhoods that are otherwise disconnected. They can also serve to connect neighborhoods to central gathering places such as parks and downtown, where special events and markets can further facilitate community. The City should also ensure that municipal services are provided to all neighborhoods equally. Biking is another way to improve connectivity throughout Englewood. Optimal bike routes that connect neighborhoods to employment centers, transportation hubs, parks and other City destinations should planned. The "spine" of the bikeway network could run along the rail right-of-way. All residents should be aware of the importance of bike safety and street design should ensure the protection of pedestrians and bicyclists.

### Ⓝ 4 | Synergies at the Commercial Crossroads & Institutions

Several Englewood neighborhoods have small nodes of commercial activity, typically at the crossroads of major roadways. Like pearls on a string, these commercial crossroads offer important benefits to proximate neighborhoods, including retail, medical, professional services, and job opportunities. The City should ensure that these nodes remain stable and healthy while being "good neighbors" who respect their community surroundings through upkeep and maintenance of facilities and context-sensitive building and sign design. "Good neighbor" practices also should be adopted by institutions located within residential neighborhoods, such as Englewood Hospital and Medical Center, the various churches, private schools, and public schools found throughout the City. Consideration must be given to the frictions that come about when employees, patients, worshippers, and students come and go from these institutions.

## En*vision* Englewood: 5 Futures

Downtown | My Town | Englewood South| My Neighborhood  | Mobility

∧

SEE PAGE 104 *for specific objectives and  plans for City – sponsored education, recreation and safety services*

*Vision Statement*  Offer a diverse variety of community amenities for Englewood residents of all ages and cultures in easily-accessible and well-maintained facilities.

### Report from Englewood 2014: *Something for Everyone*

*Sometimes Theresa wryly wonders who spends more hours driving in a day: herself, a stay-at-home mom, or Walter, her husband, who is a short haul truck driver. The moment she sees their 7-year old daughter Crystal off to the morning school bus, the clock begins to tick on Theresa's tightly scheduled day shuttling family members to a multitude of Englewood community programs at the City's many facilities. The stops include the library, where she brings their 5-year old son Jason over to the Children's Room for story time while she meets with a reference librarian for help updating her resume, since Jason begins kindergarten in just a few months.*

*Next, it's back home to pick up their dog Kobe to get her free rabies vaccination over at the City's health department. After that, Theresa and Jason are on the road again picking-up Theresa's mom Deloris to bring her over to the Southeast Senior Center for Independent Living (SESCIL). Deloris spends most afternoons at SESCIL taking part in a number of programs, including Tai Chi, Chair Yoga and – her favorite – belting out the oldies as a member of the SESCIL Singers.*

*With Deloris occupied for a few hours, Theresa and Jason head over to the Crowne Plaza pool for his swimming lessons, organized by the YWCA Bergen County. The three of them get back just in time to catch Crystal getting off the bus. They have an hour for dinner before Crystal's hip hop class. As they head out the door, Walter walks in and Theresa reminds him that they will need to talk through their decision for the upcoming public hearing on whether or not the City should build a new community center.*

*Theresa has heard both sides and is actually still on the fence: on one hand, there are plenty of great community services at a number of locations around town; on the other hand, a new center could provide even more services all under one roof. But is it worth the added costs to the City and taxpayers like her family to build and maintain it? Regardless of the decision they will make, she takes a moment – as she pulls into the dance studio parking lot – to appreciate all that the community has to offer her family. While it might make for a hectic day here and there, she knows that everyone is better for it!*

*Planning Policy*  In the future, Englewood residents of all ages and needs will have easy access to a variety of well-organized community programs. The programs will be offered in well-maintained facilities within close proximity to every neighborhood.

## Guiding Principles

**1 | Community Amenities for All**

Englewood is home to a variety of community services and programs at numerous sites throughout the City. Programs include, among others, organized youth sports, farmers markets and adult education. The City should ensure that residents of every neighborhood have reasonable access to programs housed in appropriate, well-maintained facilities. In particular, the demand for additional services for youth, seniors and special needs residents should be met. Greater Downtown, which already has a strong concentration of community amenities, could serve as a virtual Englewood community center, offering a diversity of programs at a number of facilities (e.g., libraries, schools, churches, etc.). Residents stressed the importance of adequate funding for these services. A central programmatic coordinator could help to manage Englewood's programs and facilities more effectively. Should Englewood residents determine that additional community facilities are necessary, the City should develop a clear plan that spells out costs, funding mechanisms, management models, and maintenance strategies for such a center. Rodda Center in Teaneck could serve as a model for such a new facility.

**2 | Proximity to Parks & Open Spaces**

Parks and open spaces are very important to Englewood residents. Whether used by local athletic leagues, as a place to gather with friends and neighbors, or as a space to connect with nature, every resident of Englewood should be within a reasonable distance to parks or open spaces. The City should find ways to increase the acreage of publicly accessible parkland, especially sections of town without much open space. The City should also ensure that park property and facilities are well-maintained.

## En*vision* Englewood: 5 Futures

Downtown | My Town | Englewood South| My Neighborhood | Mobility

**Λ**

*SEE PAGE 76 for plans supporting transportation, transit, streets, sidewalks, trails, and traffic calming*

*Vision Statement*  Maximize the benefits of existing transit and anticipate the benefits of proposed transit improvements by planning for development opportunities, smooth traffic circulation, and parking.

### A story about Englewood in 2025: *Getting Around*

*Every day, Max rolls out of bed at the last possible minute. He knows exactly the amount of time it takes to hop on his bike, speed across town using the on-street bike lane, lockup at the Downtown Englewood Light Rail Station and grab a coffee at the station café before catching the 8:23a.m. to his job in Hoboken. He doesn't want to waste a single minute. It wasn't always like this. Before the light rail was complete, Max's commute to Hoboken was nearly 1.5 hours and involved two different buses. Enduring this commute in both directions did not fit his "waste no time" philosophy and almost led to Max to leave behind his childhood home.*

*Following graduation from college, Max returned to Englewood. Finding an apartment on the edge of the thriving downtown that enabled him to remain car-free. Living there gave him everything he needed: proximity to his old friends and family as well as access to the excitement of downtown, but with the suburban character he loves. Once the light rail started running, Max had a new reason to stay in place. True, it took some residents time to adjust to the light rail - a new parking structure near the hospital, some out-of-towners parking there and down by Route 4, changes to some traffic patterns -- but the access to other places like Hoboken and the added influx of visitors has been good for the City overall.*

*The light rail and bike lanes are just a couple of new transportation improvements that have benefitted Englewood in the past few years. Later bus schedules help to support the 24/7 downtown. The City trolley system was enhanced to get more people to more destinations including BergenPAC, the local grocery store and the Hospital amongst others. The City made sure that all of the changes had as little impact on parking and congestion as possible. As a result, Englewood residents now have good access to smooth-flowing, efficient transportation that takes them to a variety of regional destinations. Smooth, efficient, far-reaching; now that's Max's kind of town!*

*Planning Policy* Residents in Englewood will have abundant opportunities to move smoothly throughout the City to access local and regional destinations via enhanced transit. The community embraces the light rail extension to the City and will be well prepared for the opportunities and impacts that the service will bring about. Development around station areas will foster growth and community benefits throughout the City.

### Guiding Principles

#### Ⓜ 1 | Enhance Existing Transit

Several NJ Transit bus lines serve Englewood. The City should work closely with NJ Transit to find ways to improve existing regional transit by optimizing the schedule, including extending service into the night to better support downtown shopping, dining, and entertainment. The City should also work to provide safe walking and biking conditions and to encourage these modes of transportation.

#### Ⓜ 2 | Take Advantage of New Transportation Opportunities

The prospect of light rail service, which will improve connections between the City and employment centers and transit hubs in the region, presents an opportunity to consider ways to harness its benefits while avoiding negative impacts. The City should have a clear understanding of how the service would work, including who would be riding it and to where, station locations, and the impacts on parking and traffic congestion. The planned Route 4 interchange improvements must be designed with this in mind. Light rail service that would benefit the community the most would be reliable, frequent, well timed, well-placed, and with easily accessible stops close to residences, at employment centers, and in downtown.

#### Ⓜ 3 | Capitalize on Economic Opportunities Around the Stations

The prospect of new light rail service presents excellent opportunities to capitalize on the new stations to attract investment and development that respects the character of its context.

- A station in Englewood South could serve as a transportation hub for the mixed-use industrial district with services and amenities that cater to workers on their way to jobs. With its proximity to major roadways, the station could also be an important "park and ride" location for regional users of the light rail system.

- Redevelopment around a station in downtown could enhance an already vibrant area by offering more places to live, shop, and play while extending the reach of downtown activity. The scale of development around a downtown station should be appropriate for this small City downtown, with form and design that respects and complements adjacent use. Any additional parking in downtown should be carefully considered to balance it with increased traffic congestion.

- A station at Englewood Hospital and Medical Center could serve as an important stop for a critical Englewood employment center and provide another location for a regional "park and ride" that could help limit additional congestion through downtown.

# Statement of Purpose

The New Jersey Municipal Land Use Law, NJSA 40:55D-1, requires that a municipal Master Plan include: "A statement of objectives, principles, assumptions, policies and standards upon which the proposals for the development of the municipality are based." Englewood's Policy Statement satisfies this requirement and is based upon a comprehensive land use analysis and an engaging public outreach process, consisting of public meetings, workshops, and surveys over a ten month period.

The overall purpose of the Englewood Master Plan is to provide a policy framework for municipal boards, the City Council and City agencies to evaluate and plan for future development, conservation, and infrastructure needs. In addition to serving as a policy document, the Master Plan is the underlying basis of regulatory tools, including the zoning map, zoning ordinances and land development ordinances, all of which are adopted by City Council.

This Master Plan presents the following broad-based vision and policy statements for the City of Englewood. These serve as the basis for land use planning in Englewood and the land use objectives and strategies contained throughout the Master Plan. Guided by community input, Englewood planning objectives, principles, assumptions, policies and standards are organized around five broad policy statements:

**(D) DOWNTOWN** Downtown shall serve and be accessible to everyone, regardless of where residents live or where they are from. Downtown shall continue to be a destination for shopping, dining, entertainment, education, and living and its experience enhanced to foster a safer and more vibrant, livable, walkable destination during the day and at night.

**(S) ENGLEWOOD SOUTH** Englewood South shall be improved through land use, zoning, economic development, and placemaking strategies that stimulate more economic activity, improve the quality of the working environment and public realm, create jobs, and expand the City's tax base.

**(N) NEIGHBORHOODS** Respect, maintain, and enhance the character of all neighborhoods and make quality-of-life improvements within them, including enhancing connectivity among them.

**(T) OUR TOWN** Englewood residents of all ages and needs shall have access to a variety of well-organized community programs. The programs will be offered in well-maintained facilities that are readily accessible to residents.

**(M) MOBILITY** Englewood residents, workers, and visitors shall be able to move smoothly throughout the City to access local and regional destinations via transit, car, bicycle, or foot. The community embraces the light rail extension the City and will be well prepared for the opportunities and impacts that the service will bring about. Redevelopment around station areas will foster growth and community benefits throughout the City.

# Land Use Plan

## The City Plan

The Land Use Plan is the key element of the City's Master Plan, supporting the principles and objectives within the Statement of Purpose, providing a policy framework for all future development and conservation, and connecting all additional elements of the Master Plan. The Land Use Plan guides future growth and change in the City by recommending appropriate land use policies, densities, and design tools to encourage healthy growth while protecting the unique character of the community. The Land Use Plan sets forth the overall character, extent, and the location of land uses and serves as a guide for local officials, citizens, business and property-owners, developers and others involved in the development and conservation of Englewood.

Through land use planning a municipality develops policies that protect and enhance desirable places and neighborhoods in a community, and then aims to improve specific areas that need improvement or are poised for change. Historically, land use policies and regulations have dictated use and bulk requirements of development. The omnipresence of sprawl and development that has little connection with its context demonstrates that regulation of use and density does not create great places, nor can it protect community character. Planning guidance should reach a more thorough and nuanced level to include an understanding of economics, market trends, community needs, design traditions, and the human experience of places.

The Land Use Plan is a synthesis of the community's vision, as expressed in the Envision Englewood policy statements, and Guiding Principles as well as an analysis of land use patterns, demographics, market trends, community needs, and opportunities for change. This Land Use Plan is intended to improve the quality of life for those who live and work in Englewood and to guide the location, type and quality of future development and preservation activity.

Within this overall intent, the Plan has two main purposes.

1. To provide a strategic framework for: a) City policy and public investments, and b) people and organizations who wish to make new investments in the City, and;

2. To plan for stability, improvements and opportunities on behalf of those who already live, work and have established businesses here.

The policies recommended in the Land Use Plan are implemented in several ways. City Council can implement the Land Use Plan through redevelopment actions, capital improvements, property development and other public investments. Zoning ordinances are adopted by City Council to regulate the use and quantity of development, as well as the quality of development, such as landscaping requirements, streetscape amenities, building features, and other considerations. The City's Planning Board and Zoning Board of Adjustment administer the zoning and land use ordinances through private development review. Property owners will implement the Land Use Plan through building renovations and property development.

The Englewood Land Use Plan begins with a brief discussion on the history, structure, and general land uses of the City, followed by details on specific topic areas: demographics, employment and industry, mobility, historic and cultural resources, and environmental resources. The Plan then presents an overview of Englewood land use, zoning, and design issues, which leads to a future land use plan and policy recommendations.

## Introducing Englewood: A Brief History

Englewood's history begins with the Lenni Lenepe tribe settled in the valley. When Henry Hudson claimed the land of the Hackensack Valley for the Dutch in 1607, the Lenni Lenape population quickly dwindled. In 1664, when the Dutch gave the land to the British, the new Province of New Jersey became more attractive for settlement by English, Dutch, and French populations. A land grant including Englewood's boundaries was given to Garret Lydecker in 1703.

An inn, the Liberty Pole Tavern, sat near the present site of the traffic circle by West Palisade Avenue and Lafayette Avenue. The inn became the hub of the economic and sociopolitical life of the area. During the Revolutionary War, George Washington's army passed through the Liberty Pole Tavern, and in 1780 Washington had his headquarters in Englewood. During the war, Hackensack Valley was seen as a source of food for armies, so farmers had to protect their land.

After the war, as the farmers recovered, new settlers came to the area. A railroad was built in 1840 from Jersey City to Englewood for commuters to New York City. A new line extension was proposed in 1858. Lawyer J. Wyman Jones predicted resulting future development in the Englewood area, bought land and planned roads, and registered the settlement in 1859. The town grew as Jones recruited friends, many of who worked in New York City financial institutions, to move to Englewood. More local goods and services were produced, and the commercial activity attracted European immigrants. Reflecting the town's growth, a third railroad station was built in 1887, and by 1903 Englewood had thirteen hotels. Forty-six trains each way ran through Englewood daily.

Englewood became its own township in 1871 and was incorporated in 1896. Englewood's population tripled from 1900 to 1930, and financial leaders continued to move in, enjoying the convenient commute to Wall Street. A trolley service from Englewood to Edgewater Ferry (which connected to the New York City subway) started in 1896, but service stopped in 1937. The last passenger train ran in 1966.

Today, Englewood's population has stabilized at about 27,000. The area continues to benefit from its proximity to New York City and attracts a very diverse population.

## Introducing Englewood: Framework of the City

Every town is "made" in a certain way. Like every individual, each town is structured by the circumstance of its origin and subsequent development. The structure of Englewood—its principal thoroughfares, land use clusters, districts and its neighborhoods—was established over many decades. City design standards, zoning, and redevelopment initiatives should acknowledge the significance of the special character of this place and cultivate the qualities of each district.

At the center of the City is downtown Englewood, which lies at the convergence of several important roadways. Palisade Avenue runs to the Palisades Cliff from the Hudson River, coming to a plateau just east of downtown and then continuing westward, terminating at Teaneck. Engle and Dean Streets cross Palisade Avenue at the center, dividing Englewood into four quadrants, which approximate the City's wards. In addition to road and rail corridors, State Highway Route 4 travels through the southern section of the City, both at-grade and above-grade, creating a physical divide between Englewood South neighborhoods.

The network of small and narrow blocks along and between Palisade and Engle/Dean creates a compact downtown (see Figure 3). Buildings are typically one to three stories and accommodate several retail storefronts. A result of recent redevelopment projects is that a growing number of people are now able to call downtown home. These new, mixed-use structures are taller and, occupy more of the area of the block.

Several blocks south of Palisade Avenue, attached downtown retail buildings transition into a district comprised of rows of office and industrial buildings. Van Brunt and Grand Streets frame the southern half of this district, which gradually expands west beyond Van Brunt. The businesses in this area and their customers have easy access to Route 4 and I-95, which run along the southern end of the City. And New York City is just across the George Washington Bridge. New redevelopment projects have changed the character of this area. Several large redevelopments along Route 4, one to the north and one to the south, have introduced multi-family housing complexes into the area and, at the time of the writing of this Master Plan, several more multi-family projects and a hotel were in the planning process.



## FRAMEWORK OF THE CITY
CITY OF ENGLEWOOD, NJ

Figure 3: Map showing principal thoroughfares, the rail corridor, and topographical features in Englewood

34

## Introducing Englewood: People

### Demographics & Housing Characteristics

This section examines an array of demographic and housing characteristics to understand how these characteristics have changed since the 2000 U.S. Census, to suggest explanations for the changes, and to present ideas about how these changes are relevant in terms of planning for the future of Englewood.

### Population, Race, Ethnicity & Country of Origin

According to the 2010 U.S. Census, Englewood's population was 27,147, which represents a gain of approximately 1,000 residents between 2000 and 2010. The City's population is ethnically, racially, and culturally diverse. Approximately 30% of City residents were born in another country, according to the 2008-2010 American Community Survey. Figure 4, generated from 2010 U.S. Census data, shows the approximate percentages of Englewood residents and Bergen County residents grouped by race. Englewood's minority population is more than double the minority population of Bergen County. (Note: in the U.S. Census, race and ethnicity are considered separate and distinct identities, with Hispanic or Latino origin asked as a separate question).

The data in this section on race are, therefore, approximated based on the number of persons of each race that are "Non-Hispanic" according to the Census results versus "Hispanic or Latino.") Looking at data trends over a ten-year time span, the Asian population has grown significantly—60% in ten years—while the Hispanic population has grown 25% (see Figure 5). Within this same time span, the Black population declined by almost 20%. According to the 2010 U.S. Census, Koreans are the largest Asian group by nationality in Englewood, followed by Filipinos.

Colombians are the largest Spanish-speaking group in Englewood (nearly 9% of the total population), followed by people from the Dominican Republic.



*Englewood*



**Bergen County**



*New Jersey*

Figure 4: Population by Race



Figure 5: Change in Population by Race (2000-10)

## Age & Household Composition

Englewood's population is largely "in the middle" in terms of age, with almost one-third of its residents being part of the 35 to 54-age range (see Figure 6). But there is also a relatively large senior population; more than 14% of its population is 65 and above. Assuming a largely stable population, within ten years the 44 to 54 demographic will be Englewood's next seniors. The age distribution of Englewood's population generally mirrors that of Bergen County.





Figure 7: Population by Age Cohort (2010)

Figure 7 shows the change in population between 2000 and 2010 by age cohort. In Englewood, the largest increases—more than 20% over the past ten years—are in the "active adult" and "senior citizens" demographics. These changes generally mirror those of Bergen County during the same time period. Bergen County, however, lost a more significant portion of its population between the ages of 25 and 44, while Englewood experienced a decrease of only a small percentage of this age cohort.



Figure 6: Change in Population by Age (2000-10)

Examining household composition, Englewood's largest group, at 40% of its population, is "Family without Children." Almost one-third of Englewood residents live by themselves (see Figure 8).



Figure 8: Population by Household Type (2000-10)



Figure 9: Change in Population by Housing Type (2000-10)

Looking at how this has changed over the past ten years, shows that the average household and family size have decreased (see Figure 9). The largest increase has been in the "Householders Living Alone" category, many of which are in the 65+ age range. The group has increased by almost 20% since the 2000 U.S. Census. The addition of several new multi-family developments might be responsible for much of this growth. The number of schoolchildren in Englewood is remaining steady, with only a small decrease in households with children under the age of 18.

## Population Projections

The North Jersey Transportation Planning Authority's 2035 population forecast shows Englewood growing up to 10% to a population of 30,290. This represents 3,000 more people living in the City in the next 25 years. The number of households is projected to grow from 10,000 to more than 11,000. This growth rate is on par with that of Bergen County, which is forecasted to reach a population of more than 1 million by 2035. NJTPA's model takes into account many variables—such as historic growth, planned development, current density, and vacant land—in developing its forecasts. As noted previously, between 2000 and 2010, Englewood's population increased by approximately 1,000.

## Housing Characteristics

Housing data is an important indicator to track, especially at the neighborhood level. Characteristics such as owner-occupancy vs. renter-occupancy and vacancy rates can signal shifts in the health of neighborhoods. Citywide, between 2002 and 2010, more than 650 new housing units were added to Englewood. Many of these units are one to three bedroom condominiums and apartments built in South Englewood. At the same time, the vacancy rate increased from 3.5% to 6%. Homeownership vs. rentership has remained fairly stable (see Figure 10), with the % of all homes occupied by renters

increasing by 5%, which could be attributed to the multi-family housing developments over the past decade.

| | 2000 | Change | 2010 |
|---|---|---|---|
| Total Housing Units | 9,614 | ↑ | 10,695 |
| Vacancy Rate | 3.5% | ↑ | 6.0% |
| Renter Occupied Units | 41% | ↑ | 46% |

Figure 10: Change in Housing Characteristics

## Economic Characteristics

Poverty rate, income, and educational attainment are several variables that provide important information about a community (see Figure 11). They help indicate the level of purchasing power for both housing and retail goods and their potential for increased income. Compared with Bergen County overall, Englewood has a higher poverty rate and a lower median household income. Among the 70 municipalities in Bergen County, Englewood's is 52nd in terms of median household income. Comparing municipalities based on median household income, however, can be misleading because each community is comprised of a different mix of housing types. Neighboring Englewood Cliffs has a median household income of more than $100,000, but it is comprised almost exclusively of large single-family homes that require a certain amount of income to purchase. The town's median house value is estimated to be more than $900,000.

| | Englewood | Bergen County | New Jersey |
|---|---|---|---|
| Median Household Income | $69,915 | $81,708 | $69,811 |
| Persons Below Poverty Level | 10% | 5.8% | 9.1% |
| Unemployment Rate | 6.2% | 3.8% | 7.8% |
| Percent 25+ years old with Bachelor's Degree or Higher | 42.7% | 44.5% | 34.6% |

Figure 11: Comparing Demographic Indicators (2006-2010 ACS)

However, aggregate data can be misleading because demographic and economic characteristics can vary considerably within individual cities. Figure 12 shows how median house values and median household income varies by Census tract and City wards One of Englewood's assets in the region is its diverse housing mix—in type, design, and price point.



Figure 12: Median House Value and Household Income by Census Tract (2007-2011 ACS)

Englewood's median income and poverty rate are more comparable with the State of New Jersey. However, its unemployment rate and number of college graduates

(bachelor's degrees) are more comparable with Bergen County.

## Planning Considerations

The data presented in this section might have important implications in planning for Englewood's future. Some of these data trends might include:

### The "Graying" of Englewood

One potentially impactful planning implication is the "graying" of Englewood's population, which mirrors a national trend. Adult couples past the age of 50, many of whom might have adult children who no longer live at home, tend to downsize their living arrangements, swapping a larger house for a smaller housing unit such as an apartment or condominium. The new multifamily housing options in Englewood have provided older residents with options to downsize without leaving Englewood. Downsizing, however, depends on being able to sell the existing, larger house at a favorable price.

As Englewood's residents between the age of 45 to 54 move into the next decade and consider downsizing, the time houses stay on the market will be important to track. For the new residents, will Englewood's houses be desirable in terms of price and taxes? For long-standing residents who are now seniors, can they "age in place?" Are housing opportunities located close to senior services, including medical care? Is there adequate transit to serve seniors? The Home Index survey by PulteGroup Inc. found that more than 60% of seniors today think their home in retirement will be within the same state they currently live, and almost half believe they'll even stay in the same City.

### Englewood's Growing Diversity

Englewood is home to people of many different faiths and cultural backgrounds. Religious institutions, shops and service centers are physical representations of this diversity. In preparing plans and regulations, the City should anticipate the desire for additional development or reuse of buildings for religious or cultural purposes. If located in residential neighborhoods, the City will need to balance their needs with those of the neighborhoods. Beyond development, how might Englewood benefit from and celebrate this diversity?

### Poverty in Englewood

Ten percent of the population is under the poverty level. This is slightly greater than the statewide poverty rate and almost twice that of Bergen County. What county and City services are being provided to address and reduce poverty? Can links be created between vocational/job training programs, local community colleges and technical schools, and Englewood South businesses?

## Introducing Englewood: Employment

### Work, Business & Industry

This section presents an overview of employment, the geography of employment, and range of industry sectors represented by Englewood's businesses and institutions. Changes in employment and industry sectors can impact the economic and physical conditions of the City.



Figure 15: Top Employers in Englewood by Industry (2010)



Figure 13: Top Industries Employing Englewood Residents (2010)

Englewood not only sends residents to work in jobs throughout the region, but also is a place of employment for workers within and outside of Englewood. The largest percentage of working Englewood residents are employed in the health care and social assistance sector, as indicated in Figure 13.

Approximately 25% of working Englewood residents work in New York City. And a sizeable portion of employed Englewood residents—approximately 12%—work in Englewood. The relationship between Englewood and New York City could be considered symbiotic because of all the people who work in Englewood, approximately 11% come from New York

City. In terms of jobs, Englewood attracts more than 12,000 workers every day who have the potential to contribute to the local economy.

Englewood provides jobs in a variety of industry sectors, the top three being health care and social assistance, retail trade, and manufacturing (see Figure 15).



Figure 14: Change in Jobs by Industry Sector (2002-2010)

Compared with Bergen County, employment by industry sector is similar, except that Englewood has a higher percentage of workers in the healthcare and social assistance sector. Englewood Hospital

is a major employer, along with the medical offices located throughout the City. Downtown's numerous stores and restaurants employ hundreds of people. Finally, Englewood is unique in that manufacturing employment is relatively high. Englewood's "office-industrial zone," also referred to as South Englewood, hosts many manufacturing, distribution, wholesale, and other types of companies of various sizes that employ a range of skilled workers.

This trend has remained stable over the past ten years. Figure 16 demonstrates that the total number of jobs/workers in Englewood has remained relatively stable despite the recession that started in 2007/2008. Figure 18 shows the number of jobs in Bergen County and the City of Englewood for each year between 2002 and 2010. Englewood has had only minor fluctuations in the number of jobs while Bergen County has had larger fluctuations, especially in 2009, when the county had 16,000 fewer jobs than in 2008.



Figure 16: Total Number of Jobs in Englewood (2002-2010)

The American Community Survey provides information on commuting patterns (see Figure 17). The mean time travelled to work among Englewood residents is 30 minutes. Approximately 15% of Englewood workers use public transportation to get to work.

| | |
|---|---|
| Automobile (drove alone) | 65% |
| Automobile (carpooled) | 9% |
| Public Transportation | 14% |
| Walked | 6% |
| Work at Home | 4% |

Figure 17: Commuting Patterns of City Residents (2011)

## Planning Considerations

The data presented in this section are likely to have important implications for Englewood's future. Some of these data trends include:

### Majority Employment in Healthcare

The data indicates that employment has remained stable overall in Englewood, despite a recession that started in 2007-2008. That the largest percentages of people in the City work in the healthcare sector—primarily in Englewood Hospital, but also in medical offices—underscores the significance of the hospital to the City's economy and neighborhoods. As 12% of Englewood residents work in the City, many healthcare workers might live in Englewood's neighborhoods.

### Growing Jobs in Englewood

A recent Rutgers Regional Report called "Reinventing the New Jersey Economy: New Metropolitan and Regional Employment Dynamics" presents a list of emerging dynamics that are shaping New Jersey. It discusses a number of emerging trends, the most relevant to Englewood being the changing geography of work to fit lifestyle and workplace preferences of today's talented workers. Furthermore, it states that "sterile, insular" work environments are out and exciting, interactive, multifunctional 24-hour environments are in, as are such attributes as diversity, sustainability, and walkability. Englewood is an employment center for the region and

Englewood residents, and the data indicate that the number of jobs has remained fairly stable. Redevelopment activities over the past decade have concentrated the amount of industrial land within South Englewood. Future plans might involve making improvements to attract more companies, jobs, and entrepreneurs to Englewood South and investing in job training to support employment in this part of Englewood. In downtown, does more office space have a place? Can Englewood, given its advantage of being able to offer a more urban life than its suburban counterparts, become the type of place that can attract the "new workforce?"

## Commuting via Public Transit

Given that approximately 14% of Englewood residents commute to work, how might public transit be improved to make it more convenient for residents to get to work and to attract more commuters via public transit?

| Yr. | Bergen County Jobs | Change from Prior Yr. | City of Englewood Jobs | Change from Prior Yr. |
|---|---|---|---|---|
| '02 | 421,801 | n/a | 14,266 | n/a |
| '03 | 422,985 | +1,184 | 14,344 | +78 |
| '04 | 419,525 | -3,460 | 14,397 | +53 |
| '05 | 416,492 | -3,033 | 14,387 | -10 |
| '06 | 419,511 | +3,019 | 14,157 | -230 |
| '07 | 424,000 | +4,489 | 13,901 | -256 |
| '08 | 424,583 | +583 | 14,307 | +406 |
| '09 | 407,957 | -16,626 | 14,031 | -276 |
| '10 | 411,237 | +3,280 | 14,400 | +369 |

Data from U.S.Census Bureau, Center for Economic Studies

Figure 18: Number of Jobs (2000-10)

## Existing Land Use

The City of Englewood is a 4.9 square mile community located in the southeastern section of Bergen County, New Jersey. Englewood's close proximity to New York and the City's access to Route 4 and Interstate 95, make it a prime location for residential, commercial, and industrial development. Englewood is nearly built-out with few remaining large tracts of land for development. Redevelopment of existing developed properties will become increasingly more important as the City reaches full build out.

Private development, redevelopment, and reinvestment in properties expands a city's and school district's tax base without any expenditure of public funds. This increases the capacity of local governments to provide ongoing services and to maintain and improve existing municipal and school district facilities. In addition, the redeveloped properties can add important services and amenities for City residents and visitors, improve the quality of life for existing residents, enhance the form and appeal of the City, and contribute public infrastructure.

### Value and Proportion of Land Use Categories

The Englewood City Tax Assessor prepares annual reports on the value and proportion of land use categories in the City. Figure 19 shows that in 2012, the largest ratable in terms of both assessed value and number of parcels was residential/non-apartment uses, at nearly 72% of the City's total value of ratables. Commercial and industrial uses are 18% and 5.6%, respectively; apartments are 4.1% and vacant land is 0.6%. The General Tax Rate in the City of Englewood in 2012 was 2.365, which is multiplied by the assessed value of each property to calculate the tax bill.

| 2012 Tax Assessment Data | | |
|---|---|---|
| Value of Assessment | % of Total Ratable Value | Number of Parcels |
| Vacant Land | $24,427,300 | 0.6% | 118 |
| Residential | $3,110,880,500 | 71.6% | 6,785 |
| Commercial | $785,499,300 | 18.1% | 522 |
| Industrial | $245,027,000 | 5.6% | 127 |
| Apartment | $179,209,900 | 4.1% | 55 |
| | $4,345,044,000 | | 7,607 |

*Source: City of Englewood Tax Records*

Figure 19: 2012 Tax Assessment Data

### Citywide Land Use

The Existing Land Use Map, Figure 21, shows the spatial distribution of land use in the City. Englewood's downtown is centrally located in the City, and adjoins an industrial spine to the south that terminates at the municipal boundary. The remainder of the City is primarily residential with pockets and corridors of commercial uses. Low-density residential neighborhoods are located in the northeast quadrant of the City, while moderate and higher density developments are located in the two western quadrants, as well as the southern half of the southeast quadrant. Municipal offices are centrally located, with the City Hall on West Palisade Avenue, and the police department and the public works buildings on South Van Brunt Street. Englewood Hospital and Medical Center, the City's only hospital, is located in the northern half of Englewood on Engle Street. The majority of the public schools are clustered in the northwest quadrant of the City, and most, but not all, of the private schools are located in the northeast quadrant. Small and moderately sized parks are located in the two west quadrants,

while the larger Flat Rock Brook Preserve is located in the southeast quadrant, along the municipal border.

According to the Englewood 2010 Environmental Resource Inventory (ERI), less than 2% of the City is encumbered by surface water and floodplains. The largest surface water bodies are the Overpeck Creek, which bisects the City from northeast to southwest. The Overpeck Creek is channelized in the southern half of the City through Mackay Park. The Metzler Brook joins Overpeck Creek at the southern tip of Mackay Park. The third primary surface water body is Flat Rock Brook, which serves as the dominant drainage area within the southeast portion of the City, according to the ERI. The wetlands in Englewood are primarily located around the edges of these water bodies.

In addition to surface water and wetlands constraints, approximately 7% of Englewood's land cover is permanently preserved. This includes the stream corridors and the 150-acre Flat Rock Brook Nature Center.



Figure 21: Land Use Map

## Recent Redevelopment Projects

Redevelopment has been a continual process in Englewood, resulting in the conversion of underutilized and vacant properties into more productive and community-supporting uses. Figure 23 describes the major redevelopment projects that have taken place since 2002. Figure 24 locates various redevelopment projects and includes several photographs of recent developments.

The Towne Center at Englewood is the largest redevelopment project to happen within the context of an existing area. It encompasses an entire block of downtown while maintaining the traditional downtown pattern of ground floor retail storefronts, streetscape amenities such as pedestrian-scale lighting and benches, and angled parking. Parking is tucked under the building and can be accessed from side streets South Van Brunt and Humphrey. While South Van Brunt Street has storefronts along its entire length across from Town Centre, the corner retail of Town Centre wraps around only just beyond the corner. Across the street the rest of the building presents driveways and walls to the storefronts on the opposite side of Van Brunt Street. The project has added hundreds of residents to Englewood and has certainly increased activity in downtown.

Palisade Plaza, located on the opposite side of Palisade Avenue, is the tallest and among the widest buildings in downtown. At least five stories tall and with a wide, unbroken façade, the building is out-of-scale with the traditional pattern of Palisade Avenue buildings. Furthermore, the McDonald's building adjacent to it is oddly set back at least ten feet from the sidewalk line.

105 North Dean Street is another successful redevelopment project. Formerly consisting of a lot comprised of a single-story building surrounded by surface parking, the parcel is now a handsome two-story structure built to the corner. The ground floor is home to a popular Italian eatery while its upper floor consists of office space. Given the sloping topography, the project was able to incorporate parking tucked under the rear of the building with an additional open parking area above.

The Sheffield and The Brownstones of Englewood South clearly demonstrate that Englewood can certainly be a high-end market for residences. These two "luxury" complexes demonstrate detailed attention to building and public realm design. Apartments, condominiums, lofts, and townhomes of various configurations and high-end finishes are available in these developments. One issue with the sitting and layouts of the complexes is that they are largely self-contained and separated from the longer-standing residential fabric of Englewood by virtue of their lands having been formerly industrial.



Figure 22: Palisade Plaza appears out of scale with its neighbors in height and bulk

| REDEVELOPMENT PROJECTS IN ENGLEWOOD SINCE 2002 | | | | |
| --- | --- | --- | --- | --- |
| Year | Project | Address | Description | Est. No. Residents |
| 2002 | 45 Cedar Lane | 45 Cedar Lane | Offices (Staples) | n/a |
| 2003 | Lexington Court | 170 E Palisade Ave | Residential. 24 two-story, attached single-family townhomes with 2-car garages. | 84 |
| 2005 | Group USA II | 45-51 W Palisade Ave | Mixed Use. Retail ground floor with three floors apartments | 8 |
| 2005 | ERA North (The Brownstones at Englewood South) | 2517/2518 Nordhoff Drive | Residential Mixed Use. 350 units of studio/1/2BR apartments/lofts/townhomes, ground floor retail | 525 |
| 2006 | Windsor Park | Windsor Park | Residential. 181 units of 1/2BR condos | 272 |
| 2006 | Commerce Bank | Demarest Ave | Retail. | n/a |
| 2007 | 45-53 W Palisade Ave LLC | 45-53 West Palisade Ave | Residential apartments with ground floor retail | 250 |
| 2007 | Englewood Garage | S Dean St | Parking Structure w/Retail | n/a |
| 2006 | Towne Centre at Englewood | 2401-20 W Palisade Ave | Residential Mixed Use. 188 units of 1/2/3BR apartments, ground floor retail | 320 |
| 2008 | Bartolomeo Building | 105 N Dean St | Retail. Two-stories | n/a |
| 2008 | ERA South (The Sheffield at Englewood South) | 2602/2605 Rte 4 East | Residential. 252 units of 1/2BR apartments | 378 |

Figure 23: List and details of redevelopment projects in Englewood since 2002



Figure 24: Redevelopment projects completed in Englewood since 2002

## Zoning Districts

The following are the zoning districts within the City of Englewood's code. Figure 25 is a map of the zoning districts, overlays, and redevelopment areas in the City of Englewood.

**Single-family Residential Districts**

| § 250-59 | R-AAA | Single Family Residence |
|---|---|---|
| " | R-AA | Single Family Residence |
| " | R-A | Single Family Residence |
| " | R-B | Single Family Residence |
| " | R-C | Single Family Residence |
| " | R-D | Single Family Residence |
| " | R-E | Single Family Residence |
| " | R-AAA | Single Family Residence |

**Multi-family, Mixed-Use, and Commercial/Industrial**

| § 250-60 | RMA | Multiple Residence |
|---|---|---|
| § 250-61 | RMB | Multiple Residence |
| § 250-62 | RMH | Multiple Residence |
| § 250-63 | CBD | Central business |
| § 250-64 | CBD-3 | Central Business |
| § 250-65 | RCR | Retail/Commercial/Residential Overlay |
| § 250-66 | MURR | Mixed-Use Residential/Retail Overlay |
| § 250-67 | SBD | Service Business |
| § 250-68 | LI | Light Industrial |
| § 250-69 | ATH | Attached Townhouse |
| § 250-70 | | Regulation of diplomatic uses. |
| § 250-71 | RMC | Multiple Residence |
| § 250-72 | OI | Office Industrial |
| § 250-73 | RMD | Multiple Residence |
| § 250-74 | RME | Multiple Residence |
| § 250-75 | OS | Open Space |
| § 250-76 | PUD-1 | Planned Unit Development 1 Overlay |



Figure 25: Zoning Districts, Overlay Zones, and Redevelopment Areas

# Land Use Patterns, Trends, and Strategies

The Land Use Element is organized around central planning topics that flow from the public discussions outlined in the previous chapter: Downtown, South Englewood, Neighborhoods, Our Town, and Mobility.

**D** Downtown   **S** Englewood South   **N** My Neighborhood   **T** Our Town   **M** Mobility

## **D** *Downtown*



Downtown is the heart of Englewood. Located near the geographic center of the City, the downtown extends six blocks east-west along Palisade Avenue and continues along several north-south streets. Englewood's downtown is relatively large given the size of the City. The physical characteristics and level of activity of downtown make it a special place. The foundation of its physical character is established by the form and rhythm of its buildings, its sidewalks, and its streets. Downtown has a fairly consistent pattern of one-to-three-story buildings with varied architecture that accommodates several retail storefronts. Colorful awnings and transparent storefronts add interest and liveliness to the streetscape. Angled parking creates depth and serves as a buffer between pedestrians on the sidewalk and moving traffic. In structure and appearance, Englewood's downtown has all the ingredients of a vibrant small city downtown.



Figure 26: View of Palisade Avenue, Past (left) and Present (right)

Downtown's handsome buildings and pleasant streets create a setting for shopping, dining, culture, commerce and fun. Increasingly, the area is becoming a place to live, as more downtown housing becomes available. Downtown streets have a special character. The wall of historic and contemporary buildings lining the streets provides an outdoor room that, combined with the variety of shops and display windows, offers a visually engaging walking experience. Street trees and planters provide visual interest and shade, and are particularly inviting in the warm seasons. And the wide sidewalks accommodate leisurely strolls and outdoor dining. But there are gaps in these amenities on Palisade

Avenue and adjoining side streets that break up the continuity of the downtown district and streetscape. Outdoor dining is clustered in the downtown core, referred to above as restaurant row.

Downtown is a civic and cultural center as much as it is a regional shopping destination. City Hall is located in downtown, and few doors down is the Bergen Performing Arts Center. The supermarket is a *de facto* center of the community because it is the one place that "everyone" in Englewood frequents. Just behind the market plaza is a park.

## Land Use Patterns

There are several identifiable sub districts within downtown. The first is East Palisade Avenue from Grand Avenue to Van Brunt Street, where the numerous restaurants and retail stores serve residents and visitors.

The second sub district is Palisades Court, located one block north of Palisade Avenue between Van Brunt Street and William Street. Anchored by the Shop-Rite, this block includes many other small and medium-sized chain office supply store, apparel stores, and eateries. Since Shop-Rite is the City's only supermarket, this draws many local residents as well as people from outside of the City.

Between these two areas are City Hall and the BergenPAC on Van Brunt Street. Attracting over 250,000 visitors a year, the Bergen PAC generates the largest number of visitors to downtown Englewood. On the opposite side of Palisade Avenue, the Englewood Town Centre residential development was constructed in 2008, with 172 units, a structured parking facility, and ground floor retail. The third sub district is West Palisade Avenue and its cross streets. This location is significant in American History. A Liberty Pole erected here in 1766 celebrated repeal of Stamp Act and later, the crossroads site was a landmark in the path of Revolutionary era armies. Today, restaurants, some upper floor offices and several retail operations line the street to Monument Circle and Liberty School.

### SNAPSHOT: DOWNTOWN NOW

Downtown Englewood has experienced changes in its retail environment over the past several years. An influx of national retailers accompanying the development of Palisades Court and more recent residential development resulted in the displacement of locally-owned retailers. Subsequently however, some of the Englewood's national franchise tenants did not renew leases and relocated. Mirroring that global business trend, "the nationals" have left many downtowns in favor of locations that offer longer hours and larger customer volumes. In many cases, these locations benefit from national "big box" anchors who attract consumers to the area. While locally-owned businesses have returned to take their place in many cases, attraction of the downtown provided by the more prominent retailers has diminished with their exodus. Restaurants remain a strong attraction. Another retail niche that has remained strong is automobile dealerships, many of which sell luxury makes. These dealerships continue to draw customers from throughout the region, including Manhattan, to the downtown area. Due to the Bergen PAC and related arts activities, downtown Englewood benefits from the attraction of the regional arts and performance market.

With its retail future in the balance, downtown Englewood must now find ways to reinvent itself as a destination that appeals to both residents and visitors. Fortunately, several key market opportunities exist for expanding economic activity in downtown Englewood and capturing its potential for growth. These include:

1.  Growing the underlying local market for retail and services.
2.  Increasing capture of that local market.
3.  Continuing to benefit from regional markets already drawn to Englewood by restaurant activity, the arts, health care institutions, and the large high-end automotive segment.
4.  Further exploiting regional markets through the addition of facilities and activities that expand this regional draw.
5.  Expand arts and cultural offerings. Expand cross-marketing and all-season programming promoting a varied – and fun, downtown experience.

## Downtown: Issues & Trends

### Business & Retail

As with most towns across the country, the composition of downtown businesses has changed over the years. Smaller, family-owned shops have closed and been replaced by regional and national retailers. The character of downtown's retail offerings has been changing over the past few years as several larger retailers, including national chain stores, have left to seek more competitive locations. Local stores, boutiques, and restaurants have taken their place, and the restaurants generally have been popular in drawing people to Englewood. However, national retailers serve as recognizable anchors and occupy highly visible storefronts, so their absence does pose a challenge to the downtown. Englewood's success as a local and regional shopping destination. According to the City's Chamber of Commerce, Englewood's strongest niche is in women's upscale fashion, weddings, and home furnishings and improvements.

### SNAPSHOT: DOWNTOWN NEXT

Key market opportunities exist for expanding economic activity:

**– Growing the Local Market**
Primarily, growing the underlying local market involves increasing the number of downtown residents who will frequent and support existing and presumably future downtown businesses by developing new downtown housing options. The likely target market will be younger professional singles and couples, as well as empty nesters looking to downsize, seeking housing near shopping, dining, culture, and convenience services.

**– Increasing Market Capture**
Downtown Englewood has a significant array of retail offerings, but there appear to be opportunities to further capture the market of local residents by expanding its supply as well as introducing additional non-retail amenities to the downtown. Local market residents typically seek nearby locations to purchase 25 to 30 different categories of every day goods and services. In a densely integrated urban setting, such as this portion of Bergen County, multiple locations will compete for this local market.

**– Benefitting Further from Existing Regional Markets**
The hospital, Performing Arts Center, restaurants, and high-end automotive niche are already drawing a significant regional market to Englewood from outside communities. However, opportunities exist to attract a larger portion of this market. This would benefit existing and future downtown retailers.

**– Growing the Regional Arts Audience Base**
Bergen Performing Arts Center has made Englewood a regional destination for the arts, with several live shows and performances a week. The number of visitors and annual shows will continue to grow. Downtown also has numerous art galleries. There are numerous additional opportunities to grow arts-related retailing businesses in Downtown. Some strategies are outlined in this Master Plan.

A unique asset of downtown, although also located in other parts of the City, is its collection of car dealerships. Luxury car dealerships predominate, although there are dealerships selling more mainstream models. The dealerships draw customers to Englewood from across the region who have significant spending capacity to make purchases in downtown. This cluster of car dealerships raises Englewood's awareness in the region as "the" place to buy high-end vehicles.

Downtown property values have, on average, been increasing over the past decade, which has resulted in higher rents, a contributing factor in the recent turnovers and longer vacancies. The most recent change is the closing of two popular apparel stores. One was a result of downsizing and the other was a preference for the longer hours and managed environment offered at a shopping mall. Shopping malls provide promotion, longer hours and high-volume consumer traffic. In late 2012, there were 23 vacancies out of about 250 downtown shopfronts with a concentration of vacancies along South Dean Street.

### Traffic & Parking

The City's traffic downtown has increased due to the success of the

commercial stores, recent redevelopment and parking issues. Increased business activity in downtown has caused road and parking demand to exceed capacity during peak hours, particularly with respect to on-street parking. Compounding the congestion, a freight train maneuvering along the CSX right-of-way, serving a nearby industrial enterprise, blocks traffic for as long as 20 minutes during peak hours. Roadway capacity is dramatically diminished during these times. It is critical for the City to minimize or eliminate the blocking of traffic by freight rail. Further complicating traffic conditions are the tractor trailers that block an entire lane of traffic along South Dean Street while making deliveries to the same business served by the freight rail.

Parking might be the most vexing issues for business owners and customers in downtown. Access to affordable, nearby parking is essential for both customers and employees of downtown businesses. The timing and pricing of on-street parking meters must be calibrated appropriately to manage the use of this scarce resource, giving customers enough time to take care of their business while placing limits so that spaces are turned over for other customers. Parking meters are typically not timed and priced to accommodate employees, who generally work shifts that far exceed the one to three hour limit of most on-street spaces in a downtown. Nevertheless, in Englewood, customers and employees compete for the same on-street parking spaces. Employees continually feed the meters during their shifts. Englewood has a downtown-parking garage, but it is not utilized frequently in part due its perceived high cost. A monthly permit costs $60.00, and for customers the rate is $0.50 for the first hour and $1.00 for each additional hour. The City has a map of parking areas in downtown.

Furthermore, downtown meters are timed for 1 hour, which downtown business owners report is not long enough for their customers to complete their transactions without having to feed their meters again. This, combined with aggressive enforcement, makes for an environment unpleasant for customers.



**Public Parking**      **Private Parking**      **Potential Additional Parking**

Figure 27: Parking in Downtown Englewood

## PARKING DOWNTOWN

It is important to manage downtown's parking resources so that they are accessible, safe, easy to locate and so that their rules are easy to comprehend. Calibrate the use of downtown's parking resources so that it balances customers' needs for sufficient time to complete their business with the need to encourage turnover at an appropriate rate. The following strategies will help manage parking:



- Discourage employee parking at on-street meters. Business owners and employees should utilize off-street parking.

- Develop and promote a comprehensive shared parking ordinance.

- Promote the use of the municipal parking garage and all municipal lots through clear maps, flyers, directional signs, and incentives.



- Study utilization of the downtown parking garage. Conduct a baseline study to determine usage by day and hour. Anticipate future utilization after Hudson-Bergen Rail service is restored. A second downtown parking garage on the parcel across Van Brunt from BergenPAC would serve downtown and help to preserve availability of short-term spots supporting Avenue businesses as well as evening performances.



- Re-time meters on Palisade Avenue so customers can park for up to 1.5 or 2 hours at a time as opposed to only 1 hour. Document change in business activity and parking patterns.

- Consider creating a new municipal lot on the west side of William Street just south of West Palisade Avenue. This particular block does not have as much convenient parking as others.



- Seek opportunities to improve the connection between the municipal parking garage and Palisade Avenue. This might include a vehicular connection to the garage from Palisade Avenue or new development with storefronts facing onto this connection. While the number of parking spaces is currently sufficient, this might not sufficient if a new train station is built. Should more parking be required, the garage might need to be expanded.



There are three parking options available in the downtown district: on street metered parking, surface lots and a parking garage. According to a 2009 parking study prepared by Remington and Vernick, there are 607 on-street, metered spaces and 1201 spaces available among five surface lots and a new, public parking garage located on South Dean Street and E. Englewood Avenue. Currently, restaurants are the only new businesses that are *required* to provide off-street parking, other than the Palisade Court development, which is in its own CBD-3 district. If new businesses cannot provide off-street parking, the Planning Board or Zoning Board of Adjustment may require them to lease parking spaces at the garage. Merchants and employees currently lease approximately 200 garage spaces on a monthly basis.



According to the 2009 parking study, the downtown has sufficient on-street and off-street parking to accommodate the downtown businesses and customers. However, the use of metered on-street parking by business owners and

employees occupies spaces that could be used by patrons. This gives the impression that there are insufficient spaces and requires patrons to park at a distance from shops even for short trips. The 2009 study recommended that business owners and employees use the lots or the garage for parking, that the time limit for the on-street meters be reconsidered, and that their rates be increased. Anecdotal reports indicate that employees are still parking on the street and that there is still a perceived parking shortage. (Note: the Circulation Element will have a more detailed discussion on parking and traffic.)

### Parks & Open Spaces

The parks and open spaces within and adjacent to downtown could be a key part of revitalizing downtown Englewood. Veteran's Memorial Park is the largest gathering place downtown and is the site of a community farmer's market. A 9/11 monument was installed and dedicated in 2013 and new amenities such as trees and benches were added to the park. Located just north of Palisade Avenue, the park includes a large green around the former train station, which the BergenPAC is leasing and converting into educational performance space. Perhaps new activity at the former train station will attract more visitors to the park.

Located south of Palisade Avenue, Mackay Park (see Figure 28) is several blocks from downtown. Marked by an historic gateway on Englewood Avenue, Mackay Park offers numerous recreational opportunities.

### Bus Service

NJ Transit bus lines circulate through the City, primarily during commuting hours and on Saturdays. The City should work closely with NJ Transit to find ways to improve existing regional transit by optimizing the schedule, including extending the service into the late night to better support a more vibrant downtown.

### Downtown Management

Englewood's downtown is a Special Improvement District (SID). Properties are assessed a fee based on the square footage of commercial space. This supports the activities of the SID. SIDs often use the funds for sidewalk cleaning, security, marketing and promotions, and other activities to benefit businesses. The Englewood Economic Development Council (EEDC) manages the Downtown SID.



Figure 28: Mackay Park is located just south of downtown. The historic gatehouse is pictured here (photo taken from Bennett Road)

The mission of the Englewood Economic Development Corporation (EEDC), a private, non-profit entity established by the City in 1986, is to attract, retain and grow businesses and jobs throughout the entire commercial sector of the City of Englewood, which ranges the entire length of Englewood, from Hudson Avenue and the Hospital in the north to the burgeoning Englewood South commercial sector along Route 4.

To fulfill its mission, the EEDC uses the expertise of its trustees and professionals to work closely with City officials, the Englewood Chamber of Commerce, and the City's business and non-profit communities to develop and execute strategic plans that focus on improvement of the City's economic base and the enhancement of its business environment.

During the last 25 years, the EEDC has also served as the District Management Corporation for the Special Improvement District (SID) encompassing most of the Englewood downtown. In this role, the EEDC acts as the steward of the SID fees collected annually from downtown property owners on a per square footage basis. These funds are used to undertake projects that the City does not have the capacity or expertise to undertake, including capital investments in infrastructure and marketing plans.

During the last two years, a newly reinvigorated EEDC has taken a lead role in conjunction with the Mayor's Office in advocating for the extension of the Hudson-Bergen Light Rail into Englewood. The forthcoming Mayor's Light Rail Commission joins the EEDC along with the Mayors of several other Northern Branch line municipalities to monitor the progress and the impacts of Light Rail. The EEDC has also undertaken the redevelopment of the former Bennett Studios as a venue for a greatly expanded BergenPAC Performing Arts School, and the introduction of public high-speed Wi-Fi Internet access within the commercial district. Current projects include rehabilitation of the Downtown streetscape, modernization of management of downtown parking and traffic flows, and implementation of a comprehensive business recruitment marketing program that includes concrete steps to enhance and publicize Englewood's business-friendly environment. The EEDC is also in the process of developing a reservoir of knowledge and expertise that will allow it to take a prominent role in stimulating the ambitious commercial redevelopment projects envisioned by this Master Plan.

# Downtown Objectives, Strategies, Actions

As with many communities, Englewood's downtown continues to be challenged by competition from shopping malls and online retailing. However, there has been a resurgence in downtowns nationwide because of a renewed interest in the cities large and small as places to both live and work. Young people seek urban environments where shops, employment, fun, and transit are all close by and part of the community experience. The baby boomer generation is also adopting City living. Empty nesters and retirees are finding that urban places offer a lively, social, and walkable lifestyle. Now is a good time to accommodate these positive trends and to plan proactively for downtown Englewood.



Figure 29: These photos compare the central main streets of several thriving New Jersey downtowns. Englewood's Palisade Avenue is quite wide in comparison to the height of buildings that front the street. The large numerals next to the images above represent the ratio of street width to building height. Palisade Avenue has the lowest ratio compared to the other similar-sized cities, where buildings are generally taller and the main streets narrower.

**D** | Objective **1** RETHINK DOWNTOWN ZONING & REDEVELOPMENT

Promote redevelopment in downtown that accommodates new businesses or business growth, adds jobs, increases services, creates more upper-floor residential opportunities, and generates more pedestrian activity on the street. Future projects should be sited and designed to enhance economic activity day and night while also respecting and complementing the traditional form and scale of downtown's blocks.

**D1.1   Rename CBD districts as "D" for "Downtown".** As downtown Englewood is a mixed-use downtown, the term "Central Business District" should be replaced with "Downtown," which more accurately portrays the activity in this part of Englewood. Zoning regulations should be updated to reflect a Downtown as a place that hosts a mix of uses, where over-the-shop offices, apartments, and condos are permitted and encouraged as by-right uses.

**D1.2   Develop design guidelines** to guide the form, massing, and aesthetic qualities of redevelopment and corresponding public realm improvements. Design guidelines would include: maintaining a "build-to" line in downtown and promoting active, transparent street-facing façades and streetscapes along both Palisade Avenue and adjoining streets. Guidelines could be expanded to include specifications for sidewalks, crosswalks, and landscape.



Figure 30: An active, vibrant downtown will attract new downtown residents that support Palisade Avenue businesses, bringing new revenue as well as a broader and more sustainable range of shops and services to Englewood

**D1.3   Redevelop the Lincoln School** and firehouse sites for residential and office, and/or arts-related uses at a dimension and scale that complements both Palisade Avenue and the adjacent Englewood Avenue residential neighborhood. The development will recapture public investment in the property and should result in William Street façade(s) and streetscape features that make it a beautiful link between Englewood's main street and Mackay Park.

**D1.4   Transform the West Palisade Gateway** Development around Monument Circle should complement and enhance the beauty of this Englewood landmark and its position as the western gateway into downtown. It should result in greater pedestrian activity and commercial activity that increases the vitality of West Palisade Avenue.

*D1.4a  Develop a long-term plan for the Liberty School* that could include government functions, community and recreational activities, arts-related uses, and/or offices. The Liberty School building—especially the original central section—is an iconic, historic structure that is a Gateway to the downtown and a West Palisade landmark. If economically feasible, this building should be preserved and rehabilitated.

*D1.4b  Rezone the corner of West Palisade Avenue at Tenafly Road* from SBD to CBD-3 to permit first floor offices and to accommodate larger-scale mixed-use projects that generate pedestrian activity and stimulate more commercial activity.

*D1.4c  Rezone SBD properties* to promote a downtown gateway from the west.

- The block bounded by Bennett Road, West Englewood Avenue, Elmore Avenue, and Lafayette Avenue should be rezoned to a new **Downtown Gateway (D-G)** district that includes uses such as offices, which will bring jobs and add pedestrian traffic to downtown. Where Lafayette Place and West Palisade Avenue converge, just west of Brookway Avenue, commercial uses are knit together in an urban village setting. The

buildings are close to the street on small, narrow lots, and the scale and materials of the buildings are similar to nearby residences.

- Rezone existing SBD-3 between Lafayette Place and properties along Englewood Avenue to **Neighborhood Commercial (N-C)**. Commercial uses further north towards Palisade Avenue are more auto-oriented, with front yard parking lots and one-story flat roof buildings. Several of these properties show signs of neglect over the years. Wides Corner should maintain a residential feel, with limited commercial goods and services. The N-C zoning would to maintain the small-scale commercial development that fits within the residential character of the corridor. Design guidelines should be developed to require new buildings to be held to the street line, with parking provided on side or rear yards.

**D1.5**     **Rezone SBDs near downtown** to promote downtown gateways from the north and south. Several SBD zones around downtown should be rezoned to a new district called **Downtown Gateway (D-G)** that promotes signature redevelopment at entry points to the City's downtown district. The quality of new development and amenities should reinforce Downtown Englewood as a walkable, regional destination place; a vibrant public realm; and a City rich in cultural heritage. Key design principles include buildings sited close to the street, active a ground floor facades, and streetscape amenities. Redevelopment in this district would include high-value construction that provides jobs, residents, civic and arts-related uses to augment the arts and retail uses of the downtown core.

 

Figure 31: A new district, **Downtown Gateway (D-G)**, is proposed that promotes signature redevelopment at entry points to the City's downtown district. The west end could permit first floor offices with provisions to accommodate larger-scale mixed-use projects that generate pedestrian activity, grow employment, and stimulate more commercial activity.

*D1.5a  Rezone existing SBD-2 along North Dean* from Demarest to Hamilton (this includes the TD Bank outside of the CBD) to **Downtown Gateway (D-G)**. This area has recently been developed with both urban and suburban style development. Higher density and buildings located closer to the street will signal the arrival of downtown from the north and draw foot traffic. The D-G zone would permit additional density and create more active street frontage over time.

*D1.5b  Rezone existing SBD-4* properties along Englewood Avenue to Downtown Gateway. Properties on the north side of Englewood Avenue, between Van Brunt Street and Grand Avenue, abut the downtown district to the north and form both an edge and entry to downtown, as well as a transition to the industrial area to the south. Anchoring this area on the east and west side are two recent redevelopment projects: Englewood Town Centre and the City garage and shops, respectively. Infill redevelopment should complement the public

and private investment of these projects at a similar scale and quality of materials. These properties should be rezoned to the new **Downtown Gateway (D-G)** district.

**D1.6    Consider new development along East Street**   Capacity exists within surface parking of the block bordered by West Palisade Avenue, East Street, North Dean Street, and Depot Square to create a new structure that could "fill in" this core area of downtown.

**Ⓓ | Objective 2: ARTS, CULTURE, & INDUSTRY GENERATE ACTIVITY DOWNTOWN**

Programs and facilities involving arts, culture, and industry can attract more residents and visitors to downtown, thereby improving sales at local business, enhancing civic pride, and creating a more distinctive identity for downtown. Englewood is a diverse community with intelligent, creative, and industrious residents. It also happens to be located next to one of the world's artistic, cultural, and economic capitals. In the realm of arts and culture, Englewood has several galleries, organizations, schools offering classes for adults and children, and a large regional performing arts center and school. Artists live and work in Englewood as do associated professionals such as architects, illustrators, and graphic designers. "Industry" in the title of this objectives refers to both entrepreneurs and existing commercial businesses—many of which are located in South Englewood—that involve creative services or the design, production, and distribution of products. Linking "industry," along with arts and culture, with downtown can create unique and creative opportunities for revitalization.

**D 2.1    Create a downtown economic development strategy** focused on arts, culture, and industry that are to be implemented through programs, marketing, branding, and real estate ventures. The EEDC should lead this effort. The following are several recommended key elements of this strategy:

*D 2.1.a   Partner with the Chamber of Commerce* and other groups to engage key stakeholders and residents to develop the strategy.

*D 2.1.b   Consider creating an arts district* and designating North Van Brunt Street as Englewood's "Avenue of the Arts," with a focus on arts-related uses and programming in addition to supportive businesses such as restaurants.

*D 2.1.c   Consider repurposing City Hall* as an arts/culture/industry venue to further the "Avenue of the Arts" concept and complement the BergenPAC, the anchor institution. Identify nonprofits and other organizations that could underwrite activities and uses such as arts instruction, product showcases, studios, and galleries. Visual arts installations, workshops, and showcases would complement the existing performing arts venues.

*D2.1.d   Create programs to draw attention and interest to downtown.* Consider "pop-up retail" to showcase Englewood-made products and programs whereby landlords lease vacant storefronts and/or interiors to artists, entrepreneurs, or Englewood South businesses on a short-term basis at a discounted or nominal rent, with the aim of creating vibrant window displays and/or activity within a vacant space through Englewood-made arts and products.

*D2.1.e   Create a public art program* rooted in local culture and heritage that encourages a wide variety of project types that engage people, animate buildings and public spaces, and connect important destinations. The City Library, Depot Square Park, West Palisade Avenue, and side streets linking downtown with parks, public spaces, and parking lots are all potential locations to draw pedestrian traffic. The side streets leading from downtown to Mackay Park could host a series of public art pieces that draw pedestrians from Palisade Avenue to the historic Mackay Park gateway. The Library, BergenPAC, Flatrock Brook Park and other Englewood institutions could collaborate to establish a city-wide public art program.

*D2.1.f   Improve cooperative marketing* within downtown to attract more local and regional visitors and customers. Encourage businesses to undertake cross promotions. For example, downtown businesses should consider promotions with local car dealerships, which draw many people from across the region, or create incentives for new residents in Englewood South to shop and spend time in downtown.

*D2.1.g   Partner with BergenPAC.* Most PAC visitors spend money at area shops and restaurants. An estimated average of $50* spent per visitor beyond performance tickets generates an economic impact of more than $7,500,000 per year through the ring of cash registers in downtown. Acknowledging the importance of this landmark venue to downtown's future viability, Englewood should consider how to ensure the institution's fiscal health and position as a cultural destination. There are many models of partnerships between local government and anchor venues in which the public takes over the physical operation of the facility, enabling the non-profit entity and its professional staff to focus on running a dynamic cultural arts and entertainment program. *Tracking similar spending habits for Broadway audiences showed that each visitor spends an average of $93 in purchases on dining and other experiences ancillary to the main event.*

**D | Objective 3: GREAT STREETS**

Storefronts and streetscapes play an important role in the vitality, character, and function of downtown. Buildings lining the street provide a sense of enclosure while their transparent storefronts present their products and services to customers. Shade trees and benches create a visually appealing and comfortable environment in which to walk, shop, and sit. Lighting enhances the sense of safety and illuminates streets and sidewalks for nighttime commerce. Palisade Avenue is without a doubt Englewood's "main street." Palisade Avenue, however, operates within a network of streets to carry people and cars through downtown. Palisade Avenue is an active retail street with vibrant storefronts, transparent facades, trees, lights, and other streetscape amenities that support customers.

**D3.1   Maintain and improve streetscapes.** Maintain a unified streetscape along West and East Palisade Avenue with consistent street trees, benches, trash receptacles, and lighting. Identify gaps in the streetscape that require immediate improvements. Improve the streetscapes of downtown's side streets, especially those that connect to parks, parking areas, and other destinations, to promote safe, pedestrian-friendly circulation.

**D3.2   Better regulate transparency of ground floor storefronts** to create a more pedestrian-friendly experience by reducing long, blank walls and improving overall perception of safety, especially along side streets adjoining Palisade Avenue.

**D3.3   Engage Businesses** . Places that engender caution, fear, boredom or irritation will be avoided by potential customers. Englewood property owners and business operators benefit when downtown streets, parking lots and connecting alleyways create a retail environment that rewards exploring and casual strolling. Downtown businesses, the EEDC and the City can help by establishing guidelines for sidewalk access and maintenance and can also commission or encourage public art projects that enliven, connect, and/or illuminate downtown spaces.

**D | Objective 4: IMPROVE MANAGEMENT & VISIBILITY OF PARKING**

Manage downtown's parking resources so that they are accessible, safe, easy to locate and so that their rules are easy to comprehend. Calibrate the use of downtown's parking resources so that it

balancing customers' needs for sufficient time to complete their business with the need to encourage turnover at an appropriate rate. Englewood has on-street and off-street parking resources, but they are not being used efficiently and, as a result, customers are frustrated and businesses are suffering. The proper management, visibility, marketing, and calibrating of rules are critical for optimal usage.

**D4.1** **Discourage employee parking at on-street meters**. Through incentives and/or penalties, encourage business owners and their employees to utilize the City's off-street parking resources.

**D4.2** **Promote the use of the municipal parking garage** and all municipal lots through clear maps, flyers, directional signs, and incentives such as discounts for getting a parking ticket validated by a local business. Explore the possibility of acquiring property to enable a more hospitable connection between the garage and Palisade Avenue shops.

**D4.3** **Utilization study for the downtown-parking garage**. Conduct a baseline study on the usage of the garage to determine usage by day and hour.

**D4.4** **Re-time meters on Palisade Avenue** so customers can park for up to 1.5 or 2 hours at a time as opposed to only 1 hour. Study the impact of this change on customers and business owners.

**D4.5** **Consider creating a new municipal lot** on the west side of William Street just south of West Palisade Avenue.



Figure 32:The walkway connection to the parking garage.

### ⓓ | Objective 5: IMPROVING UTILIZATION OF PUBLIC SPACE DOWNTOWN

Public spaces within and adjacent to downtown are important resources. They  because they enhance civic life by providing opportunities for socialization, recreation, and relaxation. A well-designed, functional, and accessible public space can help revitalize downtown. The largest public spaces in and near downtown are Mackay Park and Veteran's Memorial Park.

**D5.1** **Manage/activate public spaces in downtown** through arts, cultural, recreational, and entertainment programming to draw more people to downtown.

**D5.2** **Program Mackay Park and Veteran's Memorial Park (Depot Sq.)** with arts, recreation, and entertainment activities as an extension of downtown. Install wayfinding signs direct

downtown to the parks. Identify appropriate lighting and safety investments to encourage more recreational activity.

### 🄳 | Objective 6: A TRANSIT–ORIENTED FRAMEWORK FOR LIGHT RAIL

NJ Transit is presently studying the return of rail service to the Northern Branch Line as an extension of the Hudson-Bergen Light Rail (HBLR) from 85th Street in North Bergen along the Northern Branch to Tenafly, New Jersey. The study contemplates station service for the communities of Englewood, Leonia, Palisades Park, Ridgefield, Fairview and North Bergen. Three rail locations are evaluated in *Traffic & Parking Study: City of Englewood Central Business District* (2008/2009): Engle Street near the Englewood Hospital, the Palisade Avenue area in downtown, and a new light rail station on Brookside Avenue, just south of Route 4 (see Figure 34). Specific City policies and concerns are outlined elsewhere in this document. Additionally a letter from the City signed by the Mayor, to NJ Transit on February 21, 2012 presents the City's position on key aspects of the light rail extension plans. This letter is attached to this Master Plan as Appendix C.

**D6.1 Near-Term: Retain zoning.** Since funding is not yet secure, and the timing for initiating service on the line is not known, zoning and uses in the vicinity of the proposed station area should probably remain unchanged.

**D6.2 Near-Term: Plan infrastructure** improvements. Though reinstatement of passenger service may be years off, Englewood will evaluate present street and block pattern within 1/4 mile of each potential station, and will anticipate improvements that will be needed to expand access and parking needs and to support transit-oriented development.

**D6.3 Near-to-Mid Term: Develop TOD zoning** framework. The parameters for a TOD zoning district or zoning overlay can be developed and consulted if development proposals at variance with zoning are brought forward in the interim. It is likely that provisions for the TOD district would establish an active, walkable, compact mixed-use neighborhood; guiding the mix of desired uses, parking arrangements, building height and frontage, and site design standards.

**Measuring the Economic Impacts of the Arts**

Today, Downtown Millville, NJ's storefront vacancy is less than 10% with a total of 140 businesses in the Glasstown Arts District (see case study on next page), plus two historical institutions and five government and non-profit agencies for a total of 147 businesses / employment entities (see case study on next page). Since 2000, 123 new businesses have opened.. Market rate property values have almost tripled on small- to mid-size buildings and have doubled on large buildings. In gauging the economic impacts of arts districts, analysts typically try to answer the following types of questions through economic models:

- How many direct, indirect and induced jobs are created?
- How much direct, indirect and induced economic activity have the districts generated?
- How much tax revenue have the districts generated?
- How much in tax revenues has not been realized due to tax incentives, and how does this affect the aggregate tax impact?

Millville's Glasstown Arts Districts reports the following economic impacts through business and job creation between 2000 and 2012:

- Net Businesses Created = 82
- Businesses Expanded = 28
- Net Jobs Created = 387
- Private Investment in Purchase & Construction = $14,417,250
- Private Investment in Building Rehab/Construction = $24,025,493
- Public Investment in Rehab/Construction = $6.025.234

**Ⓓ** | Objective **7: DOWNTOWN MANAGEMENT**

Several organizations and entities have vested interests in downtown. The Englewood Economic Development Corporation (described on pages 47-48) and the Chamber of Commerce are two primary ones. A special improvement district (SID) exists in downtown but there is no "Downtown Manager."

**D7.1   Consult the EEDC and Chamber of Commerce** for City decisions that impact downtown. Downtown needs resources and an operational component of its own; implementation of joint consideration of decisions affecting the downtown should help to facilitate this.

**D7.2   Consider expansion of the area of the SID** southward to Englewood Avenue to include the block bound by Palisade Avenue, Englewood Avenue, S. Van Brunt Street, and Humprhey Street. Also consider expanding it to the west to include the Lincoln School.



Figure 33: View of Memorial Circle, or "West Palisade Gateway" (looking south on Tenafly Road)

## CASE STUDY: Millville, NJ—The Art of Downtown Revitalization

The City of Millville, NJ demonstrates how using "the arts," broadly defined, as a focus of economic development and redevelopment, can successfully revitalize a downtown and benefit the municipality. Located along the Maurice River in Cumberland County, Millville has a population of 27,000. Glass manufacturing began in the mid- to late-1800s in the region, taking advantage of South Jersey's abundant fuel wood, silica, soda ash, and sand deposits. The Wheaton Company started making pharmaceutical bottles in a glass factory in Millville. Today, one of Millville's most well-known destinations is Wheaton Village, the Museum of American Glass, whose purpose is to preserve the history of American glassmaking. Several glass-related companies still exist in and around Millville. Downtown Millville during the 1970s to the late 1990s had many vacant and deteriorating buildings, and by 2000 it had a 50% storefront vacancy rate. In 1999 City stakeholders started collaborating to improve downtown. After significant research and outreach, they determined that "the arts" would be the catalyst, linked with Millville's glass-making heritage. The stakeholders also considered creating an arts district. A market feasibility plan was conducted, followed by the adoption of a local ordinance defining an arts district overlay zone. This zone designated a 12-square-block area an arts district, encouraging the development of arts and art-related businesses and residences on the upper floors of commercial buildings. An arts district marketing and branding plan was created. Called Glasstown, the arts district's mission is to "further the development and growth of the downtown and riverfront ... and to establish and maintain an arts district to benefit the community and foster revitalization."

### Leveraging Funds, Creating Incentives & Marketing to Grow an Arts District

The City of Millville passed a local bond issue to finance a cultural center and public improvements in the arts district. This Glasstown Arts District is anchored by the Riverfront Renaissance Center for the Arts. The district features a Pioneer Artists Program that provides up to $5,000 in low-interest loans to relocating artists and artisans. The City requires artists who receive "pioneer artist" grants to paint murals and engage in beautification activities in the City's neighborhoods. Rest-stop brochures and radio and TV ads are used to promote the District. Grants provide one-to-one matches to upgrade facades. UEZ funds have contributed to façade improvements, waterfront development plans, streetscape improvements, business development loans and the Riverfront Renaissance Center for the Arts, which is the heart of the arts district. A marketing campaign has been funded largely through state grants, including several from the NJ State Council on the Arts.

Glasstown Arts District has an active programming arm. Key events include the month of June, which is Artists' Month, during which every weekend special events take place. The Riverfront Renaissance Center for the Arts, a public gallery and education center that focuses on fine arts. Throughout the Arts District, there are many private galleries offering original paintings, ceramics, mosaics, etc. There are also numerous restaurants, cafes and pubs and a 700-foot river walk with beautiful views of the Maurice River.

### How Does Millville's Example Inform Possibilities for Downtown Englewood?

While Millville and Englewood have approximately the same population, Englewood has the potential to draw more people as visitors, residents, or artists because it is in a dense part of the state that is served by public transit. Furthermore, it is located close to New York City, where there are many talented artists who might be looking for more affordable space but who want to be near New York ... Englewood is not "starting from scratch." It already has a large performance venue in addition to several arts galleries and arts-related businesses. Downtown already has destination stores and restaurants that would complement and support an increased arts presence. Therefore, Englewood does not necessarily have to make as intense a capital investment up front as Millville did to develop arts venues, supportive real estate, and undertake ground-up public improvements.



Figure 34: Zoning map with proposed light rail stations and 1/4 mile radius drawn



**D** Downtown  **S** Englewood South  **N** My Neighborhood  **T** Our Town  **M** Mobility

## **S** *Englewood South*



Englewood possesses a unique and interesting district that evolved after the 1950s, housing a range of production, distribution, and service businesses. Wedged in between the Van Brunt, Dean, and Grand corridors and extending to the southern limits of the City, this district developed along the freight rail line and around access to I-95 and NJ-4. This area is comprised of older industrial buildings, warehouses, and offices co-mingled with new multi-family housing complexes, a major hotel, and single-family houses.

There is a wide range of businesses in this district. For example, located here are: the executive offices and distribution center for a ladies intimate apparel manufacturer; a branding and marketing firm; a manufacturer of mannequins; and a medical supply company. Businesses generally fall into one of four categories: 1) Auto-related services, 2) Medical supplies, 3) Manufacturers/distributors, 4) Creative professionals.

The auto-related businesses complement the auto dealerships, while the medical supply companies serve, at the least, Englewood Hospital and the City's many medical offices. So there is some symbiosis within the district and with entities outside of the district.

One of the important contributions of this area to the local and regional economy is tax revenue and various types of skilled employment. Behind healthcare and retail trade, the manufacturing sector, broadly defined, is the third largest employer in Englewood. Proximity to Manhattan, in part, helps sustain demand for space in this district.

Englewood should also leverage national trends involving the growth of manufacturing in the United States, increasing employment in urban areas, and support for entrepreneurship to support and increase economic activity in South Englewood. A recent article in the *National Real Estate Investor* ("An Industrial Revolution in Class-B Real Estate," April 16, 2013) reports on trends and research in industrial space, concluding that Class-B space, which makes up much of South Englewood, are desirable to tenants for their utility and price. New industrial space is usually Class-A with high ceilings, cross-docked loading, and state-of-the-art fire suppression sprinklers and lighting. These new facilities, however, command premium rents. The article cites research that Class-B buildings have a high retention rate and that it is a misconception that these spaces are obsolete. The article concludes: "today and for the foreseeable future, class-B properties will continue to provide an important supply component in meeting the demand for industrial space as the new industrial revolution gains momentum."

Englewood should proactively work to support and improve South Englewood. A coordinated approach to public and private improvements can, over time, significantly improve existing conditions and attract new investment. These improvements might include creating better transitions between industrial uses and less intensive uses, streamlining the permitting process, reducing parking requirements, and improving the appearance of buildings and streetscapes.

### Land Use Patterns

Englewood South refers to the broad area south of downtown that extends from Englewood Avenue to the southern municipal border. It includes office, industrial and mixed-use developments with a Light Industry (LI) or Office Industry (OI) base zoning, and PUD overlay districts. The area North of Route 4 includes a variety of large and small footprint industrial buildings used for warehouses and for manufacturing, interspersed by low-rise office and commercial uses. The PUD overlay district on Nordhoff Place includes the Brownstones at Englewood, a gym and local shops, and, fronting on Van Brunt Street, the Crowne Plaza Hotel. While buildings appear to be occupied, the overall area is marked by inadequate property maintenance and a low-quality public realm (e.g., lack of street trees, chain-linked fencing, awkward shrubbery, broken or discontinued sidewalks, and lack of adequate street lighting). Underutilized and abandoned properties on Dean Street present opportunities for redevelopment.

Another PUD overlay district is on the south side of Route 4, which is now in its final stages of development. The district includes the complete Sheffield at Englewood South, a 377-apartment complex, with ground floor shops and services. Future planned development includes a 160 room hotel, a 195 multi-family development, 270,000 square foot office building, 11,250 square feet of retail, and a 599 space parking garage.

South and west of The Sheffield are larger industrial buildings that are mostly occupied by active businesses. The scale of development south of Route 4 is larger than that north of Route 4, both horizontally and vertically. Although only one to two stories tall, the industrial buildings south of Route 4 have large floor plates. At four to five stories, the townhouse development and proposed hotel and office buildings are taller than most other buildings both north and south of Route 4. The character of this area is evolving as properties continue to be developed. While building and site maintenance is lacking on some of the industrial properties, it is not as prevalent as on the north side of Route 4.

## Englewood South issues and trends

### Industrial Land & Manufacturing

While some cities are rezoning their industrial lands for other uses, other cities are making concerted efforts to plan and selectively preserve their industrial land, recognizing that it is an important economic development resource and that industrial uses are still viable and important mix in the economy for employment. Large cities such as Philadelphia and Boston and smaller cities such as Allentown, PA are making efforts to reposition their industrial land.

While manufacturing is growing slightly in the United States, this trend might not have a significant positive impact on South Englewood, unless there was a concerted effort to revitalize this area. Given the age and compact size of many of the buildings, they might not be well suited to modern light manufacturing and large-scale distribution. However, these same attributes might make them attractive to smaller businesses or for reuse as live/work space.

### Management

Industrial parks in the suburbs are centrally managed, so they are typically clean, manicured, signed, and well lit. These services and attributes are critical for industrial parks in retaining and attracting businesses and employees. Urban industrial areas are not typically centrally managed, which means that each business is responsible for its own upkeep, security, and identity. As a result, most urban industrial areas are not as well manicured or coordinated as their suburban counterparts. This is the case with South Englewood. Furthermore, there is no business association in Englewood South to collectively represent the needs of businesses and property-owners.

### Streetscapes

A high-quality streetscape can be just as important for industrial areas as in downtown environments. Safe and easy mobility and a visually desirable environment go a long way towards instilling confidence and investment in the areas. Similarly, any deterioration in the quality of streets and public spaces sends a message of declining interest and disinvestment, further discouraging future investment. The quality of streetscapes in Englewood South is erratic between blocks and districts. Gaps in shade trees, broken or discontinued sidewalks, deteriorating facades and broken or tired fencing occur randomly throughout the area (see Figure 35). While the improvement of streetscapes, or the public spaces, is needed throughout South Englewood, priority should be given to areas such as South Dean Street because of its poor appearance and its important function as one of the major north-south streets in the City.



Figure 35: The view along South Dean Street in Englewood South

### Buffers & Transitions

Residences are located both in South Englewood's industrial districts and along its borders. While industrial areas were usually separated from residential development because of the frequent traffic, noise, and pollution, these two land uses can be good neighbors residential development and industrial activity have proven to be good neighborhoods if these externalities are addressed through zoning, land use strategies, and private investment.

## Englewood South objectives, strategies, actions

Englewood South requires a new image and redevelopment strategy that is responsive to new and emerging markets, replaces outdated infrastructure, and provides an attractive working environment. This plan outlines the following strategic approach:

- ➲ Provide new opportunities for emerging markets and industrial needs

- ➲ Re-instill the market's confidence through improved property maintenance and a more attractive public realm. Provide an attractive work environment for businesses, employees and neighbors

- ➲ Provide transitions and buffers between lower density and pedestrian-oriented areas, e.g. residential and downtown districts, and higher-density and heavily-trafficked industrial uses.

**Ⓢ** | Objective **1: TRANSITION AT DOWNTOWN & ENGLEWOOD SOUTH**

The properties along the north side of Englewood Avenue between Van Brunt Street and Grand Avenue comprise both an edge and an entry into downtown, as well as a transition to South Englewood. At this edge land uses change abruptly from downtown retail to industrial, with the southern portion of the Englewood Avenue frontage consisting of a medical office. From a zoning standpoint, the Light Industrial District (LI) just south of Englewood Avenue protrudes into the Service Business District (SBD), which envelopes the industrial block on three sides. The industrial uses, primarily Supreme Oil/Admiration Foods, generate significant truck and rail traffic that interferes with both the downtown and SBD districts. With undersized driveways and curb radii, the heavy tractor trailer traffic entering and exiting the Supreme Oil cross both lanes of traffic on Englewood Avenue, create safety and congestion problems for pedestrians and vehicles. The frequent rail shipments to the site creates further traffic problems by blocking traffic on both Englewood Avenue and Palisade Avenue during loading and unloading of shipments. Through rezoning, this area should evolve into a better transition between downtown and South Englewood.

S1.1    **Review and update City's loading/unloading requirements** to strengthen regulations and their enforcement to minimize roadway and sidewalk obstructions.

S1.2    **Rezone** the block bordered by Englewood Avenue, South Dean Street, the railroad tracks, and just north of Garrett Place from LI to SBD-4. This would permit the block to change into less intensive land uses that create a better transition between downtown and South Englewood.

**Ⓢ** | Objective **2: INTRODUCE NEW ECONOMIC ACTIVITY**

While large, high-value companies are generally looking for large, flexible buildings in which to house manufacturing, distribution and warehousing operations, South Englewood's small, tightly-packed buildings are advantageous to smaller-scale companies, especially those seeking proximity to New York City, but without its high rents. They could also be used for additional types of economic activity that would support the goals of this Master Plan. To expand the types of economic activity taking place in South Englewood, two specific uses should be encouraged and permitted: 1) Live-Work Space and 2) Incubator/Co-Working Space.

S2.1    **Permit live/work space along South Dean Street** from Garrett Place to Forest Avenue. This entails creating a **Live-Work District (LW-1)** that promotes the retention of existing residential buildings, continues to permit light industrial uses, and provides public and private incentives for improvements to the public realm. The district ordinance should be based upon a concept plan that identifies redevelopment opportunities, signage and public realm improvements. Local and regional arts and entrepreneurship organizations should be consulted for input. South Dean Street is a heavily traveled corridor of industrial, commercial and residential uses that borders to the east by residential districts and to the west by primarily industrial uses. A small enclave of single family homes exists on the east side of South Dean Street from Forest Avenue to Garrett Place, with shallow lots that back up to multi-family neighborhoods. The mix of residential and non-residential uses, the proximity to neighboring residential districts, and the need for streetscape improvements make this an ideal area for low-density live-work uses. Some residents, as it enters the downtown district refer to Dean Street, as "arts alley," which is recommended in this plan for further marketing and concentration of arts-related uses. The proposed district on Dean Street would complement the "arts, culture, and industry" theme in downtown by providing live-work

opportunities. The district designation would enable conversion to live-work accommodations in both residential and industrial buildings, and continue to permit industrial uses.

## CASE STUDY: When Live/Work Districts Really Work

While, technically, any home with an office could be considered a live-work space, spaces labeled as "live/work" tend to be more work-driven in which employees and walk-in trade are permitted, and more intense kinds of work are performed than typical office work. Often associated with artists, artisans and craftsmen, live/work space has traditionally been relatively affordable. Older industrial buildings often house the most affordable live/work space. However, this can be an issue in mature, healthy real estate markets where "the numbers have to work."

South Prescott Village in Oakland, CA is an early purpose-built live-work district. Completed in 1990, with four buildings (some existing), two courtyards, and a garden, the complex has 25 live/work rental units and four condominiums encompassing a 20,000 SF site and occupying 22,000 SF of built space. The development cost $3 million to construct. Unique design features of South Prescott Village include:

- Fully-finished loft condominiums
- Courtyards that provide opportunities for interaction
- Full-height unit spaces that take advantage of a tall one-story building
- Exposed bowstring trusses that enliven the units and bisect the courtyards
- An existing long-span warehouse that was renovated into live/work space as part of the project
- A transitional location that mediates between residential and industrial areas

**S2.2    Create an Incubator District (LI-2),** which adds a broader range of uses and added flexibility for dividing building spaces. An incubator is work space offered to start-up businesses by non-profit or management organizations. Incubators may provide low-cost rentable space, management training, shared office resources, and a positive work environment. Incubators are usually utilized to promote growth in a particular area or industry. For this district, the incubators should focus on business and industries that utilize Englewood's transportation and workforce advantages and that are unique to Englewood, opening up possibilities for mentoring and future partnerships or employment. Examples of incubators include creative industries related to visual and performing artists; medical arts technology; and automotive-related services and products. This new **LI-2** district could be applied in two areas in South Englewood:

- The cluster of small, low-rise industrial buildings on Dean Street between Bancker and Honeck Street.

- The buildings along S. Van Brunt Street between Jay Street and West Forest Avenue.

**S2.3    Establish a new industrial mixed-use zoning district** for properties along Dean Street between Bancker and Honeck Streets. The proposed **IM** zone is an industrial mixed-use district primarily intended to accommodate a mix of low-impact industrial uses; including artists and artisan industrial, incubators, gallery/showroom sales and limited neighborhood-oriented commerce.

**S2.4    Permit internal divisions of industrial buildings** to accommodate incubators and smaller work spaces.

**S2.5    Review the current use of off-street and on-street parking** by Englewood South businesses. Consider revising parking requirements for uses within industrial districts.

**S2.6**   **Create an expedited review process for industrial uses** to reduce costs for reuse or redevelopment.

**Objective 3: REINVEST IN THE PUBLIC REALM**

To complement strategies to expand the types of economic activity happening in South Englewood, the appearance and function of the public realm in Englewood South must be improved. This includes the character and appearance of private buildings and grounds as well as streetscapes and streets. This part of Englewood should be celebrated for its industry and employment The quality of streetscapes, buffers, facades, yards, and signs contributes to a pleasant working environment that encourages confidence and promotes new investment.

**S3.1**   **Develop public realm design standards** for the non-residential parts of South Englewood. Create a district design guide that showcases investments in 1) private properties involving signs, façade improvements, work yards, fences, parking areas, lighting, and private open spaces, and to 2) the public infrastructure involving street lighting, street trees, directional and identity signs/banners, and shared open spaces.

## CASE STUDY: A Managed Industrial Incubator District

Founded in 1959, the Batavia Industrial Center (BIC) is considered to be the world's first industrial incubator. With over 500,000 square feet of shared work area in six buildings, the campus-like complex leases office and industrial space ranging from 300 SF to 30,000 SF. It also offers shared office and support services to tenants.

- Since its founding, the BIC has witnessed many business success stories, including:
- A small private-label shirt-making company that moved to the BIC after a fire and grew to a multi-million dollar retail and manufacturing enterprise
- An HVAC business that started with one service van and evolved into a company with over 20 service vehicles and its own metal shop
- A struggling screen printing company that evolved into a successful business with proprietary designs
- The development of a multi-state full-service packaging company from a small 4,000 SF leased warehouse

Celebrating its 50-year anniversary in 2009, the Batavia Industrial Center continues to provide a home to many businesses and generate hundreds of jobs. Like the BIC , Englewood South is home to a complex of industrial buildings. While several are occupied by viable businesses, some are currently vacant, lending a sense of underutilization and disorganization to the district north of Route 4. A managed incubator concept applied to the industrial district of Englewood South would support and fortify the businesses that are there while working toward attracting new businesses to the area. A spirit of collaboration and entrepreneurship would be fostered through the managed interaction among different companies involved in different industries. An economy of scale would be created through the use of shared services and facilities. A variety of building configurations would attract businesses and organizations of different sizes and in different stages of evolution. Services offered by the incubator could help fledgling businesses grow. Eventually, Englewood South could once again become a lively and attractive business location due to this investment – leading to increased tax revenue for the City and new jobs for the region.

**S3.2   Review buffer and landscaping requirements** to remove or revise requirements that reduce visibility of buildings, create awkward arrangements of landscape features, or recommend inappropriate types of plantings (see Figure 36).



Figure 36: An industrial building with awkward landscaping that obscures windows and façade details

### Objective 4: RESET / UPDATE PUD ZONING

Update the zoning district designation for redeveloped properties within the Planned Unit Overlay district. The City's Planned Unit Development Overlay District is almost fully developed north and south of Route 4. This includes The Sheffield development, planned hotel and offices south of Route 4, and The Brownstone development north of Route 4. The current or planned development of these properties makes the underlying industrial and office zoning unnecessary.

**S4.1   Remove the underlying zoning of the PUD** Overlay districts and replace it with a new Commercial-Mixed Use District designation that mirrors the PUD requirements, along with guidelines for future development/redevelopment, buffers, and transitions.

**S4.2   Create a new Commercial-Mixed Use District** to include the existing commercial uses across from the Crowne Plaza Hotel on South Van Brunt Street.

### Objective 5: A T.O.D. FRAMEWORK

Provide a Transit-Oriented Development planning framework that anticipates future light rail in South Englewood. NJ Transit is presently studying the return of rail service to the Northern Branch Line as an extension of the Hudson-Bergen Light Rail (HBLR) from 85th Street in North Bergen along the Northern Branch to Tenafly, New Jersey. The study contemplates station service for the communities of Tenafly, Englewood, Leonia, Palisades Park, Ridgefield, Fairview and North Bergen. Three rail locations are evaluated in the Remington and Vernick 2008-2009, Traffic & Parking Study: City of Englewood Central Business District: Engle Street near the Englewood Hospital, the Palisade Avenue area in downtown, and a new light rail station on Brookside Avenue, just south of Route 4. The stations will generate new opportunities for redevelopment in a transit-oriented type of development (TOD). Since funding is not yet secure and the timing for initiating service on the line is not known, zoning and uses in the vicinity of the proposed station area should probably remain unchanged, or should be modified in accordance with the recommendations outlined elsewhere in the Land Use Element of the Master Plan.

**S5.1  Near-to-Mid Term: Develop TOD Zoning Framework.** The parameters for a TOD zoning district or zoning overlay can be developed and consulted if development proposals at variance with zoning are brought forward in the interim. It is likely that provisions for the TOD district would establish an active, walkable, compact mixed-use neighborhood; guiding the mix of desired uses, parking arrangements, building height and frontage, and site design standards.



Figure 37: A business in Englewood South adding a second floor atop its building

**D** Downtown    **S** Englewood South    **N** My Neighborhood    **T** Our Town    **M** Mobility

## **N** *Neighborhoods, Streets and Avenues*



NEIGHBORHOODS are the places of everyday life, family and relationships—the basis of community. A strong neighborhood is one that is safe, clean and attractive; where residents have access to local and citywide programs; and where residents, businesses and other property owners respect the privacy and quality of life essential for residential living.

Englewood's STREETS and AVENUES are an important venue for neighborhood and regional commerce, as well as home to many City residents. The varied landscape of these diverse uses requires a strategic land use approach that accommodates the unique needs of each use type, while enhancing the overall quality of place.

### Four Wards

#### Ward 1

Ward 1 is the northeast quadrant of the City and is comprised mostly of low-density residential neighborhoods. This is the most affluent ward of the City. This area has a bucolic, suburban character with dense, mature trees; and streets often without sidewalks—sometimes without curbs. On the slope of the Hudson Valley Palisades, this area was developed later than the rest of the City as it was not suitable for commerce, or agriculture. Today, the mostly curvilinear streets are lined by large homes on wooded lawns. Where there are sidewalks, often they are on just one side. Area institutions include two schools: Dwight-Englewood School (pre-K through12) and the Elisabeth Morrow School (preK-8). The private Englewood Field Club is located in the outer edge of the ward on Engle Street. There are several multi-family residences and commercial buildings at the western and southern edges of the Ward, along Engle Street and Palisade Avenue.

#### Ward 2

Ward 2, located in the southeastern quadrant of Englewood, has the greatest variety of residential neighborhoods. Multi-family developments are located along the edges of the Ward along Grand Avenue, Palisade Avenue, and on either side of Route 4 near the southern municipal boundary. The Ward's low-density neighborhoods are located just south of Palisade Avenue and are similar to the first ward's districts with large wooded lots and minimal curbing and sidewalks. The multi-family districts in Ward 2 include a variety of building types-townhouses, apartments and attached housing. Small and medium size single-family neighborhoods are located in the central portion of Ward 2.  Ward 2 institutions include the Moriah School, a private facility serving over 800 pre-K to 8th graders. The Flat Rock Brook Nature Center preserves one of the last remnants of the Palisades Forest. The Center provides environmental education programs, trails and picnic area for schools and the general public.

#### Ward 3

Ward 3 lies on the west side of Engle Street in the northwest quadrant of the City. The neighborhoods are predominantly single-family, albeit a higher density than Ward 1. Commercial and multi-family

districts are located along Palisade Avenue and Engel Streets, both of which are discussed further in the Downtown and Corridor sections. The Tibbs Senior Housing Complex is located on West Street.

The northern section of Ward 3 includes older neighborhoods that have compact lots with homes closer to the sidewalk. Some blocks have houses with single-lane driveways and garages that are detached from the residence and hidden from the view of the street. Sidewalks in these areas are provided on both sides of the street, and vary in material and condition. An abundance of mature trees and the absence of visible garage doors, contributes to the unique appeal of the neighborhoods. The introduction of wide driveways or expansive garages would disrupt the character of these neighborhoods.

Ward 3 also includes a variety of other neighborhoods with their own unique characteristics. Newer, larger lot homes are located in the northwest section of the ward, and small lot neighborhoods are located just north of Palisade Avenue. An apartment complex is located on Tryon Avenue, but is located in a single-family district, rendering it non-conforming. And large, historic homes are located on Tenafly Road.

Morrow Park is centrally located in Ward 3 and within a ½ mile of most residents. There are several schools in Ward 3. Englewood's only high school, Dwight Morrow High School, and middle school, Janis E. Dismus Middle School are both centrally located in Ward 3. There are four elementary schools in Ward 2: McCloud Elementary School (4-6); Grieco Elementary School (1-3); Englewood on the Palisades, charter school for grades K-5; and St Cecilia, a pre-K-8 inter-parochial school.

## Ward 4

Ward 4 is located in the southwestern quadrant of the City. Nearly one-half of Ward 4 is comprised of industrial and commercial uses, and the Light Industrial and Office Industry districts constitute nearly a third of the district. The majority of the residential neighborhoods are single-family districts. A striking feature of Englewood neighborhoods is the variety of housing types and lot sizes. Many of the homes also have elevated first floors, presumably due to the past flooding of nearby Overpeck Creek and Metzler Brook.

Ward 4 includes at least five multi-family developments. At least one of the developments, on Lafayette Street, is partially located in a R-E, or single-family zone, making the development a non-conforming use. It appears that several other smaller multi-family structures in and around Lafayette Place are also non-conforming uses within the R-E zoning district.

In the center of the Ward 4 is Mackay Park, a 28-acre park with recreational facilities including a skating park arena. The Park is within walking distance or a short drive from all residences in the Ward. Other ongoing initiatives are described elsewhere in the Master Plan. The Ward's proximity to adjoining industrial uses should continue to be evaluated for existing or potential conflicts.

Ward 4 institutions include a private school; Yeshiva Ohr Hatalmud on West Forest Avenue; serving grades 9 – 12.

## Neighborhoods objectives, strategies, actions

Englewood boasts a wide diversity in neighborhood building types: from apartments in mixed-use, urban settings, to compact houses on tree-lined streets, to expansive homes on pastoral lanes. Land use policies and public investment should treat all of the City's neighborhoods equally to provide safe and attractive environment where community amenities are reasonably close to all residents.

### (N) | Objective 1: SAFE, WALKABLE STREETS AND CONNECTIONS

Provide safe pedestrian passage and street crossings throughout Englewood's neighborhoods, especially along routes that connect neighborhood-to-neighborhood and neighborhood to public destinations.

**N1.1**   **Inventory and plan for the improvement of streets and crossings.** Determine the need for sidewalks where not currently present, sidewalks in need of repair or improvement, and crossing locations deserving special safety treatments. Survey residents to determine areas in need of improvement. Implement improvements through the capital improvement plan and site design standards. Priority should be given to imminently unsafe conditions and to links and crossings from residential areas to public places such as parks and schools.

**N1.2**   **Inventory and plan for the improvement of street and sidewalk lighting.** Determine the need for lighting where not currently present, lights in need of repair or improvement, and locations deserving special safety treatments through lighting. Survey residents to determine areas in need of improvement. Implement improvements through the capital improvement plan and site design standards. Priority should be given to links and crossings from residential areas to public places such as parks and schools.

### (N) | Objective 2: MAINTAIN THE CHARACTER OF NEIGHBORHOODS

Preserve neighborhood character through compatible building types and character-defining features. Protecting community character is important to all residents, regardless of the size or type of the neighborhood. Identifying the "character" of each neighborhood is the first step towards protection.

**N 2.1**   **Create residential development design guidelines** that ensure the design details of new residential development visually complement and are compatible with the neighborhood. Details include: minimum and maximum base floor elevation, location of front doors, driveway width, percentage of façade elevation for garages etc.

**N2.2**   **Promote the preservation of historic residential buildings** through education and technical briefs.

**N2.3**   **Limit removal of natural vegetation and trees** on slopes and other places with continuous canopy.

**N2.4**   **Inventory of the gaps in street trees in all neighborhoods.**

### (N) | Objective 3: PROGRAM, MAINTAIN, NEIGHBORHOOD PARKS AND FACILITIES

Reinforce community and recreational facilities as centers of neighborhood life. Community programs and activities are important for building social bonds, physical and mental health,

and self-improvement. All residents should have reasonable access to a diverse set of community programs, both at the neighborhood level and Citywide.

**N3.1   Provide tot lots within a ½ mile walking distance** of every neighborhood with a density of 0.5 units per acre.

**N 3.2   Encourage and promote community gardens in vacant lots.**

**N 3.3.   Adopt and implement park maintenance programs for all neighborhood parks.**

**N 3.4   Support public art in community spaces.**

**N3.5   Promote community efforts to clean up and activate vacant lots.**

## Streets and Avenues

Englewood's principal thoroughfares provide a commercial venue for goods and services that are not otherwise provided for in the downtown. Along Grand Avenue, Engle Street, North Dean and Lafayette Place residents can find an array of shops and community facilities. The volumes of vehicular traffic on these corridors make them an appealing location for both local and regional-based commercial uses. These "big streets" are also home to many City residents who live in apartment buildings, row houses and single-family homes.

### Grand Avenue

Grand Avenue is the most heavily travelled north-south corridor in Englewood. Grand Avenue is reportedly aligned with one of the original King Highway routes established by King Charles II in the late 17th century. Now a one-way northern route, Grand Avenue starts at the southern municipal boundary and terminates at Palisade Avenue, where the street name changes to Engle Street. Lined by tall trees and generous landscaping, Grand Avenue has the look and feel of a boulevard. These attributes contribute to the success of the corridor and are valued by residents and commercial users. Local shops and services, automobile sales, apartment buildings and converted mansions, create a corridor that hosts a mix of uses.

The zoning along Grand Avenue is intended to maintain a compatible scale and intensity between the use types. However, with a minimum 10,000 square foot lot size, the SBD caters more to the larger lot commercial uses, than the small neighborhood shops. Pending a more detailed analysis, the SBD may be more fitting as distinct districts along this corridor to support the fine grain, small lot texture of neighborhood services, as well as the larger, landscaped lots of regional, highway commerce. At the interface of residential and commercial districts, it is important to:

- Establish appropriate requirements for transitional screen walls and buffers;
- Limit/prohibit uses that generate noise or air pollution; and
- Ensure, to the extent possible and reasonable, adequate property maintenance.

### Engle Street

Engle Street originates at Palisade Avenue as a continuation of Grand Avenue. Still a one-way street traveling north, Engle Street travels through the downtown districts and terminates at the northern municipal boundary. While Engle Street is also a mixed-use corridor, the street width is not as wide, and the density is lower than Grande Avenue. Also, the commercial uses on Engle Street are zoned CBD-2, which has similar bulk requirements as the SBD, but slightly different uses. One difference is that the CBD-2 district does not permit outdoor auto sales or storage, which has resulted in boutique-style auto sales businesses in small showrooms.

The northern half of Engle Street is characterized by green lawns and residential-scale buildings with the exception of the Englewood Hospital and Medical Center. The Englewood Hospital was incorporated in 1888 as a non-profit, non-sectarian voluntary health care facility and has been at its current site since 1890. Although the hospital is an essential medical facility for Englewood residents, it is not a permitted use in its current zone, R-D, a small lot single-family district. As an inherently beneficial use, the hospital is afforded some leniency in the application of use requirements. However, this is not a substitution for reasonable provisions setting out basic bulk and site design requirements that will assure that any future development and expansion of the hospital is compatible with the adjoining neighborhoods, and the overall goals and principles of the Master Plan. Currently, any alterations or expansion of the hospital falls within the jurisdiction of the Zoning Board of Adjustment, which has no criteria or guidelines to evaluate the application.

### North Dean Street

At the north end of Dean Street near the municipal border is a small commercial village centered around W. Hudson Avenue. The village appears like a small-scale downtown a mix of fine grain buildings and larger buildings hosting shops and services. While the village is an attractive environment for local shopping, improvements could increase the safety, convenience and appearance of the district, such as improved crosswalks, planters and site landscaping. The bulk requirements of the current zoning designation, Service Business District (SBD) should also be reviewed to determine if the more suburban SBD district is appropriate for these smaller, urban-scale businesses.

### Lafayette Place

Lafayette Place is virtually an extension of West Palisade Avenue and the downtown business districts. This SBD district between Cleveland Avenue and Palisade Avenue provides local shops and services to surrounding neighborhoods. The building types and property conditions in this district vary widely. Design guidelines should be developed to guide the expansion or redevelopment of properties. At a minimum, sidewalks should be repaired and the exterior of buildings should be maintained. Additionally, long blank walls should not be permitted as they are visually unsightly, but, more importantly, a potential safety issue as they create places that are otherwise hidden from view.

## Streets and Avenues objectives, strategies, actions

Englewood's corridors are an important venue for neighborhood and regional commerce, as well as home to many City residents. The varied landscape of these diverse uses requires a strategic land use approach that accommodates the unique needs of each use type, while enhancing the overall quality of place.

Ⓝ | Objective 4:  DESIGN STANDARDS FOR ROADSIDE COMMERCE

Evaluate zoning and site design standards of Service Business Districts to ensure compatibility with the context of the areas. Create new zoning districts and design guidelines that accommodate the needs of the diverse businesses and promote planning and design practices that create places of distinction and compatibility.

N4.1   Review the design guidelines for the Service Business Districts (SBD) to determine if buffer and landscaping requirements are sufficient given current development patterns and potentially conflicting uses.