N4.2     **Conduct a study of the W. Hudson Avenue village** to evaluate the current SBD designation and identify appropriate design guidelines, bulk requirements and the need, if any, for private and public improvements.

Ⓝ   Objective 5: **BUFFER BETWEEN RESIDENTIAL & NON-RESIDENTIAL USES**

Provide transition buffers between residential and conflicting non-residential uses. Many of Englewood's neighborhoods are within close proximity to non-residential uses that create disruptions to the privacy and quality of life of residents. These externalities can be mitigated through appropriate buffers, transition zones and land use strategies.

N5.1.    **Review and strengthen the buffer requirements** in non-residential zoning districts.

N5.2.    **Develop design standards for parking lots, signage, and commercial buildings** that are adjacent to residential neighborhoods.

Ⓝ   Objective 6: **NEW DEVELOPMENT IN APPROPRIATE LOCATIONS**

N6.1.    **Create zoning for new townhomes.** Townhouse developments can offer people of various ages and family status a place to live in Englewood. They also offer long-time residents downgrading from single family homes an opportunity to stay in Englewood. The City should create appropriate townhouse zoning in strategic locations within and adjacent to downtown. The scale and design of townhouse developments should be carefully calibrated to be compatible with their environs. In non-residential zoning districts, townhouse zoning can serve as transition zoning where commerce or institutional uses are adjacent to single-family neighborhoods. Minimum acreage and design standards should be established to insure adequate landscaped buffers between single-family homes and townhouses.

N6.2.    **Consider senior-oriented development.** Age-restricted, senior independent living, and assisted care facility developments can benefit both the tax base and employment opportunities in Englewood. These facilities could reasonably be located in Englewood in part because of the presence of Englewood Hospital. Age-restricted developments generally provide positive fiscal returns with tax revenues greatly exceeding public cost of services. Senior independent living and assisted-living facilities also provide positive fiscal benefits. In addition, these independent living and assisted living facilities employ many moderate-income workers who often utilize public transportation. These facilities should be easily-accessible by public transportation.

**(N)** | Objective **7:** ZONING GUIDANCE FOR ENGLEWOOD HOSPITAL

Provide guidance and criteria for the facility upgrades at Englewood Hospital.

N7.1    **Support the Englewood Hospital** by acknowledging it as a permitted use and offer predictable standards for new projects and site improvements.

N7.2    **Establish a Hospital Zone** for the existing hospital and ancillary uses, with design guidelines for future expansions.

| Map Reference # | Land Use Considerations & Zoning Recommendations (Table A) |
|---|---|
| **N4.2** | **Change SBD-1, part of SBD-3, SBD-6 to N-C Neighborhood Center** — The SBD district on Hudson Avenue is a small commercial village that serves nearby residents. The village core looks like a traditional Main Street with narrow, two-story buildings close to the street, shop fronts on the ground floor with offices and residences above. The 19th and 20th century buildings are similar in scale and composition to surrounding residences built in the same period. The current SBD zoning encourages suburban style development with larger lot sizes and front yard parking that threatens the urban qualities of this district. The Hudson Avenue district should be rezoned to **Neighborhood Center, N-C**, providing standards and guidelines acknowledging the pedestrian village setting. Standards could include small (approximately 1,500 square foot) lots, a minimum build-to line, a minimum of two-story structures, and parking limited to side and rear yards with auto-related uses screened from public view. Other design guidelines could include a maximum cornice height, no blank walls, vertical articulation of broad buildings, and incorporation of vernacular features into new construction. |
| **D1.4c2** | Similarly, at Wides corner, where Lafayette and West Palisade Avenue converge, just west of Brookway Avenue, commercial uses are knit together in an urban village setting. The buildings are close to the street on small, narrow lots, and the scale and materials of the buildings are similar to nearby residences. Commercial uses further north towards Palisade Avenue are more auto-oriented, with front yard parking lots and one-story flat roof buildings. This corridor should be rezoned **N-C**, to maintain the small-scale commercial development that fits within the residential character of the corridor. |
| **D1.4c** | **Change SBD-2, part of SBD-3, and part of SBD 4.5 to D-G Downtown Gateway** — a proposed new zoning district that promotes signature redevelopment at entry points to the City's downtown. Redevelopment in this district should generate high-value construction that provides jobs, residents, civic, and arts-related uses to augment the arts and retail uses of the downtown core. The quality of new development and amenities should reinforce Downtown Englewood as a walkable, destination with a vibrant public realm and cultural offerings. Key design principles should include buildings close to the street, a vibrant ground floor design, and streetscape amenities. |
| **D1.5a** **D1.5b** | The area of North Dean Street has been recently been developed with both urban and suburban style development. Higher density and buildings closer to the street will signal the arrival to downtown from the north and capture foot traffic that already exists downtown. This area could be rezoned from SBD to **Downtown Gateway, D-G**, to permit additional density and to create a more active street frontage over time. Memorial Circle is a great Englewood landmark; a place that could become more beautiful of a destination befitting this monument. Properties on Bennett Road and Englewood Avenue are one-story buildings, one of which has been vacant for six months. If included in the new **Downtown Gateway, D-G** district, future new development could create an anchor at this end of downtown bringing in jobs, residences, and civic and/or arts-related uses. Any changes involving Liberty School and the retail strip on the north side of the circle should be undertaken with this long-term view. The **D-G Downtown Gateway** zoning district should also be considered for the blocks along the north side of Englewood Avenue between South Van Brunt and Grand. This would include the site of the former Mitchell Simon Hardware. |
| **D1.4a** **D1.4b** | **Guide the transformation of the "West Gateway."** Change CBD-3 to revised **D-3 Downtown** zoning district. There is significant latent potential on this block of West Palisade Avenue that could bring new life, jobs and services to the west end of the Avenue. Mixed-use office development would generate jobs and downtown foot traffic. Consider rezoning from CDB-1 to CDB-3 to permit office development on all floors. The minimum tract size of the CDB-3 (D-3) should be reduced. |
| **S2.2** | **Change LI zoning to LI-2 Incubator District where appropriate.** Introduce flexible zoning welcoming small footprint fabricators and artisans - permitting some showroom commerce. The cluster of smaller industrial buildings on Dean Street between Bancker and Honeck Streets provides a unique opportunity for entrepreneurship and small-business incubators. Typically, incubator districts provide flexible space, management training, shared office resources, and a positive work environment and are often utilized to promote growth in a particular area or industry. The district is surrounded by residential neighborhoods that continue to provide walk-to-work opportunities. This designation should also be considered for parcels fronting South Van Brunt Street. A key difference in zoning provisions between the proposed **LI-2 Incubator District** and the current Light Industrial District is that the former permits a broader range of uses and added flexibility for dividing building spaces. |



Figure 38: Land Use & Zoning Recommendations (see Table A)

| Map Reference # | Land Use Considerations & Zoning Recommendations (Table B) |
|---|---|
| T2.2 | **Create a new MC zone recognizes the Englewood Hospital and Medical Center as a permitted use, and provides zoning and design guidelines for future change and development.** Englewood Hospital and Medical Center is a medical facility in campus setting. It provides state-of-the-art patient services and serves as an educational and research facility. As an important community institution, future redevelopment of the hospital should be encouraged, but within the context of the existing residential neighborhood. |
| S5.1 <br> D6.1-3 | **Develop criteria for a "floating district"** that may be applied by ordinance to areas in walking distance of rail station locations when resources are committed to return of passenger service to the Northern Branch Line. |
| S1.2 <br> D 1.5b | **Consider changing LI zoning to SBD for the parcels between the rail right-of-way and South Dean Street, (presently zoned LI).** This would cause the block to change to **SBD** downtown compatible uses over time, which is more compatible with the adjacent commercial mixed-use properties. This area includes the blocks south of Englewood Avenue that are presently zoned SBD, which should remain SBD. |
| S2.1 | **Introduce flexible zoning inviting entrepreneurship and compatible commerce along South Dean Street.** Dean Street, from Linden Avenue to Garrett Place, includes a variety of industrial, commercial and residential uses. Small enclaves of two-story residential buildings on the east side of Dean Street are in the R-E residential district. Properties share in common heavy Dean Street traffic, incompatible uses and building types, and declining property maintenance. The combination of industrial and residential uses, the variety of building types, and the visibility of Dean Street creates potential for a live-work district—an approach that has been successfully implemented in areas of similar characteristics. The **LW Live Work** district would permit industrial and commercial uses, artist/artisan live-work spaces and residential occupancy by business operators. An attractive features of this district concept will be affordability and the flexibility of combined live-work spaces. The district could include buildings at the southeast corner of the intersection South Dean Street and Forest Avenue and adjacent parcels to the east, which are currently zoned LI and R-E. |
| S4.1 | **Re-zone Englewood South PUDs to existing or new zoning districts.** The PUD ordinance promotes mixed-use development, with a minimum tract size of 12 acres. It is a complicated ordinance with many sub-districts, which are discouraged in the Municipal Land Use Law. Most of the PUD has now been completely developed and/or approvals are underway. The majority of the parcels are now under separate ownership, and the minimum tract size is no longer applicable. Furthermore, the base LI/OI zoning is no longer appropriate for most of the parcels. Both the overlay and base zoning should be replaced by a new district that recognizes the approved development projects and permits renovations and/or redevelopment on a site by site basis. |



**N.4.2**   Change some or all of SBD zone to Neighborhood Center N-C

**M.3.1.-.4**   Coordinate Hospital/ North Station area plan with NJT and Hospital master plan

**D.1.6a**   Change some or all of SBD-2 zone to Downtown Gateway D-G

**D.1.4a, D1.4b**   West Gateway: reoccupy Liberty School and change CBD zoning to Downtown D-3

**D.1.4c.2**   Change SBD-3 zone to Neighborhood Center N-C

**D.1.4c.1**   Change SBD zone to Downtown Gateway D-G

**D.1.5b**   Maintain SBD zoning below Englewood Avenue

**S.2.2**   Create LI-2 Incubator District, welcoming fabricators and artisans

**S.4.1**   Replace PUD with updated Mixed Use zoning

Establish MC, Medical Campus Zoning District   **M.4.2**

Develop Downtown station area TOD Framework mix of uses and peak time parking /traffic   **D.6.1.3, M.4.1.4**

Change some or all of SBD zone to Downtown Gateway D-G above Englewood Ave.   **D.1.6b**

Rezone SBD – encouraging the block to change to downtown compatible use over time   **S.1.2**

Create a new Live-Work District (LW-I)   **S.2.1**

Bring additional flexibility and entrepreneurship to a new LI-2 zoning designation   **S.2.2**

Develop S. Englewood Station area TOD Framework Plan to accommodate peak hour traffic and parking for mix of uses   **S.5.1, M.6.1.4**

LEGEND

5 minute walk

● Neighborhoods
● Downtown
● South Englewood
● Mobility

Figure 39: Land Use & Zoning Recommendations (see Table B)

**D** Downtown   **S** Englewood South   **N** My Neighborhood   **T** Our Town   **M** Mobility

# Circulation Plan

**M** *Mobility, Circulation, and Community Form*

The Circulation Plan Element responds to the recommendations outlined in the Land Use Plan Element, as well as the regional context in which Englewood is located. It also addresses the Master Plan's goal and objectives for circulation and transportation. This Plan recognizes that a safe and efficient multi-modal transportation network is critical for the economy of the City. It is critical for the viability of businesses and for the passage of employees to their places of work, both inside and outside of the City. It is also important for the economic, social, and recreation needs of residents. The Plan includes an inventory and assessment of the existing and proposed transportation network and includes recommendations to address compatibility with future land uses as well as opportunities for increased connectivity between Englewood and Hoboken, Jersey City, and New York with the planned extension of the Hudson Bergen Light Rail Line.



Figure 40: The last stop of the proposed Hudson Bergen Light Rail extension should have a direct connection for Englewood Hospital employees and commuter parking.



This Circulation Plan Element is prepared in accordance with the Municipal Land Use Law, N.J.S.A. 40:55D-28b:(4), which requires: "A circulation plan element showing the location and types of facilities for all modes of transportation required for the efficient movement of people and goods into, about, and through the municipality, taking into account the functional highway classification system of the Federal Highway Administration and the types, locations, conditions, and availability of existing and proposed transportation facilities, including air, water, road, and rail."

## Englewood's Roadway System

Englewood has a network of approximately 74 miles of roadways. Two major highways, Route 4 and Interstate 80/95, traverse the south end of Englewood in an east-west direction. Interstate 80/95 connects directly into both the New Jersey Turnpike and the Garden State Parkway. These connections make Englewood a hub for the Northern Valley municipalities for motorists traveling in both east/west and southward directions. Englewood's roads are under the jurisdiction of the State of New Jersey, Bergen County, and the City of Englewood. State highways, including Route 4, Interstate 80/95, and a section of Grand Avenue between Route 4 and Interstate 80/95, are 3 miles long. The nine miles of county roadway includes portions of Grand Avenue/Engle Street, Dean Street, Palisade Avenue, Liberty Road, Knickerbocker Road, Ivy Lane, Hudson Avenue, Lafayette Avenue, and Forest Avenue. The remaining 62 miles are within the City's jurisdiction. Figure 42 maps Englewood's roadway network and identifies roadways by functional classification.



Figure 41: Proposed wayfinding system for Englewood



Figure 42: Functional Classification of Roadways in Englewood

80   CITY OF ENGLEWOOD NJ MASTER PLAN 2014

89

### Main Roadway Corridors

The key roadway corridors in Englewood include Palisade Avenue, Engle Street/Grand Avenue, Dean Street, and South Van Brunt Street (see Figure 43). Most of Englewood's commerce and industry are wedged between and along these key corridors, while the rest of the City consists of residential blocks.

### Palisade Avenue: Englewood's Main Street

Palisade Avenue in downtown is mostly a two-way urban principal arterial with two travel lanes and diagonal parking stalls. The speed limit is 25 miles per hour. The design of Palisade Avenue as a street, along with its speed limit, generally supports its role as the "main street" of a mixed-use downtown. It also is the widest of the key roadways, curb to curb. The design of East Palisade Avenue mirrors the transition of its surrounding land uses from a downtown setting into a more residential and institutional context. East Palisade Avenue maintains the two-way traffic pattern but with two eastbound and westbound lanes and parallel on-street parking.

### Engle Street/Grand Avenue: Englewood's Commercial Boulevard

Engle Street/Grand Avenue is a one-way urban principal arterial with two northbound lanes. Grand Avenue starts a two-way street from the southern border of the City up to Route 4. Within this span, its land use context transitions from residential to retail and office. The retail/office section along Grand Avenue, which starts at the intersection of Brookside Avenue, has on-street parking. Starting at Van Nostrand Avenue just north of the Route 4 interchange, Grand Avenue becomes a long, swooping one-way roadway that is home to a myriad of medical offices and car dealerships. Interspersed between these important businesses are multi-family residential complexes and commercial businesses. Traffic often moves at a fast pace along this roadway. Some residents complain that traffic moves too fast, especially after the Route 4 interchange. The Grand Avenue corridor has maintained a certain boulevard-like character because of efforts dating back several decades when zoning was carefully written to maintain setbacks and pervious coverage. However, the roadway's design promotes speeding and could better support the mix of land uses located along the corridor. Lanes are approximately 15 feet wide without any pavement markings to delineate shoulders or parking stalls. On-street parking spaces are located on both sides of the roadway in downtown Englewood and sporadically along other stretches in the City.



**CIRCULATION ELEMENT - KEY ROADS/CORRIDORS**
CITY OF ENGLEWOOD, NJ

Figure 43: Key Roadways and Corridors

Near Palisade Avenue, Grand Avenue becomes part of downtown. Both sides of the street have marked on-street parking stalls. North of Palisade Avenue, Grand Avenue changes into Engle Street. The roadway cross-section remains the same, with two northbound lanes and on street parking on both sides of the street.

### North & South Dean Street: Englewood's Downtown Crossroads

Dean Street, an urban minor arterial, and Engle Street/Grand Avenue could be considered "north-south pairs" that connect motorists to surrounding communities. Dean Street bisects Palisade Avenue in the center of downtown, serving as an important axis that is integral to downtown commerce and mobility.

Heading south from the northern boundary of Englewood, North Dean Street starts off as a two-lane roadway. Near Englewood Hospital, it widens to three lanes. The three-lane configuration continues up to Demarest Street. There are no sidewalks along North Dean Street north of Glenwood Avenue and only intermittent sidewalks south of Glenwood Avenue.

There is no on street parking available along any part of North Dean Street until the intersection at Demarest Avenue. The roadway configuration changes significantly at this point. It broadens to approximately 60 feet curb to curb with a 16-feet and 28-feet wide travel lane with on-street parking on both sides. This excessively wide lane configuration promotes fast moving traffic which creates a difficult pedestrian crossing. The roadway configuration here does not support its land use context. The redevelopment of the corner property at North Dean and Demarest into a two-story retail/office structure has generated more pedestrian activity. The roadway and crossings should better support this new, active land use.

South Dean Street starts as a two-way street with on-street parking and both sides, which generally supports its downtown context. However, there are few pavement markings for on-street parking. This cross-section continues through South Englewood's industrial/office area until South Dean Street ends at Van Nostrand Avenue, and access to Route 4.

### North & South Van Brunt Street: Downtown/Route 4 Connector

North Van Brunt Street is a two-way road that starts at Demarest Avenue, next to Veteran's Memorial Park, and ends at Palisade Avenue. With slow speeds and on street parking on both sides of the street, this roadway supports its downtown land use context. City Hall and the BergenPAC are both located on this street.

South Van Brunt Street starts at Palisade Avenue as a narrow street one wide southbound travel lane with on street parking on one side. South of Glenwood Avenue, it becomes a two-way street with on street parking along the southbound side. The land uses in this area are industrial and office. The on-street parking supports employee parking. The travel lane widths are wide: 12 feet southbound and 18 feet northbound. The street leads directly to Route 4 and is an important connection for residents living in the new Englewood South developments.

## Improving Key Roadways

The principal observations that emerge from studying Englewood's main roadway corridors include the following:

### Surplus Pavement Area/Excess Capacity

The *Smart Transportation Guidebook* presents recommended lane widths for most land use contexts as between 10 to 12 feet, and up to 14 feet wide (if there is no shoulder). Many of the Englewood's travel lanes exceed these dimensions. In the case of North Dean Street, a third lane might not be necessary. Overall, this presents many possibilities for narrowing wide travel lanes in the interest of traffic

calming, for providing improved crossings for pedestrians, and for considering on-road bicycle facilities.

### Lack of Pavement Markings

Pavement markings along these roadways are few, with the exception of stripes between travel lanes, although in some places these stripes are missing entirely. Lane markings help define the travel way or parking area for motorists. Wide travel lanes beyond 10 to 12 feet without marked shoulders might cause motorists to travel faster. Applying pavement markings to better define travel ways, to narrow travel lanes (as described above), and to delineate parking lanes and stalls might help better manage traffic speeds and improve visibility for motorists.

### Ongoing & Planned Roadway Investments

To provide better access between Route 4 and South Englewood, new Route 4 East and West Connectors were constructed in 2004. In addition, to further alleviate traffic going onto Route 4, the City of Englewood is currently involved in a large-scale road construction project focused on Nordoff Place that will include a completely repaved road, new sidewalks to be installed throughout the stretch of road, and an additional road connection onto South Van Brunt Street. While the reconstruction is focused on minimizing traffic congestion going onto Route 4, there will also be increased pedestrian safety in the area, as two different roads connecting Van Brunt Street and Nordoff Place will allow residents to feel safer walking down the street without being adjacent to heavy traffic.



Figure 44: Concept design for the Route 4 interchange at Grand Avenue

NJDOT intends to rebuild the Grand Avenue / Route 4 interchange, which might require some condemnation of private land. An acceleration lane is needed at South Van Brunt St and Route 4, which would need to pass through a former gas station site that currently has no approvals. Figure 24 is the concept design for the new interchange. It shows a widened exit ramp off of Route 4 eastbound and the addition of an on-ramp for motorists to reach Route 4 eastbound.

## Connecting Land Use & Transportation

The *Smart Transportation Guidebook (STG)*, a project-planning guide for NJDOT and Penn DOT, proposes to manage capacity by better integrating land use and transportation planning. It states, "the desire to go 'through' a place must be balanced with the desire to go 'to' a place." The *STG* recognizes that roadways have many purposes, including providing local and regional mobility, offering access to homes and businesses, and supporting economic growth. This is especially true in urban areas, where streets serve many different modes of transportation and a variety of land uses.

### Land Use Contexts

The *STG* states that land use context and roadway type make up the organizing framework for selecting appropriate roadway design values. A "land use context" is an area consisting of a unique combination of different land uses, architectural types, urban form, building density, roadways, and topography and other natural features. In roadway projects, the existing and planned land use context should be defined in the project planning stages, and the design of the roadway should be compatible with the existing land use context, or with a planned land use context that reflects the community vision. The graphic below from the *STG* identifies seven different model land use contexts. The table accompanying the graphic classifies specific sections of Englewood's key corridors into one of the seven identified land use contexts (see Figure 45). The *STG* further states "understanding the land use context provides guidance on who will need to use the road and how. This understanding influences the geometric design of the roadway and the types of amenities required in the right-of-way." The three design features that need to be calibrated for each land use context are:

- Desired Operating Speed
- Roadway Design
- Roadside Design/Character

*Figure 4.3 Defining Contexts*



| | Rural | Suburban Neighborhood | Suburban Corridor | Suburban Centre | Town/Village Neighborhood | Town Center | Urban Core |
|---|---|---|---|---|---|---|---|
| Density Units | 1 DU/20 ac | 1 DU/ac - 8DU/ac | 2 - 30 DU/ac | 3 - 20 DU/ac | 4 - 30 DU/ac | 8 - 50 DU/ac | 16 - 75 DU/ac |
| Building Coverage | NA | < 20% | 20% - 35% | 35% - 45% | 35% - 50% | 50% - 70% | 70% - 100% |
| Lot Size/Area | 20 acres | 5,000 - 80,000 sf | 20,000 - 200,000 sf | 25,000 - 100,000 sf | 2,000 - 12,000 sf | 2,000 - 20,000 sf | 25,000 - 100,000 sf |
| Lot Frontage | NA | 50 to 200 feet | 100 to 500 feet | 100 to 300 feet | 18 to 50 feet | 25 to 200 feet | 100 to 300 feet |
| Block Dimensions | NA | 400 wide x varies | 200 wide x varies | 300 wide by varies | 200 by 400 ft | 200 by 400 ft | 200 by 400 ft |
| Max. Height | 1 to 3 stories | 1.5 to 3 stories | retail -1 story; office 3-5 stories | 2 to 5 stories | 2 to 5 stories | 1 to 3 stories | 3 to 60 stories |
| Min./Max. Setback | Varies | 20 to 60 feet | 20 to 80 ft | 20 to 80 ft | 10 to 20 ft | 0 to 20 ft | 0 to 20 ft |

Figure 45: Land Use Contexts (from the *Smart Transportation Guidebook*). This diagram describes the characteristics of various types of places, broadly organized into three categories: rural, suburban, and urban

| ID | STREET SECTION | RURAL | SUBURBAN NEIGHBORHOOD | SUBURBAN CORRIDOR | SUBURBAN CENTER | TOWN/VILLAGE NEIGHBORHOOD | TOWN CENTER | URBAN CORE |
|---|---|---|---|---|---|---|---|---|
| ND4 | N DEAN ST (North of Glenwood) | | | X | | | | |
| ND3 | N DEAN ST (Between Glenwood and Demarest) | | | | | X | | |
| ND2 | N DEAN ST (Between Demarest & Depot Sq.) | | | | | | X | |
| ND1 | N DEAN ST (South of Depot Sq) | | | | | | X | |
| E2 | ENGLE ST (North of Glenwood) | | | | | X | | |
| E1 | ENGLE ST (Palisade to Glenwood) | | | | | | X | |
| NVB1 | N VAN BRUNT ST | | | | | | X | |
| WP | W PALISADE AVENUE (Engle to Lafayette) | | | | | | X | |
| EP | E PALISADE AVE (East of Engle) | | | | | X | | |
| SVB1 | S VAN BRUNT ST (Palisade to Englewood Ave) | | | | | | X | |
| SVB2 | S VAN BRUNT ST (South of Englewood Ave) | | | | | X | | |
| SD1 | S DEAN ST (Palisade to Englewood Ave) | | | | | | X | |
| SD2 | S DEAN ST (South of Englewood Ave) | | | | | X | | |
| G1 | GRAND AVE (North of Tracey Pl) | | | | | | X | |
| G2 | GRAND AVE (Tracey Pl to Van Nostrand) | | | X | | | | |
| G3 | GRAND AVE (Van Nostrand to Brookside) | | | | | X | | |

Figure 46: Assigning Land Use Contexts. This chart assigns various sections of Englewood's key corridors a land use context, as explained in Figure 45.

The City of Englewood should consider whether the classification and specifications of its main roadways support their existing land use contexts. Also, the Land Use Element of this Master Plan includes recommendations that could modify characteristics of the land use context of certain sections of roadways. These design features of roadways should be reviewed to determine how they detract from or support the future land use context(s). For example, the Land Use Element recommends rezoning of part of South Dean Street from Light Industrial to a Live Work District, which, ultimately, would bring about a change in land use context. The design of the roadway corridor should generally support the future residential aspect of this section of South Dean Street. Figure 46 identifies sections of roadways where the Land Use Element recommends zoning changes that might change the land use context.

## Transportation Context

The transportation context represents the role that the roadway plays or is anticipated to play within a community and the greater region. It also refers to the supporting street network and the interaction of the roadway with that network. Today, every roadway owned by NJDOT and NJ county governments is assigned a functional classification consistent with the AASHTO *Green Book*:

- Principal Arterial
- Minor Arterial
- Collector
- Local

| Roadway Class | Roadway Type | Desired Operating Speed (mph) | Average Trip Length (mi) | Volume | Intersection Spacing (ft) | Englewood Street |
|---|---|---|---|---|---|---|
| Arterial | Regional Arterial | 30-55 | 15-35 | 10-40K | 660-1320 | ENGLE ST / GRAND AVE / PALISADE AVE |
| Arterial | Community Arterial | 25-55 | 7-25 | 5-25K | 300-1320 | DEAN ST |
| Collector | Community Collector | 25-55 | 5-10 | 5-15K | 300-660 | VAN BRUNT ST |
| Collector | Neighborhood Collector | 25-35 | <7 | <6K | 300-660 | |
| Local | Local Collector | 20-30 | <5 | <3K | 200-660 | |

Figure 47: Roadway Classifications Applied (adapted from the *Smart Transportation Guidebook*)

The *STG* states that the problem with the existing functional classification system is that an entire roadway is sometimes placed into a certain class based on select characteristics—such as the overall highway length, or traffic volumes—although its level of access and mobility are not consistent with other roadways in that class. For example, many state highways are classified as principal arterials even if they are far more vital to community access than to regional mobility. This creates a dilemma for roadway designers; the application of design standards for that class might encourage higher operating speeds than are appropriate for segments serving community access. To address this issue, the *STG* proposes "roadway types" (see second column in Figure 47) that better capture the role of the roadway within the community. They focus more narrowly on the characteristics of access, mobility, and speed. If a segment of an arterial roadway has a relatively low speed, is important to community access, and has a lower average trip length, it should not be designed like a high order arterial. This is the type of analysis that should be performed on Englewood's key roadways. Figure 48 also classifies Englewood roads by roadway type. Figure 48 shows photos of specific road types in Englewood.



**Snapshot: Road Types – Englewood Streets**

Figure 48: Roadway Types and Contexts: a Community Arterial at Town Center (top left), a Local Street in a Suburban Neighborhood (top right), a Regional Arterial in a Town Center (bottom left), a Local Collector in an in-town Neighborhood (bottom right)

### Design of Main Roadway Corridors

Figure 49 presents approximate dimensions of various segments of Englewood's key roadway corridors. As the cross section of each roadway changes throughout its length, a "segment" represents a section of roadway where the cross-section remains generally consistent. Figure 50 is a map identifying each segment.

## CIRCULATION ELEMENT: ATTRIBUTES OF MAIN ROADWAY CORRIDORS***

| SEGMENT ID | STREET | LANE/PKG CONFIG. | PKG LN1 | TRVL LN1 | TRVL LN2 | TRVL LN3 | TRVL LN4 | PKG LN2 | CURB TO CURB | SIDEWALK/BUFFER | SPEED LIMIT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ND4 | N DEAN ST (North of Glenwood) | ↓↓ | N/a | 14' | 14' | N/a | n/a | n/a | 28' | N | 40 mph |
| ND3 | N DEAN ST (between Glenwood and Demarest) | ↓↓↓ | n/a | 13' | 13' | 13' | n/a | n/a | 39' | N | 35 to 40 mph |
| ND2 | N DEAN ST (between Demarest & Depot Sq.) | \|↓↓\| | 8' | 28' | 16' | n/a | n/a | 8' | 60' | Y, 0' | 30 mph |
| ND1 | N DEAN ST (south of Depot Sq) | \|↓↓\| | 8' | 14.5' | 14.5' | n/a | n/a | 8' | 45' | Y, 0' | 30 mph |
| E2 | ENGLE ST (north of Glenwood) | ↑↑ | 8' | 12' | 20' | n/a | n/a | n/a | 40' | Y, 4' | 35 mph |
| E1 | ENGLE ST (Palisade to Glenwood) | ↑↑ | 8' | 12.5' | 12.5' | n/a | n/a | 8' | 41' | Y, 0' | 25 to 35 mph |
| NVB1 | N VAN BRUNT ST | ↓↑ | 8' | 12' | 12' | n/a | n/a | 8' | 40' | Y, 0' | 25 mph |
| WP | W PALISADE AVENUE (Engle -Lafayette) | ← → | 15'* | 19' | 19' | n/a | n/a | 15'* | 68' | Y, 0' | 25 mph |
| EP | E PALISADE AVE (east of Engle) | — ← ← → → — | 8'** | 11' | 10.5' | 10.5' | 11' | 8'** | 58' | Y, 0' | 25 mph |
| SVB1 | S VAN BRUNT ST (Palisade to Englewood Ave) | ↓\| | n/a | 20' | n/a | n/a | n/a | 8' | 28' | Y, 0' | 25 mph |
| SVB2 | S VAN BRUNT ST (south of Englewood Ave) | \|↓↓ | n/a | 18' | 12' | n/a | n/a | 8'** | 38' | Y, 0' | 25 mph |
| SD1 | S DEAN ST (Palisade to Englewood Ave) | \|↓↓\| | 8'** | 11.5' | 11.5' | n/a | n/a | 8' | 39' | Y, 0' | 35 mph |
| SD2 | S DEAN ST (South of Englewood Ave) | \|↓↓\| | 8'** | 11' | 11' | n/a | n/a | 8'** | 38' | Y, 0' | 35 mph |
| G1 | GRAND AVE (north of Tracey Pl) | \|↑↑\| | 8' | 15.5' | 15.5' | n/a | n/a | 8' | 47' | Y, 0' | 35 mph |
| G2 | GRAND AVE (Tracey Pl to Van Nostrand) | \|↑↑ | 8'** | 11.5' | 19.5' | n/a | n/a | n/a | 39' | Y, 0-4' | 35 mph |
| G3 | GRAND AVE (Van Nostrand to Brookside) | \|↓↑ | 8'** | 12' | 20' | n/a | n/a | n/a | 40' | Y, 0-2' | 35 mph |

*diagonal parking stall measured from curb to the end of stall mark;

**unmarked parking stalls;

***all measurements in this table are approximate.

Figure 49: Attributes of Key Roadways. This chart shows lane configurations and dimensions of each roadway segment

## CIRCULATION ELEMENT - SEGMENTS OF KEY ROADS
CITY OF ENGLEWOOD, NJ



Figure 50: Key Map for Figure 49. Indicates where characteristics of key roads change as they cross the City

Connecting Roadway Type and Land Use Contexts

Figure 51 identifies the **roadway type** and **land use context** of various sections of Englewood's key roadways. The *STG* presents specifications for each roadway type based on land use context. Figure 52 shows recommended design values for roadway type **Community Collector** (i.e., South Van Brunt Street) within each of the land use contexts. Much of South Van Brunt Street could be considered to be within the "Town/Village Neighborhood" land use context. The design values in this table for Town/Village Neighborhood present new benchmarks possibilities for the design of South Van Brunt Street.

| \ ROADWAY TYPE & LAND USE CONTEXT OF KEY ROADWAYS | | | | | |
|---|---|---|---|---|---|
| SEGMENT ID | STREET | BUS RTE | ROADWAY TYPE | LAND USE CONTEXT | PLANNED LAND USE CONTEXT* |
| ND4 | N DEAN ST (north of Glenwood) | Y | Community Arterial | Suburban Corridor | n/a |
| ND3 | N DEAN ST (between Glenwood and Demarest) | Y | Community Arterial | Town / Village Neighborhood | Town / Village Center w/TOD [See Land Use Element strategy D 1.5a] |
| ND2 | N DEAN ST (between Demarest & Depot Sq.) | Y | Community Arterial | Town Center | n/a |
| ND1 | N DEAN ST (south of Depot Sq) | Y | Community Arterial | Town Center | n/a |
| E2 | ENGLE ST (north of Glenwood) | Y | Regional Arterial | Town / Village Neighborhood | n/a |
| E1 | ENGLE ST (Palisade to Glenwood) | Y | Regional Arterial | Town Center | n/a |
| NVB1 | N VAN BRUNT ST | N | Community Collector | Town Center | n/a |
| WP | W PALISADE AVENUE (Engle to Lafayette) | Y | Regional Arterial | Town Center | n/a |
| EP | E PALISADE AVE (east of Engle) | Y | Regional Arterial | Town / Village Neighborhood | n/a |
| SVB1 | S VAN BRUNT ST (Palisade to Englewood Ave) | Y | Community Collector | Town Center | n/a |
| SVB2 | S VAN BRUNT ST (south of Englewood Ave) | Y | Community Collector | Town / Village Neighborhood | n/a |
| SD1 | S DEAN ST (Palisade to Englewood Ave) | Y | Community Arterial | Town Center | n/a |
| SD2 | S DEAN ST (south of Englewood Ave) | Y | Community Arterial | Town / Village Neighborhood | Town / Village Center (from Englewood Ave to Garrett Place) [See Land Use Element strategy D 1.5b and S 1.2 |
| G1 | GRAND AVE (north of Tracey Pl) | Y | Regional Arterial | Town Center | n/a |
| G2 | GRAND AVE (Tracey Pl to Van Nostrand) | Y | Regional Arterial | Suburban Corridor | n/a |
| G3 | GRAND AVE (Van Nostrand to Brookside) | Y | Regional Arterial | Town / Village Neighborhood | n/a |

Figure 51: Roadway Type & Land Use Context of Key Roadways

| Community Collector | | Rural | Suburban Neighborhood | Suburban Corridor | Suburban Center | Town/Village Neighborhood | Town/Village Center | Urban Core |
|---|---|---|---|---|---|---|---|---|
| Roadway | Lane Width[1] | 11' to 12' | 10' to 12' | 11' to 12' | 10' to 11' with bike lanes; w/o bike lanes or shoulder, 14' for bike routes | 10' to 11' with bike lanes; w/o bike lanes or shoulder, 14' for bike routes | 10' to 11' with bike lanes; w/o bike lanes or shoulder, 14' for bike routes | 10' to 11' with bike lanes; w/o bike lanes or shoulder, 14' for bike routes |
| | Paved Shoulder Width[2] | 4' to 8' | 4' to 8' If no parking or bike lane | 8' to 10' | 4' to 6' (if no parking or bike lane) | 4' (if no parking or bike lane) | 4' (if no parking or bike lane) | 4' (if no parking or bike lane) |
| | Parking Lane | NA | 7' | NA | 7' to 8' parallel; see 7.2 for angled | 7' to 8' parallel; see 7.2 for angled | 7' to 8' parallel; see 7.2 for angled | 7' to 8' parallel; see 7.2 for angled |
| | Bike Lane | NA | 5' | 5' to 6' | 5' to 6' | 5' to 6' | 5' to 6' | 5' to 6' |
| | Median | NA | 12 to 16 for LT; 6' for pedestrians only | 12 to 16 for LT; 6' for pedestrians only | 12 to 16 for LT; 6' for pedestrians only | 12 to 16 for LT; 6' for pedestrians only | 12 to 16 for LT; 6' for pedestrians only | 12 to 16 for LT; 6' for pedestrians only |
| | Curb Return | 20' to 40' | 15' to 35' | 20' to 40' | 20' to 35' | 10' to 25' | 10' to 25' | 10' to 30' |
| | Travel Lanes | 2 | 2 to 4 | 2 to 4 | 2 to 4 | 2 to 4 | 2 to 4 | 2 to 4 |
| Roadside | Clear Sidewalk Width | NA | 4' to 5' | 5' to 6' | 6' to 8' | 5' to 6' | 6' to 8' | 6' to 10' |
| | Buffer[3] | NA | 5'+ | 5' to 10' | 4' to 5' | 4' to 5' | 4' to 5' | 4' to 6' |
| | Shy Distance | NA | NA | NA | 0' to 2' | 0' to 2' | 2' | 2' |
| | Total Sidewalk Width | NA | 4' to 5' | 5' to 6' | 10' to 15' | 9' to 13' | 12' to 15' | 12' to 18' |
| Speed | Desired Operating Speed | 35-55 | 25-30 | 30-35 | 25-30 | 25-30 | 25-30 | 25-30 |

1   11' to 12' preferred for heavy truck volumes > 5% and regular transit routes.
2   Shoulders should be installed in urban contexts only as part of a retrofit of wide travel lanes, to accommodate bicyclists.
3   Buffer is assumed to be planted area (grass, shrubs and/or trees) for suburban neighborhood and corridor contexts.

Figure 52: Table showing the characteristics of a Community Collector roadway type as it passes through various land use contexts

# Corridors and Transit objectives, strategies, and actions

**Ⓜ** | Objective **1:  STREETS THAT SUPPORT MOBILITY OPTIONS**

Priority roadway projects that improve mobility, reduce traffic congestion, and calm traffic, including those that would complement the proposed light rail stations. These recommendations should be undertaken along with those under Objective 6, which cover bicycle and pedestrian circulation.

**M1.1**     Support a new interchange of I-95 in the vicinity of Grand Avenue to improve highway access to Englewood's industrial, commercial and residential areas as well as to the proposed Route 4 light rail station.

**M1.2**     Reexamine the lane configurations of all key roadways through the framework of the *Smart Transportation Guidebook*, to consider ways to calm traffic, improve the visibility of on-street parking, provide bicycle facilities, reduce excess capacity, and better fit their land use contexts. Consider, for example, demarcating shoulders and on street parking stalls or parking lanes where currently unmarked, especially on South Van Brunt Street and Grand Avenue.

**M1.3**     Implement traffic calming methods along Grand Avenue and North Dean Street such as a "Your Speed Is" radar sign system, installing more speed limit signs, and applying bold crosswalks at signalized intersections.

**M1.4**     Implement traffic calming and pedestrian safety measures along North Dean Street, especially at the widest section between Demarest Avenue and Depot Square.

**M1.5**     Continue implementation of the street improvement program, ensuring that City streets are maintained and that older pavement and potholes fixed on a regular basis.

## Transit objectives, strategies, and actions

Seven NJ Transit bus lines serve Englewood (see Figure 53)

- The 166 provides service to the Port Authority Bus Terminal in Midtown Manhattan.

- The 171, 175, 178 and 186 routes provide service to the George Washington Bridge Bus Terminal

- The 756 and 780 offer local service.

Approximately 12% of Englewood's population takes public transit to work, and it is reported that approximately 65% of Englewood Hospital employees alone take public transit. Transit is the focus of a joint effort between NJ Transit, NJTPA, and Coach USA called the Northeast New Jersey Metro Mobility Study. The study is being conducted because bus transit services in Bergen and Passaic counties have not been evaluated in almost 25 years. With record numbers of riders being reported on all bus routes and building on recent requests for regional transit improvements, this four-phase, five-year study will look at current and future bus transit services to identify changes that are needed to best get people where they need to go. Some of the key feedback from Englewood participants includes:

- In Englewood demand is outstripping NJ Transit buses are operating at capacity on routes serving Route 4 and Route 80.

- Currently there is no one-seat-ride to downtown New York City from the bus stop located near the new developments in South Englewood. Residents can get uptown from this stop.

However, if they need to go downtown, they need to walk to a stop located on Broad Avenue, or catch a bus to the station at the base of the George Washington Bridge and then take the A Train downtown.

Coach USA's "Red and Tan" Lines provides transportation from Rockland County, NY and Bergen County, NJ to New York City. These lines stop at either Port Authority or the George Washington Bridge Bus Station. All of the lines pass through Englewood, although pick up locations vary by line. Some lines stop at the intersection of Grand Avenue and Route 4 while others stop at the intersection of Palisade Avenue and Dean Street.

For some time, the City operated a trolley shuttle service for residents. Originally envisioned to link Englewood South with the rest of the City, the service provided transportation to and from the commuter bus lines in the morning and evening rush hours as well as service into the downtown for shopping and dining. The vehicles were initially funded by the federal government and provided through NJ Transit. In the Summer of 2013 funding was discontinued and the trolleys were taken out of service.



Figure 53: Public transit within the City of Englewood, NJ

**Ⓜ** | **Objective 2  RELAUNCH LOCAL SERVICE**

The City should investigate possible forms of local transit that can: 1) operate efficiently, 2) link with the downtown, and 3) provide residents broader access to employment, education and fun. The prior trolley service should be studied closely and critiqued in the interest of planning for relaunching a system that is more likely to succeed in drawing riders and being financially viable.

M2.1     **Consider business models for local transportation services.** Consider a subsidized revenue-based model and/or contracting out the management and operation of the trolleys. Work with NJ Transit, Englewood South developers, and community management companies to help finance and plan the trolley system and its marketing.

M2.2     **Continue active participation in NJ Transit's** Northeast New Jersey Metro Mobility Study.

M2.3     **Plan for changes to bus and trolley services** with the potential introduction of light rail passenger service in the City.

## Transit (Rail) objectives, strategies, and actions

The City of Englewood is not currently served by any NJ Transit commuter rail lines. NJ Transit's proposed extension (the preferred alternative identified in the Northern Branch DEIS) of the Hudson–Bergen Light Rail along the Northern Branch would include stations at Englewood Hospital, Town Center and Route 4. The project includes a direct connection to the existing Hudson-Bergen Light Rail system at Tonnelle Avenue in North Bergen. As part of this project, due to the need to separate light rail vehicles from freight vehicles, freight service would be moved to the overnight hours, when light rail vehicles would not be operated.

Despite opposition to the preferred alternative from the Borough of Tenafly, the City of Englewood strongly supports the preferred alternative as long as plans do not include the removal of 128 on-street parking spaces. The City feels that a properly planned light rail through Englewood will enhance the residential, commercial and industrial sectors of the diverse community by providing convenient and reliable transportation links to and from employment and population centers in Hoboken, Jersey City and Manhattan. The City believes it is critical that the new light rail include stops at Route 4, Englewood Town Center, and Englewood Hospital. For this reason the City does not support NJ Transit's Route 4 option, which ends service before reaching the heart of Englewood. In deference to Tenafly's strong opposition to the preferred alternative, the City instead supports a new "third option" that would bring light rail only as far north as Englewood Hospital.

While the City supports the extension of the Hudson Bergen Rail Line into Englewood, it has several specific concerns that need to be addressed at each of the proposed station areas. The City of Englewood submitted a letter, signed by the Mayor, to NJ Transit on February 21, 2012 that presents the City's position on key aspects of the light rail extension plans.: The City of Englewood, the Mayor's Office, City Council, the Englewood Economic Development Corporation, and the Englewood Chamber of Commerce can support restoration of rail service and the extension of the Hudson Bergen Light Rail to Englewood when plans of the agency and its consultants and the design documents and future operating agreements are revised to Englewood's clear position—as stated in the February 21, 2012 letter and attached to this Master Plan.

**Ⓜ   |Objective 3  RETURN OF RAIL SERVICE: HOSPITAL STATION**

M3.1   **Improve Pedestrian Access**. NJ Transit should increase the customer service area for the Hospital Station by providing safe pedestrian access to both sides of the Station from the Durie Avenue neighborhood to the west and the Hudson Avenue/Ivy Land neighborhood to the north.

M3.2   **Make Traffic Improvements**. NJ Transit should provide a traffic signal on the busy N. Dean Street to allow pedestrians to cross from Englewood Hospital Station to the medical center.

M3.3   **Improve Public Safety. NJ Transit should ensure public safety by fencing** the train tracks behind the bordering Pindle Avenue homes from Durie Avenue to W. Hamilton Avenue.

M3.4   **Coordinate Structured Parking**. NJ Transit needs to integrate the proposed multi-use garage by the Englewood Hospital and Medical Center into the light rail plan and make a capital contribution to cover a proportionate share of its total cost.

**Ⓜ   |Objective 4  RETURN OF RAIL SERVICE: DOWNTOWN STATION**

M4.1   **Locate Station at Depot Square, convenient to BergenPAC**. NJ Transit should improve passenger convenience and station visibility by relocating the proposed new Englewood Town Center Station to the northern side of Palisade Avenue along Depot Square, between Bergen Performing Arts (PAC) and the former rail station. This is the commercial and cultural heart of Englewood as well as the historic location of the passenger rail service. This station stop is the City's much-preferred alternative to the W. Englewood Avenue station assumed in the DEIS.

M4.2   **Additional Land for Accommodating a Second Track and Platforms**. The City understands that a downtown station north of Palisade Avenue might require a wider right-of-way to accommodate dual-tracks in the vicinity of the passenger platform. The City owns property on either side of the current single track right-of-way and, depending on the availability of replacement parking spaces, might conceivably sell or trade this property to enable NJ Transit to provide a second track and boarding platforms at this location.

M4.3   **Coordinating Rail Schedules with Large Events**. Light rail service into the Englewood Town Center should operate until 12:30a.m. on nights when performances are scheduled so that Bergen PAC patrons can take the light rail back to their homes. While extended hours might require negotiation with the Federal Railroad Administration, we note that the volume of freight trains running through this section of the Northern Branch has declined in recent years.



Figure 54: Station Area TOD—A planned town green (top left); parking incorporated into a mixed-use building (top right); downtown living adjacent to light rail station (bottom left); rejuvenated retail stores near a new light rail station (bottom right)

M4.4   **Preserve Parking.** Englewood is already known as a "parking-constrained" town. The DEIS (pages 9-35) states that 128 on-street parking spaces would be removed from the vicinity of the Englewood Town Center Station not to make room for the train station, but rather as part of recommended "traffic mitigation" measures to improve traffic circulation in the general area. Most of these spaces are located in front of retail stores. Loss of on-street parking spaces in the downtown is unacceptable to Englewood as it would negatively impact the City's businesses and cultural offerings. Englewood would strongly oppose any plan to mitigate traffic through the removal of on-street parking spaces. NJ Transit's project team proposes to create a parking structure in Downtown that compensates for the loss of on-street parking spaces. One possible location is the existing surface parking lot on the west side of North Dean Street north of Demarest Avenue. Another potential location for a parking structure is the block East Palisade Avenue, North Dean Street, and North Van Brunt Street, although this location might exacerbate already congested traffic along Palisade Avenue. The City does not support either of these locations as long as the construction of a parking structure is seen only as a solution to compensate for removing on-street parking spaces.

M4.5   **Maintain a Destination.** A great deal of time and energy has been expended over the years to promote traffic calming in downtown Englewood as a means of enhancing its reputation as a pedestrian-friendly retail and entertainment destination. However, the overall NJ Transit mitigation plan proposed in the DEIS would counter these efforts. Optimizing downtown Englewood for peak traffic flow—turning downtown streets from "destination" to "thoroughfare" —will damage the character and the retailing environment downtown, and is contrary to the Complete Streets approach recommended by the City's Master Plan.

**Ⓜ** | Objective **5:** RETURN OF RAIL SERVICES: SOUTH ENGLEWOOD STATION

**M5.1** **Support For The Parking Deck.** The City supports the construction of the "Preferred Options" large commuter parking deck of 870 spaces at this location regardless of the rail lines terminal point. This will be a primary park-and-ride location for Englewood and out-of-town residents who wish to access the Northern Branch line.

**M5.2** **Englewood strongly opposes construction of an Englewood VBF.** (Vehicle Base Facility) According to the "less preferable" Englewood VBF option found on page D-3 of the DEIS, the City would lose $197,806 in annual property tax revenue from the proposed Englewood VBF facility (in addition to the loss of $228,095 from the Route 4 parking deck footprint). On the



Pedestrian Circulation
Station Platform
Building Frontage
New Street / Intersection
Open / Civic Space
TOD Overlay District

Figure 55: A Station Area plan showing a street and block arrangement for a proposed TOD Overlay District south of Route 4. Provisions would guide setback, height and will promote public open space planned to relate to the station

other hand, if the VBF is located in North Bergen, as provided in the DEIS "Preferred (North Bergen) Option," the revenue to Englewood from the VBF site would be restored, while the incremental loss to North Bergen would be only $2,863. The alternative Englewood VBF would take land from four additional employers and impact 85 employees, according to page 5-17 of the DEIS. This prime location is situated only minutes from the George Washington Bridge, and is targeted from major commercial and industrial redevelopment as part of the City's Master Plan. During the last five years millions of dollars have been invested in the City's public road network to prepare for this eventuality. Furthermore, locating the VBF next to the proposed Route 4 station would preclude larger scale reinvestment and redevelopment. NJ Transit has suggested in meetings with the City that the VBF could be

constructed as part of a mixed-use development, thereby providing opportunities for productive use of the site so that it contributes to the City's aspirations for transit-oriented development. This would require further discussion and feasibility testing. Until then, the City opposes the construction of a VBF within its limits.

**M5.3   Support a new I-95 interchange.** Given NJ Transit's close connection with its sister agency, NJDOT, the City notes that it supports a new interchange of I-95 in the vicinity of Grand Avenue to improve highway access to Englewood's industrial, commercial and residential areas as well as to the Route 4 station.

**M5.4   Plan for parking and traffic.** A recent ridership analysis conducted by RPA which looked at the Northern Branch LRT service ending at the Englewood Hospital, instead of North Tenafly as described in the Northern Branch LRT DEIS indicated that ridership for both scenarios tested (Scenario 1 - Unconstrained Parking at Englewood Hospital terminal  and Scenario 2 - Constrained Parking, where LRT parking supply was limited or constrained at the Englewood Hospital and Englewood Town Center stations) compared to a terminal at North Tenafly assumed in the DEIS continues to attract a significant amount of the ridership that was accessing the LRT at Tenafly, and therefore continues to justify the project and projected level of service.

# Bicycle & Pedestrian Circulation objectives, strategies, and actions

Englewood and its blocks are of an appropriate size and scale to support bicycle and pedestrian travel. Englewood has an extensive sidewalk network. In downtown, especially, many residents and visitors walk the sidewalks to reach stores and restaurants, and some ride bicycles While downtown has a well-connected system of sidewalks, there is a general lack of pedestrian connections between residential neighborhoods and major community resources including the library, the municipal building, Depot Square, Mackay Park, playgrounds, parks, and shopping areas. The rail tracks present challenges to making connections from, for example, North Dean Street shopping and the BergenPAC. While Englewood has several signed bicycle routes, it has no marked on-road bicycle facilities and few supporting infrastructure features such as "share the road" signs and bicycle racks.

Several neighboring communities have advanced bicycle and pedestrian planning. Teaneck completed a comprehensive Bicycle and Pedestrian Study in 2011. Based on a bicycle compatibility assessment, bicycle crash review, and input from stakeholders, the consultants that drafted the study recommended improvements to 10 roadways, some of which continue into Englewood. These improvements include the creation of shared lanes, paved shoulders, sharrows, and dedicated bike lanes. The plan also includes cost estimates. Recommended improvements were developed in accordance with guidelines for bicycle facilities developed by NJDOT, American Association of State Highway and Transportation Officials guidelines, and the Federal Highway Administration.

Figure 56 highlights existing "bicycle-friendly routes" in Englewood and also identifies roadways in Teaneck that continue into Englewood for which its Bicycle and Pedestrian Study recommends bicycle facilities. The Teaneck study recommends shared lanes for Tryon Avenue, Englewood Avenue, and Forest Avenue. These roadways have traffic volumes and existing lane widths that meet NJDOT standards for a Shared Travel Lane. This type of facility does not require additional striping because the existing lane widths can accommodate sharing by a vehicle and bicyclist. "Share the Road" signs are typically placed at regular intervals.



Figure 56: Bike friendly roads (according to GoogleMaps) and proposed bicycle facilities from Teaneck study

Some towns in the region have or are considering adopting techniques, policies, and regulations to support the concept of "Complete Streets." NJDOT defines a "Complete Street" as a way to provide safe access for all users by designing and constructing a comprehensive, integrated, connected multi-modal network of transportation options. The Village of Ridgewood, NJ passed a Complete Streets resolution. Ridgewood's ordinance states: "all public street projects undertaken by the Village shall be designed and constructed as 'Complete Streets' whenever it is feasible to do so in order to safely accommodate travel by pedestrians, bicycles, public transit, and motorized vehicles and their passengers, with special priority given to bicyclist and pedestrian safety… NJDOT strongly encourages the adoption of Complete Streets policies by regional and local jurisdictions that apply for funding through Local Aid Programs.

**Ⓜ** | Objective 6: IMPROVED FACILITIES FOR PEDESTRIANS & CYCLIST

**M6.1** **Improve the safety of and accommodations/facilities** for all users of the City's transportation network: motorists, transit vehicles and riders, pedestrians, and bicyclists where feasible and most beneficial.

**M6.2** **Adopt a Complete Streets resolution and interface with NJ DOT's** Complete Streets program for technical assistance and implementation.

**M6.3** **Prepare a Pedestrian Safety and Mobility Plan.** Inventory sidewalk and crossing conditions along important routes and intersections connecting the wards to community facilities, parks, and downtown. Create a plan for improved pedestrian connectivity and safety.

**M6.4** **Prepare a Bicycle Facilities Plan.** Coordinate concepts with the Teaneck study. Study the possibility of a linear bike facility along the rail corridor as part of a bicycle facilities network. Include consideration of bicycle racks and storage areas.

## Vehicular Circulation & Parking objectives, strategies, and actions

One of the primary problems facing the City, as indicated in the 2009 Master Plan, is traffic congestion, especially in downtown. Traffic conditions along with on-street parking shortages discourage shoppers and visitors from using the downtown. The City's traffic congestion has increased due to the success of downtown redevelopment. Increased business activity in downtown has caused road and parking demand to exceed capacity during peak hours, particularly with respect to on-street parking. Compounding the congestion, a freight train maneuvering along the CSX right-of-way, serving a nearby industrial enterprise, blocks traffic for as long as 20 minutes during peak hours. Roadway capacity is dramatically diminished during these times. It is critical for the City to minimize or eliminate the blocking of traffic by freight rail. The City is currently reviewing options.

The City of Englewood provides approximately 2,000 parking spaces in the downtown area through the South Dean Street Parking Garage, five off-street lots, and on street metered spaces (see map: Parking). The South Dean Street Parking Garage operates from 7:00a.m. to 11:00p.m. Monday through Saturday and costs $0.50 for the first hour and $1.00 for each additional hour. On-street meters cost 25 cents per half hour and have time limits of two hours or less. Vehicles must adhere to time restrictions shown on the meter; meters are enforced Monday through Saturday, 9:00 a.m. to 6:00 p.m.

Englewood recently became the first community in Bergen County to offer payment through Parkmobile, a smart phone application that allows drivers to enter or scan a code on the

meters and pay for time using a credit card. The service sends users a text message that the parking meter is about to expire. The user then can use their credit card to buy more time without going back to the meter. Parking enforcement officers use hand-held devices to see if drivers have paid for parking. Parkmobile charges users 25 to 35 cents per transaction in addition to the meter costs. Figure 57 shows both municipal off-street parking and on street parking in and around downtown Englewood.



Figure 57: Municipal Off-Street Parking and On-Street Parking in Downtown Englewood

## Traffic & Parking Study

In 2008-2009, the *Traffic & Parking Study: City of Englewood Central Business District* was commissioned to study, analyze, and develop options to improve traffic and parking in downtown. To improve traffic flow through downtown, the study recommended:

- Updating existing traffic equipment to meet MUTCD standards, establishing an arterial progression along Palisade Avenue, and properly delineating crosswalks.

- South Van Brunt Street from Palisade Avenue to Englewood Avenue remains a one-way street. If street became two-way, on-street parking would have to be eliminated to make space for the new lane.

- Improve safety at the Van Nostrand Avenue and Broad Street intersection. This accident prone intersection can become safer by making the following improvements:

- Northbound left turns could be given a lead green protected phase. This would reduce crashes that were a result of poor sight distance for vehicles when approaching the exclusive left turn lane along Broad Avenue.

- Widening turning lanes and making pavement markings more visible would reduce accidents. Moving stop bars on the pavement back 4' would make traffic signs and lights more visible. It would also better accommodate vehicles with wide turning radiuses.

- The 2009 Traffic & Parking Study determined there is sufficient parking in the central business district. However, residents, visitors, and business owners still feel parking is insufficient. Currently people are permitted to park at the Palisade Avenue meters for a maximum of one hour. Most indicate this is not enough time to take care of their business in downtown. A two hour maximum would be more appropriate. Business owners and their employees park on the street and continually feed the meters every hour, occupying parking spaces that are meant for customers. Increasing fines for expired meters and the fines for towing would create a higher turnover for the on-street parking stalls.

- Increasing meter costs on Palisade Avenue would discourage storeowners and employees from parking at these locations. A higher meter cost would also discourage parking for short periods of time and would reduce traffic maneuvering along Palisade Avenue.

- Reduced parking rates for storeowners and employees would open up more on-street parking spaces for customers.

- Englewood Police Department can continue to monitor parking meters to ensure that parking is being paid for and that there is a turnover in parking spaces.

The City has stepped up enforcement but this has only frustrated downtown constituents and has not mitigated the parking shortage. The South Dean Street Parking Garage is underutilized and reported to be losing money. Furthermore, some of the City's parking requirements might be placing burden on businesses to supply parking. In the CBD-1 zoning district, places of assembly and eating/drinking establishments are required to provide one parking space for every two seats. All other uses within the CBD-1 are exempt, with the acknowledgement that "existing development renders [parking requirements] impractical." Off-street parking facilities can be used meet parking requirements "provided that such off-site facility is reasonably and conveniently accessible to, and in no event more than 300 feet from, the building or use served." This typically means leasing spaces in an off-street parking facility.

Ⓜ | Objective **7** **REDUCED PEAK HOUR TRAFFIC CONGESTION**

7.1   **Eliminate the roadblocks** caused by the freight rail and truck delivery (see also Land Use Element) along Palisade Avenue and South Dean Street, respectively.

7.2   **Implement the Citywide way finding system** to highlight locations of parking facilities and key destinations, as well as to direct non-local traffic away from Palisade Avenue and onto alternate routes.

**Ⓜ** | Objective **8**  **IMPROVED PARKING MANAGEMENT AND INCREASED PARKING AVAILABILITY**

The 2009 Traffic & Parking Study determined that, numerically, there is sufficient parking in the central business district through on- and off-street parking. Despite this fact, residents, visitors, and business owners still cite a lack of parking as a significant problem. Parking is an important resource that needs to be managed not only in downtown, but also in South Englewood.

8.1    **Assign or create an entity to manage parking.** Better management of downtown economies requires a holistic approach and a broad view of the overall economy and the factors that make it work: marketing, recruitment, infrastructure, development, etc.  Among the many important components of a healthy downtown is the availability and accessibility of parking, especially during peak periods. Managing this component requires special skills, experience, and focus. The City should consider entering into an arrangement such that the EEDC operates City surface and garage parking in ways that maximize benefits to downtown businesses. The EEDC should also plan for the enhancement and expansion of parking as the Downtown economy continues to evolve.

8.1    **Create incentives** for employees of businesses on Palisade Avenue to park in municipal lots and disincentives for them to park in on-street spaces along Palisade Avenue.

8.2    **Re-time meters and re-sign spaces** along Palisade Avenue for 90 minute or two-hour maximum parking.

8.3    **Develop additional off-street parking** areas where feasible. Consider the City-owned property along William Street.

8.4    **Consider adding on-street parking stalls on the east side of North Dean Street** north of where it intersects with East Demarest Avenue.

8.5    **Reduce parking requirements for restaurants** in the CBD-1 district.



**D** Downtown   **S** Englewood South   **N** My Neighborhood   **T** Our Town   **M** Mobility

# Community Facilities Plan

**T** *Our Town: Facilities and Institutions*



The "infrastructure" of any town includes schools, hospitals, emergency services, libraries, religious institutions, government offices, public works operations, and recreational facilities and meeting places. Long-range planning for municipal facilities is discussed in the Community Facilities Element. This section of the Master Plan introduces land use topics related to municipal facilities and other important Englewood institutions. While the Board of Education sets policies for the City's public schools, this Master Plan recognizes the importance of safe schools offering high-quality education to the economic and social success of the City of Englewood, its residents, and its prospective residents. This Master Plan supports efforts to coordinate planning of facilities and programs between the City and the Board of Education.

## Background

Land use policy will be informed by the symbolic importance as well as functional considerations associated with the activities supported by these institutions and facilities.

In 2013, the Community Facilities Element was updated to provide further direction to the recommendations and alternatives presented in the 2009 Community Facilities Plan. It also presents updates on existing community facilities and plans for future facilities.

Community facilities plans customarily address municipal facilities and services including public education, administrative operations, public safety (fire, police, rescue), libraries, hospitals, and public works. Parks and recreation facilities are also community facilities. They are typically identified in the Community Facilities Plan inventory but are discussed in greater detail in the Recreation & Open Space Plan. Given the frequent overlap among social, educational, and recreational programming, the Community Facilities Element includes parks and recreation facilities in the overall discussion of community facilities, but detailed programmatic recommendations about parks and recreation are made in the Recreation & Open Space Element.

It is important to note that religious institutions and non-profit organizations also provide important community services, especially in Englewood, which has many houses of worship of various faiths.

### Community Institutions

Important community institutions sometimes create complicated planning issues in Englewood and elsewhere because they sometimes:

1. Bring traffic to neighborhood, which can be of concern to near neighbors of in-town schools and colleges. Sometimes events can complicate parking and traffic when on-site parking overflows into surrounding neighborhoods;

2. Generate noise and light trespass during sporting events;

3. Cause storm water runoff and dust, especially during construction projects; and

4. Expand into the surrounding neighborhoods by acquiring residential properties and converting to support institutional or commercial uses.

Englewood has sought to limit friction by initiating a number of "good neighbor" ordinances and every-day practices. For example, educational and religious facilities are generally located on the streets and avenues that can accommodate high traffic volume at peak times.

### Municipal Emergency Services

Emergency services; police, ambulance and fire generally need to be located centrally within their service area to keep response times low; but location selection is complicated because the noise and traffic disruption that emergency vehicles create when responding to a call can be a disruptive presence in a quiet residential neighborhood. The preliminary design phase for the construction of a new fire house was completed.

### Municipal Sponsored Recreation & Community Services

Across the country shrinking federal, state and local government resources for municipal recreation facilities and community services has meant big cutbacks. Another outcome in many towns is new reliance on outside funding sources to cover a portion of the cost of operating the library, some school programs, and recreational facilities. As capacity to maintain or expand program offerings changes, the City will endeavor to provide access and opportunity to participate in community sponsored activities and events to all residents.

## Community Facilities Updates

The Community Facilities Map (Figure 58) pinpoints the locations of the City's community facilities. Important changes since 2009 include the following:

### Public Schools

The Englewood Public School District is comprised of five schools with a total of almost 3,000 students in grades K-12. The schools are: Dwight Morrow High School, Academies at Englewood, Janis E. Dismus Middle School, McCloud Elementary School, Grieco Elementary School, D.A. Quarles Early Childhood Center. The Grieco School is the first new school to be built in Englewood in more than 50 years. The 90,000 square foot elementary school was built in part to alleviate crowding. In the context of community facilities, it is important to note that the Grieco Elementary School cafeteria is designed to also serve as a multipurpose room for community use.

The Dwight Morrow High School gym was renovated in 2010 with new bleachers and basketball backboards. The gym is heavily used for seasonal sports. The Winton White Stadium, built in the 1930s, underwent further renovations in 2011. The field house was the focus of this renovation.

### John T. Wright Arena

In 2012, the City dedicated $450,000 to upgrade the John T. Wright Arena in Mackay Park for a new cooling tower, pipes, valves, gas lines and heating system. In addition to a new zamboni, 300 pairs of skates to rent, and a refreshed parking lot, the city entered into a 10-year agreement with the Boys &

Girls Club of Garfield to operate the ice rink and offer year-round activities. Unfortunately, the October 2012 "super-storm" Sandy put this momentum on hold – high winds took a portion of the roof off the arena. Though the cost of replacing the roof will be covered by insurance, plans to add additional amenities to the arena became complicated by the storm damage and related delays.

## Liberty School

The City purchased the Liberty School, at 12 Tenafly Road and the Lincoln School on Englewood Avenue, for $11.5 million in 2003. The Lincoln school was vacated and boarded up in 2008, but the district kept its administrative offices and an alternative school in the building until this year.

An adaptive reuse study completed in 2010 considered three options for the reuse of Liberty School: residential, community center, and performing arts school.  In the short-term, conversion of the school building for residential use was deemed to be not viable. The study concluded that it might be five years or longer until residential reuse options would be financially feasible. The cost of rehabilitating the building for residential uses would be expensive, requiring substantial subsidies.

The 2010 study recommends that in the short-term, the City maintain the status quo, which at that time meant keeping the Board of Education offices and alternative school in place. It was estimated at the time that the rehabilitation of the building to accommodate a community center would cost between $9.5 and $13.7 million (not including annual maintenance and operational costs).

The BergenPAC had considered the Liberty School to be the site of the magnet school. Based on a successful pilot program that BergenPAC has led for four years, the magnet school would provide students with an opportunity to shadow performing arts professionals, attend expert lecture series and experience master classes taught by world class artists. This model program would set a standard for future programs in other cities, counties and states to follow.

Since 2010, Englewood's Recreation Department has relocated to the Liberty School. Part of Liberty School houses Bergen County YWCA recreation programs. It offers fitness and dance programs for adults and seniors and children. The desire for adult and senior fitness classes among Englewood residents is reported to be high, so this programming helps meet this need. The Liberty School space allows the YWCA to serve more people and in a more comfortable environment. In October 2012, the department held a "Rec Fest" that offer a rotating schedule of programs every hour, including music lessons, photography, sports, theater, art, and dance classes.

## Library

State law requires Englewood to contribute approximately $1,780,000 (1/3 of a mill) to the Library's $2,500,000 budget. A further $200,000 is provided by Englewood Cliffs under a sharing arrangement. Accordingly, approximately $2,000,000 (80%) of the library's budget cannot be reduced. In 2013, the City increased the library's budget to just over $2 million because of the rising maintenance costs of the almost 50 year-old building. It then added $70,000 to bring new programming to the facility, including bringing in high profile authors, a film series during evening hours, and a number of new workshops. The library hopes to draw in more residents.

Library representatives have noted that the present layout of the library into physically separate reference, circulation, and childhood sections requires more staffing. The Mayor's Commission on Budget and Finance recommended that the City Manager, the Library Board, and library management work together to produce a detailed plan to reduce costs through a combination of staff and facility re-organization, automation, collaboration with the Board of Education, and increased utilization of volunteers.

## Lincoln School

The City purchased the vacant Lincoln School for $6.5 million. Together with the firehouse site, the Lincoln School is the subject of a RFP inviting interest from development teams that can bring a well-designed project—one that that will bring activity downtown and will be a welcome neighbor to the surrounding district.

## Fire House

The Englewood Fire Department operates in an 88-year-old firehouse on William Street. The building is reported to have cracked floors, faulty wiring, vermin infestation, mold, broken restroom facilities, and a lack of storage (e.g., there is no room to properly park the City's hazardous materials truck). The department has been cited for violations several times by the federal Occupational Safety and Health Administration. In 2009, the City had planned to build a fire station that would have also included the Building Department, currently housed in City Hall, opening up space for a new council chamber. That fire house also would have incorporated the Volunteer Ambulance Corps and EMT. The City dropped the City Hall renovation plan and outsourced its medical response services.

Several locations of the fire house were considered for a new Fire Station facility. Ultimately, the City elected to construct a new facility on block with the police department. The design of the fire house is part of a $3.2 million bond issue for buying generators, a fueling station at the Public Works Department, a new sign for Mackay Park, four dump trucks, new computers, and to fund step repairs at the library.

The preliminary design phase being substantially completed, City Council will introduce a bond ordinance in early 2014, which will enable appropriation of funds sufficient to begin and complete the new firehouse. As the City has made definitive steps toward the construction of a new firehouse, the Mayor and City Council passed a resolution naming the new facility after long-time Councilman and City father Jack Drakeford. This is a fitting tribute because Jack started his career decades earlier as a fireman in Englewood and later served the City and its residents in a variety of capacities for the rest of his life.

The relocation of the firehouse leaves its current site available. The City has included the parcel into the adjacent Lincoln School redevelopment project, which is the subject of a Request for Proposals for Redevelopment.

## City Hall

The City is interested in renovating City Hall, but has put improvements on hold in order to focus on the relocation and reconstruction of the firehouse. The Land Use Element presents a concept that includes relocating City Hall to the Liberty School as part of the West Palisade Gateway.

## BergenPAC

The BergenPAC is an important community and regional resource and destination. It hosts a full calendar of performances by popular musicians and an array of performing arts related programming for children. Part of BergenPAC's mission statement is to expose as many children as possible to the arts and to provide a place where they can learn and experience the arts. The education program at BergenPAC features a series of classes, school residencies, workshops, live performances, student productions, and ensemble groups in the performing arts for students up to the age of 21. The program was developed to revitalize BergenPAC's Arts Education and Community Outreach Program and has reached more than 30,000 students annually since its inception. The education program provides students with unique and hands-on arts training by industry professionals that allow them to gain real world experience and enhance academic achievement through the arts. BergenPAC's arts education

initiatives occur on-site in the BergenPAC facility and off-site at schools. BergenPAC is expanding its educational facilities by leasing and renovating the Depot Square Train Station building.

### Depot Square Train Station

The vacant Victorian-style rail station at 1 Depot Square will have a new life when BergenPAC completes a $300,000 renovation of the facility and leases it from the city. BergenPAC will expand its performing arts school, which now enrolls nearly 500 children in ballet, dance, and theater classes. The expansion will enable the school to triple its current enrollment of 500 students and to offer additional dance and theater classes.

## A Community Center

The 2009 Community Facilities Plan introduces the creation of a community center. It presents three paths to this end:

- Create a central community center, housed in a dedicated building.
- Work with the Englewood School system to create a centralized community center that is funded by and also functions as part of the public school system.
- Utilize existing resources in the community and have a central programming arm to provide a coherent and comprehensive program.

The 2009 plan presents the first two paths as long-term solutions and the third path as a short-term measure. It states that each of the above options has a variety of advantages and disadvantages and that in difficult economic times, the third option possibly provides a viable way to implement communitywide programs in the present.

Englewood has been resourceful in providing services, especially recreational services, to its residents through partnerships with other organizations to administer programs or to borrow facilities to offer programming. For example, the YWCA of Bergen County provides exercise classes at the old Lincoln School building for adults and seniors while the Crowne Plaza Hotel's pool host's City swimming classes. The Department of Parks & Recreation offers coordinated programming by season and publishes a guide several brochure containing classes and schedules several times a year. The library offers educational community services such as computer classes, language classes, book clubs, and English as a Second Language Classes.

### More than a "Rec Center"

Despite the City's efforts, there has been a longstanding desire among many residents for a physical facility to serve as a Community Center. As expressed in meetings and public workshops over the past several years; this is an aspiration for more than a high-quality recreational facility but rather a social, cultural, educational, and recreational center. As stated in a 2007 report to Council by the Englewood Area Community Foundation, a community center is to "provide ways for citizens to interact, to learn from each other, to recognize and celebrate their shared community," providing opportunity for interaction among the different wards and groups of people in Englewood. The 2007 study envisioned a multi-functional civic hub in downtown that would include profit-making activities and help offset costs by drawing more people to West Palisade Avenue businesses of a for-profit Englewood Civic Center, which the Community Center would be a part of. It would include conference facilities, public meeting rooms, social and recreation functions, and a post-secondary continuing educational facility. Preliminary construction cost estimate of nearly $11 million, but does not define the scale or dimensions of the facility.

Teaneck's Richard Rodda Community Center, for example, was founded for a similar purpose: to offer a central meeting space for everyone in the community. Teaneck determined that investing in a new

facility would be more cost-effective than improving existing ones. The 50,000 square-foot facility was built in 1998 and is fully utilized. Other examples include the Fort Lee Community Center, which involved the purchase and renovation of an old supermarket, which cost at least $10 million. Tenafly mounted a professionally managed campaign to raise more than $40 million to build its Jewish Community Center. Many of the facilities draw revenue from non-resident visitors, low resident user fees, and facility rentals.



Figure 58: Community Facilities: Schools, Parks, Public Safety, Civic and Cultural Facilities, Religious Institutions

## Public Discussion

Through the public discussions and workshops that inform this Master Plan a general consensus emerged around specific aspirations. These include the need for more activities for youth, especially after school; more meaningful interaction among Englewood's diverse groups; and activities for seniors.

The City has facilities that can be improved to increase use and accommodate more community-oriented programming, especially for young people. Residents feel there should be also be more programming such as farmers markets, sports, etc. Many cited sports programming as an effective way to bring the community together. One issue is that some residents simply are not aware of the community-oriented programs that the City already has in place or might not have the transportation available to take advantage of these programs. Others cautioned that a new community center could drain resources from or reduce activity at other existing facilities. Of further concern is the issue of high property taxes, which could increase if the community center were to be funded wholly or in part by the municipality. People recognize that resources to design, construct, staff and maintain a new community center are not available at present. Nevertheless, the City can focus on improving what Englewood already has and develop, program, and manage an Englewood Community Center that is "virtual" with venues located in various places in the City.

## Policy Statement on a Centralized Community Center

People across the City of Englewood have been talking about building a centrally located community center for some years, documented in the 2007 Englewood Area Community Foundation study and the 2009 Master Plan presented three options – described previously.

Financing for a new community center could come from various sources: individuals, foundations, government, etc. The City of Englewood can contribute to the cost of such a facility and may be in a position to do so in the future, but today, Englewood is not in a position to make such a large investment. Englewood has been paying its bills by deferring maintenance on existing facilities, failing to pay down the principal on its debt, and decreasing spending on capital improvements. All the while, state aid has decreased by more than 30% and health insurance expenses have increased by 30%. The City has two significant facilities that need attention: the Wright Ice Arena, damaged by Hurricane Sandy, and the design and construction of a new firehouse. Therefore, this Master Plan sets forth the City's policy at this time as "option 3," to *utilize existing resources in the community and have a central programming arm to provide comprehensive programs.* The principal goals and aspirations embodied by the concept of a centralized community center are important and relevant toward improving services and civic life among the people of Englewood. In pursuing this third option, the City and its partners should use these goals and aspirations to guide its efforts. Of course, this policy statement does not preclude private and non-profit organizations from establishing new community-serving facilities in Englewood. The City can endorse new facilities—proposed by private or non-profit organizations—that serve a local and/or regional base.

# Community Facilities & Institutions objectives, strategies, actions

One of the most important challenges for New Jersey cities, boroughs and towns is to maintain, update and expand regular public access to quality recreational experiences. Resources to offer well-designed facilities for sports, for family fun, for active and passive recreation are more constrained than ever, even as other public facilities, such as the firehouse, grow obsolete.

### Objective 1: MAINTAIN & IMPROVE COMMUNITY FACILITIES

Like any City, Englewood has a wide range of facilities of varying ages, physical conditions, and capacities. The City should invest in upgrading and improving existing community facilities. In cases such as the firehouse, where facilities are inadequate and not cost-effective to continue to maintain, new facilities need to be planned and constructed.

**T1.1** **Continue to plan for and provide adequate** police, fire protection and emergency services for City residents. Ensure appropriate facilities, staffing, and equipment are distributed according to existing and future needs and development patterns.

**T1.2** **Consider requiring new development to pay its proportional share** of any off-tract community facilities to the extent permitted by law.

**T1.3** **Provide or seek adequate capital funding** for maintenance, improvements, and enhancements to the City's facilities.

### Objective 2: IMPROVE MARKETING & COORDINATION OF FACILITIES

**T2.1** **Improve the marketing, programming, and accessibility** of the City's community facilities and programs to residents of all wards. This could be achieved through various means, including through implementing direction sign initiatives and exploring Internet-based methods to promote services to citizens.

**T2.2** **Create a task force** to share information and coordinate the provision of community programs and services Citywide. Participants could include the Recreation Department, library, School Board, and non-profit providers. Consider an experienced person (volunteer or part-time paid position) to lead the task force.

**T2.3** **Participate in regional initiatives** to coordinate and promote community programs, services, and facilities. The City and City residents can participate in regional initiatives designed to coordinate and promote various aspects of community life, education, athletics, and the arts.

**T2.4** **Collaborate with private and/or non-profit organizations** to plan and provide new community-serving facilities and programming. Seek opportunities to link existing City community facilities to enhance their utilization and/or prevent duplication of programs.

# Recreation & Open Space Plan

## Background

Among a community's most important public facilities are its parks, playgrounds, recreation centers, and open spaces. This is particularly true in a suburban City such as Englewood, which derives much of its attractiveness from its uncrowned character, and whose residents want the best possible living environment for themselves and their families. The value of recreation for people of all ages is well established, and its importance is bound to increase in the future as advances in technology give the average person greater amounts of leisure time. Likewise, in preserving the character of a City, which in time can develop a greater degree of intensity, the establishment and preservation of landscaped, permanently open spaces will assume an ever increasing importance.

## Parks & Open Spaces

Englewood has numerous parks, ranging in size from intimate pocket parks to a large park serving the entire City, Mackay Park, which covers over 20 acres, to 140 acre nature preserve (Allison Park and Flat Rock Brook Nature Center). Englewood has well over 300 acres of open space, including 200 acres of parks (see Figure 59).

The parks vary considerably in character: some feature playgrounds, ball fields, and other recreational activities that attract athletes and youngsters; other parks are tranquil places for relaxation, while Flat Rock Brook Nature Association is a 140 acre conservation area with a variety of trails, a rock quarry, meadows, and ponds.

Open space is a precious resource for the residents of Englewood that must be preserved for future generations. In 1996, the City adopted a zoning district that recognized all existing available open space as a distinct and valuable asset. The Planning Board recommends that the City maintain this important ordinance so it reflects current conditions in the City.

Englewood currently has 214 acres of parkland and recreation areas, which amounts to approximately 6.8% of the total land area of Englewood. There are several methodologies to calculate what constitutes a healthy amount of open space in a built up suburban community.

Balanced Land Use methodology is used by the State of New Jersey to assess open space needs of a community. The current park inventory is over double that which is calculated through the Balanced Land Use Criteria. Balanced Land Use methodology also recommends that the county set substantial open space aside. The state and the federal government and Englewood are devoid of such land preserves. The National Park and Recreation Association (NPRA and this is known as the core system standard and it is based on population) also provides estimates. The NRPA standards recommend that public park and recreation areas be provided at a ratio of 8.375 acres per 1,000 people.

Using the 2010 U.S. Census, the City of Englewood has approximately 28,000 people. The recommended public park and recreation area in Englewood should be approximately 234 acres.

Englewood's 214 acres is close to this figure but somewhat deficient. Englewood has done an excellent job of preserving additional space along the railroad right-of-way north of Demarest Avenue and through zoning, tree preservation ordinance and steep slope ordinance that result in open space buffers throughout the residential zoning districts.

Englewood has a great advantage over typical auto-dependent suburbs because it has a town center with a variety of uses. But, for the most part, it is necessary to drive downtown because residential

neighborhoods are not connected to the downtown by pedestrian paths. A chain of paths can knit the neighborhoods and commercial center together, alleviate the reliance on the automobile, and even foster a sense of unity between different parts of town.

Streets need not function only as traffic conveyors; they have the potential to serve as social connectors bringing people together. To fulfill that potential and enable people to easily circulate on foot, there needs to be more sidewalks and landscaped paths so that residents can use the streets in safety. The Circulation Element includes recommendations to improve these connections among downtown, nearby parks and open spaces, and residential neighborhoods.

## Parks & Open Spaces objectives, strategies, actions

Given the level of development in Englewood, there are few opportunities to increase the supply of open space and recreation acreage. Taking full advantage of the parks and other open spaces in Englewood, parks should function together as a linked system. Tailoring parks in each neighborhood the surrounding demographics could improve people traffic in each park and allow parks to be a focus of daily community life.

### Objective 3: Increase Utilization of Parks and Open Spaces

Many parks and open spaces in Englewood are underutilized. Often vacant, they do not function as a neighborhood hub nor do they reinforce a sense of community. Through intelligent design and an effort to satisfy the specific needs of residents, pocket parks can begin to function as centers of neighborhood life. In many communities, residents are invited to plant and maintain gardens in neighborhood parks. Active participation of residents becomes an important factor in maintaining the park and its furnishings, creating a safe and protected environment, and encouraging use.

T3.1    **Program and design pocket parks for the immediate neighborhood.** There is no reason to insist on uniformity of design among the City's pocket parks.

T3.2    **Program parks to encourage/enable environmental education.** For example, structured activity or play space for young children.

T3.3    **Engage other community groups**, including the Garden Club, youth groups, and nature organizations, to participate in a program of park-based activities

T3.4    **Update map to include changed OS zoning district** - according to provisions of the 1996 ordinance recognizing all existing available open space as a distinct and valuable asset.

### Objective 4: Connect Parks & Open Spaces

The impact of Englewood's impressive inventory of open space would be magnified if landscaped paths physically connected our parks by a network of landscaped paths, sidewalks, and multi-purpose trails.

T4.1    **Enhance and connect the City's recreational resources** by providing a long, varied, and scenic path that could be used for walking, jogging, skating, and biking.

T4.2    **Highlight important routes that connect to the City's parks.** Certain landscape or streetscape features along streets leading from West Palisade Avenue to Mackay Park would heighten awareness of the park as a great civic resource and center of community life. The Land Use Plan makes specific recommendations about improving streets that connect downtown to nearby open spaces.

**T4.3     Expand, improve pedestrian and bicycle connections**, encouraging people of all generations to walk or bike from their homes to downtown, to the public library, to school, or to a neighborhood park. The Circulation Plan recommends pedestrian and bicycle enhancements and connections.

**T4.4     Implement the Citywide Way finding System**, which would contain signs that direct pedestrians and motorists to the City's major parks and recreation resources.

### Mackay Park

Mackay, the city's largest park at 28.6 acres, offers a broad range of facilities, programmed activities for all ages, as well as trails, picnic areas and other amenities. Attractions include The John T. Wright Ice Skating Arena, a public swimming pool, tennis & basketball courts, pre-school & youth playgrounds, a bicycle path, picnic areas, softball & baseball diamonds, soccer fields, bleachers, parking areas, grassy lawns, and sitting areas here-and-there throughout the grounds. Some courts and play equipment have been recently refurbished or replaced. Many of the other facilities and furnishings, however, have exceeded their useful life, have become damaged, or are not in compliance with present-day regulations.

During the public workshops, residents cited dilapidated toilet facilities, poor lighting, and park safety as serious concerns.  A related issue, also cited during the public discussions of the Master Plan, is the arrangement of gates, fences and bridges (mostly closed) around the edge of the 28.6 acre park. The city is presently evaluating ways to make for better and more welcoming access around the park perimeter without compromising security and safety.

The Wright Ice Arena, which is located in the park, suffered storm damage in September of 2012. Federal relief funding and insurance coverage will enable the City to reopen the facility once repairs have been completed and management arrangements have been secured. Further design enhancements should include evaluation of ways to improve sight-lines and connections into the park.

### The Park at Depot Square (Veteran's Memorial Park)

The intersection of Demarest and North Dean Streets is a major point of entry to the Englewood's downtown. Three of the four corners were occupied by gas stations; but, there has been a transformation of the area in the past several years. There is a new bus stop at the southwest corner. Recent and near-future park improvements include seating, Wi-Fi connectivity, and landscape.  This park is part of a generous downtown green that any towns would envy, but even now it is under-used and under-programmed. In the meantime, new private investment has brought a handsome new mixed-use building to southeast corner (Bartolomeo) and a newly built branch for regional banking operation (TD Bank) on the southwest corner. As a result, the appearance of this important gateway to downtown has much improved. Further actions to connect the attractive green to the downtown and to life of community residents will activate the space. The city dedicated its 9/11 Memorial at this park in the fall of 2013.

### Eleanor Harvey Park

Englewood's most recent park is Eleanor Harvey Park, located at 500 Liberty Road. Eleanor Harvey, a long-time resident and a founder of the Historic Society, willed the property to the City before she passed away in 2007. Ms. Harvey's will stated that that land is to be used as a passive park, meaning that rather than playground equipment and basketball courts, it will be a place that is home to trees, flowers, pathways and benches. The City started design work in June of 2012 and construction in the summer of 2013.  The next step in the process of is

pruning trees and thinning plantings. The city will then construct pathways, using pebbles or stone fines to keep concrete and impervious surfaces to a minimum. At the same time the city will bring in water and electricity lines for watering the greenery and for lighting in the park.

## Management and Programming of Parks and Recreation Facilities

The mission of Englewood's Parks & Recreation Department is to: "provide quality recreation opportunities to residents of the community through creative programs and safe, clean facilities in the most efficient way possible." Through this mission, its purpose is providing lifelong leisure experiences that will assist in contributing to a positive way of life. The department maintains and supervises all parks and playgrounds and provides a full, year-round schedule of programs, activities, and special events for adults and children. The Parks and Recreation Department also partners with the YWCA of Bergen County to offer an array of programming for all ages, including swim lessons and fitness programs. The department is housed in the Liberty School. The YWCA of Bergen County offers many classes in this building. Facilities maintained by the department include 15 parks with playground or athletic facilities, several grassy picnic or play areas, and two municipal swimming pools. All facilities are available to Englewood businesses, organizations and residents.

# Recreation & Open Space objectives, strategies, actions

The Englewood Recreation Department has developed goals and objectives to provide an operational structure for future decisions related to provision of parks and recreation for the Englewood Community. These goals and objectives are reviewed annually and modified as necessary.

### Objective 5:  Parks & Facilities Are Maintained & Accessible

Assure parks and recreation facilities are well maintained and accessible to all residents of the community. Residents of Englewood take good care of their private homes and grounds as evidenced by the abundance of landscaping contractors. Quality is important to residents and it is expected that community assets are protected and valued as well.

T5.1   Analyze and improve universal accessibility.

T5.2   Update and maintain park equipment and facilities as needed, including playground equipment, hard pavement surfaces, and landscaping.

T5.3   Implement standardized park signage, and review and provide lighting, benches, and waste receptacles where appropriate

### Objective 6:  Promote Active Lifestyles

Create a community of healthy residents by providing opportunities that promote and encourage active lifestyles. Englewood wants to encourage and develop an active resident base that includes runners, walkers, cyclists, and team athletes.

T6.1     Increase non-motorized transportation connections between parks, historical sites, community facilities and shopping districts that allow residents to cycle, walk, and run.

### Objective 7: Use Existing Community Resources Efficiently

Demonstrate fiscal responsibility. Use existing community resources efficiently; maximize collaboration with other organizations and municipalities

**T7.1**   **Explore opportunities with Bergen County** to minimize duplication and competition among agencies.

**T7.2**   **Continue to share facilities** with the Englewood Public Schools at school properties.

**T7.3**   **Recruit civic and business organizations** for assistance with park improvement projects.

**T7.4**   **Provide additional environmentally oriented programs** and use parks as outdoor classrooms.

### Objective 8: Barrier Free Accessibility

As parks and facilities are improved or developed, a high priority must be placed on upgrades that improve barrier free accessibility with improvements to proper surfaces for wheelchairs, accessible picnic tables, and play equipment that provides universal access.

**T8.1**   **Inventory locations where accessibility is compromised** and seek funding support to remedy.



Figure 59: Parks and Public Open Space in the City of Englewood

# Historic Preservation Plan

## Background

The purpose of the Englewood Historic Preservation Plan is to identify the historic resources in Englewood that are worthy of preservation, outline a process for protecting and preserving them through municipal planning, and providing criteria to evaluate additional historic resources that have not yet been identified in this plan.

Historic preservation is the identification, evaluation, and protection of historic and archaeological resources. The purposes of preserving historic resources are many, including the strengthening of local economies, the stabilization of property values, the fostering of civic beauty and community pride, and the appreciation of local and national history.

The Englewood Historic Preservation Plan Element is authorized by the New Jersey Municipal Land Use Law (MLUL) to provide a policy basis for local historic preservation planning. The MLUL requires the following three components of a historic preservation plan element:

- location and significance of historic sites and historic districts;
- standards used to assess worthiness for historic site or district identification; and
- the impact of each component and element of the Master Plan on the preservation of historic sites and districts.

The MLUL further defines "historic district" as one or more historic sites and intervening or surrounding property significantly affecting or affected by the quality and character of the historic site or sites. "Historic site" is any real property, man-made structure, natural object or configuration or any portion or group of the foregoing of historical, archeological, cultural, scenic or architectural significance.

## History of Englewood

Englewood has a special feeling, a distinctive sense of place that residents and visitors alike associate with the City's historical architecture, streetscapes, and landscapes. In its general outlines, the history of Englewood reflects the history of Bergen County's Northern Valley: Dutch, Huguenot, and English farming interrupted temporarily by the Revolutionary War. The arrival of the railroad in 1859; and the opening of the George Washington Bridge in 1931. These events shaped the entire region. Yet, Englewood's unusually rich and varied inventory of historic buildings over the past two centuries manifest its own history as well this broader context.

The 32-page "Architectural History of the City of Englewood" in Volume 1 of the *1981-2 Bergen County Survey of Historic Sites*, written by T. Robins Brown, a well-respected professional architectural historian, remains the fullest account. This much briefer summary draws on Brown's work while supplementing it and correcting a few errors.

### The Aftermath of the Revolutionary War

Englewood's earliest historic houses all date to a period in the earliest years of the nineteenth century when surviving American families and new owners of property formerly belonging to Tories were building Dutch Colonial stone houses to replace the wooden structures burned by both sides during the Revolution.

Building after the Revolution reflected the patterns that were laid down before the revolution. Between the Hudson and Hackensack Rivers, strips of land that ran east and west from the King's Highway, now Grand Avenue, included forested acres on hillsides, hay fields, and relatively flat, arable fields suitable for farming. Four "Jersey Dutch" sandstone farmhouses along Grand Avenue, survive from that period. Each had a gambrel roof overhanging a full front porch.



Figure 60: Historically significant buildings in Englewood

Upper Left: Dwight Morrow High School

Middle Left: Liberty School

Lower Left: Palisade Avenue (c. 1899)

Upper Right: Tudor Hall Apartments

Middle Right: Mackay Park Gatehouse (c. 1908)

Lower Right: Palisade Trust and Guaranty Co.

The road took a turn west along what is now known as Palisade Avenue. At the location of Englewood's World War I monument, a number of properties converged, including the only wooden residence that survived the Revolution, a probable George Washington headquarters at Liberty Pole that he referred to in a 1776 letter. In arguably the most significant blow to historic preservation in the history of the City, this headquarters was demolished in the middle of the twentieth century to make way for a strip mall on the northeast corner of Palisade and Tenafly Roads. The name "Liberty Pole," which appears on military maps used during the Revolution, took hold in 1766 when local partisans raised a liberty pole

to protest the Stamp Act. A replica of that Liberty Pole, the third such, serves as a flagpole across from the monument, and the names of both Liberty School and Liberty Square reflect that early history. A charming 1818 stone schoolhouse with arched windows, another sandstone replacement for a colonial wooden structure, was moved from that same intersection to its current location at 486 Tenafly Road.

From the monument, Tenafly Road, another axis for farms running east and west, ran north toward Closter and the Closter Dock Road. A fifth Jersey Dutch sandstone house rebuilt after the Revolution survives at 303 Tenafly Road. Liberty Road once ran straight from the monument west toward New Bridge landing, and a small portion of a sixth stone house can be found at 501 Liberty Road, although most of the house dates from a later period. In November 1776, a portion of Washington's troops stationed at Fort Lee retreated through Englewood toward the New Bridge as Cornwallis' invading troops were marching south along Tenafly Road after climbing up from the Hudson River near Closter.

### The Nineteenth Century:  From Farm to Village to Township

Very little architecture dates back to the period between 1810 and 1859. Though maps show a certain amount of building, including the Liberty Pole Tavern, once mistakenly thought to date back to the Revolution. Almost nothing survives until the coming of the Northern Railroad, which opened in 1859. The railroad completely transformed a farming community into a village with a great many residences ranging from the vernacular to the ornate. Already by 1873, Englewood had become important enough for the Township of Englewood, formerly a part of Hackensack Township, to be founded. At that point, Hackensack, Englewood, and Ridgewood were the most important political subdivisions of Bergen County.

From 1859 through 1899, when the City of Englewood was incorporated, prosperous landowners built substantial houses and ambitious estates on the East Hill and along the major roads. Englewood's founder, J. Wyman Jones, was more responsible than anyone else:  he helped name Englewood, built an impressive estate around a Gothic Revival house reminiscent of a Welsh castle on a square block north of Palisade Avenue, and attracted friends in the banking and real estate industries to join him in making real estate investments and building houses. Architects were mostly from New York City, but the activity attracted builders, trades people, shopkeepers, workers, and employees, many of whom built their own smaller houses near the growing village downtown, which mostly ran along Palisade Avenue from Grand to Tenafly. Notable streets where their houses survive are Cottage Place and Grove, Henry, and Charles Streets in the Liberty Historic District established by Bergen County in 2002-3.

Because of this history, houses were built reflecting every Victorian style of architecture. Enough of these survive to give Englewood the richest inventory of both fancy and vernacular Victorian houses in Bergen County. Styles include Victorian Gothic, Second Empire, Swiss Chalet, Italianate, and Queen Anne.  The first church, an 1860 Gothic Revival chapel, was moved stone by stone in 1877 to its current location in Brookside Cemetery, itself a marvelous example of a Victorian picturesque cemetery. Its original location is the site of the First Presbyterian Church, larger than the chapel from the beginning and expanded several times to accommodate its growth. Other churches of the nineteenth century include the Dutch Reformed Church (1875, SE corner of Tenafly Rd. and Demarest Ave.), the Highwood Village Reformed Church built around the same time (63 Hudson Ave.), St. John's Episcopal Church in Nordhoff village (1867, 568 Grand Ave., now a design studio), and St. Paul's Episcopal (1899-1900). St. Cecilia's large Romanesque Revival church was built a bit later in 1910 to accommodate a wave of immigrants. Eventually, Englewood boasted five railroad stations, one for freight, one for the village of Highwood to the north, one for the village of Nordhoff to the south, and one for each side of the tracks at Depot Park. Residential sites within walking distance of these stations, accessible both to homes on the hill and homes in the valley, were especially prized. The railroad continued to be a central factor in Englewood's growth until the George Washington Bridge was built in 1931. At the peak of its activity, 47 trains ran each way per day. Population grew faster during some decades than others. Some styles are represented more fully than others. We cannot capture here the sheer number and variety of the

Victorian era homes and buildings in Englewood, which are detailed in the original 3-volume 1981-2 *Bergen County Historic Sites Survey,* available for reference in the Englewood Library.

Between 1894 and 1895, the boroughs of Bergenfield and Englewood Cliffs and the township of Teaneck, much of it owned at one time by William Walter Phelps, seceded so that Englewood no longer bordered the Hudson River and shrank to well under half its original size. Englewood tried to incorporate in 1896 but succeeded on March 17, 1899. It was during the first half of the twentieth century that Englewood developed many of its municipal institutions and amenities: the library, Liberty School followed by Lincoln and Cleveland Schools, Mackay Park on land given by former mayor Donald Mackay, the police department, three fire stations, and the impressive Collegiate Gothic campus of Dwight Morrow High School, which opened in 1932. Like the City's other school buildings built earlier in the twentieth century, and like the new school and major additions built in this century, it conveys an inspiring vision of public education.

## The Twentieth Century: the City of Englewood

During the first half of the twentieth century, the process of subdivision tended to follow patterns laid down in the second half of the nineteenth century. Now, however, most larger homes were built on the East Hill, filling out the large and impressive East Hill Historic District that runs approximately from Booth to Linden Streets and from Grand and Engle Streets to North and South Woodland. During this period, Englewood became known as "The Bedroom of Wall Street." In terms of style, Aymar Embury II, a professor at Princeton and later Robert Moses' chief architect responsible for several New York City bridges and for the recreational facilities built during the Depression, introduced the Dutch Colonial Revival style. Dutch Colonial Revival echoed early Jersey Dutch stone houses. He and other architects added Shingle Style, Federal Revival, Colonial Revival, Jacobean Revival, Tudor, Arts and Crafts, American Foursquare, and numerous other architectural styles to enrich Englewood's inventory of historic sites. Again, the best source for the number and variety of this second great architectural era is the original three-volume 1981-2 *Bergen County Historic Sites Survey,* supplemented by the 2002-3 one-volume update, which expanded the East Hill Historic District. Both are available for reference in the Englewood Library.

After World War II, most developments were on small-lot subdivisions that welcomed the families of soldiers and others into the area as America recovered from the war effort, and Englewood continued to grow more ethnically diverse. At the same time, architecturally significant houses and additions were designed by famous architects including Eleanore Pettersen, Frank Lloyd Wright's most famous student, and Edward Durrell Stone.

Englewood's development depended on numerous factors: a location during the Dutch and English colonial eras favorable to roads that gave good access to farmable land; the victory of the Americans during the Revolution; the coming of the railroad in 1859; a mixture of extremely prosperous residents with middle class and lower class residents; ambitious citizens who turned Englewood into a Township in 1873 and a City in 1899; the opening of the George Washington Bridge in 1931; the channeling of waterways to reduce the probability of damage due to floods; the planning of citizens and their municipal governments after World War II; and the integration of the public schools. The unusual number and high quality of Englewood's historic sites serve as one of the City's most significant strengths, one worth both preserving and building on. In the original 1981-2 *Bergen County Survey of Historic Sites,* Englewood was the only municipality with three volumes devoted to it. Only Ridgewood, which lacks the rich variety of Victorian homes in various styles, is remotely comparable within Bergen County. *The 2002-3 Bergen County Historic Sites Survey: City of Englewood Revisions and Update* adds a fourth volume to the original three.

## Value of Historic Sites, Buildings and Structures and Districts

A substantial body of research demonstrates the economic benefits, including the strengthening of property values, associated with preservation. Studies have demonstrated that the value of renovated historic properties increased at a significantly higher rate than that of new construction (since 1970 in selected cities—see Kim Chen, "The Importance of Historic Preservation in Downtown Richmond," *Historic Richmond Foundation News*, Winter 1990). Additionally, the 1998 study, *Economic Impacts of Historic Preservation*, by the Center for Urban Policy Research at Rutgers University, explored the economic impacts of historic preservation in New Jersey and concluded that there are concrete economic benefits to a community that supports the preservation of its building and housing stock. In *Keeping Time. The History and Theory of Preservation in America* (New York, rev. ed., 1997, 111), William Murtagh found that "no American neighborhood zoned as a historic district has ever decreased in value." On the contrary, designation "tends to escalate economic values."

Englewood also derives many other benefits from the City's historic heritage. Collectively, Englewood's historic residences and buildings embody the history of the City. They create beauty and visual appeal. And foster local pride and civic loyalty. Englewood's buildings span two centuries and establish a meaningful and authentic connection with the past that give the City identity and sense of place. To promote these qualities and to safeguard the distinctive character of Englewood, the Master Plan attaches a high priority to the preservation and protection of the City's historic heritage.

## Policy and Practice of Historic Preservation

Historic preservation is by no means a new practice. Federal legislation promoted preservation beginning with the Antiquities Act in 1906. Congress established the National Trust for Historic Preservation in 1949 and passed the landmark National Historic Preservation Act in 1966. The tax laws of 1976, 1981 and 1986 created incentives for historic preservation. The Supreme Court and state courts have ruled that preservation laws, like zoning, height restrictions, and other laws regulating private property, are constitutional.

In New Jersey, the designation of historic properties occurs at the national, state and municipal levels. While the national and state designations are similar, the municipal designation of historic properties is quite different. The National and State Registers of Historic Places identify historic resources for the purpose of certain protections again public encroachment. Any project involving federal or state funding, such as road improvements and public buildings, must be reviewed for potential impact on historic resources. While national and state designations protect historic resources from public encroachment, they do not protect any historic site from privately initiated actions such as renovations, unsympathetic additions, or demolition. Inclusion in the *Bergen County Surveys of Historic Sites* likewise offers no protection from private actions.

By contrast, locally designated historic resources can be identified in municipal Master Plans and regulated as districts or landmarks by municipal ordinance. Unlike state and national designations, local historic sites designated by local ordinance can provide advisory or regulatory protection from private disturbances including renovation, restoration, and demolition.

## Criteria to Evaluate the Worthiness of Historic Resources

Historic resources are evaluated for their worthiness of protection and preservation using 1) criteria established by the County of Bergen in connection with its surveys of historic sites and/or 2) National Register criteria. While the two sets of criteria are similar, the Bergen County criteria focus on the local significance of buildings, structures and districts and are generally less rigid than the National Register Criteria.

## Bergen County Criteria

The first page of the introduction to Volume 1 of the original *1981-2 Bergen County Historic Sites Survey: City of Englewood* (3 volumes) addresses criteria for inclusion in all the county surveys of historic sites in general terms:

"Properties are included which are readily recognized as being valuable for their historical associations or aesthetic design. Other properties are included which illustrate the architectural diversity of their communities and are remnants of the area's history of development. Many of these buildings are modest designs, which are examples of vernacular architecture. They represent the conventional approach to architecture and construction in the locality. . . . [T]he choice of a particular building for inclusion is often arbitrary as usually there are other examples equally worthy of record. However, often the chosen building retains its original appearance to a greater degree than other similar designs. . . .[S]everely altered structures are included only when they are the only extant example of their type in the community or have special historical significance due to age or association with important persons or events . . . . Occasionally recent buildings, which have recognized architectural or historical significance, are included. However, greater emphasis is place on resources over fifty years of age. Additional information on the 'Criteria for Inclusion in the Bergen County Historic Sites Survey' is in the appendix."

The appendix of the *1981-2 Bergen County Historic Sites Survey: City of Englewood* includes sites, buildings, buildings, structures, streetscapes and districts dating from the "pre-history" period (i.e. native Americans) to today. "Types of sites included are:

Agricultural, including barns, farmhouses, shed, minor outbuildings and fences.

Commercial, including stores, office buildings, banks, restaurants, taverns, markets, warehouses, spas, utility company buildings and gas stations.

Educational, including schools, academies, colleges, universities, museums, libraries, theatres, concert halls, opera houses and zoos.

Governmental, including courthouses, city halls, town halls, borough halls, civic centers, jails, post offices, custom houses, firehouses, police stations and firehouses.

Industrial, including mills, factories, foundries, furnaces, breweries, tanneries, ropewalks, mines, quarries, kilns, windmills, water mains, dams and machinery.

Landscape Architecture, including commons, squares, parks, gardens, greens, cemeteries, gazebos, monuments, pavilions, fences, fountains, paving and street furniture such as benches, street lights and statues.

Medical, including hospitals, sanitariums, infirmaries, clinics and dispensaries.

Military, including arsenals, armories, forts, barracks, camp sites, reservations and battlegrounds.

Recreational, including racetracks, amphitheaters, swimming pools, gymnasiums, bandstands, stadiums, playing fields, courts, parks and cinemas.

Religious, including churches, chapels, synagogues, meeting houses, seminaries, convents, burial vaults and mausoleums.

Residential, including houses, cottages, apartment buildings, tenements, industrial housing complexes, hotels and motels.

Scientific and technological, including laboratories, test sites and agricultural stations.

Social, including lodges, clubhouses, fraternity houses and amusement parks

Transportation, including paths, trails, milestones, railroads, canals, ferries, bridges, aqueducts, viaducts, airports, tollhouses, lighthouses, tunnels, subways, stables, carriage houses, garages, car parks, road markers, boats, ships and train stations.

Other, Architectural curiosities and archeological sites" [sic].That same appendix of the *1981-2 Bergen County Historic Sites Survey: City of Englewood* provides a specific list of criteria for designating a local resource as historic: "whether the resource(s) is determined to be:

Important to the general development and cultural heritage of the city; or,

Significant as an example of an architectural style or period; or,

Representative as an example of vernacular architecture of the city; or,

Associated with important persons or groups, with a social or political movement, or with an historical event; or,

Significant as an example of structural or engineering techniques; or,

Significant in their setting, such as landscaping, planning or other aspects of the environment, either natural or manmade; or,

Contributory to a cohesive grouping of sites which meet one or more of the above criteria, so as to justify an historic district, or thematic grouping of sites. "

## National Register Criteria

Here are the National Register criteria: "whether the resource(s) satisfies the National Register criteria for quality of significance in American history, architecture, archeology, engineering, and culture. Historic significance is present in districts, sites, buildings, structures, and objects that possess integrity of location, design, setting, materials, workmanship, feeling, and association and

That are associated with events that have made a significant contribution to the broad patterns of history; or

That are associated with the lives of persons significant from the past; or

That embody distinctive characteristics of a type, period, or method of construction, or that represent the work of a master, or that possess high artistic values, or that represent a significant and distinguishable entity whose components may lack individual distinction; or

That have yielded, or may be likely to yield, information important in prehistory or history.

National Register Criteria considerations:

"Ordinarily cemeteries, birthplaces, or graves of historical figures, properties owned by religious institutions or used for religious purposes, structures that have been moved from their original locations, reconstructed historic buildings, properties primarily commemorative in nature, and properties that have achieved significance within the past 50 years shall not be considered eligible for the National Register."

However, such properties will qualify if they are integral parts of districts that do meet the criteria or if they fall within the following categories:

A religious property deriving primary significance from architectural or artistic distinction or historical importance; or

A building or structure removed from its original location but which is significant primarily for architectural value, or which is the surviving structure most importantly associated with a historic person or event; or

A birthplace or grave of a historical figure of outstanding importance if there is no appropriate site or building directly associated with his productive life.

A cemetery which derives its primary significance from graves of persons of transcendent importance, from age, from distinctive design features, or from association with historic events; or

A reconstructed building when accurately executed in a suitable environment and presented in a dignified manner as part of a restoration master plan, and when no other building or structure with the same association has survived; or

A property primarily commemorative in intent if design, age, tradition, or symbolic value has invested it with its own exceptional significance; or

A property achieving significance within the past 50 years if it is of exceptional importance. "[This exception is described further in NPS's "How To" booklet No. 2, entitled "How to Evaluate and Nominate Potential National Register Properties that Have Achieved Significance Within the Last 50 Years," available from NPS.

## Historic Properties in Englewood

The following historic sites and buildings have been determined to be worthy of local historic designation in accordance with the National Register and/or Bergen County evaluation criteria noted above. Many historic properties that do not qualify as historic because of National Register considerations do qualify under categories established by Bergen County in connection with their historic sites surveys.

The *1981-2 Bergen County Historic Sites Survey: City of Englewood* (3 volumes) lists sites of "particular historical or architectural interest" (Volume 1, pp. 5-8). Within that list, the following districts sites "probably eligible for SR and NR" are identified as follows:

**Two Entire Historic Districts:**

District 0215-D1  East Hill Historic District "basically east of Engle St., north of Huguenot Ave., Hutchinson Rd., south of Booth Ave., and west of Flat Rock Brook. The district contains numerous properties, which are of particular interest and may individually be eligible for SR and NR. They include:

| | |
|---|---|
| #3 | 41 and 47 Beech Rd; Coe-Pomeroy House |
| #4 | 56 Beech Rd.; Lamont-Ticknor House |
| #15 | 200 Booth Ave.; Dan Fellows Platt House |
| #28 | 52 Brayton St.; Accessory building of Jones Estate |
| #43 | 162 Cedar St.; G.W. Betts House |
| #57 | 78-80 Chestnut St.; Miss A.R. Delany House |
| #60 | 95 Chestnut St.; King-Sheppard House |
| #62 | 114 Chestnut St.; Tilyou House |
| #78 | 229 Chestnut St.; Bale House |
| #80 | 241 Chestnut St.; Richard Prosser House |
| #147 | 69 East Hamilton Ave. |
| #157 | 118 East Hamilton Ave.; General Charles G. Sawtelle House |
| #180 | 123 Hillside Ave.; Waterbury-Wylie-Eiglunie-Cleveland House |
| #210 | 42 Lincoln St.; Howland-Barber House |
| #214 | 81 Lincoln St.; Homans-Graham House |
| #231 | 255 Lincoln St.; Dr. Lenoard G. Johnson House |
| #235 | 83 Linden Ave.; Probst Hosue |
| #248 | 156 Linden Ave.; McAllister House |
| #266 | 406 Linden Ave.; Mernarr MacFadden House |
| #270 | 59 Lydecker St.; Lodge of J. Wyman Jones Estate |
| #278 | 140 Lydecker St.; E.A. Barton Hosue |
| #324 | 209 Maple St.; A. Deronde House |
| #334 | 265 Mountain Road; Dudley Evans House |
| #336 | 280 Mountain Road; H.N. Flanagan House |
| #337 | 320 Mountain Road; Maxwell M. Upson House |
| #349 and 350 | 120 and 150 East Palisade Ave.; First Presby. Church Building & Rectory |
| #358 and 361 | 394 and 440 East Palisade Ave.; banks-Coffin Houses |
| #360 | 431 East Palisade Ave.; James Imbrie House |
| #363 | 156 Sherwood Pl.; Brinckerhoff House [Sherwood-Brinck. House] |
| #373 | 197 Sherwood Place; F.G.R. Von Roth House |
| #385 | 87 Spring Lane; Munroe House |
| #386 | 59 Walnut Court; J. Wyman Jones House |
| #407 | 277 Walnut St.; Mrs. A.J. Post House |
| #412 | 325 Walnut St.; F.G. Blackwell House |
| #413 | 345 Walnut St.; E.H. Jewett House |
| #415 | 377 Walnut St.; H.W. Blake House |
| #421 | 135 Winthrop Pl.; Howland-Cowan-Hunter House |

| #429 | 41 North Woodland St.; Eugene Shaefer House |
|---|---|
| #435 | 83 North Woodland St.; Stevan Ponyatovsky House, "Gloria Crest" |
| #453 | 131 South Woodland St.; Benjamin I. Ward House |
| #454 | 140 South Woodland St.; F.M. Burr House |
| #457 and 458 | 181 and 191 South Woodland St.; Lewis and Ralph Hird Houses |

Note that the *2002-3 Bergen County Historic Sites Survey, City of Englewood Revisions and Update* added Extensions A, B, and C to the East Hill Historic District, expanding the map of the district, but it did not extend the list of "properties which are of particular interest and may individually be eligible for SR and NR."

| 0215-D2 | Brookside Cemetery Historic District "East and west sided of Engle St., north of Davison Place and extending toe N. Dean St. . . .including 0214-29, 425 Engle St. Brookside Chapel. |
|---|---|

Individual sites in addition to the early stone houses already included below:

| 215-17 | 21 Park Pl., NE corner N. Dean St. and Park Place:  Palisade Trust and Guarantee Company Building (Aymar Embury II, Architect) |
|---|---|
| 0215-24 | 113 Engle St.; St. Paul's Episcopal Church |
| 0215-30 | 509 Engle St.; Taylor-Bliss House |
| 0215-49 | 274 Knickerbocker Road; Dwight Morrow High School |
| 0215-51 | 501 Liberty Road; John I. Van Buskirk House |
| 0215-52A | 480 Next Day Hill Drive; Dwight W. Morrow Estate (Elizabeth Morrow School) |
| 0215-56 | West side of Tenafly Rd. bet. W. Palisade Ave. and Liberty Rd.; Liberty School |
| 0215-61 | 486 Tenafly Rd.; Liberty Union School Bldg. (English Neighborhood School) |

The following properties are current listed or are eligible for listing on the State and/or National Registers of Historic Place:

Armory Street Historic District (ID#2942)
Armory Street between Engle and Palisade Avenues
SHPO Opinion: 4/17/1997

John G. Benson House (ID#470)
60 Grand Avenue
SR: 10/3/1980
NR: 1/9/1983 (NR Reference #: 83001465)
(#33 - Thematic Nomination of Early Stone Houses of Bergen County)

Bergen Building (ID#3644)
18-22 Engle Street
SHPO Opinion: 3/4/1985

Thomas Demarest House (ID#471)
370 Grand Avenue
SR: 10/3/1980
NR: 1/9/1983 (NR Reference #: 83001498)
(#30 - Thematic Nomination of Early Stone Houses of Bergen County; Demolished May 1995)

Demott House (ID#472)
488 Grand Avenue
DOE: 1/9/1983
SR: 10/3/1980
(DOE/Owner Objection; #29 - Thematic Nomination of Early Stone Houses of Bergen County)

Demott-Westervelt House (ID#473)
285 Grand Avenue
SR: 10/3/1980
NR: 1/9/1983 (NR Reference #: 83001500)

(#32 - Thematic Nomination of Early Stone Houses of Bergen County; previously listed as: Peter Westervelt House and Barn
(NR: 3/19/75, SR: 9/6/73, NRIS 75001117); Barn - disassembled and moved.)

Grove Street Historic District (ID#4534)
Grove Street between Tenafly Road and James Street.
SHPO Opinion: 2/23/1998

Liberty School (ID#3830)
12 Tenafly Road
SHPO Opinion: 8/13/2001

Garret Lydecker House (ID#474)
228 Grand Avenue
SR: 10/3/1980
NR: 1/9/1983 (NR Reference #: 83001530)
(#31 - Thematic Nomination of Early Stone Houses of Bergen County)
Mackay Park Gatehouse (ID#5114)
130 West Englewood Avenue
COE: 10/19/2011

Saint Paul's Episcopal Church (ID#5195)
113 Engle Street
COE: 8/10/2012

Van Horn-Newcomb House (ID#475)
303 Tenafly Road
SR: 10/3/1980
NR: 7/24/1984 (NR Reference #: 84002590)

(#34 - Thematic Nomination of Early Stone Houses of Bergen County)

# Historic Preservation objectives, strategies, actions

The Englewood Advisory Historic Preservation Committee has raised public awareness of Englewood's inventory of historic buildings, streetscapes and districts, advised the Planning Board and the Board of Adjustment about applications involving historic buildings, brought attention to endangered properties, and recorded the numerous homes lost through demolition in the City. In recent years, the City has passed ordinances intended in part to limit the demolition of homes. These measures placed limitations on tree removal and impervious coverage, and increased setbacks for pools, tennis courts, and other hard surface play areas. While removing some incentives for demolition and protecting open space, the ordinances have failed to preserve many of Englewood's historic homes. Although the economic climate has slowed the number of demolitions demolition of historic homes has continued,

While past Master Plans have recommended policies and ordinances to protect historic resources, some Englewood residents have feared that the preservation measures would limit their ability to make home improvements or impose cumbersome regulations. This Plan therefore offers a phased, but comprehensive approach to preservation that addresses residents' concerns as well as the continued loss of historic structures. First, the creation of a Historic Preservation Commission is recommended because it could serve a valuable role in advising the Englewood Planning Board, the Board of Adjustment, the City Council and residents and businesses in the City about all matters concerning historic preservation. The current Englewood Historic Preservation Advisory Committee otherwise conforms to state land use law, changing its name to the Englewood Historic Preservation Commission would bring about results.

Second, a local zoning ordinance using the Secretary of the Interior's standards for rehabilitation could include the four early stone structures identified in this plan as well as other historic sites, streetscapes, and districts. The ordinance could stipulate that the designations will be advisory only for a period of approximately three years. During that period, it was hoped judicious work of the Historic Preservation Commission would establish a broad consensus for preservation so that these designations and possibly additional ones will become regulatory after three years. In addition to these recommendations, continued public education, technical assistance and advisory design guidelines are recommended for a comprehensive approach to preservation. The strategies for this approach follow.

### Objective 13: AN ENGLEWOOD HISTORIC PRESERVATION COMMISSION

**T13.1**   **Create an Historic Preservation Commission** to be established by the Mayor and City Council.

*T13.1a   The Commission should be created in accordance with the Municipal Land Use Law,* NJSA 40:55D-107. The Commission shall review all City development applications that affect historic resources at the earliest possible stage, when there is still time for changes in plans. The Planning and Zoning Boards as well as the Zoning official should forward development applications to the Commission upon receipt, to give the Commission sufficient time to provide comments prior to a public meeting or official action. Pre-application meetings are encouraged for all applications that involve historic properties.

*T13.1b   As the initial basis for identifying or recommending designation of sites* and districts with historic or architectural significance, in addition to properties listed in this Plan, the Commission should draw upon the *1981-2 Bergen County Historic Sites Survey, the 2002-3 Revisions and Update to the Bergen County Historic Sites Survey,* and any subsequent updates

to the county survey, the *2001 EHPAC Database of Historic Sites,* and any updates to that database.

*T13.1c   The Commission should develop rules* and procedures for the periodic examination and modification of existing surveys and databases.

**T13.2   The Commission should establish protocols that leave room for:**

- architectural creativity and innovation when designing an addition to an historic site or a new structure within an historic district;

- home improvements and remodeling;

- providing property owners with information about available historical exterior colors for different time periods and about how to discover the original paint colors of their properties while not restricting their choices of exterior colors; and

- additions that match the original structure or complement it while remaining distinct from it.

## Objective 14: ENCOURAGE HISTORIC DESIGNATION

**T14.1   Encourage landowners to accept designation** of their properties as individual historic sites or as sites within historic districts.

**T14.2   Promote community outreach and education** on the benefits of historic designation, to be provided by the Historic Preservation Commission and others.

**T14.3   Develop incentives for property owners** to apply for historic preservation designation: Seek funding or volunteer professionals to provide architectural and engineering support services for homeowners interested in the designation of their property;

Encourage the City to provide infrastructure and streetscape improvements on a priority basis, particularly to groups of homeowners that have formed historic preservation districts. Improvements should include sidewalk restoration (typically the homeowner's responsibility), lighting improvements, and curb and street improvements;

Provide technical testimony in support of applications before the Planning Board and Board of Adjustment;

Seek grants and the corresponding benefits (historic preservation grants, neighborhood preservation grants, etc.) for designated properties and districts; and

Provide other incentives that are within the legal parameters established by the MLUL and local ordinances.

## Objective 15: CREATE LOCAL HISTORIC PRESERVATION ORDINANCES

Adopt voluntary historic preservation ordinances to protect the City's historic resources, followed by regulatory ordinances after a three-year trial period.

**T15.1   Adopt a historic preservation zoning ordinance** that provides voluntary guidelines to encourage the protection and preservation of protect the specific historic districts and structures listed above in the "Historic Properties" section

**T.15.2   Undertake a study to determine whether of floor area ratio limits** would have a positive impact on historic preservation. Experiences of other communities should be reviewed and

assessed to determine if FAR limits can be utilized by Englewood to preserve its existing housing stock.

**T15.3    City Council should consider ordinance designating Englewood's sites as historic** after approximately three years of "voluntary" historic preservation established by ordinance, and establishing a regulatory framework for their protection and establishing design guidelines for infill development within historic districts and streetscapes.  The Secretary of the Interior's standards should be used as the criteria for proper preservation, repair, and restoration projects

### Objective 16: LIMIT DEMOLITIONS OF HISTORIC BUILDINGS

**T16.1    Adopt a demolition ordinance that requires demolition permits** for historic properties to be referred to the Commission for review and approval. City Council should consider adopting an ordinance establishing a "waiting period" after an owner has applied for a demolition permit to explore options that will preserve an historic structure or site through private purchase that will not lead to demolition, a public-private partnership, purchase by the municipality, or other such means.

## Relationship of the Historic Preservation Element to other Plan Elements

### Englewood Land Use Plan

provides a comprehensive policy framework for the physical development and design of the City. Among other things, the Plan includes policies that guide and influence development and change that occur in and around historic resources. Internal consistency and compatibility between the Land Use Plan and Historic Preservation Plan is therefore essential for preservation to be successful. Indeed, these two plan elements in Englewood are not only consistent but are complementary and mutually supportive in their policies.

The Englewood Land Use Plan supports preservation for its intrinsic value of protecting local heritage, as well as its role as a revitalization and economic development tool. The plan supports the preservation of historic resources throughout the City to protect community character and strengthen neighborhoods. A key component of the Land Use Plan's neighborhood strategies are both the appreciation and the protection of historic sites and buildings. Cultural heritage also plays a significant role in Englewood's downtown revitalization efforts to (galvanize) the City's diverse populations and to enhance the vitality and authenticity of the City's downtown. The downtown strategies also recommend the adoption of design guidelines so that future development of the downtown is compatible with its historical development.

The Historic Preservation Plan element complements the Land Use Plan's policies by providing the identification and significance of historic resources in the City, and a brief local history that provides the historical context of the City's resources.

The Historic Preservation Plan also includes recommendations for design guidelines in and around historic properties to provide a predictable and anticipatory approach to design within the historical context.

### Englewood Circulation

Plan offers planning policies for the development of the City's multi-modal transportation network, including walking, bicycling, bus, auto and rail. The Historic Preservation Plan is not inconsistent with

the Circulation Plan, but, rather, offers important documentation on the location and significance of the City's historic properties so they can be incorporated early in the transportation planning process.

## Englewood Community Facilities Plan

Documents the City's publicly owned structures and facilities with recommendations for future programming and public development. The inventories of historic properties in the Historic Preservation Plan and in the Bergen County Historic Sites Surveys are important resources for the City. Should one of these historic properties be offered for sale, the City may want to consider its purchase for public use, if the need and financial resources are available.

## Englewood Sustainability Plan

Provides Citywide policies for growth and development that minimize the impact on natural resources. The Historic Preservation Plan is consistent with the Sustainability Plan as the continued use of existing structures produces less of an environmental impact than new construction.

## Englewood Recreation and Open Space Plan

Offers a compendium of policies and strategies to develop, manage and protect the City's publicly owned parks and open space. Included in these strategies is the protection of Englewood's cultural resources. The Historic Preservation Plan complements these strategies by providing the location and significance of historic properties so that they can be managed and protected. The Historic Preservation Plan's recommended guidelines for historic properties and districts would also provide the City with important guidance on maintaining and preserving the publicly owned historic properties.

Many of the parks themselves could be considered historic sites. Mackay Park, for instance, includes the most impressive gatehouse to the massive William Walter Phelps estate, which included trees Phelps planted that still survive in the park. A former mayor of Englewood, Donald Mackay, purchased the land from the Phelps estate and gave it to the City of Englewood.

Finally, the Englewood Historic Preservation Plan is not inconsistent with the **Englewood Recycling Plan** and the **Englewood Housing Plan** which are limited in scope to the responsible recycling of everyday waste, such as paper, metal, and plastics, and a citywide affordable housing plan, respectively. The impact of any new affordable housing on historic resources should, of course, be carefully considered during planning and before construction.








Figure 61: Historically significant buildings and places in Englewood

Upper Left: Carpenter Gothic Cottage
Middle Left: Palisaide Ave Historic Buildings
Lower Left: Hillside Houses

Upper Right: West Side Presbyterian and Liberty Pole
Middle Right: Englewood Public Library
Lower Right: Englewood Memorial

# Recycling Plan

## Background

The City of Englewood has a long-standing commitment to recycling that preceded the enactment of mandatory recycling by the state of New Jersey in 1987. In the 1970s and 1980s, Englewood had a far-reaching recycling program that was administered and operated by volunteers. Englewood was well prepared to develop and operate a successful mandatory recycling program upon the adoption of the state requirement that each municipality establish and implement a municipal recycling program (Chapter 102, Laws of NJ 1987). In the late 1980s Englewood's recycling program was professionally operated by the Department of Public Works. The City of Englewood, following the guidelines in the Revised General Ordinances, requires recycling and source separation of recyclables from other garbage and rubbish. Recyclable materials include newspapers, glass, aluminum, mixed metal containers, white metal, plastic bottles, batteries, waste motor oil, corrugated paper, high-grade bond paper and leaves. Englewood also recycles asphalt materials as part of its road reconstruction projects.

## Englewood Recycling

Englewood collects glass and aluminum materials and newspaper and other white paper, once each week throughout the residential areas of the City. Also, private haulers are required to report recycled amounts collected from the commercial sectors. In a joint venture with its neighboring Borough of Leonia, Englewood operates a leaf-composting site that recycles leaves from both municipalities and transforms them into mulch. Not only is this effort an excellent model for shared services between communities but it also removes 100% the leaf waste out of the solid waste stream.

Waste generation in New Jersey has consistently increased from 1985 to the present, almost doubling in quantity during that period. In 2006, the last fully reported year, 22.7 million tons of solid waste were generated. Bergen County generated over 2 million tons of that waste, second only to Middlesex County in the state. In 2005, the State of New Jersey generated over 21 million tons of solid waste per year. In that year 53% of the solid waste was recycled, including glass, plastic, aluminum, newspaper, scrap iron, concrete and wood.

In the 1990's, the state established a goal of recycling 60% of the total waste stream. This goal was exceeded in 1996 and 1997 (the recycling rate was 61%), but in 1997 a federal court decision deregulating solid waste in the state led to County control of the waste flow. The result was that the state tax that provided grant monies to municipalities for recycling ceased and there was less promotion of recycling throughout the state. As a result, since 1997, the state as well as most municipalities, have not provided the same level of education and support for recycling in New Jersey. Both local and statewide recycling efforts ended up with decreased amounts of recycling. This trend must be turned around.

Englewood generates approximately 13,000 tons of municipal waste (residential waste) annually which is consistent with Bergen county as a whole. Of that 13,000 tons, 2300 tons of material were recycled in 2008. Since that time recycling tonnage has increased by 575 tons, (2012 figure) making steady progress year after year. Englewood now has a ratio of 20.7% recyclables to garbage.

> In these difficult economic times, an investment in education and enforcement could be enormously beneficial to the City. An increase in recycled tonnage will have direct value to the City by decreasing dumping fees (the fees charged by landfills) which is currently $83 per ton but it will also produce increased revenues from the sale of the recycled materials.

# Recycling objectives, strategies, actions

The Department of Public Works is has been reviewing its entire recycling program and preparing an increased education program that will focus on the schools in the City. In January 2014, the City started single-stream recycling collection. The Master Plan continues to support the concept of recycling. It is an environmentally sound practice with important practical benefits. The Master Plan encourages the City to provide a continuous education program in both the City's private and public schools, particularly in the elementary school level, and to enlist students in programs designed to increase recycling throughout the City. A carefully crafted and funded recycling effort will more than pay for itself.

**❶ ‖ Objective 17: INCREASE RECYCLING AWARENESS & EDUCATION**

**T17.1** **Provide a continuous education program** in private and public schools In partnership with the Board of Education and the private schools throughout the City.

**T17.2** **Involve/enlist students** in programs designed to increase recycling

**T17.3** **Expand community partnerships to improve communication** to the community about the necessity and relevance of recycling.

- Provide recycling education for residents of the City's multi-family complexes.
- Develop multilingual recycling information communications, in particular in Spanish and Korean.
- Develop a communication strategy and advertising campaign using the City of Englewood website. Vigorously monitor and enforce recycling within the City. Identify those multi-family and commercial developments that are not complying and use enhanced communication, monitoring and enforcement to achieve the overall goals of the program.
- Provide information to residents on the new dual stream recycling program.
- Provide information and a demonstration area to inform residents on backyard composting.
- Provide community wide information on how to stop junk mail.
- Support a municipal Reuse Day, or week, when residents can set out their unwanted goods at the curb for other residents to pick up.
- Provide community information on websites and organizations that link free, unwanted, useful items from donors to recipients.

An enhanced recycling program should establish specific tonnage goals for each material and should have a public education as well as an enforcement component. Recycling in New Jersey and the City of Englewood is mandatory and the program outcomes should reflect the fact that all residents as well as businesses are required to recycle a variety of materials. The current quantity of recycled materials indicates that there is not full participation in the program. In fact, an analysis of the quantities of waste generated and the percentage of recycled materials that are actually being diverted from the waste stream through recycling shows that recycling can and should be dramatically increased in the City. To accomplish greater participation in the recycling program, the program itself will need to be transformed. Additional staff and other Public Works resources may be required. Educational materials will need to be generated and distributed and specific ordinance revisions will be necessary.

Increased education, communication and enforcement should be fundamental components of a comprehensive effort.

A marked increase in recycled quantities will require a holistic approach and the Master Plan encourages the City to make this needed investment. With regard to ordinance revisions, a number of changes are recommended to the Englewood Municipal Land Use Ordinance (MLUO) including but not limited to a requirement that applications for site plan approval for commercial or industrial development utilizing 5,000 square foot or more of land should be required to have a centralized collection point that is adequate in size and configuration to accommodate recycling of each of the mandatory materials to be recycled. The section governing "Major Subdivisions" adequately addresses residential development but this section should be placed in the site plan section and not the subdivision section.

Both the Planning Board and the Board of Adjustment should require provisions of the state Recycling Act to be fully implemented in all site plans, however the inclusion of relevant provisions of this act as well as Englewood's Municipal Recycling Ordinance into the appropriate sections of the Englewood MLUO would advance the required outcomes of the State Act and the Municipal Recycling Ordinance.

### Objective 18: CENTRALIZED COLLECTION POINTS NEW PROJECTS

The section governing "Major Subdivisions" adequately addresses residential development but missing is a requirement that applications for site plan approval for commercial or industrial development utilizing 5,000 square foot or more of land should be required to have a centralized collection point adequate to accommodate recycling.

T18.1    **Adopt ordinance requiring centralized collection point** be included in site plan submission for commercial or industrial projects of over 5,000 sq. ft.

T18.2    **Adopt resolution encouraging centralized collection points** for downtown businesses citing the centralized/shared compactor managed by a group of Palisade Avenue businesses

T18.3    **Require that the provisions of the State Recycling Act be implemented** on all site plan submissions

### Waste Reduction

Recycling is just one part of an overall effort to decrease the amount of waste that requires management and disposal. Reduction, (also known as source reduction or waste prevention), is the first and most important tier of the "Reduce, Reuse, Recycle" solid waste management hierarchy. The term, waste reduction, is used to describe activities that decrease the amount (weight or volume) or toxicity of waste entering the solid waste stream. Simply stated, waste reduction means cutting disposal by going right to the source: deciding not to make or buy something that becomes waste in the first place. Waste reduction includes activities that increase product durability, reusability, and reparability. Reuse programs keep materials that would normally be discarded out of the waste stream.

Waste reduction together with recycling and reuse form a comprehensive approach to eliminate waste from entering the disposal stream and decreasing the need to

### Objective 19: INITIATE WASTE REDUCTION BEST PRACTICES

The municipality should integrate waste reduction efforts with the recycling program. Education is a key component of a waste reduction program and special events can be used to

support activities related to waste reduction and reuse. A municipal waste reduction program should include waste reduction for all municipal offices and buildings.

**T19.1    Initiate a waste reduction program for all municipal offices and buildings**

- Work with the Board of Education to purchase recycled paper.

- Require that all discarded paper be recycled.

- Purchase items that are all or partially recycled paper products: paper towels, toilet paper, trash bags, scratch pads, business cards, paper towels, toilet paper and tissues.

- Recycle and use recycled toner cartridge.

- Use computers to reduce paper use:  post notices electronically, and send documents for review by email; let the recipient decide whether to print or not; set up shared file systems to let people access documents without requesting a hard copy;  store files electronically only.

- Reformat fax forms to avoid a cover sheet.

- Buy printers and copiers that print on both sides. If you cannot print two-sided documents, and if you have  many printers, designate one to be the draft printer, and print on the back of used paper; print odd number sides, then print even number sides.

- Reuse old folders; use old memos for scrap paper.

- Reuse office furnishings.

- Use refillable products such as pens, pencils, tape dispensers and calendars.

- Use solar powered calculators.

- Eliminate single use cups.

- Encourage municipal workers to bring in their own reusable drinking cups.

## Objective 20: ESTABLISH RECYCLING STANDARDS FOR CONSTRUCTION

The City of Englewood should review and revise its recycling ordinance and the Municipal Land Use Ordinance to reflect the mandatory nature of recycling and to ultimately increase the amount of recycling in Englewood.

**T20.1    Require demolition contractors to recycle certain materials** (copper, lead, aluminum, white metals, etc.) and submit a report to the Building Department as part of the permit process.

**T20.2    Require that all new commercial development meet the requirements** set forth above [cite reference] to establish recycling plans and construct the facilities needed to carry out recycling.

# Sustainability Plan

## Background

There is a growing and compelling consensus, in New Jersey and throughout the world, that climate change is a real threat requiring an immediate and ongoing response from all parties to avoid severe and permanent damage to the environment. According to several studies (see in particular Frumhoff, P .c., J.J. McCarthy, J.M. Melillo, S.C. Moser, and D.J. Wuebbles. 2007. Confronting Climate Change in the U.S. Northeast: Science, Impacts, and Solutions. Synthesis report of the Northeast Climate Impacts Assessment (NECIA), Cambridge, MA:  Union of Concerned Scientists (UCS). The Northeast section of the United States will be particularly vulnerable to the environmental, ecological and economic impacts of global warming including major changes to the shoreline and the ecology of New Jersey.

In recognition of the problems faced by New Jersey, Governor Corzine in 2007 signed into law the Global Warming Response Act (GWRA) (P.L. 2007, c.112), which calls for dramatic reductions in emissions, supporting changes in transportation policy and providing a framework for future modifications to achieve the requirements of the act. In 2008, the New Jersey Department of Environmental Protection developed a draft Energy Master Plan.

This effort to reduce greenhouse gases and a reduction in energy costs must be incorporated into land use decisions in order to have a comprehensive achievable program. Toward this end, the state Assembly and the state senate each overwhelmingly passed legislation amending N.J.S.A. 40:55D 28, which authorizes a local planning board to include in its Master Plan a "green buildings and environmental sustainability plan element." This law governing Master Plans for all municipalities in New Jersey, now permits a sustainability element:

"A green buildings and environmental sustainability plan element, which shall provide for, encourage, and promote the efficient use of natural resources and the installation and usage of renewable energy systems; consider the impact of building on the local, regional and global environment; allow ecosystems to function naturally; conserve and reuse water; treat storm water on site; and optimize climatic conditions through site orientation and design" - N.J.S.A. 40:55D 28b( /6)

## Sustainability and Land Use

In plain language, sustainability means that people must live within the means of what the Earth can provide over a long term. A process is sustainable when it can be carried out over a long period of time without damaging the environment or creating impossibly high costs. The United Nations World Commission on Environment and Development adopted a definition that is also suitable for Englewood's Master Plan, "[s]ustainability meets the needs of the present without compromising the ability of future generations to meet their own needs."

Sustainable development implies economic growth together with the protection of environmental quality, each reinforcing the other. Limiting or eliminating dependence on non-renewable resources is a basis for sustains ability. Land use policy on a local level can make a meaningful contribution to this effort.

In examining the various sources of greenhouse gas emissions it is readily seen that the transportation sector contributes more than one third of New Jersey's greenhouse gas emissions and is its fastest growing source. Land use policy on the local level must take into account this fact. If suburban sprawl continues in the same pattern as it has in recent history, transportation costs and greenhouse gas emissions will continue to increase. Identifying opportunities for smart growth, creating pedestrian-friendly communities and seeking opportunities to create transit villages are all ways that local land use planning can support sustainability. Land use decisions should consider the overall impact of

developments on sustainability. When sustainability is ignored, poor land use decisions will affect the impact of those decisions. Land use policy, transportation planning, open space policies, water use and storm water management plans, when properly implemented, can be consistent with sustainable objectives while also supporting quality of life issues.

## Land Use Policy

When considering sustainability, land use policy looks at issues such as density, the location of varying densities, proximity to public transportation and recreation areas, the specific use of open space including the use of open space that is part of residential and commercial developments; the need for pedestrian-friendly development and of course recycling policy and implementation. The Master Plan in its Land Use Element is consistent with smart growth and sustainability issues with regard to downtown development and redevelopment of the Office Industrial Zone using mixed-use planned developments. Locating higher density residential developments in close proximity to the downtown and public transportation should continue while maintaining the current density of the outlying residential areas.

## Energy Issues

The City of Englewood needs to promote increased energy efficiency to provide long-term economic savings to the community, while reducing our overall environmental footprint on the Earth. Unlike many aspects in our day-to-day lives, reducing energy consumption is an activity that can be addressed by all sectors of the community. It is vitally important that municipal government take leadership in this arena, but to accommodate significant change it is incumbent on residents, commercial and industrial interests, in addition to our political leaders, to share responsibility in reducing energy usage. Energy conservation can indeed be a sustainable solution by providing long term economic benefits through reduced utility bills, benefits to society by fostering energy independence and preserving natural resources, and improving our environment by reducing pollution.

There are many ways to improve energy conservation, and therefore many potential solutions. Thoughtful leadership  and the willingness of the community to support and participate in the various initiatives will be an important part of any program. Technologies that were once considered promising for the future, are becoming today's mainstream solutions. Renewable sources of energy including solar, wind, geothermal, and sustainable biomass are ready to become significant players in the energy game, and with prudent application some or all of these renewable technologies can be utilized within the City.

The green building movement is moving ahead with steady expansion, and being "green" is becoming mainstream with environmental alternatives now being a factor in decision making in all sectors of the community. If the City of Englewood starts to think long term about energy conservation, the results will likely be a stronger economy, with less pollution, lower energy costs, and reduced demand for electricity.

# Sustainability Plan objectives, strategies, actions

The goals of a comprehensive energy program would be to:

- Reduce the City of Englewood's municipal energy usage, and encourage residents to follow suit;

- Improve the environment by lowering emissions of fossil fuels while providing long term economic savings to the community;  and

- Encourage the installation of renewable energy systems on municipal buildings and promote renewable options for residents and commercial enterprises.

The implementation of such a program would include the following activities:

**❶   Objective 21: A COMPREHENSIVE ENERGY PROGRAM**

Reduce the City of Englewood's municipal energy usage, and encourage residents to follow suit;

**T21.1   Conduct energy audits for all municipal buildings** taking advantage of funds available through the New Jersey Board of Public Utilities' Local Government Energy Audit program.

**T21.2   Install energy saving components on municipal buildings** as delineated within the energy audits.

- Installing solar arrays on appropriately oriented municipal buildings and schools.

- Install Light emitting diode (LED) traffic lights on all municipally controlled signals, and urge Bergen County to do the same on county controlled signals.

- Purchase and install Energy Star equipment, mechanicals, and appliances whenever possible considering long term economic value as the main factor in decision-making.

- Consider incentives offered by the New Jersey Clean Energy Program's Alternative Fuel Vehicle Rebate Program, Biodiesel Fuel Rebate Program, and Alternative Fuel Infrastructure programs.

- Consider viability of Power Purchase Agreements (PPAs) in which the City of Englewood would allow solar panel installation companies to install systems on appropriately oriented buildings in exchange for the City receiving reduced energy bills.

- Consider the feasibility of becoming an Energy Star Municipal Partner offered through the United States Department of Energy. Explore the tracking services of Energy Star's Portfolio Manager service.

- Expand the City of Englewood's role in the New Jersey Clean Power Communities program run through the New Jersey Board of Public Utilities. The Clean Power Communities Program is a statewide initiative that urges residents and businesses to choose clean, renewable sources of energy as opposed to the typical utility energy offerings, which do not emphasize renewable energy alternatives.

- Investigate the technology options available for converting the municipal fleet to higher fuel economy alternatives.

- Encourage the facilitation of green building technology to reduce energy consumption within municipal buildings and throughout the greater community.

### Transportation Issues

Englewood is only five miles from New York City and therefore is susceptible to heavy traffic from its residents, commuters and commercial traffic. Traffic, particularly in the Central Business District, has been a problem from both a congestion standpoint and a parking perspective. The CSX freight rail connection also causes considerable traffic problems during key times in the mid-day and early evening hours. The City should continue to investigate measures to limit or eliminate the mid-day freight train which blocks traffic in the center of town. The train is blocking traffic at peak lunch time hours when employees/visitors are either out for lunch, attempting to conduct business, or visiting houses of worship. In addition, the City should continue to support light rail or DMU (a combination of diesel and electric) commuter service thus eliminating freight service while providing greater public transportation options for Englewood residents.

### Objective 22: REDUCE CONGESTION & ENGINE IDLING DOWNTOWN

Traffic, particularly in the Central Business District, has been a problem from both a congestion standpoint and a parking perspective

**T22.1   Investigate measures to limit or eliminate the mid-day freight train** through incentives, regulatory means, or exercise of redevelopment powers  The locomotive and tanker cars disrupting midday traffic are delivering to only one business that is immediately adjacent to the downtown.  The city should investigate options to encourage or assist that business to relocate. In addition, the Master Plan recommends that the zoning designation be changed (see S1.2) anticipating future uses that create a better transition between Downtown and Englewood South.

**T22.2   Open up parking along Palisade Avenue** through greater enforcement, and improvements to the meters. As noted in the Circulation and Land Use elements, the new public garage on South Dean Street has helped alleviate some parking issues but meter feeding continues to be a problem, causing traffic tie ups along Palisade Avenue and creating greater circulation problems in the downtown area. Greater enforcement, and improvements to the meters will open up parking along Palisade Avenue and should help to limit congestion. Englewood should review, strengthen, and enforce traffic ordinances relating to jay walking and pedestrian safety. New controllers along the avenue will also limit congestion. The City can develop bicycle routes and install bike stands in strategic locations along Palisade Avenue and the parks. Fleet management by the City can play an important role in limiting greenhouse gases, providing increased efficiency in energy use and limiting the amount of gasoline and diesel fuel utilized by the hundreds of vehicles in the City's fleet. The Traffic and Circulation Element has been enlarged in this Master Plan and is consistent with sustainability principles.

### Water Use and Stormwater Management

Demands on Englewood's water supply have greatly increased due to population growth and development, making  water conservation necessary for Engle wood's citizens year round. Over the past several years New Jersey has been subject to periodic droughts and water shortages. In addition, the creation and treatment of potable water uses resources such as electricity and chemical processing agents that have an environmental impact.

The City of Englewood recognizes that a successful water conservation program starts with the development of a comprehensive water management and conservation plan and public education is a critical component of any plan. This plan should provide information about how the community uses its water and how water conservation can be achieved through increased efficiency. The Environmental Commission together with the Department of Public Works can be a force in creating and continuing a public education program for water efficiency. The environmental benefits of water efficiency include:

- Fewer sewage system failures caused from excess water overwhelming the system.

- Reduced water contamination caused by polluted runoff due to over irrigation.

- Reduced need to construct additional water and wastewater treatment facilities.

A water emergency and/or drought contingency plan should be developed which will describe how businesses and residents will meet minimum water needs in an emergency and/or reduce water consumption in a drought or other water shortage.

The public should be informed of the priority Englewood places on water efficiency. Residents, business and contractors should be encouraged to take water supply, wastewater, storm water issues and water efficiency best management practices into account when making equipment purchases, and at the earliest stages of planning and design for renovation and new construction Education is the primary tool to be used for meaningful change. Some of the ways this might be accomplished include:

- A user friendly hot line or other system to report leaks or other wastes of water; and

- Greater use of the City's web site to publicize water efficiency.

**❶ Objective 23: SUSTAINABILITY AWARENESS INFORMS DECISIONS**

The public should be informed of the priority Englewood places on water efficiency.

T22.1   **Develop a water emergency and/or drought contingency plan** that will describe how businesses and residents will meet minimum water needs in an emergency and/or reduce water consumption in a drought or other water shortage.

T22.2   **Initiate a public education program for water efficiency** Environmental Commission together with the Department of Public Works can be a force in a public education program.

Storm water management policies must be supportive of sustainability principles. Englewood has long had strong storm water management ordinances that support groundwater recharge and limit soil erosion and sediment transport.

With regard to land use policies, site plan review before the Planning Board and Board of Adjustment should include an assessment of water efficiency and sustainability issues including the limitation of lawn areas and the replacement of lawn areas with vegetative areas requiring less water and limited pesticides and fertilizers. In this manner, the protection of groundwater and streams can be protected from pollutants that in the past were thought to be benign. Site issues for particular developments should evaluate:

The landscape design and its need for supplemental water and fertilizer and pesticides.

An irrigation system that applies the appropriate amount of supplemental water in an efficient manner.

Water efficient landscapes using native and other "climate appropriate" landscape materials can reduce irrigation water, stand up better to drought, re duce the drought loss or damage to

plant material and require less time to maintain which will lower maintenance costs. Reduced turf and other irrigated areas can also significantly reduce time and money spent mowing, fertilizing and maintaining landscapes.

Experts estimate that more than 50 per cent of commercial and residential irrigation water is wasted due to evaporation, wind, poor management and/or improper system design, installation, or maintenance.

### Objective 24: SITE PLAN REVIEW OF WATER EFFICIENCY & SUSTAINABILITY

Site plan review before the Planning Board and Board of Adjustment should include an assessment of water efficiency and sustainability.

**T24.1    Encourage efficient irrigation practices.** Developers, contractors and residents to become familiar with water efficient irrigation practices through seminars and/or published information. A lawn management plan for all large development should be made part of site plan review.

**T24.2    Set standards for new irrigation systems.** Require all newly installed irrigation systems have rain-sensing technology to prevent irrigation from taking place during periods of sufficient moisture. Recommend that all irrigation systems be designed, installed and maintained according to irrigation best management practices. (http://www.irrigation.org)

### Rainwater Harvesting

Education efforts and site plan reviews should also consider rainwater harvesting. Rainwater harvesting captures, diverts, and stores rainwater for later use. Captured rainwater is often used in landscaping, because the water is free of salts and other harmful minerals and does not have to be treated. It is also useful in attracting and providing water for wildlife. Rainwater harvesting can also help to prevent flooding and erosion, turning storm water problems into  water supply assets by slowing runoff and allowing it to soak into the ground. Reducing run off also helps to reduce the contamination of surface water with sediments, fertilizers, and pesticides in rainfall run off. Rainwater can be collected in cisterns and used with little or no treatment for a variety of non-potable purposes. The major components of a rainwater harvesting system include the catchment area/roof or surface upon which the rain falls, gutters and downspouts to carry the water to storage, leaf screens to remove debris, cisterns/storage tanks to store the harvested rainwater, conveyances to deliver the stored water either by gravity or pump, and a water treatment system to settle, filter, and disinfect the water, if required.

### Building Issues

Beginning in 2009, all public buildings in Englewood will be undergoing a comprehensive energy audit. The findings of these audits should be incorporated in an energy efficiency program for the City. As public facilities are renovated, green initiatives should be considered to move these facilities towards sustainability. New public facilities should undergo a sustainability assessment and be LEED certified or LEED compliant. Solar energy for public buildings should be assessed and implemented, if feasible.

### Recycling Issues

Increasing waste reduction throughout Englewood is critical to sustainability. The Recycling Element addresses specific objectives related to waste reduction. All commercial and multifamily residential developments must have a recycling plan incorporated into the site

plan. This plan should be on-file with the city and updated annually. The Planning Board and Board of Adjustment should implement a thorough review of recycling plans during all site plan review applications.

# Relationships to Other Plans

## Introduction

Englewood shares common boundaries with six municipalities: Bergenfield, Englewood Cliffs, Fort Lee, Leonia, Teaneck and Tenafly. This section of the Master Plan reviews the plans and zoning ordinances of the municipalities bordering Englewood City, as well as relevant Bergen County Plans and the New Jersey State Development and Redevelopment Plan (SDRP) and examines the respective plans for consistency and potential conflicts with one another. Each of the six surrounding communities has an impact on the City of Englewood as Englewood has an impact on the surrounding communities. All seven communities have the same utility suppliers for water (United Water Company), electricity, and natural gas (PSE&G). The local sewers of these towns flow directly into the trunk lines of Bergen County Plans (BCUA), and all sewage is brought to the BCUA Little Ferry Plant for treatment and discharge. Leonia and Englewood have interlocal agreements for leaf composting and some code enforcement activities. The relationship of Englewood to its neighbors must be viewed in its regional context and long term planning and coordination are needed to address some of the more important issues:

Englewood has a commonality of interest with Leonia over I-95 related traffic and the proximity of both towns to the George Washington Bridge.

Redevelopment consistent with the State Redevelopment Plan requires adequate sewage transport and treatment. Fort Lee's sewer problems may have an impact on the region's redevelopment unless the combined sewer system is addressed or increased sewer capacity is generated by BCUA.

The Northern Branch of the proposed light rail/DMU system has enormous consequences for Englewood and its neighbors and will have an impact on redevelopment, traffic, and other infrastructure conditions. The federal stimulus funding may be used to expedite the development of the light rail/DMU system. Englewood has been and continues to be supportive of the commuter rail initiatives for the City.

The Englewood Land Use Plan is substantially consistent with the land use pattern in adjacent municipalities. The zoning of these municipalities is discussed below.

## Adjacent Municipalities

History has played a significant role in the land use patterns of all of the surrounding municipalities. As such, similar forces have had an impact on all of the communities in terms of land use. The land use pattern of the areas along Englewood's perimeter is compatible with each of the land use patterns found in the adjacent municipalities. The specific zoning and land use of these municipalities are discussed below.

### Borough of Bergenfield

The Borough of Bergenfield shares a small municipal border along the northwest corner of Englewood. Bergenfield last prepared a Master Plan in 2005. Bergenfield's last zoning map was prepared in 1979. The Knickerbocker Country Club currently occupies the municipal boundary in Bergenfield, although it is zoned for single-family development on 15,000 square foot lots. This is consistent with current and proposed land uses in Engle wood that permit single-family development on 7,500 square foot lots. Borough of Englewood Cliffs

### Borough of Englewood Cliffs

The Borough of Englewood Cliffs occupies the eastern municipal boundary of Englewood. Englewood Cliffs conducted a comprehensive Master Plan and Master Plan Reexamination Report in 2001.

Englewood's Master Plan is consistent with the goals and objectives of this document, which calls for maintaining low to medium density residential development.

## Borough of Fort Lee

Englewood's Master Plan is largely consistent with the Master Plan and zoning ordinance of the Borough of Fort Lee. Fort Lee conducted a Master Plan Reexamination Report in 2008 and last prepared a full Master Plan and zoning ordinance in 1988. The reexamination report includes the objective 'to ensure that future development in the community is sensitive to the Master Plans and zoning of adjacent municipalities.' The Borough of Fort Lee shares a relatively small municipal border to the southeast of Englewood. The land use plans contained with Fort Lee's 2008 Reexamination Report, prior reexamination reports and 1988 Master Plan call for low-density residential development in the form of one and two family dwellings on 5,000 square foot lots in the area adjacent to Englewood. The land use plan in Englewood's Master Plan also calls for low-density residential development in the area, but on larger, single-family lots of 7,500 and 44,000 square feet. Both municipalities plan for business uses in the vicinity of Route 4. Englewood's plan specifies businesses fronting Route 4, with the remaining area to be zoned for single family on 7,500 square foot lots. One of the important issues facing Bergen County communities in the coming decade is sanitary sewer capacity, treatment, and overflows. Redevelopment, an important component to community renewal in the area, could be significantly restricted if the sanitary sewer discharges are increased beyond the capacity of Bergen County's treatment plant. The Fort Lee Master Plan is largely silent on this issue despite the fact that Fort Lee still maintains a combined sanitary sewer/storm sewer system that contributes significant discharges to the Bergen County Utilities Authority treatment plant. A portion of the Fort Lee discharges flows through Englewood, thus impacting on the total available sanitary sewer capacity in Englewood. This Master Plan element encourages Fort Lee to steadily reduce the amount of flow in the combined sewer system and to eventually eliminate all combined sewers.

## Borough of Tenafly

The Borough of Tenafly occupies the majority of Englewood's northern border. Tenafly's last Master Plan was produced in 1992, and the Borough conducted a Reexamination Report in 1998 and another in 2005. The Englewood Master Plan is consistent with current and proposed land uses along Tenafly's municipal border. Both municipalities currently contain single-family development in this area. The Tenafly 2005 Reexamination Report was largely supportive of a commuter rail line but expresses a number of serious concerns including the issue of parking should the line terminate in Tenafly. In more recent 2012 Periodic Reexamination Report of the Master Plan the issue the Northern Branch line was raised as an unresolved matter, noting that in November 2010 a non-binding referendum was held in which Borough residents voted by a 2:1 margin to reject the idea of light rail service extending to Tenafly. Planning policies of the two municipalities are not aligned, as Englewood supports the return of passenger rail service. In February 2011 the Municipal Council approved #R11-84, which outlines the Borough's strong opposition to any construction of the Northern Branch light rail line within the Borough's corporate limits. This cited concern over parking and the impact that such an extension would have on neighboring residential district, along with its potential impacts on public safety and the functionality of its emergency services.

## Borough of Leonia

The Borough of Leonia is located to the south of Englewood. Interstate 95 physically separates the two municipalities. While the physical separation of the highway makes adjacent land uses largely irrelevant, Englewood's Master Plan is consistent with the Master Plan of Leonia. Leonia adopted a new Master Plan in June, 2002. This plan expressed a desire to 'maintain the Borough as a predominantly single-family residential community.' This objective is largely consistent with the existing and proposed land use pattern of the two municipalities. Leonia currently contains the following uses along

the municipal border; Park, single-family residential on 5,000 square foot lots, multi-family residential (14 units per acre), and Park. Englewood's land use element plans for multiple residence (Cross Creek), single family, (6,500 square foot lots), commercial and residential mixed-use, light industrial and Overpeck Park. The Borough's 2009 Master Plan Reexamination Report identifies the potential impact of light rail necessitating additional studies and analysis. The Borough has been meeting with NJ Transit to explore the most advantageous integration of the proposed new commuter rail station and its parking facilities. Also specified as a concern is Englewood's Redevelopment Plans "Englewood's large-scale redevelopment plan is expected to have traffic and land use impacts in Leonia" The Report acknowledges that: "Englewood's redevelopment efforts have been realized through substantial new construction. The extent of impacts has not been measured at this time." Interstate 95 buffers the light industrial uses and commercial and newly constructed residential mixed-use development from adjacent residential areas in Leonia. Interstate 95 has a significant impact on traffic in Englewood and Leonia. This issue is addressed in the section of the Master Plan on Traffic & Circulation.

### Township of Teaneck

The Township of Teaneck shares a long municipal border to the west and south of Englewood. Teaneck developed a new Master Plan in 2007 and created a new zoning map. The new plan reiterates the prior Master Plan objective to preserve the character of low-density residential development and buffer these areas from industrial uses. This objective is consistent with both Englewood's Master Plan and existing land use patterns. Both municipalities currently contain significant single-family residential development and open spaces along their western border. In the southwest section of Englewood, the Bergen County Golf Course serves as a large buffer between residential use in Teaneck and Englewood's Office-Industrial Zone. Englewood's mixed-use overlay district within the Office-Industrial Zone is therefore fully compatible with existing land use patterns in Teaneck.

In March of 2011 the township completed a Bicycle and Pedestrian Master Plan, which delineates preferred bikeways and locations for pedestrian-related improvements. Recommendations were developed to address on-road bicycle facility improvements, pedestrian facility improvements, and adopt a Complete Streets Policy. The network anticipates connecting at Tryon, Englewood and Forest Avenues. This initiative deserves consideration and is completely consistent with the objectives of the Master Plan.

## Bergen County

Bergen County last produced a Master Plan over 20 years ago. Due to significant changes in the county, both in terms of land use, socioeconomic and demographics since that time, the County Plan can be considered out of date. However, Englewood's Master plan is consistent with the goals and objectives contained within the County Plan. It is of critical importance, given the unique character of Bergen County, its proximity to New York City, the need for open space, the state's Redevelopment Plan, and the potential changes to the transportation network including light rail, that the county create a new plan. In 1998 Bergen County adopted a Cross Acceptance Report regarding the state plan. The county participated in Cross Acceptance again in 2008 and the report serves as the most recent general county planning document. While the published report does not contain any direct response from Englewood, it does contain several issues of relevance to the City. In 2010 a countywide Master Plan was initiated. The most substantial of the Elements will be Transportation. The objectives are consistent with the goals of the Englewood Master Plan – promoting the conversion of the Northern Branch Corridor to a commuter line, promoting circulation improvements to reduce automobile dependence, preserving open space and promoting redevelopment. These objectives are consistent with the goals of the Englewood Master Plan.

## State of New Jersey

In 2009, the State of New Jersey published a draft of the proposed 2009 State Development and Redevelopment Plan. This draft was abandoned by the newly formed state Planning Commission and in 2011, the Planning Commission prepared a new draft that presented a strategic approach to planning in response to the fiscal crisis. Public hearings were held throughout the state in 2012.

This draft document is a completely new plan and is expected to be adopted by the State Planning Commission in 2013. The 2009 Englewood City Master Plan is substantially consistent with the plans and policies of the New Jersey State Development and Redevelopment Plan (SDRP).

The draft document continues to address the competing land uses for redevelopment and conservation and emphasizes redevelopment along corridors in the state. The plan encourages cooperative regional programs and processes that empower municipalities to act jointly in replacing aging infrastructure, to maintain and expand employment opportunities, to upgrade housing to attract a balanced residential population, to stabilize a threatened environmental base, to protect existing community character, and to create greater opportunities for inter-municipal transportation planning. Englewood is a fully developed community, with much of the new growth occurring through redevelopment. The objectives of the prior state plan (the 2009 document as well as the prior adopted plan) are consistent with the new draft document with regard to built-up communities and are intended as guidelines. The prior plan objectives are stated below (the new objectives have not been adopted yet):

— Land Use: Guide new development and redevelopment to ensure efficient and beneficial utilization of scarce land while capitalizing on the inherent public facility and service efficiencies of the concentrated development patterns.

— Housing: Preserve the existing housing stock through maintenance and rehabilitation and provide a variety of housing choices through development and redevelopment.

— Economic Development: Promote economic development by encouraging redevelopment efforts such as infill and land assembly, public/private partnerships and infrastructure improvements.

— Transportation: Capitalize on the high-density settlement patterns that encourage the use of public transit systems and alternative modes of transportation to improve travel among major population centers, employment centers and transportation terminals.

— Natural Resource Conservation: Reclaim environmentally damaged sites and mitigate future negative impacts, particularly to waterfronts, scenic vistas, any remaining wildlife habitats and to Critical Environmental/Historic Sites generally. Give special emphasis to addressing air quality concerns; provide open space and recreational amenities.

— Recreation: Provide maximum recreational opportunities by concentrating on the maintenance and rehabilitation of existing parks and open space, while expanding the system through redevelopment and reclamation projects.

— Historic Preservation: Integrate historic preservation with redevelopment efforts in a way that will not compromise either the historic resource or the area's need to redevelop.

— Public Facilities and Services: Complete, repair or replace existing infrastructure systems to eliminate deficiencies and enable future development and redevelopment efforts.

— Intergovernmental Coordination: Provide for the regionalization of as many public services as feasible and economical, and coordinate the efforts of state, county and municipal governments to ensure sound redevelopment by encouraging private sector investment and providing supportive government regulations, innovative tax policies and other governmental policies and programs. The City of Englewood Master Plan is consistent with both the adopted SDRP and the proposed Strategic Plan. The objectives and policies of the Master Plan, particularly land use,

redevelopment, open space, circulation, and historic preservation are consistent with the goals and objectives of the Metropolitan Planning Area.

## Other Planning Documents

### Stormwater Management Plan

In January of 2005, the City of Englewood developed a Stormwater Management Plan. This plan was revised in March of 2005 and remains in place as an integral part of the Master Plan. It is fully consistent with the goals and objectives of the plan and the distinct elements of the plan. It is also consistent with the County Management Plan and the State of New Jersey Stormwater Management regulations as developed by the New Jersey Department of Environmental Protection.

### Bergen County Solid Waste Plan and Amendment

The City of Englewood has been part of the Bergen County Plan since its inception in 1983 and the Master Plan is consistent with the Bergen County Solid Waste Plan. Englewood's solid waste collection has undergone changes in the past year and the City of Englewood should review and if necessary update the county with regard to recent changes and any anticipated future changes to the collection and disposal process. This is particularly important if the City stops operating the Transfer Station located on South Van Brunt Street on a permanent basis.

### The Northern Branch Corridor DEIS

This was prepared by NJ TRANSIT in cooperation with the Federal Transit Administration (FTA) to evaluate the benefits, costs and social, economic, and environmental impacts of constructing and operating passenger rail service between North Bergen in Hudson County, NJ and Tenafly and Englewood in Bergen County, NJ.

The DEIS evaluates two Build Alternatives. The Build Alternatives are comprised of an electric light rail system that would operate along an existing freight rail right-of-way from North Bergen, Hudson County to Bergen County. The Preferred Alternative, referred to as Light Rail to Tenafly, would terminate at a station near the Tenafly/Cresskill border. The second Build Alternative, referred to as Light Rail to Englewood Route 4 would terminate at a station near Route 4 in Englewood. The project includes a direct connection to the existing Hudson-Bergen Light Rail (HBLR) system at Tonnelle Avenue in North Bergen.

This analysis and impact statement considers and identifies potential effects on land use and economic activity, community facilities and services, natural resources and habitats, air quality, noise, vibration, hazardous materials, traffic and parking, historic resources, archaeological resources, environmental justice, and construction impacts. Additionally, the DEIS examines potential adverse effects on parkland, historic, and archaeological resources. It also provides mitigation measures to reduce the incidence and severity of adverse impacts.