# D

LAND USE

*250 Attachment 1*

City of Englewood



**ZONING MAP OF THE CITY OF ENGLEWOOD**
Bergen County, New Jersey

Date: October 17, 2014
Revised: November 11, 2014
Second Revision: November 21, 2014