# E

Prepared by *[signature]*
Matthew I. Kane, Esq.

# DEED

This Deed is made on the 10th day of May, 2017 *delivered ~ 9-8-17*

**BETWEEN**

**Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, as Trustee for Normandy Mortgage Loan Trust, Series 2013-18,** whose address is: c/o Selene Finance LP, 9900 Richmond Avenue, Suite 400 South, Houston, TX 77042, referred to as the Grantor,

**AND**

**431 E Palisade Avenue Real Estate, LLC**

whose address is about to be: **431 East Palisade Avenue, Englewood, NJ 07631**, referred to as the Grantee.

The words "Grantor" and "Grantee" shall mean all Grantors and all Grantees listed above.

(1) **Transfer of Ownership.** The Grantor grants and conveys (transfers ownership of) the property (called the "Property") described below to the Grantee. This transfer is made for the sum of **One Million Two Hundred Fifty Thousand Dollars and 00/100 ($1,250,000.00)**. The Grantor acknowledges receipt of this money.

(2) **Tax Map Reference.** (N.J.S.A. 46:15-2.1) Municipality of the **City of Englewood**
  Block No. **1902** Lot No. **8** Qual. No. **N/A**
  Block No. **601** Lot No. **13** in the Municipality of the **Borough of Englewood Cliffs**

(3) **Property.** The property consists of the land and all the buildings and structures on the land in the Municipality of the **City of Englewood**, County of **Bergen** and State of New Jersey. The legal description is:

See Attached Legal Description

BEING the same premises conveyed to the within named Grantor by Deed from Lunar Investments LLC, dated April 25, 2015 and recorded on May 13, 2015 in the Bergen County Clerk's Office as Deed Book 01937, Page 0001.

RECORD AND RETURN TO:
Fortune Title Agency, Inc.
39 Woodland Road
Roseland, NJ 07068

*202349 FT-2*

4817-3641-2480, v. 1

SCHEDULE A Con't
File Number: 282349FT1-2
EXHIBIT A
LEGAL DESCRIPTION

All that certain Lot(s), piece(s) or parcel(s) of land, with the buildings and improvements thereon erected, situate, lying and being in the *City of Englewood, Bergen County, State of NJ*
All that certain Lot(s), piece(s) or parcel(s) of land, with the buildings and improvements thereon erected, situate, lying and being in the *Borough of Englewood Cliffs, Bergen County, State of NJ*

ALL THAT CERTAIN TRACT, PARCEL AND LOT OF LAND LYING AND BEING SITUATE IN THE CITY OF ENGLEWOOD AND THE BOROUGH OF ENGLEWOOD CLIFFS OF ENGLEWOOD, COUNTY OF BERGEN, STATE OF NEW JERSEY, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT A STONE MONUMENT ON THE NORTHERLY SIDE LINE OF PALISADE AVENUE, DISTANT EASTERLY 371.90 FEET FROM THE POINT OF INTERSECTION OF THE CENTER LINE OF WOODLAND AVENUE WITH THE NORTHERLY SIDE LINE OF PALISADE AVENUE, AND RUNNING

1. NORTH 46 DEGREES 17 MINUTES 40 SECONDS EAST, 345.51 FEET TO A STONE MONUMENT; THENCE

2. SOUTH 53 DEGREES 30 MINUTES 20 SECONDS EAST, 10.00 FEET TO A POINT; THENCE

3. SOUTH 51 DEGREES 53 MINUTES 00 SECONDS EAST, 231.37 FEET TO A POINT; THENCE

4. SOUTH 53 DEGREES 36 MINUTES EAST, 43.15 FEET TO A CONCRETE MONUMENT; THENCE

5. SOUTH 24 DEGREES 40 MINUTES WEST, 342.82 FEET TO A CONCRETE MONUMENT ON THE NORTHERLY SIDE LINE OF PALISADE AVENUE; THENCE

6. NORTH 53 DEGREES 04 MINUTES WEST, ALONG THE NORTHERLY LINE OF PALISADE AVENUE, 33.40 FEET TO A POINT; THENCE

7. NORTH 53 ,DEGREES 18 MINUTES 20 SECONDS WEST, STILL ALONG THE NORTHERLY SIDE LINE OF PALISADE AVENUE, 370.12 FEET TO A POINT; THENCE

8. NORTH 53 DEGREES 38 MINUTES 20 SECONDS WEST, STILL ALONG THE NORTHERLY SIDE LINE OF PALISADE AVENUE, 10.00 FEET TO A STONE MONUMENT THE POINT AND PLACE OF BEGINNING.

LOT 8, BLOCK 1902, ON THE OFFICIAL TAX MAP OF THE CITY OF ENGLEWOOD, AND LOT 13, BLOCK 601, ON THE OFFICIAL TAX MAP OF THE BOROUGH OF ENGLEWOOD CLIFFS.

431 East Palisade Avenue,Lot(s) 8, Block 1902, Borough of Englewood, Bergen County, State of NJ + lot 13 Block 601, Englewood Cliffs

NOTE:   Lot and Block shown for informational purposes only.

Subject to easements and restrictions of record, if any, zoning ordinances and such facts as would be disclosed by an accurate survey.

The street address of the Property is:
**431 East Palisade Avenue**
**Englewood, NJ 07631**

(4)  **Promises by Grantor**. The Grantor promises that the Grantor has done no act to encumber the Property. This promise is called a "covenant as to grantor's acts" (N.J.S.A. 46:4-6). This promise means that the Grantor has not allowed anyone else to obtain any legal rights which affect the property (such as by making a mortgage or allowing a judgment to be entered against the Grantor).

4817-3641-2480, v. 1

(5)     **Signatures.**  This Deed is signed and attested to by the Grantor's proper corporate officers as of the date at the top of the first page.  Its corporate seal is affixed. (Print name below each signature.)

Witnessed by:

_____
Carmen Figueroa

By: _____
Christiana Trust, a Division of Wilmington
Savings Fund Society, FSB, as Trustee for
Normandy Mortgage Loan Trust, Series 2013-18,
by Selene Finance LP its attorney in fact  *as set forth*
Mitchell Oringer
Senior Vice President  *by POA*

STATE OF TEXAS            )
                          ) SS:
COUNTY OF HARRIS          )

*recorded on 12-11-14 as set forth in V01813 Page 606 in Bergen County*

I CERTIFY that on the __10__ day of __May__, 2017
**Mitchell Oringer**
personally came before me and stated to my satisfaction that this person (or if more than one, each person):
(a) was the maker of the attached Deed;
(b) was authorized to and did execute this Deed as ___Senior Vice President___ of **Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, as Trustee for Normandy Mortgage Loan Trust, Series 2013-18,** by Selene Finance LP its attorney in fact, the entity named in this Deed;
(c) made this Deed for **$1,250,000.00** as the full and actual consideration paid or to be paid for the transfer of title.  (Such consideration is defined in N.J.S.A. 46:15-5); and
(d) executed this Deed as the act of the entity.

Signed and Sworn before me on
May 10, 2017

_____
Notary Public

My Commission Expires: ___2-13-2021___

_____
Carmen Figueroa       Witness

CONSTANCE R BAKER
My Notary ID # 129227647
Expires February 13, 2021

Record and Return to:

4817-3641-2480, v. 1