# G

