K

1

STATE OF NEW JERSEY
CITY OF ENGLEWOOD
CITY COUNCIL WORKSHOP MEETING
MUNICIPAL COURT 73 S. VAN BRUNT STREET
TUESDAY, MAY 7, 2019
COMMENCING AT 7:38 P.M.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
IN THE MATTER OF                    : TRANSCRIPT OF
Proposed CareOne at East Palisade   : PROCEEDING
Avenue and North Woodland Street    :
                                    :
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

ORIGINAL

B E F O R E :


THE CITY COUNCIL OF THE CITY OF ENGLEWOOD

THERE BEING PRESENT:

MICHAEL WILDES, MAYOR

KATHARINE H. GLYNN, COUNCIL PRESIDENT

CHARLES COBB, COUNCILMAN

CHERYL WEINER ROSENBERG, COUNCILWOMAN

MICHAEL D. COHEN, COUNCILMAN

WAYNE HAMER, COUNCILMAN




BARRY A. FOND SHORTHAND REPORTERS, INC.
CERTIFIED COURT REPORTERS
381 BROADWAY
WESTWOOD, NJ 07675
201-666-4888
FAX:  201-666-6944

2

1

2

3

4   A P P E A R A N C E S:

5

6       HUNTINGTON BAILEY LLP
        BY:   WILLIAM J. BAILEY, ESQUIRE
7       373 Kinderkamack Road
        Westwood, NJ 07675
8       Counsel to the City Council

9

10      ARCHER & GREINER, P.C.
        BY:   THOMAS J. HERTEN, ESQUIRE
11      Court Plaza South, West Wing
        21 Main Street, Suite 353
12      Hackensack, NJ 07601-7095
        Counsel to CareOne

13

14

15

16

17   A L S O   P R E S E N T:

18

19      YANCY WAZIRMAS, RMC
        City Clerk

20

21

22

23       BARRY A. FOND SHORTHAND REPORTERS, INC.
            CERTIFIED COURT REPORTERS
24                381 BROADWAY
             WESTWOOD, NJ 07675
25                201-666-4888
             FAX:  201-666-6944

3

1

<u>I N D E X</u>

2

<u>SPEAKER</u>                                        <u>PAGE</u>

3

Joseph S. Straus                              10, 105

4

Ronald A. Fuerst, PLA, RLA, ASLA      13

5

Dan D. Disario, PE, PTOE              18

6

Dan King, AIA, NCARB                  20

7

Richard Preiss, PP                    23, 38

8

A. Kimberly Hoffman, Esquire          28

9

PUBLIC COMMENT PORTION                39

10

Janet Sharma                          39

11

Jack Silberman                        41

12

Jeff Carter                           44

13

Diane Jansen                          48

14

Rabbi Chaim Poupko                    51

15

Andrea Hedrych                        53

16

Rabbi Zev Reichman                    56

17

Ann Dermansky                         57

18

Amy Bulluck                           59

19

Rick Whilby                           62

20

Curtis Caviness                       65

21

Rabbi Shmuley Boteach                 66

22

Laura Vogel                           69

23

Rabbi Gabriel Bousbib                 72

24

Charlotte Bennett Schoen              74

25

4

I N D E X

| SPEAKER | PAGE |
|---|---|
| Rabbi Menachem Genack | 75 |
| Christopher C. Gagliardi | 77 |
| Wayne Scott | 80 |
| Joseph Hoyle | 84 |
| Charles Peller | 87 |
| Pete Jensen | 95 |
| Raphael Benaroya | 98 |
| Sandy Greenberg | 99 |
| James Evans | 103 |
| Molly Rodriguez | 104 |

E X H I B I T S

| NO. | DESCRIPTION | ID | EVID |
|---|---|---|---|
| A-1 | Application with exhibits | | 8 |
| A-2 | Presentation summary letter dated 5/1/19 from Project Engineer, Michael J. Fowler, P.E. | | 8 |
| A-3 | Resume of Michael J. Fowler | | 8 |
| A-4 | Full Site Plans prepared by Langan Engineering dated 4/30/19, 17 sheets | | 8 |
| A-5 | Site Plan rendering dated 8/15/18, prepared by Langan Engineering | | 8 |
| A-6 | Aerial Map dated 9/12/17, prepared by Langan Engineering | | 8 |

5

EXHIBITS (cont'd)

| NO. | DESCRIPTION | ID | EVID |
|-----|-------------|----|----|
| A-7 | Resume of Ronald A. Fuerst, PLA, RLA, ASLA, managing principal of Langan Engineering | | 8 |
| A-8 | Traffic and Parking Statement dated 4/29/19, prepared by Daniel D. Disario, P.E., PTOE of Langan Engineering | | 8 |
| A-9 | Resume of Daniel D. Disario, P.E., PTOE | | 8 |
| A-10 | Presentation Summary letter dated 5/1/19 from Dan E. King, AIA, principal, Meyer Design Inc. | | 8 |
| A-11 | Resume of Dan E. King, AIA | | 8 |
| A-12 | Architectural Elevations for the proposed project developed by Meyer Design Inc., consisting of 4 slides | | 8 |
| A-13 | Floor Plans for the proposed Project developed by Meyer Design Inc., consisting of 4 slides | | 8 |
| A-14 | Planning statement dated 5/1/19 Prepared by Richard M. Preiss, VP of Phillips, Preiss, Grygiel, Leheny Hughes, LLC | | 8 |
| A-15 | Resume of Richard M. Preiss, P.P. | | 8 |
| A-16 | Legal analysis of the applicability Of the Fair Housing Amendments Act ("FHAA") and the Religious Land Use and Institutionalized Persons Act ("RLUIPA"), dated 5/1/19, Prepared by A. Kimberly Hoffman, Esq. | | 8 |

6

1          COUNCIL PRESIDENT GLYNN:  Next, we have

2     a presentation from CareOne, if you folks would like

3     to come forward.  I'd also like to point out for the

4     audience that the stenographer is with CareOne and

5     she's here on their behalf.

6          MR. HERTEN:  Where would you like the

7     exhibits to be set up?

8          COUNCIL PRESIDENT GLYNN:  Try and tilt

9     it so the audience can see, because we have copies.

10          THE WITNESS:  Okay.

11          MR. HERTEN:  Before I begin, the

12     purpose of the court reporter, as I wrote in my

13     letter of May 2nd, is to give you daily copy so that

14     you can have a full transcript of everything that has

15     gone on tonight by your Friday package, hopefully.

16          COUNCIL PRESIDENT GLYNN:  Yes, we

17     appreciate that.  I just wanted to clarify for the

18     public.

19          MR. HERTEN:  Yes.  Thank you.

20          I can begin?

21          COUNCIL PRESIDENT GLYNN:  Yes, sure.

22          MR. HERTEN:  Thank you.

23          Good evening, Council President,

24     members of the Council, Mayor Wildes.

25          My name is Tom Herten from Archer &

7

1    Greiner.  I represent the applicants, and they are

2    431 East Palisade Avenue Real Estate, LLC, and 7

3    North Woodland Street, LLC.

4              These applicants are before you tonight

5    for a presentation in furtherance of the application

6    that was filed on January 14th of this year to

7    request a rezone of my clients' properties, basically

8    situated at the intersection of North Woodland and

9    East Palisade Avenue for use as an assisted

10   living/memory care facility.

11             The property is located directly to the

12   east of the Dwight Englewood School complex.

13             The application, which we filed on

14   January 14th, was supported by exhibits, but it

15   wasn't the first time that we were before this

16   governing body.

17             About a year before then, we began the

18   process of investigating a rezone for our clients'

19   property.  We had conversations with city staff.  We

20   spoke with your city attorney.  We submitted legal

21   memoranda.  We had an informal presentation before

22   you on August 21st of 2018.

23             So that is the background of the

24   application.

25             In furtherance of our application, I

8

1    did draft and submit to all of you a letter dated May

2    2nd of this year.  The letter included within its

3    contents 16 exhibits, A-1 being the formal

4    application itself, and also as a precursor to this

5    evening, the exhibits that we intended to rely upon

6    for this presentation.

7                 With the consent of your city attorney,

8    we are admitting those exhibits in my letter of May

9    2nd into the record as part of the record, without

10   further authentication, because the parties who

11   created those documents will be here this evening and

12   you can ask them questions.

13                 (Exhibits A-1 through A-16 are marked

14   in evidence.)

15                 MR. HERTEN:  We have a tight timeframe,

16   we understand that, so we will be as efficient as we

17   can.  My opening remarks will be extremely limited.

18                 I just want to say that this is not

19   only an important evening for my client, but, we

20   respectfully submit, is an important evening for the

21   City of Englewood itself, because we're before you

22   asking you, as the City Council, to take legislative

23   action by initiating the rezone process within the

24   City of Englewood.

25                 The reason that we are before you is

9

1    that your Master Plan guides us and guides you to

2    implementing its objectives by legislation, by

3    ordinance.  The Council on Affordable Housing and the

4    New Jersey Fair Housing Act sort of suggests that in

5    order to satisfy your affordable housing obligation

6    within the community, you need to take legislative

7    action.  The federal Fair Housing Act also requires,

8    in order to implement its goals and purposes,

9    legislation.

10              You are the only body within the City

11    of Englewood that has the power to enact legislation.

12    The zoning board doesn't.  And that is why we are

13    here before you and that is why it is such an

14    important evening for us.

15              I would only ask that you listen to and

16    take heed at your city attorney's advice.

17    Applications for rezoning must rise and fall on their

18    own merits.  Each one is different.  The fact that

19    you grant one does not create a precedent that makes

20    you obliged to enact rezoning on another application.

21              We believe that the application we're

22    going to present to you this evening is unique, is in

23    the public interest, and we expect, through our

24    planning testimony and the testimony of Kim Hoffman,

25    who has a host of experience in the federal Fair

J. Straus                                                    10

1    Housing Act, that you will have the necessary tools

2    to make the decision that we are asking you to make.

3            In my May 2nd letter, I gave you the

4    batting order of who's going to be testifying.

5    They'll be testifying in the order that I suggested:

6    Joseph Straus first; Ron Fuerst from Langan

7    Engineering; Dan Disario doing traffic presentation;

8    Dan King doing architectural; and then Richard

9    Preiss, our planner, and then finally Kim Hoffman,

10   our FHA attorney.

11           We will begin the presentation, and

12   I'll leave my remarks at that right now.

13           COUNCIL PRESIDENT GLYNN:  Thank you

14   very much.

15           MR. HERTEN:  Joseph Straus.

16           COUNCIL PRESIDENT GLYNN:  I just want

17   to make one remark, that this evening is a

18   presentation and we look forward to hearing it in its

19   entirety, but the council is taking no action this

20   evening, this is just for us to hear the

21   presentation.

22           Thank you.

23           MR. HERTEN:  Thank you.

24   J O S E P H   S.   S T R A U S, c/o CareOne, 173

25     Bridge Plaza North, Fort Lee, New Jersey 07024,

1         states as follows:

2             MR. STRAUS:  Honorable Mayor, members

3   of the Council, thank you very much for your time

4   tonight.  I'd also like to thank all of the neighbors

5   and community leaders who have come out tonight to

6   show their support for our project.  In particular,

7   I'd like to thank Rabbi Akiva Block from Kehilat

8   Kesher; Rabbi Menachem Genack from Congregation

9   Shomrei Emunah; Rabbi Chaim Poupko from Congregation

10  Ahavath Torah; and Rabbi Zev Reichman from East Hill

11  Synagogue, for all their support, and for three of

12  whom are here tonight representing their respective

13  congregations.

14             Ladies and gentlemen, I stand before

15  you tonight not only as a representative of the

16  applicant, but also as a fellow Englewood resident, a

17  neighbor, and a representative of sick, elderly,

18  frail, handicapped and disabled members of our

19  community.

20             Although we have been given a very

21  strict time limit and you will hear from our experts

22  in more detail, I'd like to give you a quick summary

23  of what you will hear tonight.

24             First, contrary to what ignorant

25  gossipers, Facebook posters with questionable motives

J. Straus                                                      12

1   would like you to believe, this is not a request for

2   spot zoning.  We are not asking for special treatment

3   as a landowner or as a developer.

4              On the contrary, we are asking for our

5   application to be considered, because the primary

6   service that our company provides is an invaluable

7   one that satisfies a need in our community that is

8   not currently being met.

9              Because we, as members of Englewood, a

10  community where, as a result of their religious

11  beliefs, many of its members are geographically

12  constrained, have failed to provide suitable housing

13  and care for the sick, elderly, frail, disabled, and

14  handicapped among us.

15             Second, the negative impacts that the

16  people campaigning against our project may have

17  repeated are overstated, and, in most cases,

18  completely untrue.

19             Third, we've spoken to many neighbors

20  and incorporated their feedback into our plans, and

21  there is no notice requirement for tonight's

22  presentation.

23             Fourth, there was an inordinate amount

24  of time and attention put into this project to ensure

25  it fits into the greater Englewood environment and

R. Fuerst                                                                13

1    architecture were preserved.

2                    After all, I will live closer to this

3    project than most people in this room and pass by it

4    everyday on my way to work.

5                    Fifth, the local zoning board does not

6    have the jurisdiction and is not the appropriate

7    venue to review this application.  This is an

8    application that the Council must hear and take

9    action on itself, because, in this instance, the

10   local zoning ordinance does not reasonably

11   accommodate the needs of the perspective residents of

12   our facility.

13                   Sixth, and I want this point to be

14   very, very clear, a denial of our application for a

15   zoning ordinance change (with a referral to the

16   zoning board of adjustment) would not remedy the

17   discriminatory effects of the city's ordinance and

18   would simply delay the opportunity for the

19   perspective residents of our facility to live in the

20   location of their choice.

21                   Thank you.

22                   MR. HERTEN:  Ron Fuerst from Langan

23   Engineering.

24   R O N A L D   A.   F U E R S T, PLA, RLA, ASLA, c/o

25      Langan Engineering & Environmental Services, 300

R. Fuerst                                                          14

1          Kimball Drive, Parsippany, New Jersey 07054,

2     states as follows:

3               MR. FUERST:  My name is Ron Fuerst,

4     managing principal from Langan Engineering and

5     Environmental Services.

6               Good evening, Council members.  I

7     appreciate the opportunity to present this.

8               My role tonight is simply to kind of

9     introduce you to the project that is currently

10    designed and proposed.  So I'm going to take a few

11    aspects of some plans here, so I can go back and

12    forth, you have plans in front of you, but I'm just

13    going to point to them.

14               So, real quick, this plan here is an

15    aerial that basically shows the location of the site.

16    It's on the northeast corner of East Palisade Avenue

17    and North Woodland Street.

18               This is Palisade Avenue here, 9W to the

19    right.

20               This is a blowup of the site.  As you

21    go closer in on this, you'll see Dwight Englewood

22    High School is off to the west and the Moriah School

23    is also to the south there, so the orientation is on

24    the well traveled East Palisade Avenue.

25               So, currently the existing site

R. Fuerst                                                        15

1    comprises of about four different lots, three of them

2    are in Englewood and one of them is in Englewood

3    Cliffs.  We're combining them into one single lot

4    that comprises of just roughly almost five acres,

5    4.96 to be exact.

6                   Currently on the site right now are two

7    basically single family homes, one being used partly

8    by, I believe, Moriah School and the other one is an

9    abandoned house that has a pool and an adjacent

10   accessory use of a tennis court, which is located

11   down in this area towards Flat Rock Brook.

12                  We've also superimposed the overall

13   site plan of the footprint of the building that we'll

14   be proposing.

15                  So, the proposal is to create a 150 bed

16   assisted care facility, a memory care operation for

17   this location.

18                  It's a facility that is operated by

19   CareOne quite regularly.  They know how to do this

20   very well, so the components necessary, the architect

21   will go into what it entails that are all

22   incorporated into this single use.

23                  We situated the building itself within

24   the center of the lot, but one of the things we were

25   very sensitive to was the orientation and the

R. Fuerst                                                              16

1   surrounding neighborhoods.  The site itself obviously

2   has single family homes up to the north and to the

3   west, but is also adjacent to Dwight Englewood High

4   School, which has a lot of larger buildings, very

5   beautiful buildings, for that matter.  We wanted to

6   fit into the character of that location.

7              What you'll also see here is that we

8   have access points that do provide sufficient access

9   to and from the building.  They are located off of

10  East Palisade Avenue here in a full movement, as far

11  away from the intersection as we possibly could get

12  to avoid any kind of conflicts and issues, which Dan

13  Disario will talk to in a moment, as well as

14  additional access predominantly for emergency access

15  to be able to get around the building itself off of

16  North Woodland.  It is important to note that this

17  access will be a left turn only, it will not be a

18  right turn back into the residential area to keep the

19  few stray cars that might be in that neck of the

20  woods oriented back towards East Palisade Avenue.

21              So what you'll also note here is that

22  the footprint itself is approximately 46,000 square

23  feet.  The building itself will be over three

24  stories, with a partial basement in the portions of

25  the building that will be located in this darker

R. Fuerst                                                              17

1   shaded area.

2              The site is relatively steeply sloped

3   in certain areas, so we were able to take advantage

4   of that, and actually in certain areas, imbedded

5   slightly more into the building, into the ground

6   itself to help minimize the height and the issues

7   that are there.  But overall the design itself is

8   compliant with the setback requirements that we

9   normally would have in this R-AAA zone in the area.

10             One other thing important to note too

11  is in the footprint we also have courtyards that are

12  located inside the building itself, which are used by

13  the residents in order to keep everybody basically

14  self-contained and used within the space itself.

15             We've added 111 cars to the overall

16  parking facility, and that is adequate to

17  sufficiently provide both for the uses of the

18  employees for the facility itself as well as the

19  people who come in and visit the elderly that are in

20  this location.

21             One other major component to this was

22  obviously trying to orient the landscaping and make

23  sure this really fit the community.

24             And what you'll notice here is,

25  particularly over in North Woodland Street and also

D. Disario                                                                    18

1    near the brook, our intent was to save as many of the

2    trees, which we have an abundant amount of on this

3    site in order to increase the buffers and make sure

4    we can make the building as subtle into this

5    location.

6              And this is just a quick rendering of

7    that location at the corners of North Woodland and

8    East Palisade Avenue.

9              As you can see, by being able to create

10   at least a 50 feet buffer that we have there, we can

11   preserve a lot of existing trees that are in that

12   location.  The building will be situated behind

13   those.  But in addition to that, we're also adding a

14   lot of additional landscaping that will be in and

15   around the building itself.

16             So, at the end, this will be a building

17   that will be very much in line with what's along with

18   Dwight Englewood High School and as well as with East

19   Palisade and we believe will fit the site itself very

20   well.

21             So with that, I'm going to hand it over

22   to Dan Disario, who is going to talk a little bit

23   about traffic.

24   D A N   D.   D I S A R I O, PE, PTOE, c/o Langan

25       Engineering & Environmental Services, 300

D. Disario                                                    19

1         Kimball Drive, Parsippany, New Jersey 07054,

2     states as follows:

3              MR. DISARIO:  Good evening, ladies and

4     gentlemen.

5              As detailed in your packet, which is a

6     traffic study that we've prepared, as it relates to

7     this facility, I've worked on dozens of them, and I

8     can respectfully submit to you that these types of

9     facilities are relatively low traffic generators.

10             We estimate this facility will generate

11    about one new trip to the area every 1 to 2 minutes

12    during weekday morning and evening commuter hours.

13             I can tell you that level of traffic

14    increase to this area will not significantly impact

15    traffic operations, and I would respectfully submit

16    to all of you, as well as the public that are here,

17    that if you're inclined to grant approval for the

18    rezoning and this facility were to be constructed,

19    you will not be able to discern any noticeable

20    differences in traffic operations either along East

21    Palisade or North Woodland as a result of this

22    project.

23             And because of that, we are proposing

24    no improvements in terms of roadway or intersection

25    improvements as part of this project.

D. King                                                                    20

1          East Palisade, North Woodland Street

2     will remain exactly as they exist currently.  There

3     are no changes whatsoever in terms of physical

4     modifications to either of these roads as part of

5     this proposal.

6          I would leave you lastly with the site

7     plan as it relates to access and circulation.  The

8     site is contemplated to comply with design standards

9     that relate to circulation and access, and, in my

10    opinion, both circulation and access will work

11    efficiently and accommodate the demands that are

12    associated with this use and the proposed parking

13    that's contemplated.

14          You heard from Ron earlier, there's in

15    excess of 100 parking spaces.  I can tell you, based

16    on my experience, that amount of parking will

17    sufficiently accommodate anticipated demands for this

18    use.

19          And with that, I will turn it over to

20    the project architect, Dan King.

21    **D A N   K I N G, AIA, NCARB,** c/o Meyer Design Inc.,

22       dking@meyerdesigninc.com, states as follows:

23          MR. KING:  I'm going to be very brief.

24          Thank you, Council members, for having

25    us here.

D. King                                                                    21

1              I'm the architect.  I've been with

2     Meyer for 25 years.  We have been doing senior living

3     design for over 20, and probably more than half of

4     our projects have been in the Northern New Jersey

5     area.

6              I want to talk quickly about the

7     architecture of the building.

8              It is always important to us, but

9     especially to our client, Joseph Straus, who actually

10    lives in this community.  It's actually very rare

11    that our client actually lives in the community in

12    which they're developing, so he has a very personal

13    stake in this and wants it to absolutely fit into

14    this community.

15             So we tend to spend time within the

16    townships that we're going to design and make sure

17    that whatever we build fits within the fabric of that

18    community.

19             What we learned is that over the

20    history of this town, there has been a lot of Dutch

21    and Netherlands influence from settlers that came in

22    in the late 1800s and also in the mid-20th century,

23    and you'll see a lot of tutor-style architecture, you

24    know, some of the apartments, retail, you'll see a

25    lot of this style, the stucco and the wood banding at

D. King                                                    22

1   a lot of locations, so we wanted to build off of

2   that.

3              We anchor both ends of the building

4   with a turret.  We try to establish some human scale

5   with a one-story bump-out at the front, and then as

6   the building steps back, at the main entrance, we use

7   some glass with the diamond muntins to try to really

8   make it feel authentic and residential.

9              It's important for these kinds of

10  facilities, that one, they feel residential so that

11  the person who's moving in there feels like they're

12  moving into a new home.  We want residents and

13  families to feel a sense of pride of where their

14  parents are moving into.  This is an opportunity to

15  bring people closer to them for those who live in

16  this community.

17             As indicated by the civil engineer, it

18  does slope down towards North Woodland Street, and

19  under there we put a lower level.  It has just public

20  spaces of a multipurpose room, a chapel.  These

21  spaces will be used for programming of the community,

22  establishes that all of you would have access to for

23  things like seminars and how to, you know, treat

24  elderly and that sort of thing.

25             So that's the building, and I'm going

R. Preiss                                                              23

1    to turn it over to Mr. Preiss.

2                R I C H A R D    P R E I S S, PP, c/o

3         Phillips Preiss Grygiel Leheny Hughes, LLC, 33-41

4         Newark Street, Third Floor, Suite D, Hoboken, New

5         Jersey 07030, states as follows:

6                MR. PREISS:  Good evening.  My name is

7    Richard Preiss.  I'm the planning consultant.

8                Tonight I want to address three aspects

9    related to the proposed rezoning.

10               The first is the city's Master Plan and

11   Zoning Ordinance.

12               The second is the suitability and

13   compatibility of the proposed project with respect to

14   its location and the surrounding uses.

15               And the third is the obligation of the

16   city to rezone the property, as opposed to sending

17   the matter to the zoning board of adjustment for a

18   use variance.

19               With respect to the Englewood Master

20   Plan, your 2014 Master Plan acknowledges the aging of

21   the population and also the need to provide choices

22   of housing for that population.

23               In fact, objective No. 6 of your Master

24   Plan is what is labeled as "senior oriented

25   development," and the Master Plan actually indicates

R. Preiss                                                    24

1    that assisted care facilities development is

2    something that can provide positive fiscal returns

3    for the city, and 1 wholeheartedly agree with that.

4              One of the very substantial benefits of

5    assisted living facilities is that they generate

6    substantial revenues, because they are high value

7    uses, but they generate no schoolchildren and little

8    demand for municipal services because virtually all

9    of these are provided in-house.

10             The one thing that your Master Plan

11   failed to do is to identify specific locations or

12   zones where such housing could be accommodated.

13             As will be indicated in the person

14   who's after me, Kimberly Hoffman, an attorney, the

15   city's Zoning Ordinance does allow assisted

16   facilities in the RIM Zone, Research, Industrial and

17   Manufacturing Zone, but a more appropriate location

18   would be in one of the city's residential areas or

19   zones, and the proposed location is in fact a very

20   suitable location.

21             Further, as I read Ms. Hoffman's legal

22   analysis, the law supports and mandates that

23   conclusion.

24             In terms of its compatibility and

25   appropriate location, it's located at the corner of

R. Preiss                                                              25

1    two appropriate streets, Palisade Avenue and North

2    Woodland Street.  They have the capacity to handle

3    the traffic and provide access to the property.

4              Palisade Avenue is a major collector,

5    it runs eastward from the downtown, through a

6    neighborhood that is predominantly multifamily,

7    transitioning into an area of larger single family

8    residential lots, but it's an area where you have

9    larger institutional uses.  These have been mentioned

10   before.  Dwight Englewood School is on the opposite

11   corner of North Woodland Street and Palisade Avenue,

12   and the Moriah Hebrew School is a short distance to

13   the south on South Woodland Street.

14             One of the things about assisted living

15   facilities, that they are extremely benign land uses

16   from a land use impact point of view.  They have low

17   traffic generation, particularly at peak hours, low

18   parking needs, and very little outdoor use or noise

19   and activity generation.

20             They are predominantly residential in

21   nature and are often found in the midst of single

22   family residential areas or adjacent or close to

23   neighboring single family homes, upon which

24   historically, in my experience, they've had little

25   negative impact.

R. Preiss                                                           26

1              The third aspect that I wanted to

2      address is the obligation of the city to rezone this

3      property for the assisted living facility rather than

4      to send it to the zoning board for a use variance,

5      and this comes from two overriding mandates related

6      to assisted living.

7              The first is the federal Fair Housing

8      Amendments Act, where communities are under the

9      obligation to make accommodations for the frail

10     elderly.  Ms. Hoffman, who will precede [sic] me, is

11     going to address this aspect.

12             The second is the obligation of

13     municipalities to provide their fair share of low and

14     moderate income housing.  And with respect to the

15     latter, Englewood's repose, a community of builder's

16     remedy lawsuit actually expires at the end of this

17     month.

18             Englewood faces a very substantial

19     third round prospective need for the period of

20     1999-2025.  Fair Share Housing planner, David Kinsley

21     (phonetic) has calculated that obligation as

22     1,331 units, and alternatively there was a recent

23     decision last year by Judge Jacobson in Mercer

24     County, which is being followed by Fair Share Housing

25     in most municipalities seeking a declaratory

R. Preiss                                                      27

1   judgment, and that calculation was a third round

2   prospective need of 819 units.

3                   Assisted living facilities have been

4   considered as inclusionary housing projects, which

5   help the municipality to meet their fair share

6   obligation, because there's a state requirement that

7   ten percent of all the units must be for Medicaid

8   eligible residents, and this meets the income

9   threshold for low income households.

10                  When communities rezone individual

11  properties or individual sites for such an

12  obligation, such actions are not considered by the

13  courts to be illegal spot zoning, because the public

14  health and welfare is being advanced.  Moreover,

15  meeting such an affirmative obligation is a necessary

16  legislative action that must be undertaken by the

17  zoning body, by the City Council that is to create an

18  opportunity for such projects.

19                  Therefore, in this particular case,

20  this project should be permitted through a rezoning,

21  and cannot and should not be referred to the zoning

22  board of adjustment for a discretionary decision

23  within the context of a (d)(1) use variance.

24                  The CareOne facility meets all of the

25  Council on Affordable Housing site suitability

A.K. Hoffman                                                    28

1    criteria, so that it can be deemed suitable in its

2    location and at the scale to meet the affordable

3    housing obligation and to provide units for the

4    prospective third round obligation.

5              I should note that this project has

6    been designed in a way that it meets all of the bulk

7    requirements of the RIM Zone, that's a zone in which

8    assisted living facilities are provided, except for

9    the height and the setback requirements.

10             And, finally, in my opinion, the

11   proposed CareOne facility site and location is

12   extremely well suited to assist Englewood in meeting

13   its mandates of the federal Fair Housing Amendments

14   Act as well as the low and moderate income housing

15   obligation of New Jersey's Fair Housing Act.

16             Thank you.

17   A.    K I M B E R L Y    H O F F M A N, ESQ., c/o

18       Morris James LLP, 500 Delaware Avenue, Suite

19       1500, Wilmington, Delaware 19801-1494, states as

20       follows:

21             MS. HOFFMAN:  Good evening.  It's an

22   honor to be here.  I'm Kim Hoffman.  I'm an attorney

23   who litigates in the area of housing, health care,

24   and religious institutions.

25             I gave Mr. Herten a written analysis in

A.K. Hoffman                                                    29

1    the record already regarding the city's opportunity

2    to fulfill its obligations under both the Fair

3    Housing Act amendments and the Religious Land Use and

4    Institutionalized Persons Act.

5                So I'm here tonight to offer a brief

6    summary of my analysis and answer my the questions

7    that the Council or the Mayor may have.

8                AUDIENCE VOICE:  Excuse me, could you

9    speak into the microphone?  Can you lift it up?

10               Thank you.

11               MS. HOFFMAN:  The city has an

12   obligation to afford the elderly, who are considered

13   handicapped and covered by the Fair Housing Act, an

14   equal opportunity to enjoy housing in residentially

15   zoned districts, including housing in assisted living

16   and other types of congregant care.

17               Because there are no residential zoning

18   districts where assisted living is allowed in

19   Englewood, granting this application is necessary to

20   provide a reasonable accommodation under the

21   Englewood code for that use and avoid the disparate

22   impacts of the present code on elderly persons in

23   Englewood.

24               The city also has the opportunity to

25   remove a substantial burden on religious exercise in

A.K. Hoffman                                                    30

1    the city.

2                    Members of various faith communities

3    can better engage in religious practice by continuing

4    to live in residential districts near their places of

5    worship, and, indeed, key tenets of some faiths, like

6    Orthodox Judaism rely on walking during Shabbat.

7    Only facilities in residential areas can lift the

8    burden that zoning assisted living all the way to

9    commercial district places on the Orthodox community.

10                   Congregants must visit the sick, attend

11   services, and, in the case of rabbis, conduct

12   services.  And unless they're in this residential

13   district, they can't do that and they can't carry

14   things, such as the Torah or food for the sick or for

15   the elderly.  So that's why it's very important to be

16   able to locate this facility in this residential

17   neighborhood and not in the RIM district.

18                   Council has the opportunity to change

19   that for this community.

20                   By zoning assisted living out of

21   residential areas, the code is presently imposing a

22   substantial burden on both members of faith

23   communities who could be residents of this new home

24   and also on churches and synagogues themselves who

25   are trying to minister to the elderly and involve

1  them in religious practices.

2              The board of adjustment, as others have

3  said, is just not tasked with complying with these

4  statutes nor is it tasked with implementing the

5  Master Plan, the Council is.

6              Courts make clear that legislation

7  achieves full compliance with these laws, not the

8  discretionary quasi-judicial decisions that the board

9  of adjustment has to make on a case-by-case basis.

10             So the applicant is hoping to work

11  collaboratively with Council to obtain relief for

12  itself, but also to protect the city from federal

13  litigation where courts can award damages, attorneys

14  fees, in fact usurp the entire zoning process

15  entirely from the city, in order to ensure compliance

16  with both the Fair Housing Act and the Religious Land

17  Use and Institutionalized Persons Act.

18             If there are no further questions,

19  including about my presentation or submitted

20  materials, thank you.

21             COUNCIL PRESIDENT GLYNN:  Thank you.

22             MR. HERTEN:  Thank you, Council

23  President, members of the Council, and Mayor Wildes.

24  That concludes the presentation.

25             If any of you seek additional

A.K. Hoffman                                                              32

1    information from us, we would be happy to provide it.

2    We look forward to your deliberative process,

3    weighing what was said here tonight, reading and

4    digesting the information that we have provided to

5    you in our written submission, and we're hopeful that

6    we can come back to you, if necessary, for any

7    further questions you might have, or, absent that, a

8    favorable decision on our request.

9              Thank you very much.

10             COUNCIL PRESIDENT GLYNN:   Thank you.

11   Any questions?

12             Mayor.

13             MAYOR WILDES:   Thank you.

14             Thank you for your presentation.

15             The record should reflect that there

16   are correspondences that were sent to many of us and

17   meetings held, and all of that should transparently

18   be made part of whatever our subsequent record.

19             I sat on this dais years ago when the

20   Han Moory Church was there.

21             Does the Han Moory Church still own the

22   site property or part of the acreage?  Because at the

23   time we denied that and it was a religious house of

24   worship, because of the significant effect that it

25   would have on that corridor.

0130

A.K. Hoffman                                                    33

1              MR. HERTEN:  Yes, the Han Moory Church

2     still owns a portion of the assembled property.

3              CareOne, my clients, are contract

4     purchasers but we do submit, Mayor, that this project

5     is like apples and oranges from the Han Moory Church.

6              You heard from the traffic consultant

7     the minimal impact that this would have on the

8     neighborhood.

9              MAYOR WILDES:  The Master Plan, you're

10    saying, is silent on federal Fair Housing Amendments

11    Act and also on religious practices?

12             Is that one of the claims, that the

13    Master Plan is failing behind on those two matters or

14    that this body is the more efficient body to make

15    those determinations?

16             MR. HERTEN:  I'll have Ms. Hoffman

17    respond, but the suggestion is that the Master Plan

18    of the City of Englewood has called out the need to

19    allow its graying population to remain in place.

20             The Master Plan has this as an

21    objective, but since the Master Plan was adopted,

22    there has been no ordinances to in fact fulfill that

23    need and legislate and allow for assisted living and

24    care of the elderly within the borders.

25             In terms of the two statutes that Ms.

A.K. Hoffman                                                          34

1    Hoffman speaks to, I'll let her talk.

2              MAYOR WILDES:  And just further to

3    that, before Ms. Hoffman addresses that, the board of

4    adjustment is specialized when it comes to

5    institutional uses in that area, particularly Dwight

6    Englewood and a lot of the other institutional uses

7    along that corridor.

8              Would your position be that they be

9    denied a vote or a say in this process, that the

10   Council make a law first, or do they then play a

11   role, if the Council designates a change in an

12   ordinance, does it then go to the board of adjustment

13   as far as site plan details?

14             MR. HERTEN:  There are two aspects of

15   this, and Mr. Bailey would speak to this as well.

16             We're asking for the rezone process to

17   begin.  What we're asking the council to do is to

18   introduce an ordinance to allow for an assisted

19   living facility in this site.  The ordinance has to

20   be published in first reading.

21             MAYOR WILDES:  No, I understand, and

22   there will be a transparent process of a new

23   ordinance, but will the board of adjustment have an

24   opportunity to look at the site and everything at

25   that juncture, if there is a new ordinance passed by

A.K. Hoffman                                                    35

1    the Council?

2              MR. HERTEN:  It would be planning

3    board.

4              MAYOR WILDES:  It would be the planning

5    board then?

6              MR. HERTEN:  Yes.

7              MAYOR WILDES:  But there would be a

8    governing board --

9              MR. HERTEN:  Oh, absolutely.

10             MAYOR WILDES:  I see the great lengths

11   to which you made it look residential and the queuing

12   and everything is very different than the church that

13   that was there many years ago, but there will be

14   board, it's not going to be pulled out of the board's

15   hands?

16             MR. HERTEN:  No.

17             After an ordinance is adopted, we still

18   have to go through the site plan approval process,

19   but the appropriate jurisdiction at that time would

20   be with the planning board.

21             MAYOR WILDES:  Thank you.

22             Ms. Hoffman, the real question was, I

23   know that there are accommodations that hospitals and

24   assisted living facilities do for Sabbath observers,

25   Shabbat and so forth.

A.K. Hoffman                                                    36

1                 Is it your claim that the city is

2     deficient in its accommodation of religious Orthodox

3     practices by not having something within walking

4     distance?

5                 MS. HOFFMAN:  Yes.

6                 To comply with the Religious Land Use

7     and Institutionalized Persons Act, given the Orthodox

8     population, compliance could be achieved by locating

9     a facility like this within a residentially zoned

10    district, which is what the code presently doesn't

11    allow.  So that's what is putting the substantial

12    burden on both the congregants and also the

13    institutions.

14                MAYOR WILDES:  And that means that the

15    board of adjustment would be inadequate to address

16    this, there needs to be an ordinance from the Council

17    with that designation in mind?

18                MS. HOFFMAN:  That would be

19    appropriate, but the board of adjustment's

20    jurisdiction is to take existing criteria under the

21    code and decide whether it should be waived.  This is

22    more of a legislative matter, where it's the

23    Council's jurisdiction to try to achieve compliance

24    with that law.

25                MAYOR WILDES:  It just looks, walks and

0134

A.K. Hoffman                                                    37

1    talks like spot zoning, and that is the issue that we

2    have around this, but your claim is that it's not,

3    it's just that the law of the city does not

4    accommodate the Fair Housing Amendments and religious

5    practices of that community?

6           MS. HOFFMAN:  That's right, and there

7    is a lot of law that says that when these beneficial

8    uses are adopted, both assisted living and these

9    accommodations are made under the Religious Land Use

10    and Institutionalized Persons Act, and that burden is

11    lifted, it's not deemed to be spot zoning.

12           MAYOR WILDES:  All right.

13           And the community would then have their

14    fair shake at giving this a haircut, once the

15    planning board or the board of adjustment, whatever

16    venue gets it at a later time.  It's not like the

17    ordinance passes, the project's approved, it still

18    goes through the normal processing, correct?

19           MS. HOFFMAN:  Oh, no, absolutely.  It's

20    not the case that this is -- you know, this does not

21    roll over all health, safety and welfare regulations,

22    but that's another reason why we believe that it's

23    most appropriate for the legislative process, because

24    then the Council can actually craft those protections

25    that are important for the surrounding neighborhood,

R. Preiss                                                          38

1   and that's not something that the board of adjustment

2   is equipped to do.

3              MAYOR WILDES:  Thank you.

4              MR. HERTEN:  Mayor, to fully answer

5   your questions, can I also bring up Richard Preiss on

6   the issue of spot zoning.  And we have prepared a

7   memorandum that was sent to your city attorney back

8   in mid March of 2018, but there is a COAH component

9   of this that addresses your issue with spot zoning.

10             MAYOR WILDES:  I'm actually satisfied.

11  It's up to the Council President, if she wants to

12  hear it.

13             COUNCIL PRESIDENT GLYNN:  Very briefly

14  please.

15             MR. PREISS:  As I mentioned in my

16  presentation, aside from the RLUIPA and the federal

17  Fair Housing Act, there's also an obligation under

18  the Fair Housing Act of New Jersey to meet your fair

19  share of low and moderate income housing.  And that

20  is typically done by legislative action that is by

21  providing zoning which creates the opportunity for

22  low and moderate income housing.  And that is done

23  and that has been done in Englewood historically with

24  individual sites that are suitable for that

25  particular suit or rezoned for that purpose.  And

1    under those circumstances, because affordable housing

2    is the objective, you're promoting the public health,

3    welfare and safety, and that is not considered

4    illegal spot zoning.

5              So, first of all, the affirmative

6    obligation rests with the Council.

7              And, second of all, you're immune from

8    the attack of the illegal spot zoning under those

9    circumstances.

10              COUNCIL PRESIDENT GLYNN:  Thank you.

11              MR. PREISS:  Thank you.

12              COUNCIL PRESIDENT GLYNN:  Other

13    questions, anyone?

14              Thank you very much.

15              MR. HERTEN:  Thank you.

16              (At this point in the proceeding other

17    matters are discussed.)

18              COUNCIL PRESIDENT GLYNN:  Okay.  It's

19    now time for the public session.  Anyone from the

20    public who cares to speak, please give your name and

21    address, and you have four minutes.

22              Thank you.

23              MS. SHARMA:  Hello.  My name is Janet

24    Sharma.  I'm a resident of Cresskill, but I am the

25    coordinator of the age friendly Englewood project.

1    I'm a paid consultant for that.

2              I have a concern about the CareOne

3    proposal saying that it meets the COAH and Fair Share

4    Housing requirement for low and moderate income

5    housing.

6              Age Friendly Englewood did a thorough

7    assessment of the community when we started the

8    project a few years ago, and we found that the

9    biggest need among older adults, apart from

10   transportation, is for low income housing while they

11   are aging, not while they've already aged.

12             And also we found that the majority of

13   people want to remain in their homes as they age.

14   They don't want to move out.  They don't want to go

15   to assisted living.  They want to stay in their

16   homes.

17             Also we know, from studying all of this

18   and from people that we work with, there are a lot of

19   supports available for people who are of low income

20   who want to stay in their homes, if they're really

21   low income.  There's long-term services and supports

22   that are available to them in their homes.  So I just

23   want to bring that forward.

24             Also, I'm concerned about traffic.  I

25   used to work at Dwight Englewood School.  I worked

1    their for six years, and I know that that corner is

2    just awful in terms of traffic.  It's better now with

3    the traffic light, but there's still a lot of kids

4    there.  Even though they take bus, there's still a

5    lot of kids on the street before and after school,

6    and those would be the times probably when staff is

7    coming in and going out of the CareOne facility.  So

8    I'm very concerned about that.

9              Also Moriah School didn't exist when I

10   worked there.  I mean, it was much smaller then.  And

11   so I'm concerned just about the amount of traffic

12   that involves children and families on that corner.

13             Conceivably, if it's an assisted living

14   facility, there are going to be people with walkers,

15   people with wheelchairs and so forth in that area,

16   and so I'm very concerned about traffic.

17             Thank you.

18             COUNCIL PRESIDENT GLYNN:  Thank you

19   very much.

20             MR. SILBERMAN:  Jack Silberman, 320

21   Murray Avenue.

22             Just to add my two cents, I'm concerned

23   about the CareOne facility in that if I owned a

24   mansion on either side of that property, I would

25   probably be very much inclined to try to subdivide my

1   property and make a lot of money on selling it, and

2   I'd have the case to be made well, CareOne got, you

3   know, the slippery slope aspect, you know, they got

4   it, so I would want to have it on my mansion next

5   door.  I think you're going to have a problem.

6           I love that corridor.  I love the fact

7   that -- I'm more worried about more traffic and more

8   and more buildings that will be commercial buildings

9   going through there.  And I just think that that

10  should be left as a gateway getting into town.  And I

11  think, I would really not want to disturb it.  I

12  think you're going to have a lot of problems, unless

13  we could be assured that there's never going to be

14  more development, but then it will probably look like

15  lower, all the townhouses we have on the lower side,

16  down the hill on Palisade Avenue.

17          The only thing else I'd like to ask is,

18  I've been trying to get paid since January for money.

19  I worked for the environmental commission 12 and

20  13 years, I've never asked for one dime, not one dime

21  back.  I paid for all my ways went to seminars and

22  stuff.  I didn't even know you could get it,

23  actually.  So, you know, money that I put in in

24  January and, yes, $250 came from 2016, when you

25  couldn't get anyone paid.  The city takes forever to

1   pay people.  And I needed to hire, for the

2   environmental affair we had, I paid for the bat man

3   of New Jersey to come, $250, and I couldn't find the

4   record on that and it's taken me awhile.  I figured

5   I'd get it one of these days.  And now it's one thing

6   or another, I'm finding that no one wants to pay me.

7   No one wants to pay me.

8           I put in for going to a seminar, New

9   Jersey Tree Society, whatever, that the city has to

10  have volunteers coming, not the city workers have to

11  go.  We get a certain number of points.

12          Every time I do something, I've asked,

13  whether it was Tim Dacey, Ellen Foreman for the bat

14  thing that we had, and in this case I asked to go to

15  the seminar.  You needed people to go, and I got

16  permission for that.

17          I have no problem, I know you guys take

18  a while to do that, but, I mean, eventually you

19  should just pay me.  They shouldn't be coming up with

20  stupid little excuses to pay me.

21          MS. WAZIRMAS:  I'll follow-up on that

22  tomorrow.  Okay?

23          MR. SILBERMAN:  Thank you.

24          I put calls in to Katharine, no one was

25  calling me back.  I called Yancy.  I know you've got

1   a lot of stuff going only.  I did call a couple weeks

2   ago, I called last week and I called today.

3                    MS. WAZIRMAS:  I'll follow-up tomorrow.

4   Thank you.

5                    MR. SILBERMAN:  All right.  Thank you.

6                    Last thing, I did put an OPRA in for

7   that bank statements, because I think there was some

8   issues going on.  We never had, the environmental

9   commission never had access to our bank records, so

10  I've asked for 24 months worth of bank records.

11                   MS. WAZIRMAS:  They were all emailed to

12  you already.

13                   MR. SILBERMAN:  Sorry.  Thank you.  I

14  appreciate it.

15                   MR. CARTER:  Jeff Carter, 161 Cambridge

16  Avenue, NAACP president.

17                   This is to Mr. Mayor.

18                   Mr. Mayor, I know you care about the

19  City of Englewood, but I was very upset at your

20  comments at the board of ed meeting where you said

21  our kids who are involved in the brawl committed

22  crimes, instigators, they should be expelled, not

23  suspended, expelled, that's it, prosecuted.

24                   Our kids in Englewood, whether you know

25  it or not, come with disenfranchisement, other

1    things.  I never would or should condone any

2    behavior.  But at that same time, you are saying it's

3    okay for a board member to go wild, have to be

4    restrained by police, and make no comments on that.

5              Our kids are a valued, trusted goal

6    that we have.  Some of them go ary, and we should

7    work at it.

8              We have mentoring programs and other

9    things that we have done and we continue to do with

10   them.

11             So when I hear you get up in front of a

12   packed house and say that, yes, they're wrong, but

13   they may come with some issues and we need to fix

14   them, and criminalizing them as a prosecutor and a

15   lawyer, you should never do that.

16             Everyone has a right that they're

17   innocent until proven guilty.  So I wish you would

18   stay in your lanes.  The board of ed is autonomous

19   from the City Council and the Mayor.  And so please

20   stay in your lanes, and if you have comments or

21   something happens, it should be said by the

22   superintendent, principal, or a school board member.

23             Thank you.

24             MAYOR WILDES:  Mr. Carter, if I may,

25   Ms. Glynn?

1            COUNCIL PRESIDENT GLYNN:  Yes, Mayor.

2            MAYOR WILDES:  There was a ruckus

3    before the school board, when a school board member

4    and a member from the public exchanged epithets, and

5    it got rowdy and the meeting was shut down.  Days

6    later, there was an all-out brawl in the school.

7            I won't stay in my lane, if adults are

8    acting in an untoward fashion and children are

9    watching this and follow suit, because they will

10   follow what we do, not what we say.

11           I am a former federal prosecutor, and

12   the criminals who were prosecuted for inciting this

13   and showed up, when they were told not to show up,

14   should be prosecuted, because, unfortunately, they

15   are criminals.

16           The individuals that made mistakes, and

17   kids will make mistakes, the justice department in

18   this city, this chief, this department will make sure

19   that they are not overly punished, and, from what I

20   understand, criminal charges were leveled and only

21   one child was actually expelled, not more than one.

22           I was given an overwhelming trust by

23   this community to speak.  I will not stay in my lane

24   while I watch adults screaming at each other and then

25   children brawling and no solution in place.  I did

1    not take a side, on one side, whether it was for the

2    school board member or the person that was screaming

3    or the back and forth.  I was there merely as a city

4    leader telling the adults in the room, and I was told

5    by the officer who was there that it did have a

6    calming effect.  If you're trying to draw a side as

7    the NAACP leader of this county, you're looking at

8    the wrong action, because, preacher, you're preaching

9    to the choir.  I'm on the same side as you over here.

10   These kids need a hand and a help, and I spent the

11   better part of my afternoon this afternoon with

12   students and the student council, my Sabbath, this

13   past Shabbat, I met with six different parents in my

14   backyard, and I am doing a deep dive in the school

15   because I'm not going to stay in my lane, if there's

16   something that needs to be done and nobody is doing

17   thing about it.

18             MR. CARTER:  Okay.  Well, the NAACP is,

19   and we have been in the schools.  We have done

20   monitoring programs.  And so while you're in there,

21   we are also, not only in this district but in other

22   districts, we met with the superintendent and we have

23   come up with some solutions.

24             MAYOR WILDES:  Good.

25             MR. CARTER:  But, again, we are not

Public Comment Portion                                              48

1    criminalizing, and you keep saying "adults."  Well,

2    when they turn 18, they are still high school

3    students.

4                    MAYOR WILDES:  Let's do this together.

5                    COUNCIL PRESIDENT GLYNN:  Thank you,

6    Mr. Carter.

7                    MS. JANSEN:  Hi.  Diane Jansen, 589

8    Ridgeland Terrace.

9                    First, I'd like to say, I'm glad the

10   Mayor is involved in things.

11                   MAYOR WILDES:  Thank you.

12                   MS. JANSEN:  Then I would like to say

13   that I also believe, as an inclusive city, that we do

14   need to meet the needs of all the residents,

15   including those residents that are observant and are

16   Jewish.

17                   However, I do disagree in the way in

18   which we are meeting those residential needs.  I do

19   not believe -- and I don't know if I could hold this

20   mic up here -- okay.  I do not believe that building

21   on the Seven Sisters Hill is going to help the

22   situation.

23                   And, in fact, this is my third time

24   before you opposing the CareOne proposal on East

25   Palisade Avenue.  I was here in August during the

1   first presentation, as well as in January of this

2   year, asking if the proposal was still before the

3   Council.

4            Since my last public comment on the

5   CareOne proposal, I have spoken with an area assisted

6   living administrator who is tied into other

7   administrators in the area, and I have more to

8   report.

9            As you might know, with Medicare and

10  Medicaid rates for skilled nursing facilities on the

11  decline, more and more are getting into the

12  for-profit assisted living medical business, and,

13  yes, it is a big business.  So much so, that there

14  are now too many assisted living beds in the area.

15           As a result of increased competition

16  and an oversupply of beds, one longtime administrator

17  in the business said to me that they are selling

18  units less than they were selling them, at a price

19  less than they were selling them ten years ago.

20           The administrators, in general, are no

21  longer calling it "low occupancy."  Instead they're

22  using the term "census challenged," so it sounds a

23  little better.

24           Here in our area, without my knowledge

25  of the Actors Home's number of beds, there are 273

1    beds at Bristol, 150 in Tenafly at the Clinton Inn

2    site being developed, 100 beds at Brightview of

3    Tenafly, 150 beds at Sunrise in Clinton.  All have

4    memory care.  That's 673 beds, and they are census

5    challenged.

6                    Additionally, there's CareOne in

7    Teaneck.

8                    Now, I don't know if you know how this

9    works.

10                    Yes, they have to have ten percent of

11   the beds for Medicaid, but here's what happens.

12   People are screened.  They initially come in as

13   private pay patients.  When they spend down all their

14   money, then they're converted to Medicaid.

15                    And what happens is, that the

16   facilities are getting all the private pay.  In the

17   business, that's called the "cash cow" part of the

18   business.

19                    And I hate to be talking about this in

20   terms of dollars and cents, that's why I am not

21   generally for any type of for-profit health care.

22                    I have a number of other reasons to

23   oppose this, but I will turn that over to someone

24   else.

25                    Thank you.

Public Comment Portion                                          51

1          COUNCIL PRESIDENT GLYNN:  Thank you

2    very much.

3          RABBI POUPKO:  My name is Chaim Poupko.

4    I live at 324 Audubon Road in Englewood.  I've been a

5    resident here now for approximately 14 years.  I'm

6    the senior rabbi at Congregation Ahavath Torah, an

7    Orthodox synagogue at 240 Broad Avenue.  We have over

8    700 families in our membership.

9              I'll tell you that just yesterday I was

10   sitting in my office and my assistant buzzed me on

11   the intercom to tell me that there was an elderly

12   gentleman who came into the office speaking in a

13   foreign language, and he had fallen in front of the

14   synagogue, and he bumped his head, and they weren't

15   sure what to do, they were providing him care.

16              But I came out and I found that it was

17   a member of my synagogue, a 96-year-old Holocaust

18   survivor who lives at home with his 94-year-old wife

19   and an aide.  And he got out.  He's suffering from

20   not just the early stages, but the middle stages of

21   dementia.  And they just lost track of him for a

22   moment, and he walked out because he believes that

23   every single day is the Sabbath, so he was coming to

24   Sabbath services, even though it was a Monday.

25              And so he became confused and he walked

1    to our synagogue on his own.  And on the sidewalk in

2    front of the synagogue, he fell, and he hit his head

3    and he was bleeding a little bit.  Thank God he was

4    okay, but there are a number of elderly families in

5    my community, a number of them suffering, both one

6    spouse and the caregiving spouse from dementia and

7    Alzheimer's.  And i know personally from my own

8    experience that such a facility would serve my

9    community to a significant extent.  It would be a

10   great benefit for us.

11              There are the Sabbath concerns of

12   walking and putting a facility like this close to our

13   neighborhood would certainly have a significant

14   impact.  I think it would make our community more

15   desirable, especially in what we find our sandwich

16   generations, where people are trying to care for

17   their families and their elderly parents.  And the

18   facilities that are available to the Orthodox Jews in

19   Englewood are far away, and that creates a further

20   set of challenges.  And so that's why personally I'm

21   very supportive of this proposal for the CareOne

22   facility.

23              Thank you.

24              COUNCIL PRESIDENT GLYNN:  Thank you

25   very much.

1           MS. HEDRYCH:   Andrea Hedrych, 387

2    Cumberland Avenue.

3           I'm a little nervous up here, so I just

4    want to read something quickly.  This has to do with

5    the possible bow hunt that Englewood is considering

6    and all the surrounding towns in Bergen County.

7           It takes nothing away from a human

8    being to be kind to animals.

9           Having said that, I'm saddened to learn

10   once again that there is a strong consideration from

11   many of the city mayors in Bergen County to bow hunt

12   deers or the inhumane approach that we have

13   essentially ourselves created, what a brutal approach

14   to consider when there are humane alternatives.  What

15   is an ill considered approach, when it's been proven

16   that hunting and killing deer results in deer

17   becoming more prolific reproducers.

18           The next thing I just want to discuss

19   is what I was talking about before.

20           In a little more detail, two years ago

21   Mr. Volcy, the city engineer, promised that he would

22   remedy the water problem that's been going on behind

23   my street, Cumberland Avenue.

24           Two years ago, he promised to do it.

25           He didn't do it.  He doesn't answer my

1    emails.  He doesn't answer my texts.  I have once

2    been able to talk to him in-person, because I stopped

3    in multiple times at his office.

4             He promised to do this.  I have

5    somebody that witnessed that he promised to do it.  I

6    took the next step, and I went to Ed Hynes, and in

7    writing he promised that this was the city's

8    responsibility and that he would do it.

9             But then Ed Hynes was fired or whatever

10   happened.  And Mr. Volcy, I managed to pop into his

11   office and he was there.  He didn't recognize me with

12   gray hair, because he hadn't seen me for so long.  He

13   then started to tell me how they need to survey the

14   property.  There's no proper survey of Englewood.

15   And that there was a flood at City Hall and all of

16   the maps were flooded out, so there's no way to get a

17   map.

18             And I happen to know that behind my

19   house, 100 feet behind my house is city property.

20   I've been on this for two years.  It's become a

21   full-time job for me, because my property is really

22   being destroyed by the water that is coming down from

23   city property.  And it was promised.  I have a

24   witness.  I have it in writing.  I keep going on with

25   this, and it's just so frustrating.

1                What can I do?

2                COUNCIL PRESIDENT GLYNN:  Can you call

3    me tomorrow?  I'll give you my card.

4                MS. HEDRYCH:  I'd love to.  Can I come

5    up here?

6                COUNCIL PRESIDENT GLYNN:  Yes, and

7    let's talk about it one-on-one.

8                MS. HEDRYCH:  Thanks so much.

9                COUNCIL PRESIDENT GLYNN:  I mean that.

10                MS. HEDRYCH:  I really appreciate it.

11                MAYOR WILDES:  Katharine, on the deer,

12    we're going to be hosting an event here, and I was

13    asked by a citizen, Lisa Whitsofsky (phonetic), who

14    convened something in the hospital, to invite all the

15    mayors and their designees to study this and hear

16    from the state.

17                There's no such plans as I am aware of,

18    it predates now my tenure on this term, to kill any

19    deer, whether by gunfire or bow or any chemical or

20    otherwise.

21                MS. HEDRYCH:  Thank you, Mayor.

22                MAYOR WILDES:  However, it is a major

23    challenge that we have, and we cannot fix it with a

24    Band-Aid in Englewood.  We have need to involve our

25    brother and sister mayors throughout the region and

Public Comment Portion                                          56

1   come up with a solution, and somebody is not going to

2   be happy with that.

3            MS. HEDRYCH:  Okay.  I have more to say

4   on that subject, and just very quickly -- well, I'll

5   save this for the next meeting.  Thank you both so

6   much.

7            COUNCIL PRESIDENT GLYNN:  Thank you

8   very much.

9            RABBI REICHMAN:  My name is Zev

10  Reichman.  I live at 254 Chestnut Street.  I'm the

11  rabbi of East Hill Synagogue at 255 Walnut Street.

12           I've lived here in Englewood for

13  17 years.

14           I just want to share an anecdote about

15  members of my community who used to live here in

16  Englewood.  This is a couple that survived the

17  Holocaust, went through death camps, a death march, a

18  march that had 1,500 members, only 30 survived.

19           After the war, they married.  She had

20  two children who both died before they reached the

21  age of five of Tay-Sachs, and then she had one child,

22  pregnant with a child and the doctor recommended an

23  abortion.  She didn't feel that she would have the

24  strength to be able to have a third child who might

25  also have that terrible disease, and the doctor

Public Comment Portion                                          57

1    promised if he had the disease, I'll raise the child.

2              Thankfully, that child did not have the

3    disease.  That was her only child.  She lived here in

4    Englewood.  He lived here in Englewood.

5              About 8 or 9 years ago, she came down

6    with Alzheimer's.  There was no place for her here in

7    Englewood.  She was a member of my synagogue.  Her

8    son was a member of my synagogue.

9              Unfortunately, she had to a facility up

10   near Rockland County.  Her son wasn't able to visit

11   her that often.  He tried as much as he could.  Her

12   grandchildren, her five grandchildren, her reason for

13   living weren't able to visit her that often.

14             A facility like the CareOne facility

15   will be able to help keep families together and

16   enable a lot of people to have much a better life.

17   It will help the elderly.  It will help their

18   children.  And I would even say it might even help

19   the school issue, because a facility like this where

20   children can go volunteering will also help make

21   children into nicer people.

22             COUNCIL PRESIDENT GLYNN:  Thank you.

23             MS. DERMANSKY:  Ann Dermansky, 300

24   Catherine Street, Englewood.

25             I'm a little confused about the

1   proposal that we had for elderly people, of which I'm

2   one these days.

3                 Is this assisted living or is this for

4   people as like other CareOnes, like the one in

5   Tenafly, which is basically a rehab.  I've heard both

6   things.  I've heard their architect say it's like a

7   "new home."  If it's a new home, this isn't just a

8   bed, this has to be a little apartment, something

9   else.

10                Whatever it is, the one other thing I

11  never heard about is:  What does this cost?

12                What I did hear is that somehow

13  building this thing will help us with fair housing

14  and affordable housing.

15                I'd like to know, how?

16                I've also heard that this particular

17  project will have no negative impact on the city.  I

18  say absolutely it will, because of the rezoning.

19                This area is zoned for single family

20  houses, as far as I know.

21                To change that, to put this particular

22  building there puts all of the beautiful homes there

23  at risk.

24                People love money, and somebody already

25  said what's going to happen is you're going to have

1  people who are going to want to divide their land.

2  Yes, it will have tremendous negative impact here.

3            I am very concerned about this project.

4  I'm also concerned about the looseness in terms.

5            CareOne, as far as I know, is a

6  deliverer of rehab.  People get out of the hospital,

7  and Medicare pays for it.

8            We don't even know what this is going

9  to cost, but from everything I've heard, Medicare is

10  not paying this.  And I want to know, are you going

11  to set aside rooms for Section 8 people?  I don't

12  believe that this is going to help the people in

13  Englewood who most need help.

14            Thank you.

15            MS. BULLUCK:  Amy Bulluck, 312 Howland

16  Avenue, Englewood.

17            A couple of little food for thought in

18  regards to the CareOne project.

19            No. 1, to Diane Jansen's point, she's

20  absolutely correct in that people will use up their

21  private funds, and then they're converted to

22  Medicaid.  I know this for a fact, because I nursed

23  my two parents at home on hospice so that they would

24  not have to forfeit everything that they worked for

25  while they lived here in Englewood.

1                    So my question is:  How are we going to

2    be assured that that ten percent or whatever that

3    number is of Medicaid eligible residents who would be

4    able to live at this facility are going to be true

5    Medicaid eligible residents and not people who have

6    spent out their private funds or transferred them to

7    their kids over the course of five years, because

8    they only do a five-year lookback.

9                    AUDIENCE VOICE:  Right.  Right.

10                   MS. BULLUCK:  I would need some

11   reassurance on that.

12                   My second question is, I understand the

13   need that this will fulfill for the Jewish community.

14   I do.

15                   My question is:  Is this facility only

16   for the Jewish community?  I'm assuming it's not, but

17   I say that because I want you to have a little bit of

18   food for thought, that there's a community here in

19   Englewood that has survived the Jim Crow South era.

20                   And we have that big monstrosity over

21   there on Route 4 for assisted living.

22                   CareOne, which is going to meet a need

23   for our Jewish residents, what about our minority

24   residents who don't have the same type of finances

25   that some other residents in Englewood have and who

1   end up in basically dumping grounds of nursing homes

2   because they have no other option?

3                   Thank you.

4                   COUNCIL PRESIDENT GLYNN:  Thank you.

5                   MS. KITTS:  Hi.  Laurie Kitts.  I live

6   at 27 North Woodland Street.

7                   I oppose the rezoning in that area.  I

8   am the neighbor to the property that is in

9   discussion, and I just found out about this project

10  on Sunday morning.

11                  So, for me, there's a lot of talk here

12  about neighbors and being very neighborly, but I am

13  the neighbor, and I never knew anything about this

14  until a friend of mine happened to reach out and I

15  found out.  I just happened to live in the

16  neighborhood.  So that alone is upsetting, at best.

17                  I also sat in with the Mayor for many

18  Han Moory meetings.  We spent a lot of time here.

19  Traffic was a huge issue, but there was also issues

20  with topographic, drainage, blasting.  There were so

21  many issues and so many meetings, they never pursued

22  building a facility on those properties.

23                  I would not want to see that happen.  I

24  do agree with them that there may be a need for their

25  community to have a place or for the whole community

Public Comment Portion                                          62

1    to have a place.  When I say that, I'm not sure about

2    the walking.  If you've ever been to that area of

3    Palisade Avenue and you'd try to walk, there's no

4    sidewalks in that area whatsoever.  So I would find

5    that, just from the start, based on what I saw from

6    drawings, there's no sidewalks being proposed, I

7    don't know, I'd be a little bit concerned about that

8    also.  But I'd also never like to see it happen.

9            Thank you.

10           MR. WHILBY:  Rick Whilby, Englewood,

11   New Jersey.

12           First I want to wish all of the Muslim

13   residents here in Englewood a Happy Ramadan.  And I

14   say, you know, peace be upon my brother, the

15   honorable minister Louis Farrakhan.  I happen to be a

16   descendent of a never-ending holocaust, a holocaust

17   that has no beginning and it probably has no end, the

18   black holocaust.

19           And we are here in the hells of North

20   America, and the Mayor referenced criminals.  This

21   country was built by criminals, by slaves that looked

22   like me.

23           Okay.  Furthermore, there's a criminal

24   by the name of Ed Hynes that got employment here in

25   the City of Englewood, made $190,000, even though he

Public Comment Portion                                    63

1    met the minimum requirements for that.  There's
2    criminals that sit on the board of education that
3    want to siphon off funds and destroy our school
4    system.
5              There's criminals within the police
6    department that refuse to hold themselves to the same
7    statutes that they hold citizens.
8              All right.  There's a criminal that sat
9    on your planning board, his name is James Demetrakis.
10   We can call him a criminal now, because he plead
11   guilty in a court of law.
12             I don't know if Katharine Glynn
13   considers herself a criminal, because, you know, you
14   just failed to maintain your property.  Okay.  So,
15   nonetheless, we're talking about criminals.  The
16   Mayor talked about criminals.
17             Okay.  Me, myself, I went to work one
18   day, because I'm in the repossession business, I
19   picked up a car for a guy that was a police officer.
20   He pull out his gun.  Split second, I punched him in
21   the face.  Am I a criminal for making a decision like
22   that?
23             Okay.  Kids don't do things in school,
24   and there's certain circumstances outside of their
25   control, but to call young men criminals, I've been

Public Comment Portion                                                64

1   there.  Me an my brothers have been incarcerated,

2   juvenile detention centers at 10 and 11-years-old.

3   Not because my dad was a failed man, but because we

4   was a product of our environment.  You understand?

5   And my mother had to sit there and watch us be

6   shackled at 10 and 11, two brothers with handcuffs

7   through the rotunda in the building in Hackensack.

8   You understand?  Am I a criminal?

9           Okay.  So we have to be very careful.

10          The bible tells us, okay, God made a

11  covenant to Abraham, and he said his seeds is going

12  to be like the sands of the sea, and they will be

13  scattered to all four corners of the earth.  So his

14  children are going to look like everybody in this

15  room, not just people from Europe.  Okay.  And that

16  covenant stands to this day.

17          There's a lot of people in the city

18  that are engaged in criminal activity, but we don't

19  call them criminals.

20          Tomorrow being Superior Court, okay,

21  when a board member from the board of education, that

22  told me he was going to F me up.  Is he a criminal?

23  It's like he almost beat up the police officer there.

24          And another thing, I've been looking

25  through some of these things in the budget meeting,

Public Comment Portion                                    65

1    and I realized that the court clerk hasn't gotten a

2    raise in over 20 years.  Okay.

3                    They do a wonderful job here in

4    Englewood.  They make sure that they keep the records

5    straight.  The court is making us money, is

6    generating us money.  We need to take care of people

7    that take care of us and stop rewarding criminals,

8    because I got a long list of criminals, but if I

9    start calling the criminals criminals, I'll run out

10   of time.  Okay.  Period.

11                   So have a good night.

12                   MR. CAVINESS:  Curtis Caviness from

13   Englewood.

14                   First I'd like to give a shout-out to

15   Officer Martin.  Officer Martin was the only police

16   officer at the board of education meeting.  I believe

17   it was on the 11th.  He handled himself in a very

18   professional way.  He kept tempers down.  He was very

19   professional in his duties.  I don't believe that

20   there was a need for ten other police officers to

21   show up, but they did, but I'd like to give a

22   personal shout-out to Officer Martin.

23                   Even after being chest bumped three

24   times, as the video shows, he still handled himself

25   in a very professional way.

1                     Thank you.

2                     COUNCIL PRESIDENT GLYNN:   Thank you.

3                     RABBI BOTEACH:   Rabbi Shmuley Boteach,

4       394 East Palisade Avenue.

5                     Mayor Wildes, Madam President, members

6       of the Council, fellow citizens, this is becoming a

7       much more memorable night than I expected.

8                     May I first say, because I must, that

9       there is no game of one-upmanship between suffering

10      in the Jewish community and African American

11      communities.  The American abomination of slavery and

12      Jim Crow should be rightly condemned by anyone of

13      conscience, as should the anti-Semitism of Louis

14      Farrakhan, whose racial views are in direct

15      contradiction to the soaring oratory of the greatest

16      American of the 20th century, Martin Luther King, who

17      articulated the biblical image of all human beings

18      being created equally in the image of God.

19                    It is rare that I find myself in

20      conflict as a rabbi and as a private citizen.  I hope

21      usually that my values pertain to both roles.

22                    By right as a rabbi, and perhaps with

23      this I might even be able to speak on behalf of my

24      rabbinic colleagues.  By right tonight, we should

25      really be doing communal events commemorating the

1   fallen Israeli soldiers for Israel's Memorial Day, a

2   tiny majestic democracy who fights to uphold Western

3   style American values in the Middle Eastern sea of

4   tyranny.

5              Instead we're here, dividing a

6   community over a very important issue, whether or not

7   a facility for the elderly and the infirm should be

8   created.

9              And I have to be honest, because

10  honesty is the best policy, I myself am conflicted.

11             Mr. Straus is an honorable man.  He

12  comes from a family of honorable people who are

13  philanthropists, they are religious people, they are

14  activists in the community, and we should acknowledge

15  that they are universally regarded and respected.

16             But I am a father and I live directly

17  across the street from that development, directly

18  across the street.  My children play there.  My

19  son-in-law is here, his children.  I was playing with

20  them today.  What do I put first, the communal needs

21  or my own?  Am I being selfish if I insist on my own?

22             I'm genuinely conflicted.  And what I

23  would ask this committee, the Council, is two things.

24             Firstly, can you please ensure that

25  this entire process is absolutely transparent,

1    because we at least deserve to know exactly what is

2    going to be happening.

3                    And, secondly, make your minds up about

4    what you want to do about that corner where I live,

5    the corner of East Palisade and Woodland.

6                    Because ten years ago at this time in

7    2009, Mayor Wildes was in his first term as Mayor,

8    joined me in trying to prevent one of the world's

9    foremost terrorists from moving into that home that

10   was my next door neighbor.  And I don't know who gave

11   the government of Libya the permit to develop that

12   property in the first place, that was calling for the

13   annihilation of my people, a man who was a state

14   sponsor of terrorists recognized by the United States

15   of American and the State Department.  And Gaddafi

16   was coming here, and we stopped him, and at that time

17   I said, "What is going on with that corner?  Is it

18   industrial, is it residential, is it institutional?"

19                   Put yourselves in my shoes for a

20   moment.  I tried to setup a synagogue there, a small

21   synagogue, because, unlike many of the rabbis here, I

22   deal primarily with Jews who are not that observant

23   or non-Jews.  People come to my home who are not

24   Jewish, who want to be influenced by universal Jewish

25   values.

Public Comment Portion                                          69

1              The head of the planning board, Lewis

2    Baer, who is not here tonight, was a regular

3    congregant.

4              Maybe the more traditional shuls were

5    not something that appealed to him -- I'm sorry, if

6    I'm going over my time, I'll end -- and the synagogue

7    was blocked by the city saying that it was too

8    public.

9              COUNCIL PRESIDENT GLYNN:  Thank you

10   very much.

11             RABBI BOTEACH:  So I just want to say,

12   make up your minds because we deserve to know.  I

13   have not yet made up my mind, but it is either all

14   one thing or all the other, it's all industrial, it's

15   institutional or it's private, but we deserve to

16   know.

17             Thank you.

18             COUNCIL PRESIDENT GLYNN:  Rabbi, thank

19   you.

20             MS. VOGEL:  Laura Vogel, 318 Marlboro

21   Road.

22             First of all, thank you, Janet Sharma,

23   for bringing up those important issues and

24   statistics, things that you've gathered about what

25   the needs of what seniors are.

1                And I don't think any of us here is not

2     sympathetic, because we've all been through it with

3     aging parents and family members, and how difficult

4     it is emotionally and financially, of course.

5                But I do think that it's time for the

6     city to consider the needs of those who would need

7     housing, and I agree with Janet, before they need, as

8     we're beginning to age.  And that's just where I am,

9     do I want to keep my house.

10                I know that I cannot afford the Bristol

11    or any of the other assisted living facilities in the

12    area.  And these are real problems that we all have

13    and we all have to consider.

14                But I also want to make sure that we

15    preserve our residential areas.

16                To quote somebody that I respect a lot,

17    "We give up our zoning an inch at a time."  And I

18    think that's an important issue to consider.

19                Now, there's something else perhaps

20    that might solve some of the problem in the

21    residential area there that people want to feel that

22    they want to have their families close by, and I've

23    seen advertisements in the newspaper.  For instance,

24    CareOne has a memory home.  They bought a large old

25    mansion in Paramus.  Am I right about that?  I've

1    seen it advertised.  And they bought the house and

2    they converted that house into a small facility, so

3    it doesn't change the residential community.  There

4    were like 10 or 15 residents who live in the home,

5    and it's a way to preserve even a lot of our old

6    homes.  Why not consider doing that on the hill?  Why

7    not consider that?  It preserves the residential, as

8    well as it's smaller facilities.  And we certainly

9    have a lot of large houses up there for sale.  Is the

10   Gloria house still for sale, I think?  Imagine how

11   many people you can house in there, right, without

12   having to do that.  And I know CareOne has done it,

13   I've seen it advertised.  I believe it's in Paramus.

14              And if I have another minute, about the

15   deer hunting that's possibly being spoken about.

16   We're back to this again.  We've discussed this

17   before.  Anybody on the Council at the time when this

18   was being discussed?  I don't remember.  And we had

19   the state come in.  And I have to tell you, the state

20   pushes deer hunting.  Why?  At the time Christie was

21   in.  He was bowing down to the hunters.  And what he

22   did, which you got to consider seriously, if you're

23   going to consider bow hunting in this city, is

24   Christie changed the law that you could bow hunt

25   within 150 feet from a private residence.

1           Could you imagine somebody 150 feet

2   from your house with one of those power bows?  And

3   also, they have to be a damn good shot, because when

4   you look online about bow hunting, if you don't hit

5   that deer to kill -- and it's a horrible way.  They

6   die, they bleed out, they die slowly.

7           And if you're a lousy shot, that deer

8   is walking around with the bow sticking out of his

9   hind or wherever else.  It's disgusting.  So consider

10  that.  Okay.  That's all we need is deer with bows

11  coming out down Palisade Avenue sticking out for our

12  children to see.  Okay.  I'm not kidding, look online

13  about this.  150 feet from your house.

14          COUNCIL PRESIDENT GLYNN:  Thank you.

15          MS. VOGEL:  You're welcome.

16          RABBI BOUSBIB:  Good evening.  My name

17  is Gabriel Bousbib.

18          Madam President, Mr. Mayor, members of

19  the Council, I live at 296 Thornton Road.

20          I first like to share with you a small

21  anecdote that in my opinion illustrates the need that

22  our community has for the CareOne facility.

23          For the last three years of his life,

24  my father lived in a CareOne facility in Teaneck.

25  And because he was in Teaneck, it was not possible

1    for me and my children to visit him on the Sabbath

2    and the holidays, which certainly had, you know, a

3    meaningful impact on us.

4              So having a CareOne facility which

5    would cater to our community within walking distance,

6    and it is possible to walk on North Woodland, you

7    know we've done it many times when we go to services

8    at Moriah, for example.  We can walk.  There are

9    sidewalks on North Woodland.  And this will make a

10   tremendous, tremendous difference certainly for our

11   community and for Englewood at-large.

12             What I haven't heard discussed tonight

13   as well is, of course we need to balance the

14   development needs of Englewood versus the character

15   of the city.  But this kind of facility, done

16   properly, can add revenue to the city, can attract

17   residents.  And I think maybe it was the rabbi who

18   mentioned earlier, the sandwich generation, people

19   that have aging parents and have also children and

20   will be enticed to move into Englewood that will help

21   support the real estate values in Englewood at-large,

22   which obviously increases the tax bases for the city

23   and will help generate additional revenue for the

24   city.

25             I wish to conclude by saying that the

1   owners of CareOne, the Straus family, are experienced

2   operators of these kind of facilities.  I have seen

3   it firsthand in my personal experience with my father

4   in Teaneck.  And they will know how to run this

5   facility and how to integrate properly this facility

6   in Englewood.

7                    Thank you.

8                    COUNCIL PRESIDENT GLYNN:  Thank you.

9                    MS. SCHOEN:  Charlotte Bennett Schoen,

10  337 Audubon Road, Englewood.

11                   And my best regards to the Council, to

12  my neighbors, to my friends that are here.

13                   I come with a question tonight, because

14  I received multiple emails asking me to come tonight

15  to put this question.

16                   I sat on the council for six years, and

17  there was never a process like this in front of the

18  Council.

19                   The Mayor alluded to spot zoning.

20  People are concerned about spot zoning.

21                   We live in a town that has a planning

22  board, a board of adjustment, and a Master Plan.  I

23  have no doubt that there's lovely people involved and

24  valid issues, but we're in the wrong place at the

25  wrong time.  This is a City Council.  We are not the

1    planning board.  We are not the board of adjustment.

2    And we are not working on the Master Plan.  So on

3    behalf of myself as a resident and the people that

4    live there, address the issue, but send it to the

5    right place.

6                    RABBI GENACK:  Menachem Genack, rabbi

7    in Congregation Shomrei Emunah.  I live at 129

8    Meadowbrook Road.  I live in Englewood since 1980.

9                    So I just want to address a few of the

10   issues that were mentioned by some of the people on

11   line before me.

12                   First of all, I think it's very

13   important to recognize this particular facility is

14   going to have set aside 60 percent of the people will

15   be for people with memory loss, Alzheimer's, which is

16   unfortunately a hugely growing population.

17                   In terms of whether enough assisted

18   living facilities in our area, CareOne as a rule has

19   a 95 percent occupancy rate, which tells you, first

20   of all, that it gives very good care and that there's

21   a dramatic need, and it's not open space, so to

22   speak, in terms of assisted living facilities in our

23   area.

24                   What was mentioned before in terms of

25   my community, specifically in terms of the walking

1    distance, the general plan didn't accommodate that,

2    and I think that's important.

3                  Also, it's beneficial for the

4    community, because they're going to train the nurses

5    and the assistants in this particular facility.

6    They're going to train them, and it's going to create

7    jobs for people within our community in all kinds of

8    areas.

9                  In terms of why it's being discussed

10   here as opposed to a planning board, I think that was

11   made clear before.  In terms of federal law, in terms

12   of the Fair Housing law, this is considered because

13   it's for the benefit of both for seniors and because

14   of the religious considerations, has a special

15   status, and ultimately that's why it should be

16   discussed here.  And it's not something that can

17   really be -- you know, we want Englewood to avoid

18   litigation, which is expensive, that's why it belongs

19   here.  It's inherently beneficial for the community,

20   for the general community, not only Jewish community.

21                  It will create jobs and it solves a

22   really important problem for a specific community in

23   that area.

24                  And in terms of, you know, was

25   mentioned before, there have been studies done in

1    terms of what impact it will have on the traffic in

2    that area.  It will be minimal.

3              In terms of the aesthetics of it, it

4    will blend completely in.  It will be a tutor.  I

5    live in a tutor house in Englewood also, I'm partial

6    to tutor, and that's why I recommend it belongs here

7    at this Council.

8              COUNCIL PRESIDENT GLYNN:  Thank you.

9              MR. GAGLIARDI:  Christopher C.

10   Gagliardi, 165 West Street, Apt. D, Englewood, New

11   Jersey.

12             Members of the Council, fellow citizens

13   of Englewood.

14             I applaud the fact that you all are

15   talking about CareOne housing and other pending

16   issues that are important.

17             One of the reasons why I came tonight

18   was to hear about the CareOne housing.  I want to

19   explain why right now I am leaning towards the

20   important issue.

21             I want to take you back to a certain

22   time period, 1980.  There was a woman who gave birth

23   to a 38-year-old son.  A son born with a challenge

24   called "infantile autism."

25             And one of the reasons why this woman

1   did not put her son in an institution or group home

2   was because she believed there was a future for him

3   to come before City Councils like this or speaking

4   gigs like this and to really stand up for what's

5   right to make things accessible.

6           Along the way, she had certain

7   sacrifices she made, such as having breast cancer

8   three times.  Eventually having her body part

9   removed.  And dealing with infection, fighting to

10  recover.  Spinal surgery, which was the result of a

11  collapsed spine.  A vertebra neck that also was

12  surgery.  Again, cancer again for the fourth time.

13  She also had to dealt with asthma, pneumonia,

14  bronchitis, which she is going through again.  And

15  now the most difficult battle of all, the simple L

16  word, lymphoma.

17          Can you imagine the many health

18  sacrifices this woman had to make to raise an

19  autistic son so he could deal with certain issues

20  like this, where he could be cared for in homes such

21  as the one that we want to have in our city?

22          That woman's name, if most of you don't

23  know is Lynda Grace Monahan Gagliari.  That is me.

24  That is my mother and I am her son.

25          I speak before you, because I want this

1    residency, not just for the seniors and elderly, for

2    all denominations, but especially those who have

3    special needs, so they can live a life of freedom

4    with help and care, especially those who are on the

5    Autism Spectrum Disorder.

6              I myself, a 38-year-old autistic

7    citizen, believe that with this kind of housing, it

8    can help a great deal, make it compliant with ADA

9    laws and so forth, and also sensitivity for families

10   on the Autism Spectrum Disorder.

11             We should also make sure that it's

12   accessible as well for public transportation for

13   people who want to go places and do things.

14             I don't oppose it, but I do support it

15   for all the simple reasons, because one day my mother

16   may go from this earth, where am I going to live?

17   Where am I going to live?  That's the question all of

18   us should answer now.  That's why this housing is

19   important, not just for the elderly, and not just for

20   denominations of all nationalities and so forth, but

21   it should also be accessible for people like myself

22   to live a life of content and to continue the

23   fighting, the good fight of faith so that we can make

24   a difference.

25             COUNCIL PRESIDENT GLYNN:  Thank you.

1              MAYOR WILDES:  Katharine, just to

2      congratulate Chris, he was published this week on

3      page 8 of the school Torch paper, the Bergen

4      Community College, perhaps one of our most articulate

5      citizens.  Thank you, Chris, for your contribution.

6              MR. GAGLIARDI:  Thank you.

7              MR. SCOTT:  Wayne Scott, resident of

8      Englewood, taxpayer, and I happen to be the Zoning

9      Official for the City of Englewood.

10             When I heard the presentation that was

11     made by CareOne, I heard some misinformation that was

12     given.

13             I don't have a weigh in one way or the

14     other, but I happen to have some knowledge about

15     zoning.

16             I heard the term for the RIM district

17     referred to, it's the Research, Industry and

18     Mechanical District.  That was incorrect.  It's

19     actually the Research, Industry and Medical district.

20     It was a product of the 2014 Master Plan review.

21             I apologize, I'm not articulate at all,

22     I don't public speak, but I thought I should say

23     something.

24             In that mindset which was presented

25     during that Master Plan review that medical uses is

1   what would be permitted in that district, not

2   mechanical.  It was moved from that industrial

3   mechanical kind of thinking to move towards something

4   that was more along the lines of medical use.  That's

5   why it's RIM.  And I point that out because I

6   encourage the Council that if you're going to pursue

7   considering this, that you should become as educated

8   about land use as you can.

9           I think a lot of people probably figure

10  they know stuff.  They might have, because of their

11  personal expertise, attorneys, or whatever, but land

12  use is a different kind of animal, it's a different

13  creature, which is why normally a plan comes past my

14  desk.  I'm the person who reviews all plans that come

15  in.

16          I found out about this when I was on my

17  way into the meeting today.  I never heard about it.

18  I was out on medical leave for quite a while, so

19  maybe I missed it.  But normally something like this

20  would come before my desk, I would review it.

21          I want to be careful that I'm not

22  saying anything I shouldn't be saying.  I'm not an

23  attorney.  Bill, help me.

24          MR. BAILEY:  Okay.

25          MR. SCOTT:  But it normally comes

1    before the zoning Official, he reviews it and sends

2    it to the appropriate board.

3               This came in another way, and I had no

4    idea it was happening.  And I'm only saying that to

5    suggest to you that you, if you're going to

6    deliberate about this, become educated.

7               I trust that the planning board and the

8    board of adjustment, they are educated and they have

9    experience in dealing with these types of things.

10              I also want to throw caution that if

11   you entertain it, and this is a question, whether it

12   might prejudice any future case that might go before

13   the planning board or board of adjustment in that

14   it's been heard already.  And you might want to take

15   care of that, to consider that.

16              I heard it said that it's appropriate

17   for the City Council.  And my question to the City

18   Council is:  Do you feel that you're more educated

19   about this type of thing than the board of adjustment

20   or planning board?

21              I wanted to ask another question, and

22   that question is:  Where's the council with the

23   budget.  I saw a podcast or whatever, a video, where

24   there were things that were brought up about the

25   budget during the last meeting, I think it was a week

1   or so ago, and it was kind of like slighted.  It

2   wasn't answered.  Someone who works for the City of

3   Englewood presented a question to the Council about

4   the budget, and it just moved on to something else.

5           I hope that the City Council is

6   appreciative to its employees and its residents who

7   work and live in town, and they would like to know

8   the answers to some of the things that came up on the

9   budget.  I know that there was some deserving

10  displacements, I'll say, with the city manager,

11  whatever, but I hope that that doesn't throw

12  everything off and that you guys focus on some of the

13  things that are already on the table.

14          COUNCIL PRESIDENT GLYNN:  Thank you,

15  Mr. Scott.  We appreciate your feedback.

16          MR. SCOTT:  One other thing.

17          COUNCIL PRESIDENT GLYNN:  Your time is

18  up.

19          MR. SCOTT:  Very quickly.

20          COUNCIL PRESIDENT GLYNN:  30 seconds.

21          MR. SCOTT:  Okay.

22          The last mayor, I attended the planning

23  board meeting when they were talking about the Master

24  Plan, and I suggested that I might offer my services,

25  and I was told that the meeting was public

1    information or something; in other words, I was

2    dismissed.

3                I would like to suggest that if you

4    have any inclination, if you're going to go forward

5    with hearing anything that has to do with zoning --

6                COUNCIL PRESIDENT GLYNN:   Thank you.

7                MR. SCOTT:   -- I'm available pro bono.

8                COUNCIL PRESIDENT GLYNN:   We appreciate

9    that.   Thank you very much.

10               MR. HOYLE:   Good evening, Joseph Hoyle,

11   Elmore Avenue, Englewood.

12               There's been a lot of talk tonight

13   about school, the school, an issue that we had at our

14   high school.   It's very disturbing, but more

15   disturbing is characterizing our children as

16   criminals.   That's not a good thing.

17               I have to applaud the president of the

18   NAACP for having the foresight and initiative to try

19   to do something about the situation, to try to make a

20   difference and change it, change the outcome in the

21   future where there's not going to be a fight.

22               And I don't know if everyone here is

23   aware of it, but today we had a mass shooting in

24   Colorado, and unfortunately, one of their students

25   perished as a result of the gunfire.   Several others

1   were wounded.

2                    We are just blessed and fortunate that

3   we haven't had a situation like that in our school

4   system, and I would pray that we continue to be

5   blessed on that, and that we get more people to come

6   forward with some type of initiative how to avoid

7   confrontations in the school system.

8                    But what I also would like to ask the

9   Council is a question pertaining to how the city goes

10  about hiring contractors.  And I guess I shouldn't

11  say "contractors," I'm trying to be more specific and

12  talk about how does the city hire doctors to do

13  evaluations and physicals?  Is that a bidding process

14  with the doctors or is it someone appoints the city

15  doctor?

16                   MR. BAILEY:  If I may.

17                   Professional services such as doctors,

18  engineers, that's generally not bid, that's not

19  required to be.  Under the public contracts law,

20  that's a professional services exemption.  So it

21  doesn't have to be bid.  Frankly, I don't know, I

22  know we have a city physician --

23                   MR. HOYLE:  Correct.

24                   MR. BAILEY:  Her name escapes me at a

25  the moment.

1            MR. HOYLE:  But we also have what is a

2   psychological examiner, 1 don't know if he's on

3   retainer, that's where the question is coming from.

4            MR. BAILEY:  Oh, for potential

5   employees type of thing?

6            MR. HOYLE:  Correct.

7            MR. BAILEY:  I'm not involved in that.

8   I'm not sure.

9            The labor attorney I could check with.

10           MR. HOYLE:  Okay.  So that that's not

11  an appointment or anything?

12           MR. BAILEY:  No.

13           MR. HOYLE:  Because I have some

14  concerns with the one that we currently have, and

15  we've been doing a lot of business with this

16  particular doctor.  And there are some disparities in

17  his judgment that have resulted in a lot of

18  applicants having life changing experiences and not

19  afforded opportunities.  And I would just like

20  whoever may be in charge of that or able to influence

21  the hiring of these doctors in the future, to really

22  look into it and take a serious look at the current

23  doctor that we have, because there's some major

24  disparities in the way that he's conducting himself

25  as a doctor.

1          COUNCIL PRESIDENT GLYNN:  Thank you

2     very much.  We'll look into it will.

3          MR. PELLER:  Good evening.

4          Charles Peller, Fair Lawn, New Jersey.

5          I just want to speak on priorities a

6     little right now.

7          I have a cousin who lives at 111, and

8     at this very moment she's afraid to come out of her

9     apartment because of the drugs and people getting

10    high.

11         During your prior administration, this

12    has been going on.  There's been a few major drug

13    busts there, there was a prostitution bust, I

14    understand, that was in 111.  This has been going on

15    for quite a while.  It seems like when the bust is

16    done, it will slow down for a month or two, and it

17    goes back to doing the same thing, which tells me

18    that none of you care.  That's what it says.

19         The fact that nothing's been done about

20    it in all these years, it's the same as the school

21    system.  Okay.  I graduated Dwight Morrow High

22    School, I didn't graduate, I left in '75 because I

23    got married.  Dumb ass.

24         You know, when you invite your science

25    teacher to your wedding, you're too young to get

1   married.

2                   What I'm saying is, it's the same

3   thing.  For decades, it's been going on, and the same

4   thing here.  So to think about and even looking at

5   opening another place, while the people in our town

6   are living in the way they're living is kind of

7   ridiculous to me.

8                   I'm not saying that it can't happen,

9   the CareOne, but you're not taking care of what you

10  should be taking care of.

11                  And I hate to look at this way also,

12  but it's a fact and it's the truth.  Look at the

13  demographic of people who are living in 111, okay.

14  It's people from the Fourth Ward, it's people who

15  have worked in this town a lot their lives.  A lot of

16  them work for the city, for the DPW.  And these

17  people are actually being pooped on.  The living

18  conditions there are not that great.  There are

19  people in the building who are getting high,

20  residents who are getting high, letting people in

21  from the street, young people who are getting high,

22  and it's very unsafe for them.  So before we move on

23  to other things, like a bigger CareOne, I think that

24  that should be addressed, because it's a damn shame

25  the way those people are living.

1                    Thank you.

2                    COUNCIL PRESIDENT GLYNN:  Thank you

3     very much.

4                    MAYOR WILDES:  Ms. Glynn, before the

5     next speaker comes up, we exchanged a phone call last

6     evening about midnight where the gentleman asked if I

7     would put him up in the Crown Plaza Hotel for the

8     next four evenings, and we have exchanged multiple

9     texts and emails because he was woken from his sleep

10    and will be for the next four or five evenings,

11    because somebody at City Hall arranged for Verizon,

12    and I have ridiculous videos, as we speak, to start

13    working at 10:00 at night and go until 4:30, 5:00 in

14    the morning.  He requires eight hours sleep for the

15    kind of work he does, I told him to come out this

16    evening because he can't sleep and he was a block

17    away at Town Center.

18                    MR. BENSON:  Thank you, Mr. Mayor.

19                    My name is Mark Benson.  I'm a resident

20    of Englewood for the past ten years.  I live at 20 W.

21    Palisade Avenue, which is right on the Main Street.

22                    At 8:00 last evening, there was some

23    disturbance, and, to cut a long story short, it

24    turned out there was major construction work that

25    went on until almost 3:00 a.m. on West Palisade

1     Avenue.

2            I went out.  I spoke to several

3     policemen and I spoke to the contractors.  It turns

4     out Verizon are laying FiOS cables for the next five

5     nights, this being No. 4 of night five.

6            I and the residents of my building had

7     not been informed.  The management of my building had

8     not been informed.  Apparently, there was so many

9     flimsy flyers that were being handed around the shops

10    on the Main Street.  And as a consequence, and to Mr.

11    Wildes' point, I lay awake until 3:00 this morning.

12    I then had a migraine.  I was unable to take my

13    personal training class at 5:00 a.m. this morning.  I

14    was unable to work.  I had a major migraine all the

15    day and I have not slept.  And this evening at 9:00

16    the work commenced again.

17            I sent Mr. Wildes four videos just for

18    reference.  And this work is going on until 4:00 in

19    the morning, and it's going on for the next three

20    nights until 4:00 in the morning from 8:00 in the

21    evening.

22            We were not consulted about this.  We

23    were not advised about this.  This is a major, major

24    disturbance.  I have not slept since I woke up on

25    Sunday morning at 8:00 a.m., and I'm not very happy,

1    and I'd like to some answers.

2                    COUNCIL PRESIDENT GLYNN:   I can

3    empathize why you're not very happy.

4                    Yancy, do you have any update?

5                    MR. PELLER:   Yancy and I met today, by

6    the way.   I came to see her in the office on Mr.

7    Wildes advice.   And I did confirm our meeting by

8    email afterwards to Yancy and Mr. Wildes and the

9    engineering director of the town, just to follow

10   through on what you had told me, Yancy, and the lack

11   of transparency that I found with you, you were very

12   helpful, very charming but no transparency.

13                   MS. WAZIRMAS:   I gave you whatever

14   information I had.

15                   MS. PELLER:   Which was none, basically.

16                   MS. WAZIRMAS:   Which was none.

17                   MR. PELLER:   You washed your hands of

18   it, you said you don't know anything about it, you've

19   only been here a week, and it all to do with three

20   other parties which are totally out of your hands.

21                   And as a resident of this town.   You

22   know, living, I can be very privileged in a nice

23   building paying a big rent is not acceptable.

24                   MS. WAZIRMAS:   The only thing I can

25   explain to the Council is this is Verizon.   We didn't

1   go to Verizon, they came to us, as far as I know.

2   It's a utility --

3                   MR. PELLER:  So --

4                   MS. WAZIRMAS:  They can do whatever

5   they please.

6                   MR. PELLER:  I beg your pardon.  I

7   don't wish to interrupt you.

8                   MS. WAZIRMAS:  We were provided with

9   two options.  One is to have a -- I spoke to the

10  engineer, two options, either you shutdown Palisade

11  Avenue all day long in the middle of rush hour,

12  create a traffic nightmare and affect our local

13  businesses, or, unfortunately, do this in the middle

14  of night and affect the residents.

15                  And as I explained to you, this was the

16  lesser of the two evils.

17                  MR. PELLER:  So you wouldn't affect a

18  handful of businesses on the main street, which you

19  could actually still walk to, and it could be a

20  traffic diversion.  You're now affecting dozens and

21  dozens of residents who can't sleep at night.

22                  MS. WAZIRMAS:  I didn't make this

23  decision, I just explained to you what happened.

24                  MR. PELLER:  In my view, a utility is a

25  water facility, a water, is a gas.  Verizon is a

1   multinational corporation and are making money out of

2   laying those cables.  It is not an absolute

3   necessity, it is a moneymaker for FiOS.  It is not

4   about people getting electricity, it's not about them

5   getting gas or water, which are essentials for

6   living, it's about 21st century luxuries of living.

7               MS. WAZIRMAS:  I can't explain any of

8   that to you.  I don't know why you're attacking me,

9   but I'm explaining to you --

10              MR. PELLER:  I'm not attacking you,

11  Yancy, please.

12              MS. WAZIRMAS:  They are a utility.

13  Whether you like it or not, they are a utility.

14              COUNCIL PRESIDENT GLYNN:  We apologize

15  to you for that, for the inconvenience this has

16  caused you.  And it doesn't appear it's anything we

17  can change at the moment, but you raise a very valid

18  concern, and when this arises again, we will take

19  residents --

20              MR. PELLER:  So counselor, if I want to

21  say -- again I don't mean to interrupt you, what

22  you're saying is why don't you ask the people

23  concerned what they would like.  Would they like

24  traffic to be diverted for five days or would they

25  like to be kept awake until 4:00 in the morning and

1   not be able to sleep after that, because they're so

2   stressed for five days.

3                COUNCIL PRESIDENT GLYNN:  Point well

4   taken, and thank you for your comments.

5                MR. PELLER:  So can we hold the work,

6   and then you can canvas everybody and decide so for

7   the next three light nights I'll be able to go to

8   work.  I have a major presentation for a major a

9   account in two days time in Manhattan, and I cannot

10  sleep.

11               COUNCIL PRESIDENT GLYNN:  Again, I'm

12  very sorry.

13               MR. PELLER:  If I lose that account, I

14  will be not able -- that's my major account.

15               COUNCIL PRESIDENT GLYNN:  Apologies to

16  you.

17               MR. PELLER:  Well, apologies won't work

18  if I don't get that account.

19               COUNCIL PRESIDENT GLYNN:  I appreciate

20  that.

21               Let me give you my card, maybe we can

22  talk about this again tomorrow.  I'll see if I can

23  provide anything else to you.

24               MR. PELLER:  Okay.  And for full

25  transparency, because I'm not looking to pick an

1   argument, I'm really, really not, I love this town,

2   I'm not from this country.  I fell in love with this

3   place when I first came ten years ago.  I don't want

4   to live anywhere in America, but I have contacted two

5   local TV stations who will be in touch with you

6   tomorrow morning, because talking to them tonight,

7   sending them the video I sent Michael, they also see

8   this as unacceptable.

9              COUNCIL PRESIDENT GLYNN:  Very good.  I

10  don't know if you want my card?

11             MR. PELLER:  Oh, yes, please.

12             COUNCIL PRESIDENT GLYNN:  Thank you,

13  and, again, we're very sorry.

14             MR. PELLER:  Thanks so much for your

15  time.

16             MR. JANSEN:  My name is Pete Jansen,

17  589 Ridgeland Terrace.

18             And I would just like to let you all

19  know that I've experienced giving parents and in-laws

20  quality of life as they aged, and that included

21  taking them by ambulance to my house for holidays.

22             And I agree completely that the health

23  care needs of the elderly need to be addressed, but

24  not in that location, and I will explain why.

25             The Master Plan calls for keeping

1    residential areas residential.  One of the guiding

2    principles is "preserve neighborhood character,

3    preserve neighborhood character."  It must repeat at

4    least ten times during that document.

5              And this is essentially true for

6    Palisade Avenue, as part of the Seven Sisters Hill

7    and one of the historic gateways to our community.

8              The people that enter assisted living

9    these days, it's not until much later, not until the

10   last 18 months of their lives.  So they're waiting

11   longer, and they're older when they get there and

12   they all have memory loss.  And this means sicker

13   residents, more trips to the doctor, as well to the

14   hospital during the day and during the night via

15   ambulette or ambulance.  This could leave many times

16   per day.

17             This type of traffic also changes the

18   quality of residential life in that area with

19   deliveries.  Additionally, the day shift of medical

20   staff would be coming and going as schoolchildren

21   from Dwight Englewood are crossing the street and

22   going to school and from nearby Moriah School.

23             In addition to the early morning,

24   afternoon, and late shift patient care worker shifts,

25   there is also the 8:00 a.m. to 4:00 p.m. office staff

1    shift for the people that work there full-time.

2              The entire area is already

3    over-congested.  I know, because I drive it every day

4    to work.  In the morning, two lanes go to one.  This

5    is going up Palisade Avenue.  And from 7 to 9:30,

6    it's at the absolute maximum bumper to bumper

7    capacity.

8              And they gave us numbers that said oh,

9    it's 1 or 2 per minute additional, but it doesn't

10   work like that.  Anybody that knows traffic, knows

11   that traffic comes in slugs.  There's points where

12   it's not so busy, and then there's points where it's

13   so busy you don't move.  And this is just not on

14   Palisade Avenue, it goes from Jones Road all the way

15   up to Englewood Cliffs.  It also backs up on Jones

16   Road all the back to Route 4 at every stop sign on

17   Jones Road.

18             And, finally, the site planner has not

19   done his homework.  This is the steepest section of

20   Englewood, and it's not a regularly walked area.  The

21   elevations -- I did do my homework, he didn't do his

22   homework.  I went back and looked at topographical

23   maps.  The Torah on Broad Avenue is at elevation of

24   100 feet.  The proposed facility is at 320 feet.

25   That's a vertical climb of 220 feet, it's like

Public Comment Portion                                    98

1   walking 22 flights of stairs.  Nobody is going to do

2   that every day or every Friday or Saturday.

3            A much more logical location would be

4   somewhere down near Broad Avenue or lower.

5   Three-quarters of Wards 1 and 2 is on that lower

6   plateau.  It's only on that steep east section where

7   it gets very steep and it's in inaccessible for

8   walkers, effectively.

9            Thank you.

10           COUNCIL PRESIDENT GLYNN:  Thank you

11  very much.

12           MR. BENAROYA:  I am Raphael Benaroya.

13  I have lived in Englewood for 43 years.  And all my

14  kids and my grandkids live in Englewood.  All in

15  separate homes, of course, not in the same house.

16           There should be no doubt that I have a

17  direct concern about the quality of life in Englewood

18  and I have a great interest in the quality of life in

19  Englewood.

20           On behalf of quite a few neighbors, I

21  approached the developer, when the discussion started

22  and with the concerns about the look and the use,

23  both form and function.

24           They've been extremely receptive to

25  hearing the neighbors.  They've been extremely

1   receptive to suggestions.

2              My big concern, besides function, is

3   maintaining the residential form and the aesthetics

4   of the neighborhood and this particular corner.

5              I can't tell you how many hours we

6   spent actually going through blueprints, working with

7   the developers, working with the architect, and

8   ensuing changes that came, change after change in

9   order to get the perfection of the image and the look

10  and the facade and the structure that you saw today.

11             I want to impress upon you that you

12  have an outstanding developer here.  I'm not getting

13  paid after this presentation.  The many hours I spent

14  on the project, I do not get paid for, nor am I

15  seeking any payment for.  These are drastic concerned

16  citizens of almost 45 years of this town.

17             This is not only the right project for

18  this area, also this is a project that is being done

19  right.  And I urge this esteemed City Council to

20  consider this favorably.

21             Thank you.

22             COUNCIL PRESIDENT GLYNN:  Thank you

23  very much.

24             MS. GREENBERG:  Sandy Greenberg, 449

25  Liberty Road.

Public Comment Portion                                              100

1                 It's interesting to me that I follow

2    Mr. Benaroya.  Last time we fought together against

3    Home Depot, right, on the same side.  And that shows

4    in the community, sometimes we agree, sometimes we

5    don't.

6                 This has clearly many issues, and the

7    first thing I want to ask you is:  Will there be any

8    other opportunities to discuss this before the

9    Council?

10                Because with the limited time allowed

11   each person, I cannot even begin to speak of the

12   things that I am concerned about and have been

13   working on for about 60 years in this community.

14                So could you tell me, will there be any

15   other time as far as you know?

16                COUNCIL PRESIDENT GLYNN:  I don't have

17   an answer for you.  I think it depends on the

18   Council's discussions.

19                We appreciate the fact that people do

20   want to speak out about it, so we'll take that very

21   seriously.

22                MR. BAILEY:  If the Council did decide

23   to move forward with considering it, just the process

24   is as follows:  An ordinance would have to be drafted

25   and introduced.  Then it has to be referred to the

Public Comment Portion                                              101

1   planting board, who has to have a hearing.

2               MS. GREENBERG:  So before you consider

3   it, there will be no more time for us to speak, yes

4   or no?

5               MR. BAILEY:  Then there will be a

6   public hearing.

7               MS. GREENBERG:  Here?

8               MR. BAILEY:  Yes.

9               MS. GREENBERG:  With the Council?

10              MR. BAILEY:  Yes.

11              MS. GREENBERG:  Well, that's good.

12              What I want to say is many things.

13              First of all, I've always admired that

14  Jews who refrain from driving on the Sabbath walk a

15  long way.  I've seen Mr. Benaroya walking right

16  across town.  So that certainly would be an advantage

17  for people.  But there are also many, many Orthodox

18  Jews moving into the Third Ward, into streets near

19  where I live, and they are not going to be able to

20  walk up that hill on a Saturday.

21              I'm assuming that there will have to be

22  another institution like this in each of the wards or

23  certainly in the Third Ward.  That's a pretty far

24  walk.

25              But something else I want to say about,

1   from another point of view of people living in the

2   facility.

3                      My mother lived in the Classic

4   Residence for a while.  It was called a five star.

5   She was one of the early, early occupants.  And it

6   wasn't really very far from the downtown, from Cedar

7   Lane in Teaneck, and it was close to me.  That's why

8   she moved there, it was in the next town.

9                      But she had to depend upon a bus,

10  because it was not close enough to walk to enjoy all

11  the amenities that she could have done, because when

12  she moved in, she was what they call "independent

13  living," and I don't know if this facility will have

14  that sort of thing, but sometimes people like to get

15  out.  I know that at the Actors Fund Home, people

16  walk around the area.

17                     We also, of course, have senior housing

18  and have had it for years, but not the assisted

19  living, that's 111 West Street.

20                     And I just wanted to say that I believe

21  that all senior facilities should be downtown as

22  close as possible to all the amenities, so that those

23  who walk and those who want to get out, can get out

24  easily.  It's one of the things I learned from a girl

25  named Rita Cohen.

1           COUNCIL PRESIDENT GLYNN:  I'm sorry.

2    Your time is up.

3           MS. GREENBERG:  Okay.  I'll finish the

4    sentence.

5           When we built 111 West Street, a long

6    time ago, it was her educating us all that senior

7    residents should not be far away from the downtown.

8    Those people have enjoyed that since then.

9           COUNCIL PRESIDENT GLYNN:  Thank you.

10          MS. GREENBERG:  I hope there is more

11   time, because there are a lot of other reasons,

12   questions that I have.

13          Thank you.

14          COUNCIL PRESIDENT GLYNN:  Thank you

15   very much.

16          MR. EVANS:  My name is James Evans, 341

17   Washington Place.

18          The reason why I'm here, because they

19   were mentioning different things that's going on in

20   the city.  And I'd just like to remind the city about

21   Juneteenth.  That starts June 13th.  Juneteenth is

22   the weekend of 13th to the 16th, and I just wanted

23   the Council to be aware of what we're going to do for

24   Juneteenth.

25          Thank you.

Public Comment Portion                                              104

1              COUNCIL PRESIDENT GLYNN:  Thank you.

2              MS. RODRIGUEZ:  I just want to thank

3    everyone for going late.  I'll make this short.  I

4    recently relocated to Englewood.

5              COURT REPORTER:  What is your name?

6              MS. RODRIGUEZ:  Molly Rodriguez,

7    Davison Place.

8              Really quickly.

9              We've heard a lot about CareOne

10   tonight.  It's quite a surprise to me.  I hope that

11   the community of taxpayers will hear more.

12             I'd like to know what evidence -- we're

13   heard that CareOne is 95 percent occupancy rate.

14   We've heard that it will create many local jobs.

15   We've heard that there will be one percent or very

16   little traffic impact for those of us who live here,

17   but I highly, highly doubt that that is the case.

18             So I hope that as this process -- I'm

19   not so clear on what the process is from beginning,

20   from zoning to where we are now, but I hope that we

21   as taxpayers can be offered some evidence of the

22   facts that are tangible to us that we can look at

23   that we can consider before anyone can make an

24   informed decision on this.

25             Thank you.

1           COUNCIL PRESIDENT GLYNN:  Thank you

2    very much.

3           Anyone else?

4           I'm going to close the public session.

5           MR. STRAUS:  Sorry.  Can I say one more

6    thing?

7           COUNCIL PRESIDENT GLYNN:  Yes.  Okay.

8           MR. STRAUS:  Joseph Straus.

9           So I was listening very intently.  I

10   have a few comments which I'd like to make.

11          COUNCIL PRESIDENT GLYNN:  Speak into

12   the mic.  You have four minutes.

13          MR. STRAUS:  I'll be less than four

14   minutes.

15          First, someone commented earlier about

16   CareOne in Teaneck.  Teaneck is a nursing home.  Here

17   we're proposing assisted living.  A large component,

18   Rabbi Genack mentioned that 60 percent would be

19   catering towards those suffering with Alzheimer's and

20   dementia, that is correct.

21          Of the units that we are proposing,

22   60 percent would be devoted to that use.

23          The other 40 percent would be, unlike

24   Mr. Jansen, a self-proclaimed expert, only 40 percent

25   would be for higher functioning seniors, probably

1    closer to the independent living on the spectrum.

2              And the amount of ambulance traffic or

3    ambulette traffic as quoted is not really based on

4    any factual data or related in any way to our

5    facility.

6              Second, our assisted living facilities,

7    as Rabbi Genack mentioned, do operate as close to

8    95 percent capacity.  That is true.  We have been in

9    situations where we have many other competitors in

10   the area.  Our competitors ultimately being referral

11   sources for us.  I think that's testament to the

12   quality of the care that we provide and the services

13   that we provide to the communities that we're in.

14             Third, the regulations for assisted

15   living require ten percent of the facilities to be

16   dedicated to Medicaid eligible patients.

17             In order for any resident to qualify

18   for Medicaid, they must spend down, that is a state

19   requirement, not a CareOne requirement.

20             Fourth, the facility would not

21   discriminate based upon race, religion, disability or

22   any other protected class under all local, state and

23   federal laws.

24             So while the discussion did relate to

25   Orthodox Jews and their ability to walk, that was

Public Comment Portion                                          107

1    used as one example as a potential impact and one

2    class in particular that we know would benefit from

3    this facility.

4              Lastly, the demographics in New Jersey,

5    contrary to what all the experts here have said, the

6    demographics in New Jersey do support this use.  And

7    this facility would be licensed by the New Jersey

8    Department of Health and Senior Services, who would

9    ultimately be the arbiter of that fact.

10             COUNCIL PRESIDENT GLYNN:  Thank you.

11   So the public session is now closed.  We're going

12   into closed session.

13             (Time noted:  10:35 p.m.)

14

15

16

17

18

19

20

21

22

23

24

25

108

C E R T I F I C A T I O N

        I, KIM O. FURBACHER, License No. XIO1042, a Certified Court Reporter, Registered Merit Reporter, Certified Realtime Court Reporter, and Notary Public of the State of New Jersey, hereby certify that the foregoing is a verbatim record of the testimony provided under oath before any court, referee, board, commission or other body created by statute of the State of New Jersey.

        I am not related to the parties involved in this action; I have no financial interest, nor am I related to an agent of or employed by anyone with a financial interest in the outcome of this action.

        This transcript complies with Regulation 13:43-5.9 of the New Jersey Administrative Code.

KIM O. FURBACHER, CRCR, CCR, RMR
License #XIO1042, and Notary Public
of New Jersey

My Commission Expires:
7/11/19

1

**#**

#XIO1042 [1] - 108:23

**$**

$190,000 [1] - 62:25
$250 [2] - 42:24, 43:3

**'**

'75 [1] - 87:22

**0**

07024 [1] - 10:25
07030 [1] - 23:5
07054 [2] - 14:1, 19:1
07601-7095 [1] - 2:12
07675 [3] - 1:24, 2:7, 2:24
0fficial [1] - 82:1

**1**

1 [4] - 19:11, 59:19, 97:9, 98:5
1,331 [1] - 26:22
1,500 [1] - 56:18
10 [4] - 3:3, 64:2, 64:6, 71:4
100 [4] - 20:15, 50:2, 54:19, 97:24
103 [1] - 4:11
104 [1] - 4:12
105 [1] - 3:3
10:00 [1] - 89:13
10:35 [1] - 107:13
11 [1] - 64:6
11-years-old [1] - 64:2
111 [6] - 17:15, 87:7, 87:14, 88:13, 102:19, 103:5
11th [1] - 65:17
12 [1] - 42:19
129 [1] - 75:7
13 [2] - 3:4, 42:20
13:43-5.9 [1] - 108:18
13th [2] - 103:21, 103:22
14 [1] - 51:5
14th [2] - 7:6, 7:14
15 [1] - 71:4
150 [6] - 15:15, 50:1, 50:3, 71:25, 72:1, 72:13
1500 [1] - 28:19
16 [1] - 8:3
161 [1] - 44:15
165 [1] - 77:10

**16th** [1] - 103:22
17 [2] - 4:21, 56:13
173 [1] - 10:24
18 [3] - 3:5, 48:2, 96:10
1800s [1] - 21:22
1980 [2] - 75:8, 77:22
19801-1494 [1] - 28:19
1999-2025 [1] - 26:20

**2**

2 [3] - 19:11, 97:9, 98:5
20 [4] - 3:6, 21:3, 65:2, 89:20
2009 [1] - 68:7
201-666-4888 [2] - 1:25, 2:25
201-666-6944 [2] - 1:25, 2:25
2014 [2] - 23:20, 80:20
2016 [1] - 42:24
2018 [2] - 7:22, 38:8
2019 [1] - 1:3
20th [1] - 66:16
21 [1] - 2:11
21st [2] - 7:22, 93:6
22 [1] - 98:1
220 [1] - 97:25
23 [1] - 3:7
24 [1] - 44:10
240 [1] - 51:7
25 [1] - 21:2
254 [1] - 56:10
255 [1] - 56:11
27 [1] - 61:6
273 [1] - 49:25
28 [1] - 3:8
296 [1] - 72:19
2nd [4] - 6:13, 8:2, 8:9, 10:3

**3**

30 [2] - 56:18, 83:20
300 [3] - 13:25, 18:25, 57:23
312 [1] - 59:15
318 [1] - 69:20
320 [2] - 41:20, 97:24
324 [1] - 51:4
33-41 [1] - 23:3
337 [1] - 74:10
341 [1] - 103:16
353 [1] - 2:11
373 [1] - 2:7
38 [1] - 3:7
38-year-old [2] - 77:23, 79:6

**381** [2] - 1:24, 2:24
387 [1] - 53:1
39 [2] - 3:9, 3:10
394 [1] - 66:4
3:00 [2] - 89:25, 90:11

**4**

4 [5] - 5:14, 5:16, 60:21, 90:5, 97:16
4.96 [1] - 15:5
4/29/19 [1] - 5:6
4/30/19 [1] - 4:21
40 [2] - 105:23, 105:24
41 [1] - 3:11
43 [1] - 98:13
431 [1] - 7:2
44 [1] - 3:12
449 [1] - 99:24
45 [1] - 99:16
46,000 [1] - 16:22
48 [1] - 3:13
4:00 [4] - 90:18, 90:20, 93:25, 96:25
4:30 [1] - 89:13

**5**

5/1/19 [4] - 4:18, 5:10, 5:17, 5:22
50 [1] - 18:10
500 [1] - 28:18
51 [1] - 3:14
53 [1] - 3:15
55 [1] - 3:16
57 [1] - 3:17
589 [2] - 48:7, 95:17
59 [1] - 3:18
5:00 [2] - 89:13, 90:13

**6**

6 [1] - 23:23
60 [4] - 75:14, 100:13, 105:18, 105:22
62 [1] - 3:19
65 [1] - 3:20
66 [1] - 3:21
673 [1] - 50:4
69 [1] - 3:22

**7**

7 [3] - 1:3, 7:2, 97:5
7/11/19 [1] - 108:25
700 [1] - 51:8
72 [1] - 3:23
73 [1] - 1:2
74 [1] - 3:24
75 [1] - 4:3

**77** [1] - 4:4
7:38 [1] - 1:3

**8**

8 [19] - 4:16, 4:18, 4:19, 4:21, 4:23, 4:25, 5:4, 5:7, 5:8, 5:10, 5:11, 5:14, 5:16, 5:18, 5:19, 5:23, 57:5, 59:11, 80:3
8/15/18 [1] - 4:23
80 [1] - 4:5
819 [1] - 27:2
84 [1] - 4:6
87 [1] - 4:7
8:00 [4] - 89:22, 90:20, 90:25, 96:25

**9**

9 [1] - 57:5
9/12/17 [1] - 4:24
94-year-old [1] - 51:18
95 [4] - 4:8, 75:19, 104:13, 106:8
96-year-old [1] - 51:17
98 [1] - 4:9
99 [1] - 4:10
9:00 [1] - 90:15
9:30 [1] - 97:5
9W [1] - 14:18

**A**

A-1 [3] - 4:16, 8:3, 8:13
A-10 [1] - 5:9
A-11 [1] - 5:11
A-12 [1] - 5:12
A-13 [1] - 5:15
A-14 [1] - 5:17
A-15 [1] - 5:19
A-16 [2] - 5:20, 8:13
A-2 [1] - 4:17
A-3 [1] - 4:19
A-4 [1] - 4:20
A-5 [1] - 4:22
A-6 [1] - 4:24
A-7 [1] - 5:3
A-8 [1] - 5:5
A-9 [1] - 5:8
a.m [4] - 89:25, 90:13, 90:25, 96:25
AAA [1] - 17:9
abandoned [1] - 15:9
ability [1] - 106:25
able [17] - 16:15, 17:3, 18:9, 19:19, 30:16,

54:2, 56:24, 57:10, 57:13, 57:15, 60:4, 66:23, 86:20, 94:1, 94:7, 94:14, 101:19
abomination [1] - 66:11
abortion [1] - 56:23
Abraham [1] - 64:11
absent [1] - 32:7
absolute [2] - 93:2, 97:6
absolutely [6] - 21:13, 35:9, 37:19, 58:18, 59:20, 67:25
abundant [1] - 18:2
acceptable [1] - 91:23
access [11] - 16:8, 16:14, 16:17, 20:7, 20:9, 20:10, 22:22, 25:3, 44:9
accessible [3] - 78:5, 79:12, 79:21
accessory [1] - 15:10
accommodate [8] - 13:11, 20:11, 20:17, 37:4, 76:1
accommodated [1] - 24:12
accommodation [2] - 29:20, 36:2
accommodations [3] - 26:9, 35:23, 37:9
account [4] - 94:9, 94:13, 94:14, 94:18
achieve [1] - 36:23
achieved [1] - 36:8
achieves [1] - 31:7
acknowledge [1] - 67:14
acknowledges [1] - 23:20
acreage [1] - 32:22
acres [1] - 15:4
Act [18] - 5:21, 5:22, 9:4, 9:7, 10:1, 26:8, 28:14, 28:15, 29:3, 29:4, 29:13, 31:16, 31:17, 33:11, 36:7, 37:10, 38:17, 38:18
acting [1] - 46:8
action [8] - 8:23, 9:7, 10:19, 13:9, 27:16, 38:20, 47:8, 108:13, 108:16
actions [1] - 27:12
activists [1] - 67:14
activity [2] - 25:19, 64:18
Actors [2] - 49:25, 102:15

2

ADA [1] - 79:8
add [2] - 41:22, 73:16
added [1] - 17:15
adding [1] - 18:13
addition [2] - 18:13, 96:23
additional [5] - 16:14, 18:14, 31:25, 73:23, 97:9
additionally [2] - 50:6, 96:19
address [7] - 23:8, 26:2, 26:11, 36:15, 39:21, 75:4, 75:9
addressed [2] - 88:24, 95:23
addresses [2] - 34:3, 38:9
adequate [1] - 17:16
adjacent [3] - 15:9, 16:3, 25:22
adjustment [16] - 13:16, 23:17, 27:22, 31:2, 31:9, 34:4, 34:12, 34:23, 36:15, 37:15, 38:1, 74:22, 75:1, 82:8, 82:13, 82:19
adjustment's [1] - 36:19
administration [1] - 87:11
Administrative [1] - 108:18
administrator [2] - 49:6, 49:16
administrators [2] - 49:7, 49:20
admired [1] - 101:13
admitting [1] - 8:8
adopted [3] - 33:21, 35:17, 37:8
adults [5] - 40:9, 46:7, 46:24, 47:4, 48:1
advanced [1]   27:14
advantage [2] - 17:3, 101:16
advertised [2] - 71:1, 71:13
advertisements [1] - 70:23
advice [2] - 9:16, 91:7
advised [1] - 90:23
Aerial [1] - 4:24
aerial [1] - 14:15
aesthetics [2] - 77:3, 99:3
affair [1] - 43:2
affect [3] - 92:12, 92:14, 92:17

affecting [1] - 92:20
afford [2] - 29:12, 70:10
Affordable [2] - 9:3, 27:25
affordable [4] - 9:5, 28:2, 39:1, 58:14
afforded [1] - 86:19
afraid [1] - 87:8
African [1] - 66:10
afternoon [3] - 47:11, 98:24
afterwards [1] - 91:8
age [5] - 39:25, 40:6, 40:13, 56:21, 70:8
aged [2] - 40:11, 95:20
agent [1] - 108:14
aging [4] - 23:20, 40:11, 70:3, 73:19
ago [12] - 32:19, 35:13, 40:8, 44:2, 49:19, 53:20, 53:24, 57:5, 68:6, 83:1, 95:3, 103:6
agree [5] - 24:3, 61:24, 70:7, 95:22, 100:4
Ahavath [2] - 11:10, 51:6
AIA [1] - 3:6, 5:10, 5:11, 20:21
Aid [1] - 55:24
aide [1] - 51:19
Akiva [1] - 11:7
all-out [1] - 46:6
allow [5] - 24:15, 33:19, 33:23, 34:18, 36:11
allowed [2] - 29:18, 100:10
alluded [1] - 74:19
almost [4] - 15:4, 64:23, 89:25, 99:16
alone [1] - 61:16
alternatively [1] - 26:22
alternatives [1] - 53:14
Alzheimer's [4] - 52:7, 57:6, 75:15, 105:19
ambulance [3] - 95:21, 96:15, 106:2
ambulette [2] - 96:15, 106:3
amendments [1] - 29:3
Amendments [5] - 5:21, 26:8, 28:13, 33:10, 37:4
amenities [2] -

102:11, 102:22
America [2] - 62:20, 95:4
American [5] - 66:10, 66:11, 66:16, 67:3, 68:15
amount [2] - 12:23, 18:2, 20:16, 41:11, 106:2
Amy [2] - 3:18, 59:15
analysis [4] - 5:20, 24:22, 28:25, 29:6
anchor [1] - 22:3
Andrea [2] - 3:15, 53:1
anecdote [2] - 56:14, 72:21
animal [1] - 81:12
animals [1] - 53:8
Ann [2] - 3:17, 57:23
annihilation [1] - 68:13
answer [6] - 29:6, 38:4, 53:25, 54:1, 79:18, 100:17
answered [1] - 83:2
answers [2] - 83:8, 91:1
anti [1] - 66:13
anti-Semitism [1] - 66:13
anticipated [1] - 20:17
apart [1] - 40:9
apartment [2] - 58:8, 87:9
apartments [1] - 21:24
apologies [2] - 94:15, 94:17
apologize [2] - 80:21, 93:14
appealed [1] - 69:5
appear [1] - 93:16
applaud [2] - 77:14, 84:17
apples [1] - 33:5
applicability [1] - 5:20
applicant [2] - 11:16, 31:10
applicants [3] - 7:1, 7:4, 86:18
Application [1] - 4:16
application [12] - 7:5, 7:13, 7:24, 7:26, 8:4, 9:20, 9:21, 12:5, 13:7, 13:8, 13:14, 29:19
applications [1] - 9:17
appointment [1] - 86:11
appoints [1] - 85:14
appreciate [8] - 6:17,

14:7, 44:14, 55:10, 83:15, 84:8, 94:19, 100:19
appreciative [1] - 83:6
approach [3] - 53:12, 53:13, 53:15
approached [1] - 98:21
appropriate [9] - 13:6, 24:17, 24:25, 25:1, 35:19, 36:19, 37:23, 82:2, 82:16
approval [2] - 19:17, 35:18
approved [1] - 37:17
Apt [1] - 77:10
arbiter [1] - 107:9
ARCHER [1] - 2:10
Archer [1] - 6:25
architect [5] - 15:20, 20:20, 21:1, 58:6, 99:7
architectural [1] - 10:8
Architectural [1] - 5:12
architecture [3] - 13:1, 21:7, 21:23
area [32] - 15:11, 16:18, 17:1, 17:9, 19:11, 19:14, 21:5, 25:7, 25:8, 28:23, 34:5, 41:15, 49:5, 49:7, 49:14, 49:24, 58:19, 61:7, 62:2, 62:4, 70:12, 70:21, 75:18, 75:23, 78:23, 77:2, 96:18, 97:2, 97:20, 99:18, 102:16, 106:10
areas [9] - 17:3, 17:4, 24:18, 25:22, 30:7, 30:21, 70:15, 76:8, 96:1
argument [1] - 95:1
arises [1] - 93:18
arranged [1] - 89:11
articulate [2] - 80:4, 80:21
articulated [1] - 66:17
ary [1] - 45:6
aside [3] - 38:16, 59:11, 75:14
ASLA [3] - 3:4, 5:4, 13:24
aspect [3] - 26:1, 26:11, 42:3
aspects [3] - 14:11, 23:8, 34:14
ass [1] - 87:23
assembled [1] - 33:2

assessment [1] - 40:7
assist [1] - 28:12
assistant [1] - 51:10
assistants [1] - 76:5
assisted [33] - 7:9, 15:16, 24:1, 24:5, 24:15, 25:14, 26:3, 26:6, 27:3, 28:8, 29:15, 29:18, 30:8, 30:20, 33:23, 34:18, 35:24, 37:8, 40:15, 41:13, 49:5, 49:12, 49:14, 58:3, 60:21, 70:11, 75:17, 75:22, 96:8, 102:18, 105:17, 106:6, 106:14
associated [1] - 20:12
assuming [2] - 60:16, 101:21
assured [2] - 42:13, 60:2
asthma [1] - 78:13
AT [1] - 1:3
at-large [2] - 73:11, 73:21
attack [1] - 39:8
attacking [2] - 93:8, 93:10
attend [1] - 30:10
attended [1] - 83:22
attention [1] - 12:24
attorney [8] - 7:20, 8   7, 10:10, 24:14, 28:22, 38:7, 81:23, 86:9
attorney's [1] - 9:16
attorneys [2] - 31:13, 81:11
attract [1] - 73:16
audience [2] - 6:4, 6:9
AUDIENCE [2] - 29:8, 60:9
Audubon [2] - 51:4, 74:10
August [2] - 7:22, 48:25
authentic [1] - 22:8
authentication [1] - 8:10
Autism [2] - 79:5, 79:10
autism [1] - 77:24
autistic [2] - 78:19, 79:6
autonomous [1] - 45:18
available [4] - 40:19, 40:22, 52:18, 84:7
Avenue [33] - 1:6, 7:2,

3

7:9, 14:16, 14:18, 14:24, 16:10, 16:20, 18:8, 25:1, 25:4, 25:11, 28:18, 41:21, 42:16, 44:16, 48:25, 51:7, 53:2, 53:23, 59:16, 62:3, 66:4, 72:11, 84:11, 89:21, 90:1, 92:11, 96:6, 97:5, 97:14, 97:23, 98:4
avoid [4] - 16:12, 29:21, 76:17, 85:6
awake [2] - 90:11, 93:25
award [1] - 31:13
aware [3] - 55:17, 84:23, 103:23
awful [1] - 41:2
awhile [1] - 43:4

**B**

background [1] - 7:23
backs [1] - 97:15
backyard [1] - 47:14
Baer [1] - 69:2
Bailey [1] - 34:15
BAILEY [12] - 2:6, 2:6, 81:24, 85:16, 85:24, 86:4, 86:7, 86:12, 100:22, 101:5, 101:8, 101:10
balance [1] - 73:13
Band [1] - 55:24
Band-Aid [1] - 55:24
banding [1] - 21:25
bank [3] - 44:7, 44:9, 44:10
BARRY [2] - 1:23, 2:23
based [4] - 20:15, 62:5, 106:3, 106:21
basement [1] - 16:24
bases [1] - 73:22
basis [1] - 31:9
bat [2] - 43:2, 43:13
batting [1] - 10:4
battle [1] - 78:15
beat [1] - 64:23
beautiful [2] - 16:5, 58:22
became [1] - 51:25
become [3] - 54:20, 81:7, 82:6
becoming [2] - 53:17, 66:6
bed [2] - 15:15, 58:8
beds [8] - 49:14, 49:16, 49:25, 50:1,

50:2, 50:3, 50:4, 50:11
beg [1] - 92:6
began [1] - 7:17
begin [5] - 6:11, 6:20, 10:11, 34:17, 100:11
beginning [3] - 62:17, 70:8, 104:19
behalf [4] - 6:5, 66:23, 75:3, 98:20
behavior [1] - 45:2
behind [9] - 18:12, 33:13, 53:22, 54:18, 54:19
BEING [1] - 1:13
beings [1] - 66:17
beliefs [1] - 12:11
believes [1] - 51:22
belongs [2] - 76:18, 77:6
Benaroya [4] - 4:9, 98:12, 100:2, 101:15
BENAROYA [1] - 98:12
beneficial [3] - 37:7, 76:3, 76:19
benefit [3] - 52:10, 76:13, 107:2
benefits [1] - 24:4
benign [1] - 25:15
Bennett [2] - 3:24, 74:9
BENSON [1] - 89:18
Benson [1] - 89:19
Bergen [3] - 53:6, 53:11, 80:3
best [3] - 61:16, 67:10, 74:11
better [5] - 30:3, 41:2, 47:11, 49:23, 57:16
between [1] - 66:9
bible [1] - 64:10
biblical [1] - 66:17
bid [2] - 85:18, 85:21
bidding [1] - 85:13
big [4] - 49:13, 60:20, 91:23, 99:2
bigger [1] - 88:23
biggest [1] - 40:9
Bill [1] - 81:23
birth [1] - 77:22
bit [4] - 18:22, 52:3, 60:17, 62:7
black [1] - 62:18
blasting [1] - 61:20
bleed [1] - 72:6
bleeding [1] - 52:3
blend [1] - 77:4
blessed [2] - 85:2,

85:5
Block [1] - 11:7
block [1] - 89:16
blocked [1] - 69:7
blowup [1] - 14:20
blueprints [1] - 99:6
board [49] - 9:12, 13:5, 13:16, 23:17, 26:4, 27:22, 31:2, 31:8, 34:3, 34:12, 34:23, 35:3, 35:5, 35:8, 35:14, 35:20, 36:15, 36:19, 37:15, 38:1, 44:20, 45:3, 45:18, 45:22, 46:3, 47:2, 63:2, 63:9, 64:21, 65:16, 69:1, 74:22, 75:1, 76:10, 82:2, 82:7, 82:8, 82:13, 82:19, 82:20, 83:23, 101:1, 108:10
board's [1] - 35:14
body [7] - 7:16, 9:10, 27:17, 33:14, 78:8, 108:10
bono [1] - 84:7
borders [1] - 33:24
born [1] - 77:23
BOTEACH [2] - 66:3, 69:11
Boteach [2] - 3:21, 66:3
bought [2] - 70:24, 71:1
BOUSBIB [1] - 72:16
Bousbib [2] - 3:23, 72:17
bow [7] - 53:5, 53:11, 55:19, 71:23, 71:24, 72:4, 72:8
bowing [1] - 71:21
bows [2] - 72:2, 72:10
brawl [2] - 44:21, 46:6
brawling [1] - 46:25
breast [1] - 78:7
Bridge [1] - 10:25
brief [2] - 20:23, 29:5
briefly [1] - 38:13
Brightview [1] - 50:2
bring [3] - 22:15, 38:5, 40:23
bringing [1] - 69:23
Bristol [2] - 50:1, 70:10
Broad [3] - 51:7, 97:23, 98:4
BROADWAY [2] - 1:24, 2:24
bronchitis [1] - 78:14
brook [1] - 18:1

Brook [1] - 15:11
brother [2] - 55:25, 62:14
brothers [2] - 64:1, 64:6
brought [1] - 82:24
BRUNT [1] - 1:2
brutal [1] - 53:13
budget [5] - 64:25, 82:23, 82:25, 83:4, 83:9
buffer [1] - 18:10
buffers [1] - 18:3
build [2] - 21:17, 22:1
builder's [1] - 26:15
building [25] - 15:13, 15:23, 16:9, 16:15, 16:23, 16:25, 17:5, 17:12, 18:4, 18:12, 18:15, 18:16, 21:7, 22:3, 22:6, 22:25, 48:20, 58:13, 58:22, 61:22, 64:7, 88:19, 90:6, 90:7, 91:23
buildings [4] - 16:4, 16:5, 42:8
built [2] - 62:21, 103:5
bulk [1] - 28:6
BULLUCK [2] - 59:15, 60:10
Bulluck [2] - 3:18, 59:15
bump [1] - 22:5
bump-out [1] - 22:5
bumped [2] - 51:14, 65:23
bumper [2] - 97:6
burden [5] - 29:25, 30:8, 30:22, 36:12, 37:10
bus [2] - 41:4, 102:9
business [7] - 49:12, 49:13, 49:17, 50:17, 50:18, 63:18, 86:15
businesses [2] - 92:13, 92:18
bust [2] - 87:13, 87:15
busts [1] - 87:13
busy [2] - 97:12, 97:13
buzzed [1] - 51:10
BY [2] - 2:6, 2:10

**C**

c/o [6] - 10:24, 13:24, 18:24, 20:21, 23:2, 28:17
cables [2] - 90:4, 93:2
calculated [1] - 26:21
calculation [1] - 27:1

calming [1] - 47:6
Cambridge [1] - 44:15
campaigning [1] - 12:16
camps [1] - 56:17
cancer [2] - 78:7, 78:12
cannot [6] - 27:21, 55:23, 70:10, 94:9, 100:11
canvas [1] - 94:6
capacity [3] - 25:2, 97:7, 106:8
car [1] - 63:19
card [3] - 55:3, 94:21, 95:10
care [24] - 7:10, 12:13, 15:16, 24:1, 28:23, 29:16, 33:24, 44:18, 50:4, 50:21, 51:15, 52:16, 65:6, 65:7, 75:20, 79:4, 82:15, 87:18, 88:9, 88:10, 95:23, 96:24, 106:12
cared [1] - 78:20
careful [2] - 64:9, 81:21
caregiving [1] - 52:6
CareOne [37] - 1:6, 2:12, 6:2, 6:4, 10:24, 15:19, 27:24, 28:11, 33:3, 40:2, 41:7, 41:23, 42:2, 48:24, 49:5, 50:6, 52:21, 57:14, 59:5, 59:18, 60:22, 70:24, 71:12, 72:22, 72:24, 73:4, 74:1, 75:18, 77:15, 77:18, 80:11, 88:9, 88:23, 104:9, 104:13, 105:16, 106:19
CareOnes [1] - 58:4
cares [1] - 39:20
carry [1] - 30:13
cars [2] - 16:19, 17:15
CARTER [3] - 44:15, 47:18, 47:25
Carter [4] - 3:12, 44:15, 45:24, 48:6
case [9] - 27:19, 30:11, 31:9, 37:20, 42:2, 43:14, 82:12, 104:17
case-by-case [1] - 31:9
cases [1] - 12:17
cash [1] - 50:17
cater [1] - 73:5
catering [1] - 105:19

4

Catherine [1] - 57:24
caused [1] - 93:16
caution [1] - 82:10
CAVINESS [1] - 65:12
Caviness [2] - 3:20, 65:12
CCR [1] - 108:22
Cedar [1] - 102:6
census [2] - 49:22, 50:4
Center [1] - 89:17
center [1] - 15:24
centers [1] - 64:2
cents [2] - 41:22, 50:20
century [3] - 21:22, 66:16, 93:6
certain [7] - 17:3, 17:4, 43:11, 63:24, 77:21, 78:6, 78:19
certainly [6] - 52:13, 71:8, 73:2, 73:10, 101:16, 101:23
Certified [1] - 108:5, 108:6
CERTIFIED [2] - 1:23, 2:23
certify [1] - 108:8
Chaim [3] - 3:14, 11:9, 51:3
challenge [2] - 55:23, 77:23
challenged [2] - 49:22, 50:5
challenges [1] - 52:20
change [10] - 13:15, 30:18, 34:11, 58:21, 71:3, 84:20, 93:17, 99:8
changed [1] - 71:24
changes [3] - 20:3, 96:17, 99:8
changing [1] - 86:18
chapel [1] - 22:20
character [4] - 16:6, 73:14, 96:2, 96:3
characterizing [1] - 84:15
charge [1] - 86:20
charges [1] - 46:20
Charles [2] - 4:7, 87:4
CHARLES [1] - 1:16
Charlotte [2] - 3:24, 74:9
charming [1] - 91:12
check [1] - 86:9
chemical [1] - 55:19
CHERYL [1] - 1:17
chest [1] - 65:23
Chestnut [1] - 56:10

chief [1] - 46:18
child [7] - 46:21, 56:21, 56:22, 56:24, 57:1, 57:2, 57:3
children [14] - 41:12, 46:8, 46:25, 56:20, 57:18, 57:20, 57:21, 64:14, 67:18, 67:19, 72:12, 73:1, 73:19, 84:15
choice [1] - 13:20
choices [1] - 23:21
choir [1] - 47:9
Chris [2] - 80:2, 80:5
Christie [2] - 71:20, 71:24
Christopher [2] - 4:4, 77:9
church [1] - 35:12
Church [4] - 32:20, 32:21, 33:1, 33:5
churches [1] - 30:24
circulation [3] - 20:7, 20:9, 20:10
circumstances [3] - 39:1, 39:9, 63:24
citizen [3] - 55:13, 66:20, 79:7
citizens [5] - 63:7, 66:6, 77:12, 80:5, 99:16
CITY [4] - 1:1, 1:2, 1:12
city [43] - 7:19, 7:20, 8:7, 9:16, 23:16, 24:3, 26:2, 29:11, 29:24, 30:1, 31:12, 31:15, 36:1, 37:3, 38:7, 42:25, 43:9, 43:10, 46:18, 47:3, 48:13, 53:11, 53:21, 54:19, 54:23, 58:17, 64:17, 69:7, 70:6, 71:23, 73:15, 73:16, 73:22, 73:24, 78:21, 83:10, 85:9, 85:12, 85:14, 85:22, 88:16, 103:20
City [31] - 2:8, 2:19, 8:21, 8:22, 8:24, 9:10, 27:17, 33:18, 44:19, 45:19, 54:15, 62:25, 74:25, 78:3, 80:9, 82:17, 83:2, 83:5, 89:11, 99:19
city's [6] - 13:17, 23:10, 24:15, 24:18, 29:1, 54:7
civil [1] - 22:17
claim [2] - 36:1, 37:2

claims [1] - 33:12
clarify [1] - 6:17
class [3] - 90:13, 106:22, 107:2
Classic [1] - 102:3
clear [4] - 13:14, 31:6, 76:11, 104:19
clearly [1] - 100:6
clerk [1] - 65:1
Clerk [1] - 2:19
client [3] - 8:19, 21:9, 21:11
clients [1] - 33:3
clients' [2] - 7:7, 7:18
Cliffs [2] - 15:3, 97:15
climb [1] - 97:25
Clinton [2] - 50:1, 50:3
close [8] - 25:22, 52:12, 70:22, 102:7, 102:10, 102:22, 105:4, 106:7
closed [2] - 107:11, 107:12
closer [4] - 13:2, 14:21, 22:15, 106:1
COAH [2] - 38:8, 40:3
COBB [1] - 1:16
code [5] - 29:21, 29:22, 30:21, 36:10, 36:21
Code [1] - 108:19
COHEN [1] - 1:18
Cohen [1] - 102:25
collaboratively [1] - 31:11
collapsed [1] - 78:11
colleagues [1] - 66:24
collector [1] - 25:4
College [1] - 80:4
Colorado [1] - 84:24
combining [1] - 15:3
coming [9] - 41:7, 43:10, 43:19, 51:23, 54:22, 68:16, 72:11, 86:3, 96:20
commemorating [1] - 66:25
commenced [1] - 90:16
COMMENCING [1] - 1:3
comment [1] - 49:4
COMMENT [1] - 3:9
commented [1] - 105:15
comments [5] - 44:20, 45:4, 45:20, 94:4, 105:10
commercial [2] - 30:9, 42:8

commission [3] - 42:19, 44:9, 108:10
Commission [1] - 108:24
committed [1] - 44:21
committee [1] - 67:23
communal [2] - 66:25, 67:20
communities [6] - 26:8, 27:10, 30:2, 30:23, 66:11, 106:13
Community [1] - 80:4
community [49] - 9:6, 11:5, 11:19, 12:7, 12:10, 17:23, 21:10, 21:11, 21:14, 21:18, 22:16, 22:21, 26:15, 30:9, 30:19, 37:5, 37:13, 40:7, 46:23, 52:5, 52:9, 52:14, 55:15, 60:13, 60:16, 60:18, 61:25, 66:10, 67:6, 67:14, 71:3, 72:22, 73:5, 73:11, 75:25, 76:4, 76:7, 76:19, 76:20, 76:22, 96:7, 100:4, 100:13, 104:11
commuter [1] - 19:12
company [1] - 12:6
compatibility [2] - 23:13, 24:24
competition [1] - 49:15
competitors [2] - 106:9, 106:10
completely [3] - 12:18, 77:4, 95:22
complex [1] - 7:12
compliance [4] - 31:7, 31:15, 36:8, 36:23
compliant [2] - 17:8, 79:8
complies [1] - 108:17
comply [2] - 20:8, 36:6
complying [1] - 31:3
component [3] - 17:21, 38:8, 105:17
components [1] - 15:20
comprises [2] - 15:1, 15:4
conceivably [1] - 41:13
concern [4] - 40:2, 93:18, 98:17, 99:2
concerned [17] - 40:24, 41:8, 41:11, 41:16, 41:22, 59:3, 59:4, 62:7, 74:20,

93:23, 99:15, 100:12
concerns [3] - 52:11, 86:14, 98:22
conclude [1] - 73:25
concludes [1] - 31:24
conclusion [1] - 24:23
condemned [1] - 66:12
conditions [1] - 88:18
condone [1] - 45:1
conduct [1] - 30:11
conducting [1] - 86:24
confirm [1] - 91:7
conflict [1] - 66:20
conflicted [2] - 67:10, 67:22
conflicts [1] - 16:12
confrontations [1] - 85:7
confused [2] - 51:25, 57:25
congested [1] - 97:3
congratulate [1] - 80:2
congregant [2] - 29:16, 69:3
congregants [2] - 30:10, 36:12
Congregation [4] - 11:8, 11:9, 51:6, 75:7
congregations [1] - 11:13
conscience [1] - 66:13
consent [1] - 8:7
consequence [1] - 90:10
consider [13] - 53:14, 70:6, 70:13, 70:18, 71:6, 71:7, 71:22, 71:23, 72:9, 82:15, 99:20, 101:2, 104:23
consideration [1] - 53:10
considerations [1] - 76:14
considered [7] - 12:5, 27:4, 27:12, 29:12, 39:3, 53:15, 76:12
considering [1] - 53:5, 81:7, 100:23
considers [1] - 63:13
consisting [2] - 5:13, 5:16
constrained [1] - 12:12
constructed [1] - 19:18
construction [1] -

5

89:24
consultant [3] - 23:7, 33:6, 40:1
consulted [1] - 90:22
cont'd [1] - 5:1
contacted [1] - 95:4
contained [1] - 17:14
contemplated [2] - 20:8, 20:13
content [1] - 79:22
contents [1] - 8:3
context [1] - 27:23
continue [3] - 45:9, 79:22, 85:4
continuing [1] - 30:3
contract [1] - 33:3
contractors [3] - 85:10, 85:11, 90:3
contracts [1] - 85:19
contradiction [1] - 66:15
contrary [3] - 11:24, 12:4, 107:5
contribution [1] - 80:5
control [1] - 63:25
convened [1] - 55:14
conversations [1] - 7:19
converted [3] - 50:14, 59:21, 71:2
coordinator [1] - 39:25
copies [1] - 6:9
copy [1] - 6:13
corner [9] - 14:16, 24:25, 25:11, 41:1, 41:12, 68:4, 68:5, 68:17, 99:4
corners [2] - 18:7, 64:13
corporation [1] - 93:1
correct [5] - 37:18, 59:20, 85:23, 86:6, 105:20
correspondences [1] - 32:16
corridor [3] - 32:25, 34:7, 42:6
cost [2] - 58:11, 59:9
Council [46] - 2:8, 6:23, 6:24, 8:22, 9:3, 11:3, 13:8, 14:6, 20:24, 27:17, 27:25, 29:7, 31:5, 31:11, 31:22, 31:23, 34:10, 34:11, 35:1, 36:16, 37:24, 38:11, 39:6, 45:19, 49:3, 66:6, 67:23, 71:17, 72:19, 74:11, 74:18, 74:25,

77:7, 77:12, 81:6, 82:17, 82:18, 83:3, 83:5, 85:9, 91:25, 99:19, 100:9, 100:22, 101:9, 103:23
COUNCIL [59] - 1:2, 1:12, 1:15, 6:1, 6:8, 6:16, 6:21, 10:13, 10:16, 31:21, 32:10, 38:13, 39:10, 39:12, 39:18, 41:18, 46:1, 48:5, 51:1, 52:24, 55:2, 55:6, 55:9, 56:7, 57:22, 61:4, 66:2, 69:9, 69:18, 72:14, 74:8, 77:8, 79:25, 83:14, 83:17, 83:20, 84:6, 84:8, 87:1, 89:2, 91:2, 93:14, 94:3, 94:11, 94:15, 94:19, 95:9, 95:12, 98:10, 99:22, 100:16, 103:1, 103:9, 103:14, 104:1, 105:1, 105:7, 105:11, 107:10
council [6] - 10:19, 30:18, 34:17, 47:12, 74:16, 82:22
Council's [2] - 36:23, 100:18
COUNCILMAN [3] - 1:16, 1:18, 1:19
Councils [1] - 78:3
COUNCILWOMAN [1] - 1:17
Counsel [2] - 2:8, 2:12
counselor [1] - 93:20
country [2] - 62:21, 95:2
county [1] - 47:7
County [4] - 26:24, 53:6, 53:11, 57:10
couple [3] - 44:1, 56:16, 59:17
course [6] - 60:7, 70:4, 73:13, 98:15, 102:17
court [6] - 6:12, 15:10, 63:11, 65:1, 65:5, 108:9
Court [4] - 2:11, 64:20, 108:5, 108:6
COURT [4] - 1:2, 1:23, 2:23, 104:5
courts [3] - 27:13, 31:6, 31:13
courtyards [1] - 17:11
cousin [1] - 87:7

covenant [2] - 64:11, 64:16
covered [1] - 29:13
cow [1] - 50:17
craft [1] - 37:24
CRCR [1] - 108:22
create [8] - 9:19, 15:15, 18:9, 27:17, 76:6, 76:21, 92:12, 104:14
created [5] - 8:11, 53:13, 66:18, 67:8, 108:10
creates [2] - 38:21, 52:19
creature [1] - 81:13
Cresskill [1] - 39:24
crimes [1] - 44:22
criminal [9] - 46:20, 62:23, 63:8, 63:10, 63:13, 63:21, 64:8, 64:18, 64:22
criminalizing [2] - 45:14, 48:1
criminals [15] - 46:12, 46:15, 62:20, 62:21, 63:2, 63:5, 63:15, 63:16, 63:25, 64:19, 65:7, 65:8, 65:9, 84:16
criteria [2] - 28:1, 36:20
crossing [1] - 96:21
Crow [2] - 60:19, 66:12
Crown [1] - 89:7
Cumberland [2] - 53:2, 53:23
current [1] - 86:22
Curtis [2] - 3:20, 65:12
cut [1] - 89:23

D

d)(1 [1] - 27:23
Dacey [1] - 43:13
dad [1] - 64:3
daily [1] - 6:13
dais [1] - 32:19
damages [1] - 31:13
damn [2] - 72:3, 88:24
Dan [9] - 3:5, 3:6, 5:10, 5:11, 10:7, 10:8, 16:12, 18:22, 20:20
Daniel [2] - 5:6, 5:8
darker [1] - 16:25
data [1] - 106:4
dated [9] - 4:18, 4:21, 4:22, 4:24, 5:6, 5:10,

5:17, 5:22, 8:1
David [1] - 26:20
Davison [1] - 104:7
days [7] - 43:5, 46:5, 58:2, 93:24, 94:2, 94:9, 96:9
deal [3] - 68:22, 78:19, 79:8
dealing [2] - 78:9, 82:9
dealt [1] - 78:13
death [2] - 56:17
decades [1] - 88:3
decide [3] - 36:21, 94:6, 100:22
decision [7] - 10:2, 26:23, 27:22, 32:8, 63:21, 92:23, 104:24
decisions [1] - 31:8
declaratory [1] - 26:25
decline [1] - 49:11
dedicated [1] - 106:16
deemed [2] - 28:1, 37:11
deep [1] - 47:14
deer [9] - 53:16, 55:11, 55:19, 71:15, 71:20, 72:5, 72:7, 72:10
deers [1] - 53:12
deficient [1] - 36:2
Delaware [2] - 28:18, 28:19
delay [1] - 13:18
deliberate [1] - 82:6
deliberative [1] - 32:2
deliverer [1] - 59:6
deliveries [1] - 96:19
demand [1] - 24:8
demands [2] - 20:11, 20:17
dementia [3] - 51:21, 52:6, 105:20
Demetrakis [1] - 63:9
democracy [1] - 67:2
demographic [1] - 88:13
demographics [2] - 107:4, 107:6
denial [1] - 13:14
denied [2] - 32:23, 34:9
denominations [2] - 79:2, 79:20
department [3] - 46:17, 46:18, 63:6
Department [2] - 68:15, 107:8
Depot [1] - 100:3
DERMANSKY [1] -

57:23
Dermansky [2] - 3:17, 57:23
descendent [1] - 62:16
DESCRIPTION [2] - 4:15, 5:2
deserve [3] - 68:1, 69:12, 69:15
deserving [1] - 83:9
Design [4] - 5:10, 5:13, 5:15, 20:21
design [4] - 17:7, 20:8, 21:3, 21:16
designates [1] - 34:11
designation [1] - 36:17
designed [2] - 14:10, 28:6
designees [1] - 55:15
desirable [1] - 52:15
desk [2] - 81:14, 81:20
destroy [1] - 63:3
destroyed [1] - 54:22
detail [2] - 11:22, 53:20
detailed [1] - 19:5
details [1] - 34:13
detention [1] - 64:2
determinations [1] - 33:15
develop [1] - 68:11
developed [3] - 5:13, 5:15, 50:2
developer [2] - 12:3, 98:21, 99:12
developers [1] - 99:7
developing [1] - 21:12
development [5] - 23:25, 24:1, 42:14, 67:17, 73:14
devoted [1] - 105:22
diamond [1] - 22:7
Diane [3] - 3:13, 48:7, 59:19
die [2] - 72:6
died [1] - 56:20
difference [3] - 73:10, 79:24, 84:20
differences [1] - 19:20
different [7] - 9:18, 15:1, 35:12, 47:13, 81:12, 103:19
difficult [2] - 70:3, 78:15
digesting [1] - 32:4
dime [1] - 42:20
direct [2] - 66:14, 98:17
directly [3] - 7:11,

6

67:16, 67:17
director [1] - 91:9
disability [1] - 106:21
disabled [2] - 11:18, 12:13
disagree [1] - 48:17
DISARIO [1] - 19:3
Disario [6] - 3:5, 5:6, 5:8, 10:7, 16:13, 18:22
discern [1] - 19:19
discretionary [2] - 27:22, 31:8
discriminate [1] - 106:21
discriminatory [1] - 13:17
discuss [2] - 53:18, 100:8
discussed [6] - 39:17, 71:16, 71:18, 73:12, 76:9, 76:16
discussion [3] - 61:9, 98:21, 106:24
discussions [1] - 100:18
disease [3] - 56:25, 57:1, 57:3
disenfranchisement [1] - 44:25
disgusting [1] - 72:9
dismissed [1] - 84:2
Disorder [2] - 79:5, 79:10
disparate [1] - 29:21
disparities [2] - 86:16, 86:24
displacements [1] - 83:10
distance [4] - 25:12, 36:4, 73:5, 76:1
District [1] - 80:18
district [8] - 30:9, 30:13, 30:17, 36:10, 47:21, 80:16, 80:19, 81:1
districts [4] - 29:15, 29:18, 30:4, 47:22
disturb [1] - 42:11
disturbance [2] - 89:23, 90:24
disturbing [2] - 84:14, 84:15
dive [1] - 47:14
diversion [1] - 92:20
diverted [1] - 93:24
divide [1] - 59:1
dividing [1] - 67:5
dking@
  meyerdesign180.

com [1] - 20:22
doctor [7] - 56:22, 56:25, 85:15, 86:16, 86:23, 86:25, 96:13
doctors [4] - 85:12, 85:14, 85:17, 86:21
document [1] - 96:4
documents [1] - 8:11
dollars [1] - 50:20
done [15] - 38:20, 38:22, 38:23, 45:9, 47:16, 47:19, 71:12, 73:7, 73:15, 76:25, 87:16, 87:19, 97:19, 99:18, 102:11
door [2] - 42:5, 68:10
doubt [3] - 74:23, 98:16, 104:17
down [13] - 15:11, 22:18, 42:16, 46:5, 50:13, 54:22, 57:5, 65:18, 71:21, 72:11, 87:16, 98:4, 106:18
downtown [4] - 25:5, 102:6, 102:21, 103:7
dozens [3] - 19:7, 92:20, 92:21
DPW [1] - 88:16
draft [1] - 8:1
drafted [1] - 100:24
drainage [1] - 61:20
dramatic [1] - 75:21
drastic [1] - 99:15
draw [1] - 47:6
drawings [1] - 62:6
Drive [2] - 14:1, 19:1
drive [1] - 97:3
driving [1] - 101:14
drug [1] - 87:12
drugs [1] - 87:9
dumb [1] - 87:23
dumping [1] - 61:1
during [9] - 19:12, 30:6, 48:25, 80:25, 82:25, 87:11, 96:4, 96:14
Dutch [1] - 21:20
duties [1] - 65:19
Dwight [9] - 7:12, 14:21, 16:3, 18:18, 25:10, 34:5, 40:25, 87:21, 96:21

**E**

early [4] - 51:20, 96:23, 102:5
earth [2] - 64:13, 79:16
easily [1] - 102:24

east [2] - 7:12, 98:6
East [16] - 1:6, 7:2, 7:9, 11:10, 14:16, 14:24, 16:10, 16:20, 18:8, 18:18, 19:20, 20:1, 48:24, 56:11, 66:4, 68:5
Eastern [1] - 67:3
eastward [1] - 25:5
Ed [3] - 54:6, 54:9, 62:24
ed [2] - 44:20, 45:18
educated [4] - 81:7, 82:6, 82:8, 82:18
educating [1] - 103:6
education [3] - 63:2, 64:21, 65:16
effect [2] - 32:24, 47:6
effectively [1] - 98:8
effects [1] - 13:17
efficient [2] - 8:16, 33:14
efficiently [1] - 20:11
eight [1] - 89:14
either [5] - 19:20, 20:4, 41:24, 69:13, 92:10
elderly [19] - 11:17, 12:13, 17:19, 22:24, 26:10, 29:12, 29:22, 30:15, 30:25, 33:24, 51:11, 52:4, 52:17, 57:17, 58:1, 67:7, 79:1, 79:19, 95:23
electricity [1] - 93:4
elevation [1] - 97:23
Elevations [1] - 5:12
elevations [1] - 97:21
eligible [4] - 27:8, 60:3, 60:5, 106:16
Ellen [1] - 43:13
Elmore [1] - 84:11
email [1] - 91:8
emailed [1] - 44:11
emails [3] - 54:1, 74:14, 89:9
emergency [1] - 16:14
emotionally [1] - 70:4
empathize [1] - 91:3
employed [1] - 108:14
employees [3] - 17:18, 83:6, 86:5
employment [1] - 62:24
Emunah [2] - 11:9, 75:7
enable [1] - 76:16
enact [2] - 9:11, 9:20
encourage [1] - 81:6
end [5] - 18:16, 26:16,

61:1, 62:17, 69:6
ending [1] - 62:16
ends [1] - 22:3
engage [1] - 30:3
engaged [1] - 64:18
Engineer [1] - 4:18
engineer [3] - 22:17, 53:21, 92:10
engineering [1] - 91:9
Engineering [10] - 4:21, 4:23, 4:25, 5:4, 5:7, 10:7, 13:23, 13:25, 14:4, 18:25
engineers [1] - 85:18
ENGLEWOOD [2] - 1:1, 1:12
Englewood [72] - 7:12, 8:21, 8:24, 9:11, 11:16, 12:9, 12:25, 14:21, 15:2, 16:3, 18:18, 23:19, 25:10, 26:18, 28:12, 29:19, 29:21, 29:23, 33:18, 34:6, 38:23, 39:25, 40:6, 40:25, 44:19, 44:24, 51:4, 52:19, 53:5, 54:14, 55:24, 56:12, 56:16, 57:4, 57:7, 57:24, 59:13, 59:16, 59:25, 60:19, 60:25, 62:10, 62:13, 62:25, 65:4, 65:13, 73:11, 73:14, 73:20, 73:21, 74:6, 74:10, 75:8, 76:17, 77:5, 77:10, 77:13, 80:8, 80:9, 83:3, 84:11, 89:20, 96:21, 97:15, 97:20, 98:13, 98:14, 98:17, 98:19, 104:4
Englewood's [1] - 26:15
enjoy [2] - 29:14, 102:10
enjoyed [1] - 103:8
ensuing [1] - 99:8
ensure [3] - 12:24, 31:15, 67:24
entails [1] - 15:21
enter [1] - 96:8
entertain [1] - 82:11
enticed [1] - 73:20
entire [3] - 31:14, 67:25, 97:2
entirely [1] - 31:15
entirety [1] - 10:19
entrance [1] - 22:6
environment [2] - 12:25, 64:4

Environmental [3] - 13:25, 14:5, 18:25
environmental [3] - 42:19, 43:2, 44:8
epithets [1] - 46:4
equal [1] - 29:14
equally [1] - 66:18
equipped [1] - 38:2
era [1] - 60:19
escapes [1] - 85:24
especially [4] - 21:9, 52:15, 79:2, 79:4
ESQ [1] - 28:17
Esq [1] - 5:23
ESQUIRE [2] - 2:6, 2:10
Esquire [1] - 3:8
essentially [2] - 53:13, 96:5
essentials [1] - 93:5
establish [1] - 22:4
establishes [1] - 22:22
Estate [1] - 7:2
estate [1] - 73:21
esteemed [1] - 99:19
estimate [1] - 19:10
Europe [1] - 64:15
evaluations [1] - 85:13
EVANS [1] - 103:16
Evans [2] - 4:11, 103:16
evening [22] - 6:23, 8:5, 8:11, 8:19, 8:20, 9:14, 9:22, 10:17, 10:20, 14:6, 19:3, 19:12, 23:6, 28:21, 72:16, 84:10, 87:3, 89:6, 89:16, 89:22, 90:15, 90:21
evenings [2] - 89:8, 89:10
event [1] - 55:12
events [1] - 66:25
eventually [2] - 43:18, 78:8
everyday [1] - 13:4
EVID [2] - 4:15, 5:2
evidence [3] - 8:14, 104:12, 104:21
evils [1] - 92:16
exact [1] - 15:5
exactly [2] - 20:2, 68:1
examiner [1] - 86:2
example [2] - 73:8, 107:1
except [1] - 28:8
excess [1] - 20:15

exchanged [3] - 46:4, 89:5, 89:8
excuse [1] - 29:8
excuses [1] - 43:20
exemption [1] - 85:20
exercise [1] - 29:25
Exhibits [1] - 8:13
EXHIBITS [2] - 4:14, 5:1
exhibits [6] - 4:16, 6:7, 7:14, 8:3, 8:5, 8:8
exist [2] - 20:2, 41:9
existing [3] - 14:25, 18:11, 36:20
expect [1] - 9:23
expected [1] - 66:7
expelled [3] - 44:22, 44:23, 46:21
expensive [1] - 76:18
experience [6] - 9:25, 20:16, 25:24, 52:8, 74:3, 82:9
experienced [2] - 74:1, 95:19
experiences [1] - 86:18
expert [1] - 105:24
expertise [1] - 81:11
experts [2] - 11:21, 107:5
expires [1] - 26:16
Expires [1] - 108:24
explain [4] - 77:19, 91:25, 93:7, 95:24
explained [2] - 92:15, 92:23
explaining [1] - 93:9
extent [1] - 52:9
extremely [5] - 8:17, 25:15, 28:12, 98:24, 98:25

**F**

fabric [1] - 21:17
facade [1] - 99:10
face [1] - 63:21
Facebook [1] - 11:25
faces [1] - 26:18
facilities [21] - 19:9, 22:10, 24:1, 24:5, 24:16, 25:15, 27:3, 28:8, 30:7, 35:24, 49:10, 50:16, 52:18, 70:11, 71:8, 74:2, 75:18, 75:22, 102:21, 106:6, 106:15
facility [47] - 7:10,

13:12, 13:19, 15:16, 15:18, 17:16, 17:18, 19:7, 19:10, 19:18, 26:3, 27:24, 28:11, 30:16, 34:19, 36:9, 41:7, 41:14, 41:23, 52:8, 52:12, 52:22, 57:9, 57:14, 57:19, 60:4, 60:15, 61:22, 67:7, 71:2, 72:22, 72:24, 73:4, 73:15, 74:5, 75:13, 76:5, 92:25, 97:24, 102:2, 102:13, 106:5, 106:20, 107:3, 107:7
fact [13] - 9:18, 23:23, 24:19, 31:14, 33:22, 42:6, 48:23, 59:22, 77:14, 87:19, 88:12, 100:19, 107:9
facts [1] - 104:22
factual [1] - 106:4
failed [4] - 12:12, 24:11, 63:14, 64:3
failing [1] - 33:13
fair [6] - 26:13, 26:20, 27:5, 37:14, 38:18, 58:13
Fair [18] - 5:21, 9:4, 9:7, 9:25, 26:7, 26:24, 28:13, 28:15, 29:2, 29:13, 31:16, 33:10, 37:4, 38:17, 38:18, 40:3, 76:12, 87:4
faith [3] - 30:2, 30:22, 79:23
faiths [1] - 30:5
fall [1] - 9:17
fallen [2] - 51:13, 67:1
families [8] - 22:13, 41:12, 51:8, 52:4, 52:17, 57:15, 70:22, 79:9
family [9] - 15:7, 16:2, 25:7, 25:22, 25:23, 58:19, 67:12, 70:3, 74:1
far [10] - 16:10, 34:13, 52:19, 58:20, 59:5, 92:1, 100:15, 101:23, 102:6, 103:7
Farrakhan [2] - 62:15, 66:14
fashion [1] - 46:8
father [3] - 67:16, 72:24, 74:3
favorable [1] - 32:8
favorably [1] - 99:20
FAX [2] - 1:25, 2:25

federal [10] - 9:7, 9:25, 26:7, 28:13, 31:12, 33:10, 38:16, 46:11, 76:11, 106:23
feedback [2] - 12:20, 83:15
fees [1] - 31:14
feet [9] - 16:23, 18:10, 54:19, 71:25, 72:1, 72:13, 97:24, 97:25
fell [2] - 52:2, 95:2
fellow [3] - 11:16, 66:6, 77:12
few [7] - 14:10, 16:19, 40:8, 75:9, 87:12, 98:20, 105:10
FHA [1] - 10:10
FHAA [1] - 5:21
fifth [1] - 13:5
fight [2] - 79:23, 84:21
fighting [2] - 78:9, 79:23
fights [1] - 67:2
figure [1] - 81:9
figured [1] - 43:4
filed [2] - 7:6, 7:13
finally [3] - 10:9, 28:10, 97:18
finances [1] - 60:24
financial [2] - 108:13, 108:15
financially [1] - 70:4
finish [1] - 103:3
FiOS [2] - 90:4, 93:3
fired [1] - 54:9
first [24] - 7:15, 10:6, 11:24, 23:10, 26:7, 34:10, 34:20, 39:5, 48:9, 49:1, 62:12, 65:14, 66:8, 67:20, 68:7, 68:12, 69:22, 72:20, 75:12, 75:19, 95:3, 100:7, 101:13, 105:15
firsthand [1] - 74:3
firstly [1] - 67:24
fiscal [1] - 24:2
fit [4] - 16:6, 17:23, 18:19, 21:13
fits [2] - 12:25, 21:17
five [11] - 15:4, 56:21, 57:12, 60:7, 60:8, 89:10, 90:4, 90:5, 93:24, 94:2, 102:4
five-year [1] - 60:8
fix [2] - 45:13, 55:23
Flat [1] - 15:11
flights [1] - 98:1
flimsy [1] - 90:9
flood [1] - 54:15

flooded [1] - 54:16
Floor [2] - 5:15, 23:4
flyers [1] - 90:9
focus [1] - 83:12
folks [1] - 6:2
follow [6] - 43:21, 44:3, 46:9, 46:10, 91:9, 100:1
follow-up [2] - 43:21, 44:3
followed [1] - 26:24
follows [7] - 11:1, 14:2, 19:2, 20:22, 23:5, 28:20, 100:24
FOND [2] - 1:23, 2:23
food [3] - 30:14, 59:17, 60:18
footprint [2] - 15:13, 16:22, 17:11
for-profit [2] - 49:12, 50:21
foregoing [1] - 108:8
foreign [1] - 51:13
Foreman [1] - 43:13
foremost [1] - 68:9
foresight [1] - 84:18
forever [1] - 42:25
forfeit [1] - 59:24
form [2] - 98:23, 99:3
formal [1] - 8:3
former [1] - 46:11
Fort [1] - 10:25
forth [6] - 14:12, 35:25, 41:15, 47:3, 79:9, 79:20
fortunate [1] - 85:2
forward [7] - 6:3, 10:18, 32:2, 40:23, 84:4, 85:6, 100:23
fought [1] - 100:2
four [8] - 15:1, 39:21, 64:13, 89:8, 89:10, 90:17, 105:12, 105:13
fourth [3] - 12:23, 78:12, 106:20
Fourth [1] - 88:14
Fowler [2] - 4:18, 4:19
frail [3] - 11:18, 12:13, 26:9
frankly [1] - 85:21
freedom [1] - 79:3
Friday [2] - 6:15, 98:2
friend [1] - 61:14
friendly [1] - 39:25
Friendly [1] - 40:6
friends [1] - 74:12
front [6] - 14:12, 22:5, 45:11, 51:13, 52:2,

74:17
frustrating [1] - 54:25
fuerst [1] - 3:4
Fuerst [4] - 5:3, 10:6, 13:22, 14:3
FUERST [1] - 14:3
fulfill [3] - 29:2, 33:22, 60:13
full [6] - 6:14, 16:10, 31:7, 54:21, 94:24, 97:1
Full [1] - 4:20
full-time [2] - 54:21, 97:1
fully [1] - 38:4
function [2] - 98:23, 99:2
functioning [1] - 105:25
Fund [1] - 102:15
funds [3] - 59:21, 60:6, 63:3
FURBACHER [2] - 108:4, 108:22
furtherance [2] - 7:5, 7:25
furthermore [1] - 62:23
future [4] - 78:2, 82:12, 84:21, 86:21

**G**

Gabriel [2] - 3:23, 72:17
Gaddafi [1] - 68:15
GAGLIARDI [7] - 77:9, 80:6
Gagliardi [2] - 4:4, 77:10
Gagliari [1] - 78:23
game [1] - 66:9
gas [2] - 92:25, 93:5
gateway [1] - 42:10
gateways [1] - 96:7
gathered [1] - 69:24
GENACK [1] - 75:6
Genack [5] - 4:3, 11:8, 75:6, 105:18, 106:7
general [3] - 49:20, 76:1, 76:20
generally [2] - 50:21, 85:18
generate [4] - 19:10, 24:5, 24:7, 73:23
generating [1] - 65:6
generation [3] - 25:17, 25:19, 73:18
generations [1] - 52:16

8

generators [1] - 19:9
gentleman [2] - 51:12, 89:6
gentlemen [2] - 11:14, 19:4
genuinely [1] - 67:22
geographically [1] - 12:11
gigs [1] - 78:4
girl [1] - 102:24
given [4] - 11:20, 36:7, 46:22, 80:12
glad [1] - 48:9
glass [1] - 22:7
Gloria [1] - 71:10
GLYNN [57] - 1:15, 6:1, 6:8, 6:16, 6:21, 10:13, 10:16, 31:21, 32:10, 38:13, 39:10, 39:12, 39:18, 41:18, 46:1, 48:5, 51:1, 52:24, 55:2, 55:6, 55:9, 56:7, 57:22, 61:4, 66:2, 69:9, 69:18, 72:14, 74:8, 77:8, 79:25, 83:14, 83:17, 83:20, 84:6, 84:8, 87:1, 89:2, 91:2, 93:14, 94:3, 94:11, 94:15, 94:19, 95:9, 95:12, 98:10, 99:22, 100:16, 103:1, 103:9, 103:14, 104:1, 105:1, 105:7, 105:11, 107:10
Glynn [3] - 45:25, 63:12, 89:4
goal [1] - 45:5
goals [1] - 9:8
God [3] - 52:3, 64:10, 66:18
gossipers [1] - 11:25
governing [2] - 7:16, 35:8
government [1] - 68:11
Grace [1] - 78:23
graduate [1] - 87:22
graduated [1] - 87:21
grandchildren [2] - 57:12
grandkids [1] - 98:14
grant [2] - 9:19, 19:17
granting [1] - 29:19
gray [1] - 54:12
graying [1] - 33:19
great [5] - 35:10, 52:10, 79:8, 88:18, 98:18

greater [1] - 12:25
greatest [1] - 66:15
GREENBERG [7] - 99:24, 101:2, 101:7, 101:9, 101:11, 103:3, 103:10
Greenberg [2] - 4:10, 99:24
Greiner [1] - 7:1
GREINER [1] - 2:10
ground [1] - 17:5
grounds [1] - 61:1
group [1] - 78:1
growing [1] - 75:16
Grygiel [2] - 5:18, 23:3
guess [1] - 85:10
guides [2] - 9:1
guiding [1] - 96:1
guilty [2] - 45:17, 63:11
gun [1] - 63:20
gunfire [2] - 55:19, 84:25
guy [1] - 63:19
guys [2] - 43:17, 83:12

## H

Hackensack [2] - 2:12, 64:7
hair [1] - 54:12
haircut [1] - 37:14
half [1] - 21:3
Hall [2] - 54:15, 89:11
HAMER [1] - 1:19
Han [5] - 32:20, 32:21, 33:1, 33:5, 61:18
hand [2] - 18:21, 47:10
handcuffs [1] - 64:6
handed [1] - 90:9
handful [1] - 92:18
handicapped [3] - 11:18, 12:14, 29:13
handle [1] - 25:2
handled [2] - 65:17, 65:24
hands [3] - 35:15, 91:17, 91:20
Happy [1] - 62:13
happy [4] - 32:1, 56:2, 90:25, 91:3
hate [2] - 50:19, 88:11
head [3] - 51:14, 52:2, 69:1
health [7] - 27:14, 28:23, 37:21, 39:2, 50:21, 78:17, 95:22
Health [1] - 107:8
hear [10] - 10:20,

11:21, 11:23, 13:8, 38:12, 45:11, 55:15, 58:12, 77:18, 104:11
heard [18] - 20:14, 33:6, 58:5, 58:6, 58:11, 58:16, 59:9, 73:12, 80:10, 80:11, 80:16, 81:17, 82:14, 82:16, 104:9, 104:13, 104:14, 104:15
hearing [5] - 10:18, 84:5, 98:25, 101:1, 101:6
Hebrew [1] - 25:12
HEDRYCH [6] - 53:1, 55:4, 55:8, 55:10, 55:21, 56:3
Hedrych [2] - 3:15, 53:1
heed [1] - 9:16
height [2] - 17:6, 28:9
held [1] - 32:17
hello [1] - 39:23
hells [1] - 62:19
help [17] - 17:6, 27:5, 47:10, 48:21, 57:15, 57:17, 57:18, 57:20, 58:13, 59:12, 59:13, 73:20, 73:23, 79:4, 79:8, 81:23
helpful [1] - 91:12
hereby [1] - 108:7
herself [1] - 63:13
HERTEN [19] - 2:10, 6:6, 6:11, 6:19, 6:22, 8:15, 10:15, 10:23, 13:22, 31:22, 33:1, 33:16, 34:14, 35:2, 35:6, 35:9, 35:16, 38:4, 39:15
Herten [2] - 6:25, 28:25
Hi [1] - 61:5
hi [1] - 48:7
High [4] - 14:22, 16:3, 18:18, 87:21
high [7] - 24:6, 48:2, 84:14, 87:10, 88:19, 88:20, 88:21
higher [1] - 105:25
highly [2] - 104:17
Hill [4] - 11:10, 48:21, 56:11, 96:6
hill [3] - 42:16, 71:6, 101:20
himself [3] - 65:17, 65:24, 86:24
hind [1] - 72:9
hire [2] - 43:1, 85:12

hiring [2] - 85:10, 86:21
historic [1] - 96:7
historically [2] - 25:24, 38:23
history [1] - 21:20
hit [2] - 52:2, 72:4
Hoboken [1] - 23:4
HOFFMAN [6] - 28:21, 29:11, 36:5, 36:18, 37:6, 37:19
Hoffman [11] - 3:8, 5:23, 9:24, 10:9, 24:14, 26:10, 28:22, 33:16, 34:1, 34:3, 35:22
Hoffman's [1] - 24:21
hold [4] - 48:19, 63:6, 63:7, 94:5
holidays [2] - 73:2, 95:21
holocaust [3] - 62:16, 62:18
Holocaust [2] - 51:17, 56:17
home [12] - 22:12, 30:23, 51:18, 58:7, 59:23, 68:9, 68:23, 70:24, 71:4, 78:1, 105:16
Home [2] - 100:3, 102:15
Home's [1] - 49:25
homes [12] - 15:7, 16:2, 25:23, 40:13, 40:16, 40:20, 40:22, 58:22, 61:1, 71:6, 78:20, 98:15
homework [3] - 97:19, 97:21, 97:22
honest [1] - 67:9
honesty [1] - 67:10
honor [1] - 28:22
honorable [4] - 11:2, 62:15, 67:11, 67:12
hope [1] - 66:20, 83:5, 83:11, 103:10, 104:10, 104:18, 104:20
hopeful [1] - 32:5
hopefully [1] - 6:15
hoping [1] - 31:10
horrible [1] - 72:5
hospice [1] - 59:23
hospital [3] - 55:14, 59:6, 96:14
hospitals [1] - 35:23
host [1] - 9:25
hosting [1] - 55:12
Hotel [1] - 89:7

hour [1] - 92:11
hours [5] - 19:12, 25:17, 89:14, 99:5, 99:13
house [16] - 15:9, 24:9, 32:23, 45:12, 54:19, 70:9, 71:1, 71:2, 71:10, 71:11, 72:2, 72:13, 77:5, 95:21, 98:15
households [1] - 27:9
houses [2] - 58:20, 71:9
housing [24] - 9:5, 12:12, 23:22, 24:12, 26:14, 27:4, 28:3, 28:14, 28:23, 29:14, 29:15, 38:19, 38:22, 39:1, 40:5, 40:10, 58:13, 58:14, 70:7, 77:15, 77:18, 79:7, 79:18, 102:17
Housing [20] - 5:21, 9:3, 9:4, 9:7, 10:1, 26:7, 26:20, 26:24, 27:25, 28:13, 28:15, 29:3, 29:13, 31:16, 33:10, 37:4, 38:17, 38:18, 40:4, 76:12
Howland [1] - 59:15
HOYLE [6] - 84:10, 85:23, 86:1, 86:6, 86:10, 86:13
Hoyle [2] - 4:6, 84:10
huge [1] - 61:19
hugely [1] - 75:16
Hughes [2] - 5:18, 23:3
human [3] - 22:4, 53:7, 66:17
humane [1] - 53:14
hunt [3] - 53:5, 53:11, 71:24
hunters [1] - 71:21
hunting [5] - 53:16, 71:15, 71:20, 71:23, 72:4
HUNTINGTON [1] - 2:6
Hynes [3] - 54:6, 54:9, 62:24

## I

ID [2] - 4:15, 5:2
idea [1] - 82:4
identify [1] - 24:11
ignorant [1] - 11:24
ill [1] - 53:15
illegal [3] - 27:13,

9

39:4, 39:8
illustrates [1] - 72:21
image [3] - 66:17, 66:18, 99:9
imagine [3] - 71:10, 72:1, 78:17
imbedded [1] - 17:4
immune [1] - 39:7
impact [11] - 19:14, 25:16, 25:25, 33:7, 52:14, 58:17, 59:2, 73:3, 77:1, 104:16, 107:1
impacts [2] - 12:15, 29:22
implement [1] - 9:8
implementing [2] - 9:2, 31:4
important [16] - 8:19, 8:20, 9:14, 16:16, 17:10, 21:8, 22:9, 30:15, 37:25, 67:6, 69:23, 70:18, 75:13, 76:2, 76:22, 77:16, 77:20, 79:19
imposing [1] - 30:21
impress [1] - 99:11
improvements [2] - 19:24, 19:25
IN [1] - 1:5
in-house [1] - 24:9
in-laws [1] - 95:19
in-person [1] - 54:2
inaccessible [1] - 98:7
inadequate [1] - 36:15
INC [2] - 1:23, 2:23
Inc [4] - 5:10, 5:13, 5:16, 20:21
incarcerated [1] - 64:1
inch [1] - 70:17
inciting [1] - 46:12
inclination [1] - 84:4
inclined [2] - 19:17, 41:25
included [2] - 8:2, 95:20
including [3] - 29:15, 31:19, 48:15
inclusionary [1] - 27:4
inclusive [1] - 48:13
income [10] - 26:14, 27:8, 27:9, 28:14, 38:19, 38:22, 40:4, 40:10, 40:19, 40:21
inconvenience [1] - 93:15
incorporated [2] - 12:20, 15:22
incorrect [1] - 80:18
increase [2] - 18:3,

19:14
increased [1] - 49:15
increases [1] - 73:22
indeed [1] - 30:5
independent [2] - 102:12, 106:1
indicated [2] - 22:17, 24:13
indicates [1] - 23:25
individual [3] - 27:10, 27:11, 38:24
individuals [1] - 46:16
industrial [3] - 68:18, 69:14, 81:2
Industrial [1] - 24:16
Industry [2] - 80:17, 80:19
infantile [1] - 77:24
infection [1] - 78:9
infirm [1] - 67:7
influence [2] - 21:21, 86:20
influenced [1] - 68:24
informal [1] - 7:21
information [4] - 32:1, 32:4, 84:1, 91:14
informed [3] - 90:7, 90:8, 104:24
inherently [1] - 76:19
inhumane [1] - 53:12
initiating [1] - 8:23
Initiative [2] - 84:18, 85:6
Inn [1] - 50:1
innocent [1] - 45:17
inordinate [1] - 12:23
inside [1] - 17:12
insist [1] - 67:21
instance [2] - 13:9, 70:23
instead [2] - 49:21, 67:5
instigators [1] - 44:22
institution [2] - 78:1, 101:22
institutional [5] - 25:9, 34:5, 34:6, 68:18, 69:15
Institutionalized [5] - 5:22, 29:4, 31:17, 36:7, 37:10
institutions [2] - 28:24, 36:13
integrate [1] - 74:5
intended [1] - 8:5
intent [1] - 18:1
intently [1] - 105:9
intercom [1] - 51:11
interest [4] - 9:23,

98:18, 108:14, 108:15
interesting [1] - 100:1
interrupt [2] - 92:7, 93:21
intersection [2] - 7:8, 16:11, 19:24
introduce [2] - 14:9, 34:18
introduced [1] - 100:25
invaluable [1] - 12:6
investigating [1] - 7:18
invite [2] - 55:14, 87:24
involve [2] - 30:25, 55:24
involved [5] - 44:21, 48:10, 74:23, 86:7, 108:13
involves [1] - 41:12
Israel's [1] - 67:1
Israeli [1] - 67:1
issue [10] - 37:1, 38:6, 38:9, 57:19, 61:19, 67:6, 70:18, 75:4, 77:20, 84:13
issues [12] - 16:12, 17:6, 44:8, 45:13, 61:19, 61:21, 69:23, 74:24, 75:10, 77:16, 78:19, 100:6
itself [18] - 8:4, 8:21, 13:9, 15:23, 16:1, 16:15, 16:22, 16:23, 17:6, 17:7, 17:12, 17:14, 17:18, 18:15, 18:19, 31:12

**J**

jack [1] - 41:20
Jock [1] - 3:11
Jacobson [1] - 26:23
James [4] - 4:11, 28:18, 63:9, 103:16
Janet [4] - 3:10, 39:23, 69:22, 70:7
JANSEN [3] - 48:7, 48:12, 95:16
Jansen [4] - 3:13, 48:7, 95:16, 105:24
Jansen's [1] - 59:19
January [5] - 7:6, 7:14, 42:18, 42:24, 49:1
Jeff [2] - 3:12, 44:15
Jensen [1] - 4:8
Jersey [19] - 9:4,

10:25, 14:1, 19:1, 21:4, 23:5, 38:18, 43:3, 43:9, 62:11, 77:11, 87:4, 107:4, 107:6, 107:7, 108:7, 108:11, 108:18, 108:23
JERSEY [1] - 1:1
Jersey's [1] - 28:15
Jewish [8] - 48:16, 60:13, 60:16, 60:23, 66:10, 68:24, 76:20
Jews [5] - 52:18, 68:22, 68:23, 101:14, 101:18, 106:25
Jim [2] - 60:19, 66:12
job [2] - 54:21, 65:3
jobs [3] - 76:7, 76:21, 104:14
joined [1] - 68:8
Jones [3] - 97:14, 97:15, 97:17
Joseph [7] - 3:3, 4:6, 10:6, 10:15, 21:9, 84:10, 105:8
Judaism [1] - 30:6
Judge [1] - 26:23
judgment [2] - 27:1, 86:17
judicial [1] - 31:8
juncture [1] - 34:25
June [1] - 103:21
Juneteenth [3] - 103:21, 103:24
jurisdiction [4] - 13:6, 35:19, 36:20, 36:23
justice [1] - 46:17
juvenile [1] - 64:2

**K**

KATHARINE [1] - 1:15
Katharine [4] - 43:24, 55:11, 63:12, 80:1
keep [7] - 16:18, 17:13, 48:1, 54:24, 57:15, 65:4, 70:9
keeping [1] - 95:25
Kehilat [1] - 11:7
kept [2] - 65:18, 93:25
Kesher [1] - 11:8
key [1] - 30:5
kidding [1] - 72:12
kids [10] - 41:3, 41:5, 44:21, 44:24, 45:5, 46:17, 47:10, 60:7, 63:23, 98:14
kill [2] - 55:18, 72:5
killing [1] - 53:16

KIM [2] - 108:4, 108:22
Kim [3] - 9:24, 10:9, 28:22
Kimball [2] - 14:1, 19:1
Kimberly [3] - 3:8, 5:23, 24:14
kind [11] - 14:8, 16:12, 53:8, 73:15, 74:2, 79:7, 81:3, 81:12, 83:1, 88:6, 89:15
Kinderkamack [1] - 2:7
kinds [2] - 22:9, 76:7
King [6] - 3:6, 5:10, 5:11, 10:8, 20:20, 66:16
KING [1] - 20:23
Kinsley [1] - 26:20
KITTS [1] - 61:5
Kitts [1] - 61:5
knowledge [2] - 49:24, 80:14
knows [1] - 97:10

**L**

labeled [1] - 23:24
labor [1] - 86:9
lack [1] - 91:10
ladies [2] - 11:14, 19:3
Land [5] - 5:21, 29:3, 31:16, 36:6, 37:9
land [5] - 25:15, 25:16, 59:1, 81:8, 81:11
landowner [1] - 12:3
landscaping [2] - 17:22, 18:14
Lane [1] - 102:7
lane [3] - 46:7, 46:23, 47:15
lanes [3] - 45:18, 45:20, 97:4
Langan [10] - 4:21, 4:23, 4:25, 5:4, 5:7, 10:6, 13:22, 13:25, 14:4, 18:24
language [1] - 51:13
large [5] - 70:24, 71:9, 73:11, 73:21, 105:17
larger [3] - 16:4, 25:7, 25:9
last [10] - 26:23, 44:2, 49:4, 72:23, 82:25, 83:22, 89:5, 89:22, 96:10, 100:2
Last [1] - 44:6
lastly [2] - 20:6, 107:4
late [3] - 21:22, 96:24, 104:3

latter [1] - 26:15
Laura [2] - 3:22, 69:20
Laurie [1] - 61:5
law [11] - 24:22, 34:10, 36:24, 37:3, 37:7, 63:11, 67:19, 71:24, 76:11, 76:12, 85:19
Lawn [1] - 87:4
laws [4] - 31:7, 79:9, 95:19, 106:23
lawsuit [1] - 26:16
lawyer [1] - 45:15
lay [1] - 90:11
laying [2] - 90:4, 93:2
leader [2] - 47:4, 47:7
leaders [1] - 11:5
leaning [1] - 77:19
learn [1] - 53:9
learned [2] - 21:19, 102:24
least [3] - 18:10, 68:1, 96:4
leave [4] - 10:12, 20:6, 81:18, 96:15
Lee [1] - 10:25
left [3] - 16:17, 42:10, 87:22
Legal [1] - 5:20
legal [2] - 7:20, 24:21
legislate [1] - 33:23
legislation [4] - 9:2, 9:9, 9:11, 31:6
legislative [6] - 8:22, 9:6, 27:16, 36:22, 37:23, 38:20
Leheny [2] - 5:18, 23:3
lengths [1] - 35:10
less [3] - 49:18, 49:19, 105:13
lesser [1] - 92:16
letter [7] - 4:17, 5:9, 6:13, 8:1, 8:2, 8:8, 10:3
letting [1] - 88:20
level [2] - 19:13, 22:19
leveled [1] - 46:20
Lewis [1] - 69:1
Liberty [1] - 99:25
Libya [1] - 68:11
License [2] - 108:4, 108:23
licensed [1] - 107:7
life [9] - 57:16, 72:23, 79:3, 79:22, 86:18, 95:20, 96:18, 98:17, 98:18
lift [2] - 29:9, 30:7
lifted [1] - 37:11
light [2] - 41:3, 94:7

limit [1] - 11:21
limited [2] - 8:17, 100:10
line [2] - 18:17, 75:11
lines [1] - 81:4
Lisa [1] - 55:13
list [1] - 65:8
listen [1] - 9:15
listening [1] - 105:9
litigates [1] - 28:23
litigation [2] - 31:13, 76:18
live [29] - 13:2, 13:19, 22:15, 30:4, 51:4, 56:10, 56:15, 60:4, 61:5, 61:15, 67:16, 68:4, 71:4, 72:19, 74:21, 75:4, 75:7, 75:8, 77:5, 79:3, 79:16, 79:17, 79:22, 83:7, 89:20, 95:4, 98:14, 101:19, 104:16
lived [7] - 56:12, 57:3, 57:4, 59:25, 72:24, 98:13, 102:3
lives [6] - 21:10, 21:11, 51:18, 87:7, 88:15, 96:10
living [42] - 21:2, 24:5, 25:14, 26:3, 26:6, 27:3, 28:8, 29:15, 29:18, 30:8, 30:20, 33:23, 34:19, 35:24, 37:8, 40:15, 41:13, 49:6, 49:12, 49:14, 57:13, 58:3, 60:21, 70:11, 75:18, 75:22, 88:6, 88:13, 88:17, 88:25, 91:22, 93:6, 96:8, 102:1, 102:13, 102:19, 105:17, 106:1, 106:6, 106:15
living/memory [1] - 7:10
LLC [4] - 5:18, 7:2, 7:3, 23:3
LLP [2] - 2:6, 28:18
local [6] - 13:5, 13:10, 92:12, 95:5, 104:14, 106:22
locate [1] - 30:16
located [6] - 7:11, 15:10, 16:9, 16:25, 17:12, 24:25
locating [1] - 36:8
location [17] - 13:20, 14:15, 15:17, 16:6, 17:20, 18:5, 18:7, 18:12, 23:14, 24:17,

24:19, 24:20, 24:25, 28:2, 28:11, 95:24, 98:3
locations [2] - 22:1, 24:11
logical [1] - 98:3
long-term [1] - 40:21
longtime [1] - 49:16
look [16] - 10:18, 32:2, 34:24, 35:11, 42:14, 64:14, 72:4, 72:12, 86:22, 87:2, 88:11, 88:12, 98:22, 99:9, 104:22
lookback [1] - 60:8
looked [2] - 62:21, 97:22
looking [4] - 47:7, 64:24, 88:4, 94:25
looks [1] - 36:25
looseness [1] - 59:4
lose [1] - 94:13
loss [2] - 75:15, 96:12
lost [1] - 51:21
Louis [2] - 62:15, 66:13
lousy [1] - 72:7
love [3] - 42:6, 55:4, 58:24, 95:1, 95:2
lovely [1] - 74:23
low [13] - 19:9, 25:16, 25:17, 26:13, 27:9, 28:14, 38:19, 38:22, 40:4, 40:10, 40:19, 40:21, 49:21
lower [5] - 22:19, 42:15, 98:4, 98:5
Luther [1] - 66:16
luxuries [1] - 93:6
lymphoma [1] - 78:16
Lynda [1] - 78:23

**M**

Madam [1] - 66:5
madam [1] - 72:18
main [2] - 22:6, 92:18
Main [3] - 2:11, 89:21, 90:10
maintain [1] - 63:14
maintaining [1] - 99:3
majestic [1] - 87:2
major [1] - 17:21, 25:4, 55:22, 86:23, 87:12, 89:24, 90:14, 90:23, 94:8, 94:14
majority [1] - 40:12
man [4] - 43:2, 64:3, 67:11, 68:13
managed [1] - 54:10

management [1] - 90:7
manager [1] - 83:10
managing [2] - 5:4, 14:4
mandates [3] - 24:22, 26:5, 28:13
Manhattan [1] - 94:9
mansion [3] - 41:24, 42:4, 70:25
Manufacturing [1] - 24:17
map [1] - 54:17
Map [1] - 4:24
maps [2] - 54:16, 97:23
march [2] - 56:17, 56:18
March [1] - 38:8
Mark [1] - 89:19
marked [1] - 8:13
Marlboro [1] - 69:20
married [3] - 56:19, 87:23, 88:1
Martin [4] - 65:15, 65:22, 66:16
mass [1] - 84:23
Master [19] - 9:1, 23:10, 23:19, 23:20, 23:23, 23:25, 24:10, 31:5, 33:9, 33:13, 33:17, 33:20, 33:21, 74:22, 75:2, 80:20, 80:25, 83:23, 95:25
materials [1] - 31:20
matter [3] - 16:5, 23:17, 36:22
MATTER [1] - 1:5
matters [2] - 33:13, 39:17
maximum [1] - 97:6
MAY [1] - 1:3
Mayor [22] - 6:24, 11:2, 29:7, 31:23, 32:12, 33:4, 38:4, 44:17, 44:18, 45:19, 46:1, 48:10, 55:21, 61:17, 62:20, 63:16, 66:5, 68:7, 72:18, 74:19, 89:18
mayor [1] - 83:22
MAYOR [23] - 1:14, 32:13, 33:9, 34:2, 34:21, 35:4, 35:7, 35:10, 35:21, 36:14, 36:25, 37:12, 38:3, 38:10, 45:24, 46:2, 47:24, 48:4, 48:11, 55:11, 55:22, 80:1, 89:4

mayors [3] - 53:11, 55:15, 55:25
Meadowbrook [1] - 75:8
mean [4] - 41:10, 43:18, 55:9, 93:21
meaningful [1] - 73:3
means [2] - 36:14, 96:12
Mechanical [1] - 80:18
mechanical [2] - 81:2, 81:3
Medicaid [9] - 27:7, 49:10, 50:11, 50:14, 59:22, 60:3, 60:5, 106:16, 106:18
medical [5] - 49:12, 80:25, 81:4, 81:18, 96:19
Medical [1] - 80:19
Medicare [3] - 49:9, 59:7, 59:9
meet [5] - 27:5, 28:2, 38:18, 48:14, 60:22
MEETING [1] - 1:2
meeting [13] - 27:15, 28:12, 44:20, 46:5, 48:18, 56:5, 64:25, 65:16, 81:17, 82:25, 83:23, 83:25, 91:7
meetings [2] - 32:17, 61:18, 61:21
meets [4] - 27:8, 27:24, 28:6, 40:3
member [9] - 45:3, 45:22, 46:3, 46:4, 47:2, 51:17, 57:7, 57:8, 64:21
members [16] - 6:24, 11:2, 11:18, 12:9, 12:11, 14:6, 20:24, 30:2, 30:22, 31:23, 56:15, 56:18, 66:5, 70:3, 72:18, 77:12
membership [1] - 51:8
memorable [1] - 66:7
memoranda [1] - 7:21
memorandum [1] - 38:7
Memorial [1] - 67:1
memory [5] - 15:16, 50:4, 70:24, 75:15, 96:12
men [1] - 63:25
Menachem [3] - 4:3, 11:8, 75:6
mentioned [8] - 25:9, 38:15, 73:18, 75:10, 75:24, 76:25, 105:18, 106:7

mentioning [1] - 103:19
mentoring [1] - 45:8
Mercer [1] - 26:23
merely [1] - 47:3
Merit [1] - 108:5
merits [1] - 9:18
met [5] - 12:8, 47:13, 47:22, 63:1, 91:5
Meyer [5] - 5:10, 5:13, 5:15, 20:21, 21:2
mic [2] - 48:20, 105:12
MICHAEL [2] - 1:14, 1:18
Michael [3] - 4:18, 4:19, 95:7
microphone [1] - 29:9
mid [1] - 38:8
mid-20th [1] - 21:22
middle [3] - 51:20, 92:11, 92:13
Middle [1] - 67:3
midnight [1] - 89:6
midst [1] - 25:21
might [12] - 16:19, 32:7, 49:9, 56:24, 57:18, 66:23, 70:20, 81:10, 82:12, 82:14, 83:24
migraine [2] - 90:12, 90:14
mind [2] - 36:17, 69:13
minds [2] - 68:3, 69:12
mindset [1] - 80:24
mine [1] - 61:14
minimal [2] - 33:7, 77:2
minimize [1] - 17:6
minimum [1] - 63:1
minister [2] - 30:25, 62:15
minority [1] - 60:23
minute [2] - 71:14, 97:9
minutes [4] - 19:11, 39:21, 105:12, 105:14
misinformation [1] - 80:11
missed [1] - 81:19
mistakes [2] - 46:16, 46:17
moderate [5] - 26:14, 28:14, 38:19, 38:22, 40:4
modifications [1] - 20:4
Molly [2] - 4:12, 104:6

moment [6] - 16:13, 51:22, 68:20, 85:25, 87:8, 93:17
Monahan [1] - 78:23
Monday [1] - 51:24
money [6] - 42:1, 42:18, 42:23, 50:14, 58:24, 65:5, 65:6, 93:1
moneymaker [1] - 93:3
monitoring [1] - 47:20
monstrosity [1] - 60:20
month [2] - 26:17, 87:16
months [2] - 44:10, 96:10
Moory [5] - 32:20, 32:21, 33:1, 33:5, 61:18
moreover [1] - 27:14
Moriah [1] - 14:22, 15:8, 25:12, 41:9, 73:8, 96:22
morning [12] - 19:12, 61:10, 89:14, 90:11, 90:13, 90:19, 90:20, 90:25, 93:25, 95:6, 96:23, 97:4
Morris [1] - 28:18
Morrow [1] - 87:21
most [8] - 12:17, 13:3, 26:25, 37:23, 59:13, 78:15, 78:22, 80:4
mother [4] - 64:5, 78:24, 79:15, 102:3
motives [1] - 11:25
move [6] - 40:14, 73:20, 81:3, 88:22, 97:13, 100:23
moved [4] - 81:2, 83:4, 102:8, 102:12
movement [1] - 16:10
moving [5] - 22:11, 22:12, 22:14, 68:9, 101:18
MR [80] - 6:6, 6:11, 6:19, 6:22, 8:15, 10:15, 10:23, 11:2, 13:22, 14:3, 19:3, 20:23, 23:6, 31:22, 33:1, 33:16, 34:14, 35:2, 35:6, 35:9, 35:16, 38:4, 38:15, 39:11, 39:15, 41:20, 43:23, 44:5, 44:13, 44:15, 47:18, 47:25, 62:10, 65:12, 77:9, 80:6, 80:7, 81:24,

81:25, 83:16, 83:19, 83:21, 84:7, 84:10, 85:16, 85:23, 85:24, 86:1, 86:4, 86:6, 86:7, 86:10, 86:12, 86:13, 87:3, 89:18, 91:5, 91:17, 92:3, 92:6, 92:17, 92:24, 93:10, 93:20, 94:5, 94:13, 94:17, 94:24, 95:11, 95:14, 95:16, 98:12, 100:22, 101:5, 101:8, 101:10, 103:16, 105:5, 105:8, 105:13
MS [43] - 28:21, 29:11, 36:5, 36:18, 37:6, 37:19, 39:23, 43:21, 44:3, 44:11, 48:7, 48:12, 53:1, 55:4, 55:8, 55:10, 55:21, 56:3, 57:23, 59:15, 60:10, 61:5, 69:20, 72:15, 74:9, 91:13, 91:15, 91:16, 91:24, 92:4, 92:8, 92:22, 93:7, 93:12, 99:24, 101:2, 101:7, 101:9, 101:11, 103:3, 103:10, 104:2, 104:6
multifamily [1] - 25:6
multinational [1] - 93:1
multiple [3] - 54:3, 74:14, 89:8
multipurpose [1] - 22:20
MUNICIPAL [1] - 1:2
municipal [1] - 24:8
municipalities [2] - 26:13, 26:25
municipality [1] - 25:23
muntins [1] - 22:7
Murray [1] - 41:21
Muslim [1] - 62:12
must [8] - 9:17, 13:8, 27:7, 27:16, 30:10, 66:8, 96:3, 106:18

N

NAACP [4] - 44:16, 47:7, 47:18, 84:18
name [16] - 6:25, 14:3, 23:6, 39:20, 39:23, 51:3, 56:9, 62:24, 63:9, 72:16, 78:22, 85:24, 89:19, 95:16, 103:16, 104:5
named [1] - 102:25

nationalities [1] - 79:20
nature [1] - 25:21
NCARB [2] - 3:6, 20:21
near [5] - 18:1, 30:4, 57:10, 98:4, 101:18
nearby [1] - 96:22
necessary [5] - 10:1, 15:20, 27:15, 29:19, 32:6
necessity [1] - 93:3
neck [2] - 16:19, 78:11
need [27] - 9:6, 12:7, 23:21, 26:19, 27:2, 33:18, 33:23, 40:9, 45:13, 47:10, 48:14, 54:13, 55:24, 59:13, 60:10, 60:13, 60:22, 61:24, 65:6, 65:20, 70:6, 70:7, 72:10, 72:21, 73:13, 75:21, 95:23
needed [2] - 43:1, 43:15
needs [12] - 13:11, 25:18, 36:16, 47:16, 48:14, 48:18, 67:20, 69:25, 70:6, 73:14, 79:3, 95:23
negative [4] - 12:15, 25:25, 58:17, 59:2
neighbor [4] - 11:17, 61:8, 61:13, 68:10
neighborhood [9] - 25:6, 30:17, 33:8, 37:25, 52:13, 61:16, 96:2, 96:3, 99:4
neighborhoods [1] - 16:1
neighboring [1] - 25:23
neighborly [1] - 61:12
neighbors [6] - 11:4, 12:19, 61:12, 74:12, 98:20, 98:25
nervous [1] - 53:3
Netherlands [1] - 21:21
never [13] - 42:13, 42:20, 44:8, 44:9, 45:1, 45:15, 58:11, 61:13, 61:21, 62:8, 62:16, 74:17, 81:17
never-ending [1] - 62:16
New [20] - 9:4, 10:25, 14:1, 19:1, 21:4, 23:4, 28:15, 38:18, 43:3, 43:8, 62:11

77:10, 87:4, 107:4, 107:6, 107:7, 108:7, 108:11, 108:18, 108:23
new [7] - 19:11, 22:12, 30:23, 34:22, 34:25, 58:7
NEW [1] - 1:1
Newark [1] - 23:4
newspaper [1] - 70:23
next [13] - 6:1, 42:4, 53:18, 54:6, 56:5, 68:10, 89:5, 89:8, 89:10, 90:4, 90:19, 94:7, 102:8
nice [1] - 91:22
nicer [1] - 57:21
night [7] - 65:11, 66:7, 89:13, 90:5, 92:14, 92:21, 96:14
nightmare [1] - 92:12
nights [3] - 90:5, 90:20, 94:7
NJ [4] - 1:24, 2:7, 2:12, 2:24
NO [2] - 4:15, 5:2
nobody [2] - 47:16, 98:1
noise [1] - 25:18
non [1] - 68:23
non-Jews [1] - 68:23
none [3] - 87:18, 91:15, 91:16
nonetheless [1] - 63:15
normal [1] - 37:18
normally [4] - 17:9, 81:13, 81:19, 81:25
north [1] - 16:2
North [17] - 1:6, 7:3, 7:8, 10:25, 14:17, 16:16, 17:25, 18:7, 19:21, 20:1, 22:18, 25:1, 25:11, 61:6, 62:19, 73:6, 73:9
northeast [1] - 14:16
Northern [1] - 21:4
Notary [2] - 108:7, 108:23
note [4] - 16:16, 16:21, 17:10, 28:5
noted [1] - 107:13
nothing [1] - 53:7
nothing's [1] - 87:19
notice [2] - 12:21, 17:24
noticeable [1] - 19:19
number [6] - 43:11, 49:25, 50:22, 52:4, 52:5, 60:3

12

numbers [1] - 97:8
nursed [1] - 59:22
nurses [1] - 76:4
nursing [3] - 49:10,
61:1, 105:16

**O**

oath [1] - 108:9
objective [3] - 23:23,
33:21, 39:2
objectives [1] - 9:2
obligation [16] - 9:5,
23:15, 26:2, 26:9,
26:12, 26:21, 27:6,
27:12, 27:15, 28:3,
28:4, 28:15, 29:12,
38:17, 39:6
obligations [1] - 29:2
obliged [1] - 9:20
observant [2] - 48:15,
68:22
observers [1] - 35:24
obtain [1] - 31:11
obviously [3] - 16:1,
17:22, 73:22
occupancy [3] -
49:21, 75:19, 104:13
occupants [1] - 102:5
OF [6] - 1:1, 1:1, 1:5,
1:12
offer [2] - 29:5, 83:24
offered [1] - 104:21
office [8] - 51:10,
51:12, 54:3, 54:11,
91:6, 96:25
officer [5] - 47:5,
63:19, 64:23, 65:15,
65:16
Officer [2] - 65:15,
65:22
officers [1] - 65:20
Official [1] - 80:9
often [3] - 25:21,
57:11, 57:13
old [2] - 70:24, 71:5
older [2] - 40:9, 96:11
once [3] - 37:14,
53:10, 54:1
one [61] - 9:18, 9:19,
10:17, 12:7, 15:2,
15:3, 15:7, 15:8,
15:24, 17:10, 17:21,
19:11, 22:5, 22:10,
24:4, 24:10, 24:18,
25:14, 33:12, 42:20,
43:5, 43:6, 43:7,
43:24, 46:21, 47:1,
49:16, 52:5, 55:7,
56:21, 58:2, 58:4,

58:10, 63:17, 66:9,
68:8, 69:14, 72:2,
77:17, 77:25, 78:21,
79:15, 80:4, 80:13,
83:16, 84:24, 86:14,
92:9, 96:1, 96:7,
97:4, 102:5, 102:24,
104:15, 105:5, 107:1
one-on-one [1] - 55:7
one-story [1] - 22:5
one-upmanship [1] -
66:9
online [2] - 72:4,
72:12
open [1] - 75:21
opening [2] - 8:17,
88:5
operate [1] - 106:7
operated [1] - 15:18
operation [1] - 15:16
operations [2] - 19:15,
19:20
operators [1] - 74:2
opinion [3] - 20:10,
28:10, 72:21
opportunities [2] -
86:19, 100:8
opportunity [10] -
13:18, 14:7, 22:14,
27:18, 29:1, 29:14,
29:24, 30:18, 34:24,
38:21
oppose [3] - 50:23,
61:7, 79:14
opposed [2] - 23:16,
76:10
opposing [1] - 48:24
opposite [1] - 25:10
OPRA [1] - 44:6
option [1] - 61:2
options [2] - 92:9,
92:10
oranges [1] - 33:5
oratory [1] - 66:15
order [9] - 9:5, 9:8,
10:4, 10:5, 17:13,
18:3, 31:15, 99:9,
106:17
Ordinance [2] - 23:11,
24:15
ordinance [13] - 9:3,
13:10, 13:15, 13:17,
34:12, 34:18, 34:19,
34:23, 34:25, 35:17,
36:16, 37:17, 100:24
ordinances [1] - 33:22
orient [1] - 17:22
orientation [2] -
14:23, 15:25
oriented [2] - 16:20,

23:24
Orthodox [8] - 30:6,
30:9, 36:2, 36:7,
51:7, 52:18, 101:17,
106:25
otherwise [1] - 55:20
ourselves [1] - 33:10
outcome [2] - 84:20,
108:15
outdoor [1] - 25:18
outside [1] - 63:24
outstanding [1] -
99:12
over-congested [1] -
97:3
overall [3] - 15:12,
17:7, 17:15
overly [1] - 46:19
overriding [1] - 26:5
overstated [1] - 12:17
oversupply [1] - 49:16
overwhelming [1] -
46:22
own [6] - 9:18, 32:21,
52:1, 52:7, 67:21
owned [1] - 41:23
owners [1] - 74:1
owns [1] - 33:2

**P**

P.C [1] - 2:10
P.E [3] - 4:18, 5:6, 5:8
p.m [2] - 96:25, 107:13
P.M [1] - 1:3
P.P [1] - 5:19
package [1] - 6:15
packed [1] - 45:12
packet [1] - 19:5
PAGE [2] - 3:2, 4:2
page [1] - 80:3
paid [7] - 40:1, 42:18,
42:21, 42:25, 43:2,
99:13, 99:14
Palisade [27] - 1:6,
7:2, 7:9, 14:16,
14:18, 14:24, 16:10,
16:20, 18:8, 18:19,
19:21, 20:1, 25:1,
25:4, 25:11, 42:16,
48:25, 62:3, 66:4,
68:5, 72:11, 89:21,
89:25, 92:10, 96:6,
97:5, 97:14
paper [1] - 80:3
Paramus [2] - 70:25,
71:13
pardon [1] - 92:6
parents [2] - 22:14,
47:13, 52:17, 59:23,

70:3, 73:19, 95:19
Parking [1] - 5:5
parking [5] - 17:16,
20:12, 20:15, 20:16,
25:18
Parsippany [2] - 14:1,
19:1
part [5] - 8:9, 19:25,
20:4, 32:18, 32:22,
47:11, 50:17, 78:8,
96:6
partial [2] - 16:24,
77:5
particular [10] - 11:6,
27:19, 38:25, 58:16,
58:21, 75:13, 76:5,
86:16, 99:4, 107:2
particularly [3] -
17:25, 25:17, 34:5
parties [3] - 8:10,
91:20, 108:12
partly [1] - 15:7
pass [1] - 13:3
passed [1] - 34:25
passes [1] - 37:17
past [3] - 47:13, 81:13,
89:20
patient [1] - 96:24
patients [2] - 50:13,
106.16
pay [7] - 43:1, 43:6,
43:7, 43:19, 43:20,
50:13, 50:16
paying [2] - 59:10,
91:23
payment [1] - 99:15
pays [1] - 59:7
PE [2] - 3:5, 18:24
peace [1] - 62:14
peak [1] - 25:17
Peller [2] - 4:7, 87:4
PELLER [16] - 87:3,
91:5, 91:15, 91:17,
92:3, 92:6, 92:17,
92:24, 93:10, 93:20,
94:5, 94:13, 94:17,
94:24, 95:11, 95:14
pending [1] - 77:15
people [65] - 12:16,
13:3, 17:19, 22:15,
40:13, 40:18, 40:19,
41:14, 41:15, 43:1,
43:15, 50:12, 52:16,
57:16, 57:21, 58:1,
58:4, 58:24, 59:1,
59:6, 59:11, 59:12,
59:20, 60:5, 64:15,
64:17, 65:6, 67:12,
67:13, 68:13, 68:23,
70:21, 71:11, 73:18,

74:20, 74:23, 75:3,
75:10, 75:14, 75:15,
76:7, 79:13, 79:21,
81:9, 85:5, 87:9,
88:5, 88:13, 88:14,
88:17, 88:19, 88:20,
88:21, 88:25, 93:4,
93:22, 96:8, 97:1,
100:19, 101:17,
102:1, 102:14,
102:15, 103:8
per [2] - 96:16, 97:9
percent [13] - 27:7,
50:10, 60:2, 75:14,
75:19, 104:13,
104:15, 105:18,
105:22, 105:23,
105:24, 106:8,
106:15
perfection [1] - 99:9
perhaps [3] - 66:22,
70:19, 80:4
period [3] - 26:19,
65:10, 77:22
perished [1] - 84:25
permission [1] - 43:16
permit [1] - 68:11
permitted [2] - 27:20,
81:1
person [6] - 22:11,
24:13, 47:2, 54:2,
81:14, 100:11
personal [5] - 21:12,
65:22, 74:3, 81:11,
90:13
personally [2] - 52:7,
52:20
persons [1] - 29:22
Persons [5] - 5:22,
29:4, 31:17, 36:7,
37:10
perspective [2] -
13:11, 13:19
pertain [1] - 66:21
pertaining [1] - 85:9
Pete [2] - 4:8, 95:16
philanthropists [1] -
67:13
Phillips [2] - 5:18,
23:3
phone [1] - 89:5
phonetic [2] - 26:21,
55:13
physical [1] - 20:3
physicals [1] - 85:13
physician [1] - 85:22
pick [1] - 94:25
picked [1] - 63:19
PLA [3] - 3:4, 5:3,
13:24

place [10] - 33:19, 46:25, 57:6, 61:25, 62:1, 68:12, 74:24, 75:5, 88:5, 95:3
Place [2] - 103:17, 104:7
places [3] - 30:4, 30:9, 79:13
Plan [20] - 4:22, 9:1, 23:10, 23:20, 23:24, 23:25, 24:10, 31:5, 33:9, 33:13, 33:17, 33:20, 33:21, 74:22, 75:2, 80:20, 80:25, 83:24, 95:25
plan [7] - 14:14, 15:13, 20:7, 34:13, 35:18, 76:1, 81:13
planner [3] - 10:9, 26:20, 97:18
Planning [1] - 5:17
planning [15] - 9:24, 23:7, 35:2, 35:4, 35:20, 37:15, 63:9, 69:1, 74:21, 75:1, 76:10, 82:7, 82:13, 82:20, 83:22
Plans [2] - 4:20, 5:15
plans [5] - 12:20, 14:11, 14:12, 55:17, 81:14
planting [1] - 101:1
plateau [1] - 98:6
play [2] - 34:10, 67:18
playing [1] - 67:19
Plaza [3] - 2:11, 10:25, 89:7
plead [1] - 63:10
pneumonia [1] - 78:13
podcast [1] - 82:23
point [10] - 6:3, 13:13, 14:13, 25:16, 39:16, 59:19, 81:5, 90:11, 94:3, 102:1
points [4] - 16:8, 43:11, 97:11, 97:12
police [6] - 45:4, 63:5, 63:19, 64:23, 65:15, 65:20
policemen [1] - 90:3
policy [1] - 67:10
pool [1] - 15:9
pooped [1] - 88:17
pop [1] - 54:10
population [5] - 23:21, 23:22, 33:19, 36:8, 75:16
PORTION [1] - 3:9
portion [1] - 33:2
portions [1] - 16:24

position [1] - 34:8
positive [1] - 24:2
possible [4] - 53:5, 72:25, 73:6, 102:22
possibly [2] - 16:11, 71:15
posters [1] - 11:25
potential [2] - 86:4, 107:1
POUPKO [1] - 51:3
Poupko [3] - 3:14, 11:9, 51:3
power [2] - 9:11, 72:2
PP [2] - 3:7, 23:2
practice [1] - 30:3
practices [4] - 31:1, 33:11, 36:3, 37:5
pray [1] - 85:4
preacher [1] - 47:8
preaching [1] - 47:8
precede [1] - 26:10
precedent [1] - 9:19
precursor [1] - 8:4
predates [1] - 55:18
predominantly [3] - 16:14, 25:6, 25:20
pregnant [1] - 56:22
PREISS [3] - 23:6, 38:15, 39:11
Preiss [9] - 3:7, 5:17, 5:18, 5:19, 10:9, 23:1, 23:3, 23:7, 38:5
prejudice [1] - 82:12
prepared [8] - 4:20, 4:23, 4:25, 5:6, 5:17, 5:23, 19:6, 38:6
PRESENT [1] - 1:13
present [3] - 9:22, 14:7, 29:22
Presentation [2] - 4:17, 5:9
presentation [17] - 6:2, 7:5, 7:21, 8:6, 10:7, 10:11, 10:18, 10:21, 12:22, 31:19, 31:24, 32:14, 38:16, 49:1, 80:10, 94:8, 99:13
presented [2] - 80:24, 83:3
presently [2] - 30:21, 36:10
preserve [5] - 18:11, 70:15, 71:5, 96:2, 96:3
preserved [1] - 13:1
preserves [1] - 71:7
President [5] - 6:23, 31:23, 38:11, 66:5,

72:18
PRESIDENT [57] - 1:15, 6:1, 6:8, 6:16, 6:21, 10:13, 10:16, 31:21, 32:10, 38:13, 39:10, 39:12, 39:18, 41:18, 46:1, 48:5, 51:1, 52:24, 55:2, 55:6, 55:9, 56:7, 57:22, 61:4, 66:2, 69:9, 69:18, 72:14, 74:8, 77:8, 79:25, 83:14, 83:17, 83:20, 84:6, 84:8, 87:1, 89:2, 91:2, 93:14, 94:3, 94:11, 94:15, 94:19, 95:9, 95:12, 98:10, 99:22, 100:16, 103:1, 103:9, 103:14, 104:1, 105:1, 105:7, 105:11, 107:10
president [2] - 44:16, 84:17
pretty [1] - 101:23
prevent [1] - 68:8
price [1] - 49:18
pride [1] - 22:13
primarily [1] - 68:22
primary [1] - 12:13
principal [4] - 5:4, 5:10, 14:4, 45:22
principles [1] - 96:2
priorities [1] - 87:5
private [7] - 50:13, 50:16, 59:21, 60:6, 66:20, 69:15, 71:25
privileged [1] - 91:22
pro [1] - 84:7
problem [5] - 42:5, 43:17, 53:22, 70:20, 76:22
problems [2] - 42:12, 70:12
proceeding [1] - 39:16
PROCEEDING [1] - 1:6
process [15] - 7:18, 8:23, 31:14, 32:2, 34:9, 34:16, 34:22, 35:18, 37:23, 67:25, 74:17, 85:13, 100:23, 104:18, 104:19
processing [1] - 37:18
proclaimed [1] - 105:24
product [2] - 64:4, 80:20
professional [5] -

65:18, 65:19, 65:25, 85:17, 85:20
profit [2] - 49:12, 50:21
programming [1] - 22:21
programs [2] - 45:8, 47:20
project [23] - 5:13, 5:15, 11:6, 12:16, 12:24, 13:3, 14:9, 19:22, 19:25, 20:20, 23:13, 27:20, 28:5, 33:4, 39:25, 40:8, 58:17, 59:3, 59:18, 61:9, 99:14, 99:17, 99:18
Project [1] - 4:18
project's [1] - 37:17
projects [3] - 21:4, 27:4, 27:18
prolific [1] - 53:17
promised [2] - 53:21, 53:24, 54:4, 54:5, 54:7, 54:23, 57:1
promoting [1] - 39:2
proper [1] - 54:14
properly [2] - 73:16, 74:5
properties [3] - 7:7, 27:11, 61:22
property [16] - 7:11, 7:19, 23:16, 25:3, 26:3, 32:22, 33:2, 41:24, 42:1, 54:14, 54:19, 54:21, 54:23, 61:8, 63:14, 68:12
proposal [8] - 15:15, 20:5, 40:3, 48:24, 49:2, 49:5, 52:21, 58:1
Proposed [1] - 1:6
proposed [10] - 5:13, 5:15, 14:10, 20:12, 23:9, 23:13, 24:19, 28:11, 62:6, 97:24
proposing [4] - 15:14, 19:23, 105:17, 105:21
prosecuted [3] - 44:23, 46:12, 46:14
prosecutor [2] - 45:14, 46:11
prospective [3] - 26:19, 27:2, 28:4
prostitution [1] - 87:13
protect [1] - 31:12
protected [1] - 106:22
protections [1] -

37:24
proven [2] - 45:17, 53:15
provide [13] - 12:12, 16:8, 17:17, 23:21, 24:2, 25:3, 26:13, 28:3, 29:20, 32:1, 94:23, 106:12, 106:13
provided [5] - 24:9, 28:8, 32:4, 92:8, 108:9
provides [1] - 12:6
providing [2] - 38:21, 51:15
psychological [1] - 86:2
PTOE [4] - 3:5, 5:6, 5:8, 18:24
Public [2] - 108:7, 108:23
PUBLIC [1] - 3:9
public [18] - 6:18, 9:23, 19:16, 22:19, 27:13, 39:2, 39:19, 39:20, 46:4, 49:4, 69:8, 79:12, 80:22, 83:25, 85:19, 101:6, 105:4, 107:11
published [2] - 34:20, 80:2
pull [1] - 63:20
pulled [1] - 35:14
punched [1] - 63:20
punished [1] - 46:19
purchasers [1] - 33:4
purpose [2] - 6:12, 38:25
purposes [1] - 9:8
pursue [1] - 81:6
pursued [1] - 61:21
pushes [1] - 71:20
put [12] - 12:24, 22:19, 42:23, 43:8, 43:24, 44:6, 58:21, 67:20, 68:19, 74:15, 78:1, 89:7
puts [1] - 58:22
putting [2] - 36:11, 52:12

**Q**

qualify [1] - 106:17
quality [5] - 95:20, 96:18, 98:17, 98:18, 106:12
quarters [1] - 98:5
quasi [1] - 31:8
quasi-judicial [1] -

14

31:8
questionable [1] - 11:25
questions [6] - 8:12, 29:6, 31:18, 32:7, 32:11, 38:5, 39:13, 103:12
queuing [1] - 35:11
quick [3] - 11:22, 14:14, 18:6
quickly [5] - 21:6, 53:4, 56:4, 83:19, 104:8
quite [5] - 15:19, 81:18, 87:15, 98:20, 104:10
quote [1] - 70:16
quoted [1] - 106:3

**R**

R-AAA [1] - 17:9
RABBI [6] - 51:3, 56:9, 66:3, 69:11, 72:16, 75:6
Rabbi [11] - 3:14, 3:16, 3:21, 3:23, 4:3, 11:7, 11:8, 11:9, 11:10, 105:18, 106:7
rabbi [8] - 51:6, 56:11, 66:3, 66:20, 66:22, 69:18, 73:17, 75:6
rabbinic [1] - 66:24
rabbis [2] - 30:11, 68:21
race [1] - 106:21
racial [1] - 66:14
raise [4] - 57:1, 65:2, 78:18, 93:17
Ramadan [1] - 62:13
Raphael [2] - 4:9, 98:12
rare [2] - 21:10, 68:19
rate [2] - 75:19, 104:13
rates [1] - 49:10
rather [1] - 26:3
reach [1] - 61:14
reached [1] - 56:20
read [2] - 24:21, 53:4
reading [2] - 32:3, 34:20
real [4] - 14:14, 35:22, 70:12, 73:21
Real [1] - 7:2
realized [1] - 65:1
really [16] - 17:23, 22:7, 40:20, 42:11, 54:21, 55:10, 66:25, 76:17, 76:22, 78:4, 86:21, 95:1, 102:6,

104:8, 106:3
Realtime [1] - 108:6
reason [4] - 8:25, 37:22, 57:12, 103:18
reasonable [1] - 29:20
reasonably [1] - 13:10
reasons [5] - 50:22, 77:17, 77:25, 79:15, 103:11
reassurance [1] - 60:11
received [1] - 74:14
recent [1] - 26:22
recently [1] - 104:4
receptive [2] - 98:24, 99:1
recognize [2] - 54:11, 75:13
recognized [1] - 68:14
recommend [1] - 77:6
recommended [1] - 56:22
record [7] - 8:9, 29:1, 32:15, 32:18, 43:4, 108:8
records [3] - 44:9, 44:10, 65:4
recover [1] - 78:10
referee [1] - 108:10
reference [1] - 90:18
referenced [1] - 62:20
referral [2] - 13:15, 106:10
referred [3] - 27:21, 80:17, 100:25
reflect [1] - 32:15
refrain [1] - 101:14
refuse [1] - 63:6
regarded [1] - 67:15
regarding [1] - 29:1
regards [2] - 59:18, 74:11
region [1] - 55:25
Registered [1] - 108:5
regular [1] - 69:2
regularly [2] - 15:19, 97:20
regulation [1] - 108:18
regulations [2] - 37:21, 106:14
rehab [2] - 58:5, 59:6
REICHMAN [1] - 56:9
Reichman [3] - 3:16, 11:10, 56:10
relate [2] - 20:9, 106:24
related [5] - 23:9, 26:5, 106:4, 108:12, 108:14
relates [2] - 19:6, 20:7

relatively [2] - 17:2, 19:9
relief [1] - 31:11
religion [1] - 106:21
Religious [5] - 5:21, 29:3, 31:16, 36:6, 37:9
religious [11] - 12:10, 28:24, 29:25, 30:3, 31:1, 32:23, 33:11, 36:2, 37:4, 67:13, 76:14
relocated [1] - 104:4
rely [2] - 8:5, 30:6
remain [3] - 20:2, 33:19, 40:13
remark [1] - 10:17
remarks [2] - 8:17, 10:12
remedy [3] - 13:16, 26:16, 53:22
remember [1] - 71:18
remind [1] - 103:20
remove [1] - 29:25
removed [1] - 78:9
rendering [2] - 4:22, 18:6
rent [1] - 91:23
repeat [1] - 96:3
repeated [1] - 12:17
report [1] - 49:8
reporter [1] - 6:12
Reporter [3] - 108:5, 108:6
REPORTER [1] - 104:5
REPORTERS [4] - 1:23, 1:23, 2:23, 2:23
repose [1] - 26:15
repossession [1] - 63:18
represent [1] - 7:1
representative [2] - 11:15, 11:17
representing [1] - 11:12
reproducers [1] - 53:17
request [3] - 7:7, 12:1, 32:8
require [1] - 106:15
required [1] - 85:19
requirement [5] - 12:21, 27:6, 40:4, 106:19
requirements [4] - 17:8, 28:7, 28:9, 63:1
requires [2] - 9:7,

89:14
Research [3] - 24:16, 80:17, 80:19
residence [1] - 71:25
Residence [1] - 102:4
residency [1] - 79:1
resident [8] - 11:16, 39:24, 51:5, 75:3, 80:7, 89:19, 91:21, 108:17
residential [24] - 16:18, 22:8, 22:10, 24:18, 25:8, 25:20, 25:22, 29:17, 30:4, 30:7, 30:12, 30:16, 30:21, 35:11, 48:18, 68:18, 70:15, 70:21, 71:3, 71:7, 96:1, 96:18, 99:3
residentially [2] - 29:14, 36:9
residents [24] - 13:11, 13:19, 17:13, 22:12, 27:8, 30:23, 48:14, 48:15, 60:3, 60:5, 60:23, 60:24, 60:25, 62:13, 71:4, 73:17, 83:6, 88:20, 90:6, 92:14, 92:21, 93:19, 96:13, 103:7
respect [4] - 23:13, 23:19, 26:14, 70:16
respected [1] - 67:15
respectfully [3] - 8:20, 19:8, 19:15
respective [1] - 11:12
respond [1] - 33:17
responsibility [1] - 54:8
restrained [1] - 45:4
rests [1] - 39:6
result [5] - 12:10, 19:21, 49:15, 78:10, 84:25
resulted [1] - 88:17
results [1] - 53:16
Resume [5] - 4:19, 5:3, 5:8, 5:11, 5:19
retail [1] - 21:24
retainer [1] - 86:3
returns [1] - 24:2
revenue [2] - 73:16, 73:23
revenues [1] - 24:6
review [4] - 13:7, 80:20, 80:25, 81:20
reviews [2] - 81:14, 82:1
rewarding [1] - 65:7
rezone [7] - 7:7, 7:18,

8:23, 23:16, 26:2, 27:10, 34:16
rezoned [1] - 38:25
rezoning [7] - 9:17, 9:20, 19:18, 23:9, 27:20, 58:18, 61:7
Richard [6] - 3:7, 5:17, 5:19, 10:8, 23:7, 38:5
Rick [2] - 3:19, 62:10
Ridgeland [2] - 48:8, 95:17
ridiculous [2] - 88:7, 89:12
rightly [1] - 66:12
RIM [5] - 24:16, 28:7, 30:17, 80:16, 81:5
rise [1] - 9:17
risk [1] - 58:23
Rita [1] - 102:25
RLA [3] - 3:4, 5:4, 13:24
RLUIPA [2] - 5:22, 38:16
RMC [1] - 2:18
RMR [1] - 108:22
Road [10] - 2:7, 51:4, 69:21, 72:19, 74:10, 75:8, 97:14, 97:16, 97:17, 99:25
roads [1] - 20:4
roadway [1] - 19:24
Rock [1] - 15:11
Rockland [1] - 57:10
RODRIGUEZ [2] - 104:2, 104:6
Rodriguez [2] - 4:12, 104:6
role [2] - 14:8, 34:11
roles [1] - 66:21
roll [1] - 37:21
Ron [4] - 10:6, 13:22, 14:3, 20:14
Ronald [2] - 3:4, 5:3
room [4] - 13:3, 22:20, 47:4, 64:15
rooms [1] - 59:11
ROSENBERG [1] - 1:17
rotunda [1] - 64:7
roughly [1] - 15:4
round [3] - 26:19, 27:1, 28:4
Route [2] - 60:21, 97:16
rowdy [1] - 46:5
ruckus [1] - 46:2
rule [1] - 75:18
run [2] - 65:9, 74:4
runs [1] - 25:5

rush [1] - 92:11

## S

Sabbath [7] - 35:24, 47:12, 51:23, 51:24, 52:11, 73:1, 101:14
Sachs [1] - 55:21
sacrifices [2] - 78:7, 78:18
saddened [1] - 53:9
safety [2] - 37:21, 39:3
sale [2] - 71:9, 71:10
sands [1] - 64:12
sandwich [2] - 52:15, 73:18
Sandy [2] - 4:10, 99:24
sat [4] - 32:19, 61:17, 63:8, 74:16
satisfied [1] - 38:10
satisfies [1] - 12:7
satisfy [1] - 9:5
Saturday [2] - 98:2, 101:20
save [2] - 18:1, 56:5
saw [3] - 62:5, 82:23, 99:10
scale [2] - 22:4, 28:2
scattered [1] - 64:13
Schoen [2] - 3:24, 74:9
SCHOEN [1] - 74:9
School [12] - 7:12, 14:22, 15:8, 16:4, 18:18, 25:10, 25:12, 40:25, 41:9, 87:22, 96:22
school [19] - 41:5, 45:22, 46:3, 46:6, 47:2, 47:14, 48:2, 57:19, 63:3, 63:23, 80:3, 84:13, 84:14, 85:3, 85:7, 87:20, 96:22
schoolchildren [2] - 24:7, 96:20
schools [1] - 47:19
science [1] - 87:24
SCOTT [6] - 80:7, 81:25, 83:16, 83:19, 83:21, 84:7
Scott [3] - 4:5, 80:7, 83:15
screaming [2] - 46:24, 47:2
screened [1] - 50:12
sea [2] - 64:12, 67:3
second [7] - 12:15, 23:12, 26:12, 39:7,

60:12, 63:20, 106:6
secondly [1] - 68:3
seconds [1] - 83:20
section [2] - 97:19, 98:6
Section [1] - 59:11
see [13] - 6:9, 14:21, 16:7, 18:9, 21:23, 21:24, 35:10, 61:23, 62:8, 72:12, 91:6, 94:22, 95:7
seeds [1] - 64:11
seek [1] - 31:25
seeking [2] - 26:25, 99:15
self [2] - 17:14, 105:24
self-contained [1] - 17:14
self-proclaimed [1] - 105:24
selfish [1] - 67:21
selling [4] - 42:1, 49:17, 49:18, 49:19
seminar [2] - 43:8, 43:15
seminars [2] - 22:23, 42:21
Semitism [1] - 66:13
send [2] - 26:4, 75:4
sending [2] - 23:16, 95:7
sends [1] - 82:1
Senior [1] - 107:8
senior [6] - 21:2, 23:24, 51:6, 102:17, 102:21, 103:6
seniors [4] - 69:25, 76:13, 79:1, 105:25
sense [2] - 22:13
sensitive [1] - 15:25
sensitivity [1] - 79:9
sent [6] - 32:16, 38:7, 90:17, 95:7
sentence [1] - 103:4
separate [1] - 98:15
serious [1] - 86:22
seriously [2] - 71:22, 100:21
serve [1] - 52:8
service [1] - 12:6
Services [4] - 13:25, 14:5, 18:25, 107:8
services [10] - 24:8, 30:11, 30:12, 40:21, 51:24, 73:7, 83:24, 85:17, 85:20, 106:12
session [4] - 39:19, 105:4, 107:11, 107:12
set [4] - 6:7, 52:20,

59:11, 75:14
setback [2] - 17:8, 28:9
settlers [1] - 21:21
setup [1] - 68:20
Seven [2] - 48:21, 96:6
several [2] - 84:25, 90:2
Shabbat [3] - 30:6, 35:25, 47:13
shackled [1] - 64:6
shaded [1] - 17:1
shake [1] - 37:14
shame [1] - 88:24
share [5] - 26:13, 27:5, 38:19, 56:14, 72:20
Share [3] - 26:20, 26:24, 40:3
SHARMA [1] - 39:23
Sharma [3] - 3:10, 39:24, 69:22
sheets [1] - 4:21
shift [3] - 96:19, 96:24, 97:1
shifts [1] - 96:24
Shmuley [3] - 3:21, 66:3
shoes [1] - 68:19
Shomrei [2] - 11:9, 75:7
shooting [1] - 84:23
shops [1] - 90:9
short [3] - 25:12, 89:23, 104:3
SHORTHAND [2] - 1:23, 2:23
shot [2] - 72:3, 72:7
shout [2] - 65:14, 65:22
shout-out [2] - 65:14, 65:22
show [3] - 11:6, 46:13, 65:21
showed [1] - 46:13
shows [3] - 14:15, 65:24, 100:3
shuls [1] - 69:4
shut [1] - 46:5
shutdown [1] - 92:10
sic [1] - 20:15
sick [4] - 11:17, 12:13, 30:10, 30:14
sicker [1] - 96:12
side [7] - 41:24, 42:15, 47:1, 47:6, 47:9, 100:3
sidewalk [1] - 52:1
sidewalks [3] - 62:4, 62:6, 73:9

sign [1] - 97:16
significant [3] - 32:24, 52:9, 52:13
significantly [1] - 19:14
Silberman [2] - 3:11, 41:20
SILBERMAN [4] - 41:20, 43:23, 44:5, 44:13
silent [1] - 33:10
simple [2] - 78:15, 79:15
simply [2] - 13:18, 14:8
single [9] - 15:3, 15:7, 15:22, 16:2, 25:7, 25:21, 25:23, 51:23, 58:19
siphon [1] - 63:3
sister [1] - 55:25
Sisters [2] - 48:21, 96:6
sit [2] - 63:2, 64:5
Site [2] - 4:20, 4:22
site [20] - 14:15, 14:20, 14:25, 15:6, 15:13, 16:1, 17:2, 18:3, 18:19, 20:6, 20:8, 27:25, 28:11, 32:22, 34:13, 34:19, 34:24, 35:18, 50:2, 97:18
sites [2] - 27:11, 38:24
sitting [1] - 51:10
situated [3] - 7:8, 15:23, 18:12
situation [3] - 48:22, 84:19, 85:3
situations [1] - 106:9
six [3] - 41:1, 47:13, 74:16
sixth [1] - 13:13
skilled [1] - 49:10
slavery [1] - 66:11
slaves [1] - 62:21
sleep [6] - 89:9, 89:14, 89:16, 92:21, 94:1, 94:10
slept [2] - 90:15, 90:24
slides [2] - 5:14, 5:16
slighted [1] - 83:1
slightly [1] - 17:5
slippery [1] - 42:3
slope [2] - 22:18, 42:3
sloped [1] - 17:2
slow [1] - 87:16
slowly [1] - 72:6
slugs [1] - 97:11
small [3] - 68:20, 71:2,

72:20
smaller [2] - 41:10, 71:8
soaring [1] - 66:15
Society [1] - 43:9
soldiers [1] - 67:1
solution [2] - 46:25, 56:1
solutions [1] - 47:23
solve [1] - 70:20
solves [1] - 76:21
someone [4] - 50:23, 83:2, 85:14, 105:15
sometimes [3] - 100:4, 102:14
somewhere [1] - 98:4
son [8] - 57:8, 57:10, 67:19, 77:23, 78:1, 78:19, 78:24
son-in-law [1] - 67:19
sorry [6] - 44:13, 69:5, 94:12, 95:13, 103:1, 105:5
sort [3] - 9:4, 22:24, 102:14
sounds [1] - 49:22
sources [1] - 106:11
south [2] - 14:23, 25:13
South [3] - 2:11, 25:13, 60:19
space [2] - 17:14, 75:21
spaces [2] - 20:15, 22:20, 22:21
SPEAKER [2] - 3:2, 4:2
speaker [1] - 89:5
speaking [2] - 51:12, 78:3
speaks [1] - 34:1
special [3] - 12:2, 76:14, 79:3
specialized [1] - 34:4
specific [3] - 24:11, 76:22, 85:11
specifically [1] - 75:25
Spectrum [2] - 79:5, 79:10
spectrum [1] - 105:1
spend [3] - 21:15, 50:13, 106:18
spent [5] - 47:10, 60:6, 61:18, 99:6, 99:13
spinal [1] - 78:10
spine [1] - 78:11
split [1] - 63:20
spoken [3] - 12:19, 49:5, 71:15

16

sponsor [1] - 68:14
spot [10] - 12:2, 27:13, 37:1, 37:11, 38:6, 38:9, 39:4, 39:8, 74:19, 74:20
spouse [2] - 52:6
square [1] - 16:22
staff [4] - 7:19, 41:6, 96:20, 96:25
stages [2] - 51:20
stairs [1] - 98:1
stake [1] - 21:13
stand [2] - 11:14, 78:4
standards [1] - 20:8
stands [1] - 64:16
star [1] - 102:4
start [3] - 62:5, 65:9, 89:12
started [3] - 40:7, 54:13, 98:21
starts [1] - 103:21
STATE [1] - 1:1
State [3] - 68:15, 108:7, 108:11
state [7] - 27:6, 55:16, 68:13, 71:19, 106:18, 106:22
Statement [1] - 5:5
statement [1] - 5:17
statements [1] - 44:7
states [6] - 11:1, 14:2, 19:2, 20:22, 23:5, 28:19
States [1] - 68:14
stations [1] - 95:5
statistics [1] - 69:24
status [1] - 76:15
statute [1] - 108:11
statutes [3] - 31:4, 33:25, 63:7
stay [7] - 40:15, 40:20, 45:18, 45:20, 46:7, 46:23, 47:15
steep [2] - 98:6, 98:7
steepest [1] - 97:19
steeply [1] - 17:2
stenographer [1] - 6:4
step [1] - 54:6
steps [1] - 22:6
sticking [2] - 72:8, 72:11
still [11] - 32:21, 33:2, 35:17, 37:17, 41:3, 41:4, 48:2, 49:2, 65:24, 71:10, 92:19
stop [2] - 65:7, 97:16
stopped [2] - 54:2, 68:16
stories [1] - 16:24

story [2] - 22:5, 89:23
straight [1] - 65:5
Straus [7] - 3:3, 10:6, 10:15, 21:9, 67:11, 74:1, 105:8
STRAUS [4] - 11:2, 105:5, 105:8, 105:13
stray [1] - 16:19
STREET [1] - 1:2
street [7] - 41:5, 53:23, 67:17, 67:18, 88:21, 92:18, 96:21
Street [20] - 1:6, 2:11, 7:3, 14:17, 17:25, 20:1, 22:18, 23:4, 25:2, 25:11, 25:13, 56:10, 56:11, 57:24, 61:6, 77:10, 89:21, 90:10, 102:19, 103:5
streets [2] - 25:1, 101:18
strength [1] - 58:24
stressed [1] - 94:2
strict [1] - 11:21
strong [1] - 53:10
structure [1] - 99:10
stucco [1] - 21:25
student [1] - 47:12
students [3] - 47:12, 48:3, 84:24
studies [1] - 76:25
study [2] - 19:6, 55:15
studying [1] - 40:17
stuff [3] - 42:22, 44:1, 81:10
stupid [1] - 43:20
style [3] - 21:23, 21:25, 67:3
subdivide [1] - 41:25
subject [1] - 56:4
submission [1] - 32:5
submit [5] - 8:1, 8:20, 19:8, 19:15, 33:4
submitted [2] - 7:20, 31:19
subsequent [1] - 32:18
substantial [6] - 24:4, 24:6, 26:18, 29:25, 30:22, 36:11
subtle [1] - 18:4
suffering [4] - 51:19, 52:5, 66:9, 105:19
sufficient [1] - 16:8
sufficiently [2] - 17:17, 20:17
suggest [2] - 82:5, 84:3
suggested [2] - 10:5, 83:24

suggestion [1] - 33:17
suggestions [1] - 99:1
suggests [1] - 9:4
suit [2] - 38:25, 46:9
suitability [2] - 23:12, 27:25
suitable [1] - 12:12, 24:20, 28:1, 38:24
Suite [3] - 2:11, 23:4, 28:18
suited [1] - 28:12
Summary [1] - 5:9
summary [3] - 4:17, 11:22, 29:6
Sunday [1] - 61:10, 90:25
Sunrise [1] - 50:3
superimposed [1] - 15:12
superintendent [2] - 45:22, 47:22
Superior [1] - 64:20
support [5] - 11:6, 11:11, 73:21, 79:14, 107:6
supported [1] - 7:14
supportive [1] - 52:21
supports [3] - 24:22, 40:19, 40:21
surgery [2] - 78:10, 78:12
surprise [1] - 104:10
surrounding [4] - 16:1, 23:14, 37:25, 53:6
survey [2] - 54:13, 54:14
survived [3] - 56:16, 56:18, 60:19
survivor [1] - 51:18
suspended [1] - 44:23
sympathetic [1] - 70:2
Synagogue [2] - 11:11, 56:11
synagogue [16] - 51:7, 51:14, 51:17, 52:1, 52:2, 57:7, 57:8, 68:20, 68:21, 69:6
synagogues [1] - 30:24
system [4] - 63:4, 85:4, 85:7, 87:21

## T

table [1] - 83:13
talks [1] - 37:1
tangible [1] - 104:22
tasked [2] - 31:3, 31:4
tax [1] - 73:22

taxpayer [1] - 80:8
taxpayers [2] - 104:11, 104:21
Tay [1] - 56:21
Tay-Sachs [1] - 56:21
teacher [1] - 87:25
Teaneck [7] - 50:7, 72:24, 72:25, 74:4, 102:7, 105:16
tempers [1] - 65:18
ten [10] - 27:7, 49:19, 50:10, 60:2, 65:20, 68:6, 89:20, 95:3, 96:4, 106:15
Tenafly [3] - 50:1, 50:3, 58:5
tend [1] - 21:15
tenets [1] - 30:5
tennis [1] - 15:10
tenure [1] - 55:18
term [5] - 40:21, 49:22, 55:18, 68:7, 80:16
terms [17] - 19:24, 20:3, 24:24, 33:25, 41:2, 50:20, 59:4, 75:17, 75:22, 75:24, 75:25, 76:9, 76:11, 76:24, 77:1, 77:3
Terrace [2] - 48:8, 95:17
terrible [1] - 56:25
terrorists [2] - 68:9, 68:14
testament [1] - 106:11
testifying [2] - 10:4, 10:5
testimony [3] - 9:24, 108:9
texts [2] - 54:1, 89:9
thankfully [1] - 57:2
THE [4] - 1:5, 1:12, 6:10
themselves [2] - 30:24, 63:6
THERE [1] - 1:13
therefore [1] - 27:19
they've [4] - 25:24, 40:11, 98:24, 98:25
thinking [1] - 81:3
Third [3] - 23:4, 101:18, 101:23
third [9] - 12:19, 23:15, 26:1, 26:19, 27:1, 28:4, 48:23, 56:24, 106:14
THOMAS [1] - 2:10
Thornton [1] - 72:19
thorough [1] - 40:6
three [1] - 11:11,

15:1, 16:23, 23:8, 65:23, 72:23, 78:8, 90:19, 91:19, 94:7, 98:5
three-quarters [1] - 98:5
threshold [1] - 27:9
throughout [1] - 55:25
throw [2] - 82:10, 83:11
tied [1] - 49:6
tight [1] - 8:15
tilt [1] - 6:8
Tim [1] - 43:13
timeframe [1] - 8:15
tiny [1] - 67:2
today [6] - 44:2, 67:20, 81:17, 84:23, 91:5, 99:10
together [3] - 48:4, 57:15, 100:2
Tom [1] - 6:25
tomorrow [6] - 43:22, 44:3, 55:3, 64:20, 94:22, 95:6
tonight [20] - 6:15, 7:4, 11:4, 11:5, 11:12, 11:15, 11:23, 14:8, 23:8, 29:5, 32:3, 66:24, 69:2, 73:12, 74:13, 74:14, 77:17, 84:12, 95:6, 104:10
tonight's [1] - 12:21
took [1] - 54:6
tools [1] - 10:1
topographic [1] - 61:20
topographical [1] - 97:22
Torah [4] - 11:10, 30:14, 51:6, 97:23
Torch [1] - 80:3
totally [1] - 91:20
touch [1] - 95:5
towards [6] - 15:11, 16:20, 22:18, 77:19, 81:3, 105:19
Town [1] - 89:17
town [12] - 21:20, 42:10, 74:21, 83:7, 88:5, 88:15, 91:9, 91:21, 95:1, 99:16, 101:16, 102:8
townhouses [1] - 42:15
towns [1] - 53:6
townships [1] - 21:16
track [1] - 51:21
traditional [1] - 69:4

18

written [2] - 28:25,
32:5
wrote [1] - 6:12

**X**

XIO1042 [1] - 108:5

**Y**

YANCY [1] - 2:18
Yancy [6] - 43:25,
91:4, 91:5, 91:8,
91:10, 93:11
year [6] - 7:6, 7:17,
8:2, 26:23, 49:2,
60:8
years [26] - 21:2,
32:19, 35:13, 40:8,
41:1, 42:20, 49:19,
51:5, 53:20, 53:24,
54:20, 56:13, 57:5,
60:7, 65:2, 68:6,
72:23, 74:16, 87:20,
89:20, 95:3, 98:13,
99:16, 100:13,
102:18
yesterday [1] - 51:9
young [3] - 63:25,
87:25, 88:21
yourselves [1] - 68:19

**Z**

Zev [3] - 3:16, 11:10,
56:9
Zone [3] - 24:16,
24:17, 28:7
zone [2] - 17:9, 28:7
zoned [3] - 29:15,
36:9, 58:19
zones [2] - 24:12,
24:19
zoning [29] - 9:12,
12:2, 13:5, 13:10,
13:15, 13:16, 23:17,
26:4, 27:13, 27:17,
27:21, 29:17, 30:8,
30:20, 31:14, 37:1,
37:11, 38:6, 38:9,
38:21, 39:4, 39:8,
70:17, 74:19, 74:20,
80:15, 82:1, 84:5,
104:20
Zoning [3] - 23:11,
24:15, 80:8

17

traffic [27] - 10:7,
18:23, 19:6, 19:9,
19:13, 19:15, 19:20,
25:3, 25:17, 33:6,
40:24, 41:2, 41:3,
41:11, 41:16, 42:7,
61:19, 77:1, 92:12,
92:20, 93:24, 96:17,
97:10, 97:11,
104:16, 106:2, 106:3
Traffic [1] - 5:5
train [2] - 76:4, 76:6
training [1] - 90:13
TRANSCRIPT [1] - 1:5
transcript [2] - 6:14,
108:17
transferred [1] - 60:6
transitioning [1] -
25:7
transparency [3] -
91:11, 91:12, 94:25
transparent [2] -
34:22, 67:25
transparently [1] -
32:17
transportation [2] -
40:10, 79:12
traveled [1] - 14:24
treat [1] - 22:23
treatment [1] - 12:2
Tree [1] - 43:9
trees [2] - 18:2, 18:11
tremendous [3] -
59:2, 73:10
tried [2] - 57:11, 68:20
trip [1] - 19:11
trips [1] - 96:13
true [3] - 60:4, 96:5,
106:8
trust [2] - 46:22, 82:7
trusted [1] - 45:5
truth [1] - 88:12
try [8] - 6:8, 22:4, 22:7,
36:23, 41:25, 62:3,
84:18, 84:19
trying [7] - 17:22,
30:25, 42:18, 47:6,
52:16, 68:8, 85:11
TUESDAY [1] - 1:3
turn [6] - 16:17, 16:18,
20:19, 23:1, 48:2,
50:23
turned [1] - 89:24
turns [1] - 90:3
turret [1] - 22:4
tutor [4] - 21:23, 77:4,
77:5, 77:6
tutor-style [1] - 21:23
TV [1] - 95:5
two [21] - 15:6, 25:1,

26:5, 33:13, 33:25,
34:14, 41:22, 53:20,
53:24, 54:20, 56:20,
59:23, 64:6, 67:23,
87:16, 92:9, 92:10,
92:16, 94:9, 95:4,
97:4
type [6] - 50:21, 60:24,
82:19, 85:6, 86:5,
96:17
types [3] - 19:8, 29:16,
82:9
typically [1] - 38:20
tyranny [1] - 67:4

**U**

ultimately [3] - 76:15,
106:10, 107:9
unable [2] - 90:12,
90:14
unacceptable [1] -
95:8
under [12] - 22:19,
26:8, 29:2, 29:20,
36:20, 37:9, 38:17,
39:1, 39:8, 85:19,
106:22, 108:9
undertaken [1] - 27:16
unfortunately [5] -
46:14, 57:9, 75:16,
84:24, 92:13
unique [1] - 9:22
United [1] - 68:14
units [6] - 26:22, 27:2,
27:7, 28:3, 49:18,
105:21
universal [1] - 68:24
universally [1] - 67:15
unless [2] - 30:12,
42:12
unlike [2] - 68:21,
105:23
unsafe [1] - 88:22
untoward [1] - 46:8
untrue [1] - 12:18
up [41] - 6:7, 16:2,
29:9, 38:5, 38:11,
43:19, 43:21, 44:3,
45:11, 46:13, 47:23,
48:20, 53:3, 55:5,
56:1, 57:9, 59:20,
61:1, 63:19, 64:22,
64:23, 65:21, 68:3,
69:12, 69:13, 69:23,
70:17, 71:9, 78:4,
82:24, 83:8, 83:18,
89:5, 89:7, 90:24,
97:5, 97:15, 101:20,
103:2

update [1] - 91:4
uphold [1] - 67:2
upmanship [1] - 66:9
upset [1] - 44:19
upsetting [1] - 61:16
urge [1] - 99:19
uses [8] - 17:7,
23:14, 24:7, 25:9,
25:15, 34:5, 34:6,
37:8, 80:25
usurp [1] - 31:14
utility [4] - 92:2,
92:24, 93:12, 93:13

**V**

valid [3] - 74:24, 93:17
value [1] - 24:6
valued [1] - 45:5
values [4] - 66:21,
67:3, 68:25, 73:21
VAN [1] - 1:2
variance [3] - 23:18,
26:4, 27:23
various [1] - 30:2
venue [2] - 13:7, 37:16
verbatim [1] - 108:8
Verizon [5] - 89:11,
90:4, 91:25, 92:1,
92:25
versus [1] - 73:14
vertebra [1] - 78:11
vertical [1] - 97:25
via [1] - 96:14
video [3] - 65:24,
82:23, 95:7
videos [2] - 89:12,
90:17
view [3] - 25:16,
92:24, 102:1
views [1] - 66:14
virtually [1] - 24:8
visit [5] - 17:19, 30:10,
57:10, 57:13, 73:1
Vogel [1] - 3:22, 69:20
VOGEL [2] - 69:20,
72:15
VOICE [2] - 29:8, 60:9
Volcy [2] - 53:21,
54:10
volunteering [1] -
57:20
volunteers [1] - 43:10
vote [1] - 34:9
VP [1] - 5:18

**W**

waiting [1] - 96:10
waived [1] - 36:21

walk [11] - 62:3, 73:6,
73:8, 92:19, 101:14,
101:20, 101:24,
102:10, 102:16,
102:23, 106:25
walked [3] - 51:22,
51:25, 97:20
walkers [2] - 41:14,
98:8
walking [9] - 30:6,
36:3, 52:12, 62:2,
72:8, 73:5, 75:25,
98:1, 101:15
walks [1] - 36:25
Walnut [1] - 56:11
wants [4] - 21:13,
38:11, 43:6, 43:7
war [1] - 56:19
Ward [3] - 88:14,
101:18, 101:23
wards [1] - 101:22
washed [1] - 98:5
washed [1] - 91:17
Washington [1] -
103:17
watch [2] - 46:24, 64:5
watching [1] - 46:9
water [5] - 53:22,
54:22, 92:25, 93:5
WAYNE [1] - 1:19
Wayne [2] - 4:5, 80:7
ways [1] - 42:21
WAZIRMAS [12] -
2:18, 43:21, 44:3,
44:11, 91:13, 91:16,
91:24, 92:4, 92:8,
92:22, 93:7, 93:12
wedding [1] - 87:25
week [4] - 44:2, 80:2,
82:25, 91:19
weekday [1] - 19:12
weekend [1] - 103:22
weeks [1] - 44:1
weigh [1] - 80:13
weighing [1] - 32:3
WEINER [1] - 1:17
welcome [1] - 72:15
welfare [3] - 27:14,
37:21, 39:3
West [5] - 2:11, 77:10,
89:25, 102:19, 103:5
west [2] - 14:22, 16:3
Western [1] - 67:2
WESTWOOD [2] -
1:24, 2:24
Westwood [1] - 2:7
whatsoever [2] - 20:3,
62:4
wheelchairs [1] -
41:15

WHILBY [1] - 62:10
Whilby [2] - 3:19,
62:10
Whitsofsky [1] - 55:13
whole [1] - 61:25
wholeheartedly [1] -
24:3
wife [1] - 51:18
wild [1] - 45:3
WILDES [23] - 1:14,
32:13, 33:9, 34:2,
34:21, 35:4, 35:7,
35:10, 35:21, 36:14,
36:25, 37:12, 38:3,
38:10, 45:24, 46:2,
47:24, 48:4, 48:11,
55:11, 55:22, 80:1,
89:4
Wildes [7] - 6:24,
31:23, 66:5, 68:7,
90:17, 91:7, 91:8
Wildes' [1] - 90:11
WILLIAM [1] - 2:6
Wilmington [1] -
28:19
Wing [1] - 2:11
wish [4] - 45:17,
62:12, 73:25, 92:7
witness [1] - 54:24
WITNESS [1] - 6:10
witnessed [1] - 54:5
woke [1] - 90:24
woken [1] - 89:9
woman [3] - 77:22,
77:25, 78:18
woman's [1] - 78:22
wonderful [1] - 65:3
wood [1] - 21:25
Woodland [7] - 1:6,
7:3, 7:8, 14:17,
16:16, 17:25, 18:7,
19:21, 20:1, 22:18,
25:2, 25:11, 25:13,
61:6, 68:5, 73:6,
73:9
woods [1] - 16:20
word [1] - 78:16
words [1] - 84:1
worker [1] - 96:24
workers [1] - 43:10
works [2] - 50:9, 83:2
WORKSHOP [1] - 1:2
world's [1] - 68:8
worried [1] - 42:7
worship [2] - 30:5,
32:24
worth [1] - 44:10
wounded [1] - 85:1
writing [1] - 54:7,
54:24