# M

# HUNTINGTON BAILEY, L.L.P.
COUNSELLORS AT LAW

373 KINDERKAMACK ROAD

WESTWOOD, NEW JERSEY 07675

(201) 666-8282

FAX (201) 666-9625

WWW.HUNTINGTONBAILEY.COM

RUSSELL R. HUNTINGTON
WILLIAM J. BAILEY
DERMOT J. DOYLE
SIOBHAN SPILLANE BAILEY *
DAVID S. LAFFERTY
MAURA O'HALLORAN DEEGAN
LEVI J. KOOL •

SPECIAL COUNSEL
HOLLY T. SCHEPISI •

• Also Member NY Bar
* Also Member PA Bar

June 26, 2019

VIA EMAIL AND REGULAR MAIL

Thomas J. Herten, Esq.
Archer & Greiner, PC
21 Main Street, Suite 353
Hackensack, NJ 07601-7091

Re:   Care One Assisted Living

Dear Mr. Herten:

To follow up our conversations and in response to your correspondence dated June 20, 2019, please note that the next City Council meeting is June 27, 2019. As such your deadline of June 26, 2019 is impossible to meet as there is not a council meeting between the time of receipt of your June 20, 2019 letter and your June 26, 2019 deadline.

Further, with respect to comments in your letter attributed to Councilwoman Glynn, I am advised that she did not state that there was insufficient support by the Council as a body to grant a zoning amendment. Councilwoman Glynn advised your client that she did not speak for the Governing Body and was not conveying any sentiments or opinions by her colleagues.

As discussed in our conversation yesterday, I will reach out to you Friday morning after the meeting on June 27, 2019. If you have any questions in the interim, please do not hesitate to contact me.

Very truly yours,
HUNTINGTON BAILEY, L.L.P.

William J. Bailey

WJB/srm
Copy:  Mayor and Council (via email only)
       Jewel Thompson-Chin, Interim City Manager (via email only)
       Yancy Wazirmas, RMC, City Clerk (via email only)