## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| 431 E PALISADE AVENUE REAL ESTATE, LLC and 7 NORTH WOODLAND STREET, LLC, on behalf of themselves and prospective residents, JOHN and JANE DOES 1-10 <br><br>            Plaintiffs, <br><br>    v. <br><br> CITY OF ENGLEWOOD and CITY COUNCIL OF ENGLEWOOD, <br><br>            Defendants. | Civil Action No. _____ <br><br> **ORDER** |

THIS MATTER having been opened to the Court pursuant to an application by plaintiffs 431 E Palisade Avenue Real Estate, LLC and 7 North Woodland Street, LLC, on behalf of themselves and prospective residents, John and Jane Does 1-10 ("Plaintiffs"), brought by way of Order to Show Cause, and the Court having considered the evidence filed in support of the application, and any opposition thereto, as well as oral argument by counsel,  and for good cause shown,

IT IS on this ____ day of _____, 2019,

ORDERED that the City of Englewood (the "City") and the City Council of Englewood (the "Council") (collectively, "Defendants"), be and hereby are preliminarily enjoined pending final adjudication of this matter from enforcing any provisions contained in the City of Englewood Code related to allowed land uses or dimensions, in any review of Plaintiffs' request for approvals to develop, construct, and operate an assisted living and memory care facility on those certain lands located at 405 East Palisade Avenue, 431 East Palisade and 7 North Woodland Street, so long as such requests for approvals are consistent with the attached site plan prepared by Langan Engineering dated April 30, 2019, attached hereto.

ORDERED, Plaintiffs' counsel shall serve a copy of this Order on all counsel who will not receive it electronically within seven (7) days of its entry.

_____

2



0028



GRADING & DRAINAGE NOTES

LEGEND

CAREONE AT
ENGLEWOOD

GRADING PLAN

CG101

0029



GRADING & DRAINAGE NOTES

CAREONE AT
ENGLEWOOD

STORM DRAINAGE
PLAN

CG102





SOIL EROSION & SEDIMENT CONTROL PLAN

CE101

0032



NOTE: REFER TO LP501 AND LP502 FOR LANDSCAPE NOTES AND DETAILS.



PLANTING SOIL SPECIFICATIONS

TREE PROTECTION NOTES

SEEDING NOTES

**TREE PROTECTION FENCING AND TREE PLANKING**

CAREONE AT ENGLEWOOD

LANDSCAPE NOTES & DETAILS II

LP502

0034



TREE PROTECTION FENCING AND TREE PLANTING

PLANTING SOIL

CAREONE AT ENGLEWOOD

LANDSCAPE NOTES & DETAILS II

LP502

0035



NOTE: REFER TO LL501 AND LL502 FOR LIGHTING NOTES AND DETAILS.

CAREONE AT ENGLEWOOD

LIGHTING PLAN

LL101

0036





ADA ACCESSIBLE PARKING STALL

PARKING STALL STRIPING

STOP BAR STRIPING

CAREONE ENGLEWOOD SIGN

ADA PARKING SIGN

STANDARD CONCRETE SIDEWALK

PAVEMENT SECTION

BELGIAN BLOCK CURB

BLOCK GRAVITY RETAINING WALL

NOT FOR CONSTRUCTION

ADA CURB RAMPS

SIGN POST

DETECTABLE WARNING SURFACE

LANGAN

CareOne
A Senior Care Company

CAREONE AT ENGLEWOOD

DETAIL I

CS501

0038



TIMBER GUIDE RAIL WITH TIMBER POSTS

TYPICAL STORM MANHOLE

TYPE "A" INLET

TYPE "B" INLET WITH CURB PIECE

6-FT BOARD-ON-BOARD FENCE

ENCLOSURE GATE

BOARD ON BOARD FENCE

CONCRETE PAD

ENCLOSURE FOR TRASH & RECYCLING

CONTECH WATER QUALITY STORMFILTER

LANGAN
Langan Engineering and
Environmental Services, Inc.

CareOne
A Senior Care Company

CAREONE AT
ENGLEWOOD

DETAIL II

CS502

0039





0041



0027