UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

Judge:   BRIAN R. MARTINOTTI                                  Date: 07/18/19
Court Reporter:                                               Civil No: 19-14515

Title of the Case:

431 E. PALISADE AVENUE REAL ESTATE, LLC, et al
v.
CITY OF ENGLEWOOD, et al,

Appearances:

Michael Yellin, Warrant Usatine & A. Kimberly Hoffman, Attorneys for Plaintiffs
William Bailey & Levi J. Kool, Attorneys for Defendants

Nature of Proceedings:

Status Conference held in chambers
Offsite inspection to be conducted by Judge Martinotti


Time Commenced: 10:30 a.m.
Time Concluded:    12:30 p.m.


                                            Lissette Rodriguez, Courtroom Deputy
                                            to the Hon. Brian R. Martinotti, U.S.D.J.