UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

Judge:   BRIAN R. MARTINOTTI                                    Date: 07/19/19
Court Reporter:                                                 Civil No: 19-14515

Title of the Case:

431 E. PALISADE AVENUE REAL ESTATE, LLC, et al
v.
CITY OF ENGLEWOOD, et al,

Appearances:

Michael Yellin, Warrant Usatine & Thomas Herten, Attorneys for Plaintiffs
Levi J. Kool, Attorney for Defendants

Nature of Proceedings:

Offsite inspection to be conducted by Judge Martinotti at the property located at 431 E. Palisades Avenue which is the subject matter of this litigation

Time Commenced: 12:00 p.m.
Time Concluded:   1:00 p.m.

                                                Lissette Rodriguez, Courtroom Deputy
                                                to the Hon. Brian R. Martinotti, U.S.D.J.