**ANTONELLI KANTOR, P.C.**
Daniel Antonelli (00684-1997)
Vivian Lekkas (01487-2009)
1000 Stuyvesant Avenue, Suite #1
Union, New Jersey 07083
Tel.: 908-623-3676
Fax: 908-866-0336
Attorneys for Defendants,
City of Englewood and City Council of Englewood

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| 431 E PALISADE AVENUE REAL ESTATE, LLC and 7 NORTH WOODLAND STREET, LLC, on behalf of themselves and prospective residents, JOHN and JANE DOES 1-10<br><br>Plaintiff,<br><br>v.<br><br>CITY OF ENGLEWOOD, and CITY COUNCIL OF ENGLEWOOD,<br><br>Defendants. | CIVIL ACTION<br><br>Civil Action No.: 2:19-cv-14515-BRM-JAD<br><br>**DEFENDANTS' NOTICE OF CROSS-MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO F.R.C.P. 12(c)** |

**PLEASE TAKE NOTICE** that, on September 13, 2019, or as soon thereafter as counsel may be heard that Defendants, City of Englewood and City Council of Englewood ("Defendants"), by and through its counsel, Antonelli Kantor, P.C., shall move before the United States District Court for the District of New Jersey at the Martin Luther King, Jr. Courthouse, 50 Walnut Street, Newark, NJ 07102, for entry of an Order Dismissing Plaintiffs' Complaint with prejudice pursuant to Fed. R. Civ. P. 12(c); and for such other and further relief as the Court may deem appropriate.

**PLEASE TAKE FURTHER NOTICE** that in support of the within Cross-Motion, Defendants shall rely upon the accompanying Brief. A proposed form of Order is also submitted herewith.

## ORAL ARGUMENT

Oral Argument is respectfully requested.

**ANTONELLI KANTOR, PC**
Attorneys for Defendants,
City of Englewood and
City Council of Englewood

By: /s/ Daniel Antonelli
DANIEL ANTONELLI
1000 Stuyvesant Avenue,
Suite 1
Union, New Jersey 07083
Tel.: (908) 623-3676
Dantonelli@aknjlaw.com

Dated: August 21, 2019