# ANTONELLI KANTOR P.C.
## ATTORNEYS AT LAW

DANIEL ANTONELLI*
*PARTNER*

JARRID H. KANTOR*
*PARTNER*

YULIEIKA TAMAYO*
*PARTNER*

DEBRA M. MCGARVEY*
*ASSOCIATE*

CHARLES R. G. SIMMONS*
*ASSOCIATE*

DANIEL H. KLINE
*ASSOCIATE*

VIVIAN LEKKAS*
*OF COUNSEL*

*ADMITTED NJ & NY

1000 STUYVESANT AVE
SUITE #1
UNION, NJ 07083
Main: (908) 623-3676
Fax: (908) 866-0336
www.aknjlaw.com

*WRITER'S CONTACT:*
Direct: 908-623-3673
Email: dantonelli@aknjlaw.com

August 21, 2019

**Via ECF**
Clerk, United States District Court
District of New Jersey
Martin Luther King, Jr. Courthouse
50 Walnut Street
Newark, NJ 07102

      **RE:    431 E Palisades Avenue Real Estate, LLC v. City of Englewood, et al.
      Docket No.: 2:19-cv-14515-BRM-JAD**

Dear Sir/Madam:

      Our firm represents Defendants, City of Englewood and City Council of Englewood (collectively "Defendants") in the above-referenced matter. In that connection, enclosed for filing is: (i) Defendants' Notice of Cross-Motion for Judgment on the Pleadings; (ii) Defendants' Brief in Opposition to Plaintiffs' Order to Show Cause and in support of Cross Motion for Judgment on the Pleadings; (iii) Certification of Daniel Antonelli, Esq.; (iv) Declaration of Former Englewood Mayors; (v) Declaration of Englewood Zoning Officer Wayne Scott; (vi) Proposed Order; and (vii) Certification of Service.

      We thank the Court for its attention to this matter.

      Very truly yours,

      /s/ Daniel Antonelli
      Daniel Antonelli

DA/dhk
Encls.
cc:    The Hon. Brian R. Martinotti, U.S.D.J. (*via* Lawyers Service)
      All Counsel of Record (*via* ECF)