**ANTONELLI KANTOR, P.C.**
Daniel Antonelli (00684-1997)
Vivian Lekkas (01487-2009)
1000 Stuyvesant Avenue, Suite #1
Union, New Jersey 07083
Tel.: 908-623-3676
Fax: 908-866-0336
Attorneys for Defendants,
City of Englewood and City Council of Englewood

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| 431 E PALISADE AVENUE REAL ESTATE, LLC and 7 NORTH WOODLAND STREET, LLC, on behalf of themselves and prospective residents, JOHN and JANE DOES 1-10<br><br>Plaintiff,<br><br>v.<br><br>CITY OF ENGLEWOOD, and CITY COUNCIL OF ENGLEWOOD,<br><br>Defendants. | CIVIL ACTION<br><br>Civil Action No.: 2:19-cv-14515-BRM-JAD<br><br>**ORDER DISMISSING PLAINTIFFS' VERIFIED COMPLAINT WITH PREJUDICE** |

**THIS MATTER** having been brought before the Court by way of Plaintiffs' Verified Complaint and Order to Show Cause, and Antonelli Kantor, P.C., attorneys for Defendants, City of Englewood and City Council of Englewood ("Defendants"), having filed a Cross-Motion for Judgment on the Pleadings, and the Court having considered all papers submitted, and good cause appearing;

**IT IS** on this _____ day of _____, 2019,

**ORDERED** that Defendants' Cross-Motion for Judgment on the Pleadings pursuant to Fed. R. Civ. P. 12(c) is hereby **GRANTED**; and it is further

**ORDERED** that Plaintiffs' Complaint is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

                                                                                          _____
                                                                                          Hon. Brian R. Martinotti, U.S.D.J.

____Opposed

____Unopposed