UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

Judge:   BRIAN R. MARTINOTTI                                    Date: 07/19/19
Court Reporter: Megan McKay Soule                               Civil No: 19-14515

Title of the Case:

431 E. PALISADE AVENUE REAL ESTATE, LLC, et al
v.
CITY OF ENGLEWOOD, et al,

Appearances:

Michael Yellin & Warren Usatine, Attorneys for Plaintiff(s)
Daniel Antonelli, Vivan Lekkas & Daniel Kline, Attorney for Defendant(s), City of Englewood, et al
John Lamb, Amicus, Concerned Citizens of Englewood, Inc.

Nature of Proceedings:

Oral argument held on the motion for preliminary injunction and cross motion for judgment on the pleadings.
Court Ordered parties to submit written summations no more than 5 pages as well as proposed Settlement Counsel's name by 09/19/19.
Court RESERVED decision.

Time Commenced: 9:30 am
Time Concluded: 12:00 pm

Lissette Rodriguez, Courtroom Deputy
to the Hon. Brian R. Martinotti, U.S.D.J.