# ANTONELLI KANTOR p.c.
## ATTORNEYS AT LAW

DANIEL ANTONELLI*
*PARTNER*

JARRID H. KANTOR*
*PARTNER*

YULIEIKA TAMAYO*
*PARTNER*

DEBRA M. MCGARVEY*
*ASSOCIATE*

CHARLES R. G. SIMMONS*
*ASSOCIATE*

JAMES J. CRUDELE
*ASSOCIATE*

KYLE A. FISHER
*ASSOCIATE*

DANIEL H. KLINE
*ASSOCIATE*

VIVIAN LEKKAS*
*OF COUNSEL*

*ADMITTED NJ & NY*

1000 STUYVESANT AVE
SUITE #1
UNION, NJ 07083
Main: (908) 623-3676
Fax: (908) 866-0336
www.aknjlaw.com

*WRITER'S CONTACT:*
Direct: 908-623-3673
Email: dantonelli@aknjlaw.com

September 19, 2019

**Via ECF**

Hon. Brian R. Martinotti, U.S.D.J.
United States District Court – District of New Jersey
Martin Luther King, Jr. Courthouse
50 Walnut Street
Newark, NJ 07102

      **RE:** **431 E Palisades Avenue Real Estate, LLC v. City of Englewood, et al.**
            **Docket No.: 2:19-cv-14515-BRM-JAD**

Dear Judge Martinotti:

     As Your Honor is aware, our firm represents Defendants, City of Englewood and City Council of Englewood (collectively "Defendants"), in the above-referenced matter. As per Your Honor's request, we have discussed the potential for settlement negotiations and/or mediation with the City's attorney. While we believe that the only potential for resolution of this matter must include an application before the Zoning Board of Adjustment, we cannot make such a determination for the City Council. To that end, the City Council will discuss this issue at its next meeting, which is to occur on October 7, 2019. We can report back to you at that time. We thank the Court for its continued attention to this matter.

                                                               Respectfully submitted,

                                                               /s/ Daniel Antonelli
                                                               Daniel Antonelli

DA/vl
Encls.
cc:     All Counsel of Record (*via* ECF)