

Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, NJ 07602-0800
201-489-3000   201-489-1536  fax

New York

Delaware

Maryland

Texas

Florida

Warren A. Usatine
Member
Admitted in NJ and NY

Reply to New Jersey Office
Writer's Direct Line: 201-525-6233
Writer's Direct Fax: 201-678-6233
Writer's E-Mail: WUsatine@coleschotz.com

September 19, 2019

**<u>Via Electronic Case Filing</u>**

The Honorable Brian R. Martinotti, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:    **431 E Palisade Avenue Real Estate LLC, et al. v. City of Englewood, et al.**
              **Civil Action No. 19-14515**

Dear Judge Martinotti:

      This firm represents plaintiffs 431 E Palisade Avenue Real Estate LLC, 7 North Woodland Street, LLC, and John and Jane Does 1–10 (collectively, "Plaintiffs").[1]  In accordance with Your Honor's directive, Plaintiffs write to inform the Court that they are prepared to engage in settlement discussions with Defendants, provided such discussions are premised on the construction of the Facility (i) on the terms approved by the New Jersey Department of Health and (ii) at the Property.

      We thank the Court for its time and attention to this matter.

                                     Respectfully submitted,

                                     COLE SCHOTZ P.C.

                                   */s/ Warren A. Usatine*

                                   Warren A. Usatine

cc:     All Counsel of Record (via Electronic Case Filing)

---

[1] Capitalized terms used but not defined herein have the meanings ascribed to them in the Verified Complaint (Dkt. No. 1).