UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

CCO-028-E

No. <u>19-3621</u>

431 EAST PALISADE AVENUE REAL ESTATE, LLC;
7 NORTH WOODLAND STREET, LLC;
JOHN AND JANE DOES 1-10

v.

CITY OF ENGLEWOOD;
CITY COUNCIL OF ENGLEWOOD,
                              Appellants

(D.N.J. No. 2-19-cv-14515)

Present:  JORDAN and KRAUSE, <u>Circuit Judges</u>

1. Emergency Motion by Appellants for a Stay Pending Appeal Pursuant to F.R.A.P. 8 and Circuit Rule 27.7;

2. Response by Appellees to Motion for a Stay Pending Appeal.

                                       Respectfully,
                                        Clerk/ARR

_____ORDER_____

The foregoing motion is granted.  It is further ordered that this appeal shall be expedited.  The Clerk is directed to issue an expedited briefing schedule.

                                        By the Court,

                                        <u>s/ Cheryl Ann Krause</u>
                                        Circuit Judge

Dated: December 23, 2019
ARR/cc: WAU; MRY; DA

**A True Copy:**

Patricia S. Dodszuweit, Clerk