UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

Judge:   BRIAN R. MARTINOTTI                              Date: 07/19/19
Court Reporter:                                            Civil No: 19-14515

Title of the Case:

431 E. PALISADE AVENUE REAL ESTATE, LLC, et al
v.
CITY OF ENGLEWOOD, et al,

Appearances:

Warrant Usatine & Arnold Picinich, III, Attorneys for Plaintiffs
Daniel Antonelli, Attorney for Defendants

Nature of Proceedings:

Telephone/Status conference held.
Court ordered Motion [67] to Dismiss the amended complaint is dismissed without prejudice. Counsel to meet and confer to establish a briefing schedule. Once the matter is fully briefed, the parties may refile the motion. Counsel also directed to keep the court apprised as to the progress of the state litigation.
OTBS

Time Commenced: 1:00 PM
Time Concluded:　 1:15 PM

Lissette Rodriguez, Courtroom Deputy
to the Hon. Brian R. Martinotti, U.S.D.J.